**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING** | ) | |
| **S.A.R.L.** | ) | |
| | ) | **CIVIL NO. 6:12-CV-100** |
| **Plaintiff,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **v.** | ) | |
| | ) | |
| **APPLE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Core Wireless Licensing S.a.r.l. files this disclosure statement pursuant to Rule

7.1 of the Federal Rules of Civil Procedure and states the following:

Core Wireless Licensing S.a.r.l. is a wholly owned subsidiary of Mosaid Technologies,

Inc., a privately held company. No publicly held company owns 10% or more of its stock.

Dated: February 29, 2012                    Respectfully Submitted,

                              By: /s/ Wesley Hill (by permission of Lead Attorney)
                                  T. John Ward, Jr.
                                  Tex. Bar No. 00794818
                                  jw@wsfirm.com
                                  Wesley Hill
                                  Tex. Bar No. 24032294
                                  wh@wsfirm.com
                                  WARD & SMITH LAW FIRM
                                  111 W. Tyler Street
                                  Longview, Texas 75601
                                  (903) 757-6400 (telephone)
                                  (903) 757-2323 (facsimile)

Henry Bunsow – Lead Attorney
California State Bar # 60707
Aldo A. Badini
California State Bar # 257086
Brian A.E. Smith
California State Bar # 188147
**DEWEY & LEBOEUF LLP**
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA  94104
Tel:  (415) 951-1100
Facsimile:  (415) 951-1180
Email:  hbunsow@dl.com
Email:  abadini@dl.com
Email:  bsmith@dl.com

Denise M. De Mory
California State Bar # 168076
Craig Y. Allison
California State Bar # 161175
**DEWEY & LEBOEUF LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303
Tel:  (650) 845-7000
Facsimile:  (650) 845-7333
Email:  ddemory@dl.com
Email: callison@dl.com

**ATTORNEYS FOR PLAINTIFF CORE
WIRELESS LICENSING S.A.R.L.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 29th day of February, 2012.

/s/ Wesley Hill
Wesley Hill