IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** <br><br> Plaintiff, <br><br> v. <br><br> **APPLE INC.,** <br><br> Defendant. | Civil Action No. 6:12-CV-100-LED <br><br> JURY TRIAL REQUESTED <br><br> <u>ORAL ARGUMENT REQUESTED</u> |

### DECLARATION OF MARK BUCKLEY IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO TRANSFER VENUE

I, Mark Buckley, hereby declare as follows:

1. I am employed as a Senior Financial Analyst at Apple Inc. ("Apple") in Cupertino, California. I have been employed by Apple since October 2002. I provide this declaration in support of Apple's motion to transfer venue. Unless otherwise indicated below, the statements in this declaration are based either upon my personal knowledge or corporate records maintained by Apple in the ordinary course of business.

2. Apple designs and markets personal computers, portable digital music players, and mobile communication devices and sells a variety of related software, services, peripherals, and networking solutions.

3. Apple is a California corporation headquartered in Cupertino, California in the Northern District of California. Apple has maintained its headquarters in Cupertino since it was founded in 1976. Apple's management and primary research and development facilities are

located in Cupertino. Apple has approximately 12,200 employees who work in or near its headquarters in Cupertino.

4. I am informed and understand that in this case the Apple iPad, iPad 2, new iPad, iPhone, iPhone 3G, iPhone 3GS, iPhone 4, and iPhone 4S ("the Accused Products") have been accused of infringement. I am informed and understand that the research, design, and development of the Accused Products took place in Cupertino. The foreseeable Apple witnesses with knowledge of the research, design, and development of the accused products reside or work in or near Cupertino. In addition, virtually all Apple business documents and records relating to the research, design, development, marketing strategy, and product revenue for the Accused Products are located in or near Cupertino.

5. I am informed and understand that Apple has employees outside Cupertino, California, including employees who work at Apple's facility in Austin, Texas. Based on the information available to me to date, I believe that no Apple employee at Apple's Austin facility, or any other location in Texas, has or had responsibility related to the research, design, or development of the Accused Products.

6. As of the date of this declaration, Apple has 247 stores in the United States. Only two of those stores are located in the Eastern District of Texas: one in the city of Plano and one in the city of Frisco. Based on the information available to me, none of the employees in either the Plano or Frisco retail stores could be characterized as a relevant witness regarding the Accused Products. I am further informed and understand that none of the employees in Apple's Plano and Frisco retail stores have any responsibility for the research, design, or development of the Accused Products. Aside from the Plano and Frisco stores, Apple does not otherwise maintain any facilities, employees, or relevant documents in the Eastern District of Texas.

7. The Accused Products contain baseband processor chips, which enable cellular communications, supplied by Qualcomm Incorporated, based in San Diego, California, and Intel Corporation, based in Santa Clara, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 6, 2012

*Mark Buckley*
Mark Buckley