IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CORE WIRELESS <br> LICENSING, S.A.R.L <br><br> *Plaintiff,* <br><br> V. <br><br> APPLE, INC. <br><br> *Defendant.* | § § § § § § § § § § § § § CIVIL ACTION NO. 6:12-CV-100 LED-JDL <br><br> JURY TRIAL DEMANDED |

## ORDER ADOPTING REPORT & RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Memorandum Opinion and Order of the Magistrate Judge (Doc. No. 73) ("Order"), denying Defendant Apple Inc.'s ("Apple") Request to Transfer Venue, has been presented for consideration.  Apple has filed a Motion to Reconsider (Doc. No. 76).  Plaintiff Core Wireless Licensing, S.A.R.L ("Core Wireless") has filed a Response (Doc. No. 81), and the motion has been fully briefed (Doc. Nos. 83, 85). Having reviewed the parties' submissions, the Court is of the opinion that the Magistrate Judge's conclusions are correct.  Therefore, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court.  The Motion to Reconsider (Doc. No. 76) is **DENIED**.

So ORDERED and SIGNED this 21st day of May, 2013.



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE