IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | § § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-100-LED |
| v. | § § | JURY TRIAL DEMANDED |
| **APPLE, INC.,** | § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Defendant Apple Inc.'s ("Apple") unopposed motion requesting a six (6) day extension of time for the parties to file a Joint Submission To Construe More Than 10 Terms and requesting a three (3) day extension of time for the parties to file their Joint Claim Construction and Prehearing Statement. Having considered the Motion and the arguments of counsel, the Court GRANTS Apple's Unopposed Motion Requesting Extension Of Time.

The deadline from the Court's Docket Control Order [Dkt. No. 66] to file a Joint Submission to Construe More Than 10 Terms, which was previously extended to June 11, 2013 [Dkt. No. 102], is further extended by six (6) days to Monday, June 17, 2013. The deadline from the Court's Docket Control Order [Dkt. No. 66] to file the Joint Claim Construction and Prehearing Statement is extended by three (3) days to Friday, June 21, 2013.

**So ORDERED and SIGNED this 11th day of June, 2013.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE