**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,**  )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>**APPLE INC.,**   )<br>  )<br>Defendant.   )<br>  ) | Civil Action No. 6:12-CV-100-LED<br><br>JURY TRIAL REQUESTED |

## DEFENDANT APPLE INC.'S NOTICE OF FILING

Apple Inc., defendant in the above-entitled and numbered civil action, hereby notifies the Court that, on June 25, 2013, Apple Inc. filed in the United States Court of Appeals for the Federal Circuit its (1) Confidential Petition for Writ of Mandamus and (2) Non-Confidential Petition for Writ of Mandamus, copies of which were dispatched via overnight delivery to the court. A copy of Apple Inc.'s Non-Confidential Petition for Writ of Mandamus is attached hereto as Exhibit A. Apple has mailed to the Court a copy of Apple Inc.'s Non-Confidential Petition for Writ of Mandamus.

- 2 -

Dated: June 27, 2013 */s/ Joseph J. Mueller*
Joseph J. Mueller
(Massachusetts Bar No. 647567)
John J. Regan
(Massachusetts Bar No. 415120)
Cynthia D. Vreeland
(Texas Bar No. 20625150,
Massachusetts Bar No. 635143)
Kate Saxton
(Massachusetts Bar No. 150150)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Eric Miller Albritton
ALBRITTON LAW FIRM
111 West Tyler Street
Longview, TX 75601
(903) 757-8449
ema@emafirm.com

*Attorneys for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

Dated:  June 27, 2013

>                    */s/  Joseph J. Mueller*
> Joseph J. Mueller