IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 6:12-CV-100 <br><br> JURY TRIAL DEMANDED |

## JOINT AGREED MOTION FOR ENTRY OF
## STIPULATED SUPPLEMENTAL PROTECTIVE ORDER

Plaintiff and Defendant file this Joint Motion for Entry of Stipulated Supplemental Protective Order between Intel Corporation ("Intel"), a non-party to this action, QUALCOMM Incorporated ("QUALCOMM"), a non-party to this action, Plaintiff, and Defendant.  Defendant, and the non-parties QUALCOMM and Intel, have requested additional protections for certain confidential information that will be produced to the parties in discovery.  In light of this request, Non-Party QUALCOMM, Non-Party Intel, Plaintiff, and Defendant have reached an agreement on the proposed terms of a supplemental protective order, which is being filed herewith as Exhibit A.

For the foregoing reasons, the parties respectfully request the Court enter the attached Stipulated Supplemental Protective Order between Non-Party QUALCOMM, Non-Party Intel, Plaintiff, and Defendant.

Dated: June 28, 2013

Respectfully Submitted,

By: /s/ Henry Bunsow
Henry Bunsow (California State Bar # 60707)
Denise M. De Mory (California State Bar #168076)
Brian A.E. Smith (California State Bar # 188147)
Craig Y. Allison (California State Bar # 161175)
Dino Hadzibegovic (California State Bar # 267489)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Telephone: (415) 426-4747
Facsimile: (415) 426-4744
Email: hbunsow@bdiplaw.com
Email: ddemory@bdiplaw.com
Email: bsmith@bdiplaw.com
Email: callison@bdiplaw.com
Email: dhadzibegovic@bdiplaw.com

T. John Ward, Jr. (Texas Bar # 00794818)
Wesley Hill (Texas Bar # 24032294)
**WARD & SMITH LAW FIRM**
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@wsfirm.com
Email: wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF**
**CORE WIRELESS LICENSING S.A.R.L.**

By: /s/ Joseph J. Mueller
Joseph J. Mueller
Massachusetts Bar No. 647567
John J. Regan
Massachusetts Bar No. 415120
Cynthia D. Vreeland
Texas Bar No. 20625150
Massachusetts Bar No. 635143
Kate Saxton (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, Massachusetts 02109 USA
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: joseph.mueller@wilmerhale.com
Email: John.Regan@wilmerhale.com

Eric M. Albritton
Texas State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
Email: ema@emafirm.com

**COUNSEL FOR APPLE INC.**

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, Federal Express and/or U.S. First Class Mail.

Dated: June 28, 2013

                                              */s/ Henry Bunsow*
                                              Henry Bunsow