IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | ) ) ) | Civil Action No. 6:12-CV-100-LED-JDL |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL REQUESTED |
| **APPLE INC.,** | ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO
<u>PROPOSE TECHNICAL ADVISORS</u>**

Before the Court is the parties' Joint Motion for Extension of Time to Propose Technical Advisors. Having considered the motion and submissions of the parties, the Court GRANTS the parties' Joint Motion for Extension of Time to Propose Technical Advisors. The deadline for proposing technical advisors is extended by eleven (11) days to Monday, July 8, 2013. It is so ORDERED.

**So ORDERED and SIGNED this 1st day of July, 2013.**

*[signature]*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE