IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | § § § | |
| Plaintiff | § § | |
| vs. | § § | **CASE NO. 6:12cv100** |
| **APPLE INC.** | § § § | **PATENT CASE** |
| Defendant | § § § | |

## ORDER

The Court APPOINTS Richard Egan, O'Keefe, Egan, Peterman & Enders, LLP, 1101 S. Capital of Texas Highway, Building C, Suite 200, Austin, Texas 78746, to the position of technical advisor in this case with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed.

**So ORDERED and SIGNED this 10th day of July, 2013.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE