IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:12-CV-100-LED-JDL<br><br>JURY TRIAL REQUESTED |
| Plaintiff, | | |
| v. | | |
| **APPLE INC.,** | | |
| Defendant. | | |

## ORDER GRANTING DEFENDANT APPLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF CORE WIRELESS LICENSING S.A.R.L.'S ANSWER AND COUNTERCLAIMS

Before the Court is Defendant Apple Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff Core Wireless Licensing S.a.r.l.'s Answer and Counterclaims. Having considered the motion and submissions of the parties, the Court GRANTS Defendant Apple Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff Core Wireless Licensing S.a.r.l.'s Answer and Counterclaims. Apple Inc. shall have until and including July 31, 2013 to answer or otherwise respond to Core Wireless's Answer and Counterclaims to Apple's First Amended Counterclaims (Dkt. No. 115). It is so ORDERED.

**So ORDERED and SIGNED this 23rd day of July, 2013.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE