UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CORE WIRELESS<br>LICENSING, S.A.R.L<br><br>*Plaintiff,*<br><br>V.<br><br>APPLE, INC.<br><br>*Defendant.* | § § § § § § § § § § § § § | CIVIL ACTION NO. 6:12-CV-100<br>LED-JDL<br><br>JURY TRIAL DEMANDED |

# ORDER

Before the Court is Defendant Apple Inc.'s ("Apple") Letter Brief requesting leave to file a Motion for Summary Judgment of Invalidity as to Indefiniteness (Doc. No. 118-1). Plaintiff Core Wireless Licensing S.a.r.l. has filed a Response (Doc. No. 121-1). Apple's request for leave to file a motion is **GRANTED.**

**So ORDERED and SIGNED this 29th day of July, 2013.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE