**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | ) ) ) | Civil Action No. 6:12-CV-100-LED |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL REQUESTED |
| **APPLE INC.,** | ) ) | <u>ORAL ARGUMENT REQUESTED</u> |
| Defendant. | ) ) ) | |

**DECLARATION OF JOSEPH J. MUELLER IN
SUPPORT OF DEFENDANT APPLE INC.'S RESPONSIVE CLAIM CONSTRUCTION
BRIEF**

I, Joseph J. Mueller, hereby declare as follows:

1. I am an attorney admitted to this Court *pro hac vice* and admitted to practice in the Commonwealth of Massachusetts (BBO #647567). I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter. I provide this declaration in support of Apple's Responsive Claim Construction Brief. I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and accurate copy of Patent Application No. 09/457,952, dated December 9, 1999.

3. Attached hereto as Exhibit B is a true and accurate copy of Appellant's Appeal Brief in connection with Application No. 09/457,952, dated September 8, 2006.

4. Attached hereto as Exhibit C is a true and accurate copy of Appellants' Appeal Brief in connection with Application No. 09/507,804, dated July 22, 2003.

5. Attached hereto as Exhibit D is a true and accurate copy of certain pages of The American Heritage Dictionary of the English Language, Third Edition, and of certain pages of the Oxford English Dictionary, Second Edition, Volumes II, IX, and XIII.

6. Attached hereto as Exhibit E is a true and accurate copy of Appellant's Reply Brief in connection with Application No. 09/507,804, dated December 3, 2003.

7. Attached hereto as Exhibit F is a true and accurate copy of certain pages of The Oxford English Dictionary, Second Edition, Volume V, including page 6.

8. Attached hereto as Exhibit G is a true and accurate copy of certain pages of The American Heritage Dictionary of the English Language, Third Edition, including page 574.

9. Attached hereto as Exhibit H is a true and accurate copy of certain pages of 3GPP TS 25.331 Version 3.7.0, including pages 55 and 685-698.

10. Attached hereto as Exhibit I is a true and accurate copy of certain pages of the WCDMA (UMTS) Deployment Handbook, including pages 115-118.

11. Attached hereto as Exhibit J is a true and accurate copy of certain pages of WCDMA for UMTS, edited by Harri Holma and Antti Toskala, including page 139.

12. Attached hereto as Exhibit K is a true and accurate copy of an email from Craig Allison to Kate Saxton dated June 21, 2013.

13. Attached hereto as Exhibit L is a true and accurate copy of the Response of October 6, 2009 in the file history in connection with Application No. 11/239,706, including page 8.

14. Attached hereto as Exhibit M is a true and accurate copy of the Response of April 22, 2009 in the file history in connection with Application No. 11/239,706, including page 9.

- 3 -

15. Attached hereto as Exhibit N is a true and accurate copy of certain pages of The American Heritage Dictionary of the English Language, Third Edition, including pages 1426 and 1996.

16. Attached hereto as Exhibit O is a true and accurate copy of certain pages of The New Oxford American Dictionary, Second Edition, 2005, including 1335 and 1877.

17. Attached hereto as Exhibit P is a true and accurate copy of Provisional U.S. Application No. 60/244,356.

18. Attached hereto as Exhibit Q is a true and accurate copy of a document entitled "Pre-configurations" for the 3GPP TSG-RAN WG2 and WG4 Ad-hoc meeting, Sophia Antipolis, France, 13-17 November, 2000.

19. Attached hereto as Exhibit R is a true and accurate copy of Draft Report TSG-RAN WG2-WG4 joint RRM meeting (Sophia Antipolis, France, 13 and 15 November 2000).

20. Attached hereto as Exhibit S is a true and accurate copy of the Index of Claims in the file history in connection with Application No. 11/239,706.

21. Attached hereto as Exhibit T is a true and accurate copy of certain portions of TS 04.08 Version 6.0.0, including Sections 5 and 6.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: August 22, 2013                    ___/s/ Joseph J. Mueller_____
                                          Joseph J. Mueller
                                          (Massachusetts Bar No. 647567)