Exhibit A



UNITED STATES PATENT APPLICATION TRANSMITTAL FORM

Box: NEW PATENT APPLICATION
ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

Docket No.:  **874.0002 USU**

---

"Express Mail" mailing label number: **EL 505 407 038 US**
Date of Deposit: <u>**December 9, 1999**</u>

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and addressed to the Asst. Commissioner for Patents, Washington, D.C. 20231.

<u>Joanne A Romaniello</u>                    <u>Joanne A. Romaniello</u>
(Name of person mailing paper)          (Signature of person)

---

Sir:

Transmitted herewith for filing is the patent application of

Inventors: **Guillaume Sebire**
           **Yuping Zhao**
           **Eero Nikula**

For: **MOBILE EQUIPMENT BASED FILTERING FOR**
     **PACKET RADIO SERVICE (PRS)**

Enclosed are:

___   Declaration and Power of Attorney and an Associate Power of Attorney;

_X_   19 pages of Specification, Claims and Abstract;

_X_   3 sheets of drawings;

___   An Assignment of the invention to: **Nokia Mobile Phones Limited of Espoo, Finland,** will follow;

___   The certified copy of a priority application;

___   Information Disclosure Statement (and Form PTO-1449 with copies of cited documents);

The Filing Fee is calculated below.

2

CLAIMS AS FILED

| (1)<br>For | (2)<br>Number<br>Filed | (3)<br>Number<br>Extra | (4)<br>Rate | (5)<br>Basic Fee<br>**$760.00** |
|---|---|---|---|---|
| Total<br>Claims | 20 - 20 = | 0 | $ 18.00 | **$ 0** |
| Independent<br>Claims | 3 - 3 = | 0 | $ 78.00 | **$ 0** |
| TOTAL FILING FEE | | | | **$760.00** |

 _X_   A check in the amount of **$760.00** in payment of the filing fee is enclosed.

 ___   Charge $ _____ to Deposit Account No. 01-0467.

Fee Deficiency: The Commissioner is hereby authorized to charge any additional fees under 37 C.F.R. 1.16 and 1.17 which may be required for this communication or during the entire pendency of this patent application, or credit any overpayment, to Deposit Account No. 01-0467.

Address all future communications to:

Harry F. Smith, Esq.
OHLANDT, GREELEY, RUGGIERO & PERLE, L.L.P.
One Landmark Square
Suite 903
Stamford, CT. 06901

Direct phone calls to Harry F. Smith at (203) 327-4500

12/9/99
Date of Signature

Harry F. Smith, Esq.
Registration No. 32,493

Attorney for Applicant(s)
Ohlandt, Greeley, Ruggiero & Perle, LLP

(203) 327-4500

1

EXPRESS MAIL NO.: EL 505 407 038 US
Nokia Mobile Phones Limited Docket No.:
NC 18568
Ohlandt, Greeley, Ruggiero & Perle, L.L.P. Docket No.:
5     874.0002 USU
Patent Application Papers of: Guillaume Sebire
                              Yuping Zhao
                              Eero Nikula


## MOBILE EQUIPMENT BASED FILTERING FOR
10          PACKET RADIO SERVICE (PRS)


### FIELD OF THE INVENTION:

This invention relates generally to mobile equipment, such
as radio telephones, cellular telephones and personal
communicators, also known generally as wireless terminals
15    and as mobile stations, and, more particularly, to methods
and apparatus for providing packet data services for mobile
equipment.


### BACKGROUND OF THE INVENTION:


Modern wireless telecommunications systems are evolving to
20    provide high speed packet data services for users of mobile
equipment. One example is an ability to provide internet
access to a user of mobile equipment. A wireless system
that is rapidly evolving in this direction is a Time
Division, Multiple Access (TDMA) system known as the Global
25    System for Mobile Communication (GSM), in particular
enhanced versions of GSM known as GSM+ and EGPRS (Enhanced
General Packet Radio Services).


As can be appreciated, an important consideration when it
is desired to provide high speed data communications in a
30    wireless system is the various radio path signal

NC 18568                           2

impairments that can occur, such as fading and noise. If not properly accounted for, the presence of these impairments can result in the occurrence of unacceptable or objectionable transmission/reception error rates.

5    More particularly, for EGPRS it has been recently proposed that link quality measurements, namely a mean Bit Error Probability (BEP) and a coefficient of variation (cv)(BEP), should be individually filtered for a sequence of measurement data in the ME before being reported on the

10   uplink to the wireless network (ETSI SMG2 Tdoc 1048/99: "EGPRS Link Quality Control Measurements and Filtering", Ericsson, 20-24 September 1999, Bordeaux, France.) In this document it was proposed to use a running average exponential filter that is characterized by its "forgetting

15   factor" (or averaging period) being broadcast to all of the ME in the serving cell, the same as in the General Packet Radio Service (GPRS). The forgetting factor was proposed to be broadcast using a pre-existing Packet Broadcast Control Channel (PBCCH), if available, otherwise a Broadcast

20   Control Channel (BCCH) would be used. In essence, this approach would provide a cell-based forgetting factor.

Subsequently, it was proposed in a document ETSI SMG2 Working Session on EDGE #11 Tdoc 2E99-501: "EGPRS LQC Measurements filtering", Nokia, 18-22 October 1999, Austin

25   TX, USA, to replace the above-referenced forgetting factor by one that follows the definition for GPRS. It was pointed out that the filter proposed in the ETSI SMG2 Tdoc 1048/99 was not stable when the number of filtered data is below the so-called filter length. In order to counteract the

30   filter instability the GPRS-based forgetting factor was proposed to be used.

This approach may be referred to as a non-fixed cell-based approach, in that it is similar to that found in GSM 05.08

v. 6.3.0, section 10.2.3.2 (Derivation of Channel Quality
Report). In this approach, when the number of measurement
data in the ME is less than the filter length, the
forgetting factor is progressively adjusted so as to
5   minimize the filter non-stability. It was also proposed to
broadcast a parameter on the PBCCH, if available, otherwise
on the BCCH, which is used by the ME in the serving cell to
calculate the filter parameter, in combination with the
amount of measurement data held by the ME. However, all ME
10  having a sufficient amount of measurement data (exceeding
the length of the filter) will use the same filter
parameter.

Figs. 1 and 2 are taken from the ETSI SMG2 Working Session
on EDGE #11 Tdoc 2E99-501 document, and are graphs
15  depicting weighting coefficients using various proposed
forgetting factors. For a large forgetting factor (e.g.,
a=0.9) the measurement report made by the ME is dominated
by the latest few measurement data, whereas when using a
small forgetting factor the filtered results relate instead
20  to a large number of past measurement data. By example, for
the case of a=0.3, the filtered results correspond to over
100 past measurement blocks (about two seconds of
measurement data.)

It was noted in the ETSI SMG2 Working Session on EDGE #11
25  Tdoc 2E99-501 document that within one cell various MEs
might experience different channel conditions/fading
effects (slow fading, fast fading, etc.) As a result, the
viability of a filter with a cell-based forgetting factor
(fixed or non-fixed) was questioned. Although not
30  specifically addressed in this document, it was further
noted that it would be of interest to study further whether
a solution using a fixed cell-based forgetting factor (or
GPRS-like) could, optionally, be replaced by a more optimal
one.

NC 18568                          4

In summary, currently deployed or proposed systems use a
fixed/non-fixed cell-based filter for each mobile equipment
(ME) in the serving cell. However, these solutions are less
than optimal for all of the MEs that may be present within
5    the cell. That is, they are at most a compromise, as it is
well known that different MEs within the same cell will
encounter different channel conditions and fading effects,
at least some of which can be directly linked to the
velocity of the MEs. As it is most improbable that all MEs
10   within a given serving cell will be moving with the same
velocity, any cell-based filter that makes such an
assumption is bound to provide less than optimal results.

**OBJECTS AND ADVANTAGES OF THE INVENTION:**

It is a first object and advantage of this invention to
15   provide an improved filtering procedure that overcomes the
foregoing and other problems.

It is a further object and advantage of this invention to
provide a mobile equipment-based filtering technique, as
opposed to a fixed or non-fixed cell-based filtering
20   technique.

It is another object and advantage of this invention to
provide a mobile equipment-based filtering technique for
use in a packet data radio system that takes into
consideration an indication of how interference experienced
25   by the mobile equipment is changing, such as the speed of
the mobile equipment, thereby providing a more optimal
filtering of measurement data before the filtered
measurement data is reported to the wireless network.

NC 18568                        5

## SUMMARY OF THE INVENTION

The foregoing and other problems are overcome and the objects of the invention are realized by methods and apparatus in accordance with embodiments of this invention.

5    A method is disclosed for operating a mobile equipment (ME) in a wireless network, the method having steps of (A) determining a parameter that is indicative of a signal quality experienced by the ME, such as by determining a speed of the ME; (B) calculating in the ME an indication of
10  link quality, the calculation employing a filtering operation having a filter length that is a function of the determined parameter, such as speed or derivative of the speed of the ME; and (C) reporting the calculated indication of link quality to the wireless network. The
15  filter length determines how many data are filtered. The step of determining includes steps of (a) deriving an indication of ME speed in the wireless network; and (b) transmitting the speed indication to the ME using a point-to-point message. In a preferred embodiment the step of
20  transmitting places the ME speed indication in padding bits of the point-to-point message, such as one sent on a Packet Associated Control Channel (PACCH). In a most preferred embodiment the step of transmitting uses a plurality of bits placed into padding bits of a Packet System
25  Identification 13 (PSI13) message sent on the Packet Associated Control Channel (PACCH). The plurality of bits (e.g., four bits) are used to encode a plurality of speed subranges (e.g., 16 subranges) of a predetermined ME speed range (e.g., 0km/hr to 250km/hr).

30  In a presently preferred embodiment of this invention, the indication of ME speed is used to one of modify a forgetting factor "a" that is calculated in the ME from parameter information received in a broadcast message from

NC 18568                          6

the wireless network, or to replace the received forgetting
factor. The forgetting factor, in the preferred embodiment,
directly influences the length of a filter (e.g., a running
average filter) that operates on link quality measurement
5   data. In an exemplary embodiment the running average filter
operates on a sequence of measurements link quality, such
as a mean Bit Error Probability or a coefficient of
variation of the Bit Error Probability (cv)(BEP). In other
embodiments of this invention the filter length could be
10  adjusted directly, or it could be changed by using some
parameter other than the forgetting factor "a".

## BRIEF DESCRIPTION OF THE DRAWINGS

The above set forth and other features of the invention are
made more apparent in the ensuing Detailed Description of
15  the Invention when read in conjunction with the attached
Drawings, wherein:

Figs. 1 and 2 are graphs depicting weighting coefficients
using various forgetting factors;

Fig. 3 is block diagram of a mobile equipment located
20  within a cell of a wireless network that is suitable for
practicing this invention; and

Fig. 4 is a logic flow diagram that illustrates a method in
accordance with the teachings of this invention.

## DETAILED DESCRIPTION OF THE INVENTION

25  This invention grows out of an appreciation by the
inventors that in a typical urban environment a ME moving
at a speed of 3km/hr will most probably experience a
different fading effect than a ME moving at a speed of
50km/hr, while static (non-moving) MEs will experience some

stable channel conditions that are not experienced by moving the MEs. Based on this knowledge, the inventors have provided a more optimal solution to the measurement data filtering problem by incorporating the speed of the ME into

5   the filter calculations.    More specifically, for a particular ME moving with a first, lower speed the measurement data is preferably filtered over a longer period of time (i.e., the forgetting factor is made smaller) than for a ME moving at a second, higher speed,

10  where the channel conditions are less stable, and where the measurement data is preferably filtered over a shorter interval of time (i.e., the forgetting factor is made larger).  In order to enhance the ME-based filtering process, the inventors have thus provided a technique

15  wherein the speed of the ME is taken into account when defining the filter parameter (the forgetting factor in this case). In general, the result is to change the length of the filter, and the forgetting factor "a" is, in this case, the means by which the filter length is changed. In

20  other embodiments, the filter length could be adjusted directly, or it could be changed by using some parameter other than the forgetting factor "a".

This improved filtering technique thus overcomes the problems that result when one filtering factor is used for

25  all of the MEs within the serving cell, without regard for any speed differences between the different MEs, and, hence, without regard for any differing channel conditions experienced by the MEs.

It should be noted at the outset, however, that the

30  teachings of this invention are not restricted to only the use of the ME speed, as one or more other parameters that are indicative of the signal quality that is experienced by the ME 10 could be employed as well. By example, the overall signal quality experienced by the ME 10 can be

influenced by, in addition to the speed of the ME 10, path
loss, multipath spread, signal distortion due to
transmitter and receiver impairments, and/or interference.

5      The use of the ME speed is presently preferred, as it can
be readily determined or calculated, and correlates well
with changes in signal quality that are experienced by the
ME 10. The use of the ME speed should not, however be
construed as a limitation upon the practice of this
invention in deriving the filtering parameter of interest
10     for use by the ME in establishing a filter length for
filtering a sequence of measurement data before reporting
the measurement data on the uplink to the wireless network.

Referring first to Fig. 3, there is shown a simplified
15     block diagram of a mobile equipment (ME) 10 located within
a cell of a wireless network 12. The ME 10 and the wireless
network 12 are suitable, but not limiting, embodiments for
practicing this invention. The ME 10 includes a controller
14, such as a combination of a microprocessor and a digital
20     signal processor (DSP), that is used for controlling the
overall operation of the ME 10 and for processing signals
before transmission and subsequent to reception. For the
purposes of this invention it is assumed the controller 14
is suitably programmed for obtaining the required
25     measurement data, and for executing the measurement data
filtering operations as described in further detail below.
A memory 16 is bidirectionally coupled to the controller
14, and stores, among other things, past measurement
results or data 16A, as well as, in the preferred
30     embodiment, a MS speed parameter (ME_SPEED) 16B that is
received from the wireless network 12, in accordance with
an aspect of this invention. The filtered measurement data
is reported to the wireless network 12 through a
transmitter 18A and antenna 20 of a wireless transceiver
35     18, and the ME_SPEED parameter is received through the

NC 18568                              9

antenna 20 and a receiver 18B of the transceiver 18. Packet
data and other data, such as voice data (if the ME 10
includes voice capability) and signalling data also passes
through the transceiver 18.

5    The wireless network 12 includes at least one base
transceiver station (BTS) 22 having an antenna 24. The
antenna 24 may define the center of a serving cell within
which the ME 10 is assumed to be located, although
directional BTS antennas may be employed as well. In a GSM
10   system the serving cell may have a radius of up to, for
example, 35km. Coupled to the BTS 22 is a base station
controller (BSC) 26, which in turn is coupled to a mobile
switching center (MSC) 28 or some other suitable interface
to landline trunks, such as the public switched telephone
15   network (PSTN) and/or one or more packet data networks 30.
The packet data network 30 can include the internet, and
may operate with TCP/IP protocols. Other types of packet
data networks, such as intranets, can also be provided.

For the purposes of this invention it is assumed that some
20   component of the wireless network 12, such as a data
processor of the BSC 26, is capable of estimating the speed
of the ME 10, and for reporting the estimated speed using
the ME_SPEED parameter. The ME speed can be estimated using
any suitable technique or combination of techniques, such
25   as by determining the Doppler frequency shift of the RF
carrier signal transmitted by the ME 10, and then
correlating the Doppler frequency shift with the speed of
the ME 10. It is also within the scope of this invention
for the ME 10 to determine its own speed, although this
30   will require additional ME processing.

It should be noted that an indication of the speed of the
ME 10 can be used as well for purposes other than filtering
such as, for example, for network-based cell reselection.

NC 18568                            10

In this case the network will know the speed of the ME 10. As such, while the ME 10 may be capable of determining its own speed, and using the self-determined speed indication for processing the filtering-related information as
5    described herein, it is preferred that the wireless network 12 determine the ME speed, and thereafter inform the ME 10 of the determined ME speed. This also has the advantage that the network 12 has knowledge of exactly how the measurements are processed.

10   The memory 16 also stores data representing the filter 16C used by the ME 10 when filtering the measurement data.   A generic running average filter that is proposed to be used can be expressed as:

$$Y_n = aC_n + (1-a)Y_{n-1},$$

15   with $C_0 = 0$, or as

$$Y_n = a \sum_{i=1}^{n} (1-a)^{n-1} C_i$$

with $C_0 = 0$,

where $C_n$ is the measurement data at time instant n in the ME 10 (i.e., mean(BEP) or cv(BEP)); $Y_n$ indicates the
20   filtered measurement data (actually the weighted sum of the past measurement data), and "a" is the forgetting factor. As was noted above, for a large value of "a" the report of filtered measurement data $Y_n$ is dominated by the last few measurement data, whereas for a small value of "a" $Y_n$ is
25   instead related to a larger number of past measurement data. It can be noted that the filter 16C functions as a weighted average of the measurement data. It should further

NC 18568                         11

be noted that a∈[0;1].

In accordance with a method of this invention, and
referring also to Fig. 4, at Step A there is determined,
such as by the BSC 26, a value of a parameter that
5   indicative of the overall signal quality experienced by the
ME 10. As was stated earlier, the overall signal quality
experienced by the ME 10 can be affected by, for example,
path loss, multipath spread, the speed of the ME 10, signal
distortion due to transmitter and receiver impairments,
10  and/or interference. In a preferred embodiment this
parameter is the speed of the ME 10, however the use of the
speed is not a limitation on the practice of this
invention. At Step B the ME speed, or derivative of the ME
speed, is reported to the ME 10 using, preferably, a point-
15  to-point signalling message, as opposed to a broadcast-type
signalling message (e.g., one sent on the PBCCH). One
suitable message type is the Packet Associated Control
Channel (PACCH), which is addressed to a specific ME 10 in
the packet transfer mode. The speed is reported to the ME
20  10 using the ME_SPEED parameter.

Preferably, in order to achieve backwards compatibility
with existing populations of ME 10 that may not use the
ME_SPEED parameter, the ME_SPEED parameter can be inserted
in a Packet System Information 13 (PSI13) information
25  element sent on the PACCH, wherein different parameters,
e.g., used for measurements in the GPRS, are also sent. The
current structure of the PSI13 can be found in GSM 4.60.
Defined therein are information elements for describing,
when the PBCCH is present in the cell, two elements as
30  follows:
          <PSI1_REPEAT_PERIOD:bit (4)>
          <PBCCH Description:<PBCCH Description Structure>>
These elements are followed by <padding bits>. It is
preferred to place the ME_SPEED parameter in the <padding

NC 18568                              12

bits> to achieve backwards compatibility, as an ME 10 that
does not use the ME_SPEED parameter will ignore the padding
bits (they may be set to all zeroes), whereas a ME_SPEED-
enabled ME will be programmed to parse these padding bits
5    to locate the expected ME_SPEED parameter. It is presently
preferred  to  use  four  bits  to  represent  the  ME_SPEED
parameter, enabling 16 different values of ME_SPEED to be
transmitted. More  or  less  than  four  bits  can  be  used,
depending on the desired resolution of the ME speed as well
10   as  on  the  accuracy  of  the  determination  of  the  ME_SPEED
parameter. A presently preferred, but not limiting, speed
range is from 0km/hr to 250km/hr. The use of the four bits
thus  divides  this  speed  range  into  16  sub-ranges.  The
wireless network 12 can send ME_SPEED updates as required
15   by simply scheduling a new message to be sent on the PACCH.

At  Step  C  of  Fig.  4,  upon  reception  of  a  ME_SPEED
parameter, the ME controller 14 can adjust the value of the
forgetting parameter value "a". For example, a default
value of "a" that was calculated in the ME 10 based on the
20   parameter that was received in a broadcast message can be
refined such as by weighting or adjusting the default value
of "a" upwards or downwards as a function of the value of
ME_SPEED. In general, a larger value of "a" causes $Y_n$ to be
dominated by the last few measurement data at higher speeds
25   (a reduced filter length), whereas a smaller value of "a"
causes  $Y_n$  instead  to  reflect  a  larger  number  of  past
measurement  data  at  lower  speeds  (an  increased  filter
length). Alternatively, the value of "a" can be computed as
a  function  of  ME_SPEED,  and  the  default  value  of  the
30   parameter used to calculate "a", received in the broadcast
message, can be ignored. When a new value of ME_SPEED is
received (i.e., one that differs from a last received value
of ME_SPEED), the ME 10 can adjust a previously calculated
value of $Y_n$ with the revised forgetting factor "a", or the
35   previously  calculated  value  can  be  ignored  and  $Y_n$

NC 18568                              13

recalculated using the revised forgetting factor "a". The
ME 10 then calculates the filtered measurement results
using, for example, the expression given above, in
conjunction with the modified or replaced forgetting factor
5    "a".

At Step D the ME 10 reports the calculated (more accurate)
value of $Y_n$ to the wireless network 12 for use in the
packet data routines executed by the wireless network.

It should be noted that this procedure is optional and is
10   complementary to the broadcast approaches wherein the
parameter value to be used in calculating the forgetting
factor "a" is transmitted to all of the ME 10 in the
serving cell. That is, no requirement need be imposed on
wireless networks that they determine the value of ME_SPEED
15   for different MEs and then transmit the value to the
specific ones of the MEs.

In fact, the teachings of this invention can be used in one
of at least two different ways. First, the received value
of ME_SPEED can be used by the ME 10 to correct or refine
20   the value of "a" that is calculated using the broadcast,
generic parameter. Alternatively, the broadcast parameter
used to calculate the value of "a" can simply be discarded,
and the value of ME_SPEED used in computing a current value
of the forgetting factor "a".

25   It should be noted that the signalling described in the
context of this invention can be implemented in a GPRS
system, as well as in a EGPRS system, in exactly the same
way.

It should again be noted that other uses for the ME_SPEED
30   parameter may exist in the ME 10, such as for power control
and handover purposes. Furthermore, the ME-based optimized

NC 18568                    14

filtering method for link quality (LQ) channel measurements
mad possible by the teachings of this invention can be used
for several purposes in real-time EGPRS, such as for
mapping some given quality of service (QoS) to some
5      modulation or coding scheme (e.g., for speech, streaming
video, etc.)

While described above in the context of specific numbers of
bits, specific speed ranges, specific message formats and
the like, it should be realized that these are exemplary of
10     presently preferred embodiments of this invention, and are
not intended to be read or construed in a limiting sense
upon the practice of this invention. In general, the
teachings of this invention can be applied to revising or
refining any ME-based determination of link quality (not
15     necessarily   one   using   mean(BEP)   or   cv(BEP))   by   a
consideration of the speed of the ME 10 within the serving
cell, and/or by the consideration of some other ME signal
quality influencing factor.

Thus, while the invention has been particularly shown and
20     described with respect to preferred embodiments thereof, it
will be understood by those skilled in the art that changes
in form and details may be made therein without departing
from the scope and spirit of the invention.

NC 18568                              15

## CLAIMS

What is claimed is:

1. A method for operating a mobile equipment (ME) in a wireless network, comprising steps of:

   determining a value of a parameter that indicative of a signal quality experienced by the ME;

   calculating in the ME an indication of link quality, the calculation employing a filtering operation having a filter length that is a function of the determined parameter; and

   reporting the calculated indication of link quality to the wireless network.

2. A method as in claim 1, wherein the step of determining comprises steps of:

   deriving an indication of ME speed in the wireless network; and

   transmitting the speed indication to the ME.

3. A method as in claim 2, wherein the step of transmitting uses a point-to-point message.

4. A method as in claim 2, wherein the step of transmitting places the speed indication in padding bits of a point-to-point message.

5. A method as in claim 2, wherein the step of transmitting uses a message sent on a Packet Associated Control Channel (PACCH).

NC 18568                          16

6.  A method as in claim 2, wherein the step of transmitting uses a message sent in a Packet System Identification 13 (PSI13) message sent on a Packet Associated Control Channel (PACCH).

7.  A method as in claim 2, wherein the step of transmitting uses a plurality of bits placed into a Packet System Identification 13 (PSI13) message sent on a Packet Associated Control Channel (PACCH).

8.  A method as in claim 2, wherein the step of transmitting uses a plurality of bits placed into padding bits of a Packet System Identification 13 (PSI13) message sent on a Packet Associated Control Channel (PACCH).

9.  A method as in claim 2, wherein the step of transmitting uses a plurality of bits for indicating a plurality of speed subranges of a speed range.

10. A method as in claim 2, wherein the step of transmitting uses four bits for indicating 16 speed subranges within a speed range.

11. A method as in claim 1, wherein the determined parameter is used to modify a forgetting factor that influences a length of a filter that operates on link quality measurement data.

12. A method as in claim 1, wherein the determined parameter is used to calculate a forgetting factor that influences a length of a filter that operates on link quality measurement data.

13. A method as in claim 1, wherein the determined parameter is used to modify a forgetting factor that is received in a broadcast message from the wireless network,

NC 18568                                17

the forgetting factor influencing a length of a filter that operates on link quality measurement data.

14. A method as in claim 1, wherein the determined parameter is used to replace a forgetting factor that is received in a broadcast message from the wireless network, the forgetting factor influencing a length of a filter that operates on link quality measurement data.

15. A method as in claim 1, wherein the step of calculating takes into account a derivative of a speed of the ME.

16. A method as in claim 1, wherein the step of calculating operates on a plurality of measurements of one of a mean Bit Error Probability (BEP) or a coefficient of variation of a Bit Error Probability (cv)(BEP).

17. A wireless communications system comprised of a wireless network and at least one mobile equipment (ME) located in a serving cell of said wireless network, further comprising a unit in said wireless network for deriving an indication of a speed of said ME within the serving cell; a transmitter in said wireless network for transmitting the indication of the ME speed to the ME; a receiver in said ME for receiving said transmitted speed indication; and a processor in said ME for implementing a filter for filtering a sequence of link quality measurement data, said filter having a filter length that is a function of a parameter having a value that is a function of said received transmitted speed indication;  and a transmitter in said ME for transmitting an indication of said filtered link quality measurement data to a receiver of said wireless network.

18. A wireless communications system as in claim 17,

NC 18568                        18


wherein link quality measurement data is comprised of one
of a mean Bit Error Probability (BEP) or a coefficient of
variation of Bit Error Probability (cv)(BEP).

19. A wireless communications system as in claim 17,
wherein said transmitter in said wireless network transmits
the indication of the ME speed by using a plurality of bits
placed into padding bits of a Packet System Identification
13 (PSI13) message sent on a Packet Associated Control
Channel (PACCH).

20. A method for operating a wireless communications
system comprised of a wireless network and a plurality of
mobile equipment (ME) located in at least one serving cell
of said wireless network, comprising steps of:

    determining in the wireless network an indication of
    a signal quality experienced by individual ones of the
    plurality of ME;

    transmitting the determined indications to individual
    ones of the ME using a point-to-point message;

    in a particular one of the plurality of ME, receiving
    the transmitted indication;

    using the received indication for setting a length of
    a filter that is employed in a filtering operation
    that operates on a sequence of link quality
    measurement data; and

    transmitting a result of the filtering operation to
    the wireless network.

NC 18568                    19

# MOBILE EQUIPMENT BASED FILTERING FOR
## PACKET RADIO SERVICE (PRS)

### ABSTRACT OF THE DISCLOSURE

A method for operating a mobile equipment (ME 10) in a
wireless network (12), the method having steps of (A)
determining a parameter that is indicative of a signal
quality experienced by the ME, such as by determining a
speed of the ME; (B) calculating in the ME an indication of
link quality, the calculation employing a filtering
operation having a filter length that is a function of the
determined parameter, such as speed or derivative of the
speed of the ME; and (C) reporting the calculated
indication of link quality to the wireless network. The
step of determining includes steps of (a) deriving an
indication of ME speed in the wireless network; and (b)
transmitting the speed indication to the ME using a point-
to-point message. In a preferred embodiment the step of
transmitting places the ME speed indication in padding bits
of the point-to-point message, such as one sent on a Packet
Associated Control Channel (PACCH). In a most preferred
embodiment the step of transmitting uses a plurality of
bits placed into padding bits of a Packet System
Identification 13 (PSI13) message sent on the Packet
Associated Control Channel (PACCH). The plurality of bits
(e.g., four bits) are used to encode a plurality of speed
subranges (e.g., 16 subranges) of a predetermined ME speed
range (e.g., 0km/hr to 250km/hr). The indication of ME
speed is used to one of modify or replace a forgetting
factor "a" that is calculated using a parameter received in
a broadcast message from the wireless network. The
forgetting factor influences the length a running average
filter that operates on link quality measurement data, such
as a mean Bit Error Probability (BEP) or a coefficient of
variation of the BEP.



FiG. 1
PRIOR ART



FiG. 2
PRIOR ART



FIG. 3



FIG. 4

A — DETERMINE ME SPEED

B — REPORT ME SPEED TO ME 10

C — ADJUST OR REPLACE FORGETTING FACTOR, CALCULATE FILTERED MEASUREMENT RESULTS

D — REPORT FILTERED MEASUREMENT RESULTS TO WIRELESS NETWORK 12