# Exhibit D

# THE AMERICAN HERITAGE® DICTIONARY

## OF THE ENGLISH LANGUAGE

THIRD EDITION



**HOUGHTON MIFFLIN COMPANY**

Boston · New York

APLCW-A0000012997

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage® Dictionary*.

Copyright © 1996, 1992 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language. —3rd ed.
  p.   cm.
  ISBN 0-395-44895-6
  1. English language—Dictionaries.
  PE1628.A623   1992                                 92-851
  423—dc20                                              CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

APLCW-A0000012998

**calcium fluoride** | 271 | calf²

**calcium fluoride** *n.* A colorless powder, CaF₂, used in emery wheels, carbon electrodes, and cements.

**calcium hydroxide** *n.* A soft white powder, Ca(OH)₂, used in making mortar, cements, calcium salts, paints, hard rubber products, and petrochemicals. Also called *slaked lime*.

**calcium hypochlorite** *n.* A white crystalline solid, Ca(OCl)₂·4H₂O, used as a bactericide, fungicide, and bleaching agent.

**calcium light** *n.* See **limelight** (sense 2).

**calcium nitrate** *n.* Colorless crystals, Ca(NO₃)₂·4H₂O, used in explosives.

**calcium oxide** *n.* A white, caustic, lumpy powder, CaO, used as a refractory, as a flux, in manufacturing steel and paper, in glassmaking, in waste treatment, in insecticides, and as an industrial alkali. Also called *lime*.

**calcium phosphate** *n.* 1. A colorless deliquescent powder, Ca(H₂PO₄)₂, used in baking powders, as a plant food and a plastic stabilizer, and in glass. 2. A white crystalline powder, CaHPO₄, used as an animal food, as a plastic stabilizer, and in glass and toothpaste. 3. A white amorphous powder, Ca₃(PO₄)₂, used in ceramics, rubber, fertilizers, and plastic stabilizers and as a food supplement.

**calc·spar** or **calc-spar** (kălk'spär') *n.* See **calcite**. [Partial translation of Swedish *kalkspat* : *kalk*, lime (from Old Swedish *kalker*, from Middle Low German *kalk*, from Latin *calx*, *calc-*, lime; see CALX) + *spat*, spar (mineral).]

**calc·tu·fa** (kălk'too'fə, -tyoo'-) also **calc-tuff** (-tŭf') *n.* Calcareous tufa, a porous or spongy deposit of calcium carbonate found in calcareous mineral springs. [CALC(AREOUS) + TUFA.]

**cal·cu·la·ble** (kăl'kyə-lə-bəl) *adj.* 1. That can be calculated or estimated: *calculable odds*. 2. Readily relied on; dependable: *a calculable assistant*. —**cal'cu·la·bil'i·ty** *n.*

● **cal·cu·late** (kăl'kyə-lāt') *v.* -**lat·ed**, -**lat·ing**, -**lates**. —*tr.* 1. To ascertain by computation; reckon: *calculating the area of a circle; calculated their probable time of arrival*. 2. To make an estimate of; evaluate: *calculating the team's chances of winning*. 3. To make for a deliberate purpose; design: *a sturdy car that is calculated to last for years; a choice that was calculated to please*. 4. Also **cal'late** (kăl'āt', -lāt'). Chiefly New England & Upper Southern U.S. **a.** To suppose: "*I cal'late she's a right smart cook*" (Dialect Notes). **b.** To plan, intend, or count on. —*intr.* 1. To perform a mathematical process; figure: *We must measure and calculate to determine how much paint will be needed*. 2. To predict consequences. 3. *Regional.* **a.** To suppose; guess. **b.** To count, depend, or rely on someone or something: *We're calculating on your help*. [Late Latin *calculāre*, *calculāt-*, from Latin *calculus*, small stone used in reckoning, diminutive of *calx*, *calc-*, small stone for gaming. See CALX.]

SYNONYMS: *calculate, compute, reckon, cipher, figure*. These verbs refer to the determination of a result, such as expense, through the use of mathematical methods. *Calculate*, the most comprehensive, often implies a relatively high level of abstraction or procedural complexity: *astronomers calculating the positions of the planets*. *Compute* applies in general to essentially straightforward though possibly lengthy arithmetic operations: *computing fees according to time spent*. *Reckon*, *cipher*, and *figure* suggest the use of simple arithmetic: *reckoned the number of hours before her departure; had to be taught to read and to cipher; trying to figure my share of the bill*.

**cal·cu·lat·ed** (kăl'kyə-lā'tĭd) *adj.* 1. Determined by mathematical calculation. 2. Undertaken after careful estimation of the likely outcome: *took a calculated risk*. 3. Made or planned to accomplish a certain purpose; deliberate: *insincere, calculated modesty*. 4. Likely; apt. —**cal'cu·lat'ed·ly** *adv.*

**cal·cu·lat·ing** (kăl'kyə-lā'tĭng) *adj.* 1. Capable of performing calculations: *a calculating machine*. 2. **a.** Shrewd; crafty. **b.** Coldly scheming or conniving. —**cal'cu·lat'ing·ly** *adv.*

**cal·cu·la·tion** (kăl'kyə-lā'shən) *n.* 1. *Abbr.* **calc. a.** The act, process, or result of calculating. **b.** An estimate based on probabilities. 2. Careful, often cunning estimation and planning of outcomes, especially to advance one's own interests. —**cal'cu·la'tive** *adj.*

**cal·cu·la·tor** (kăl'kyə-lā'tər) *n.* 1. One that calculates, as: **a.** An electronic or a mechanical device for the performance of mathematical computations. **b.** A person who operates such a machine or otherwise makes calculations. 2. A set of mathematical tables used to aid in calculating.

**cal·cu·li** (kăl'kyə-lī') *n.* A plural of **calculus**.

**cal·cu·lous** (kăl'kyə-ləs) *adj.* Relating to, caused by, or having a calculus or calculi.

**cal·cu·lus** (kăl'kyə-ləs) *n., pl.* -**li** (-lī') or -**lus·es**. 1. *Pathology.* An abnormal concretion in the body, usually formed of mineral salts and found in the gallbladder, kidney, or urinary bladder, for example. 2. *Dentistry.* Tartar. 3. *Abbr.* **calc.** *Mathematics.* **a.** The branch of mathematics that deals with limits and the differentiation and integration of functions of one or more variables. **b.** A method of analysis or calculation using a special symbolic notation. **c.** The combined mathematics of differential and integral calculus. 4. A system or method of calculating: *a dazzling grasp of the nation's byzantine budget calculus* (David M. Alpern). [Latin, small stone used in reckoning. See CALCULATE.]

**calculus of variations** *n.* Mathematical analysis of the maxima and minima of definite integrals, the integrands of which are functions of independent variables, dependent variables, and the derivatives of one or more dependent variables.

**Cal·cut·ta** (kăl-kŭt'ə). A city of eastern India on the Hooghly River in the Ganges delta. Founded c. 1690 as a British East India Company trading post, it is India's largest city and a major port and industrial center. Population, 3,305,006.

**Cal·der** (kôl'dər, kŏl'-), **Alexander**. 1898–1976. American sculptor who created the mobile in Paris in the early 1930's and also produced immobile abstract sculptures known as stabiles.

**cal·de·ra** (kăl-dâr'ə, -dîr'ə, kŏl-) *n.* A large crater formed by volcanic explosion or by collapse of a volcanic cone. [Spanish, caldron, caldera, from Late Latin *caldāria*. See CALDRON.]

**Cal·de·rón de la Bar·ca** (kăl'də-rōn' dā lə bär'kə, käl'-thě-rōn' thě lä bär'kä), **Pedro.** 1600–1681. Spanish playwright. One of the greatest dramatists of Spain's Golden Age, he wrote more than 120 plays, including *Life is a Dream* (1635).

**cal·dron** also **caul·dron** (kôl'drən) *n.* 1. A large vessel, such as a kettle or vat, used for boiling. 2. A state or situation of great distress or unrest felt to resemble a boiling kettle or vat: *a caldron of conflicting corporate politics*. [Middle English, alteration of *cauderon*, from Norman French, diminutive of *caudiere*, cooking pot, from Late Latin *caldāria*, from feminine of Latin *caldārius*, suitable for warming, from *calidus*, warm. See **kelə-¹** in Appendix.]

**Cald·well** (kôld'wĕl', -wəl, kŏld'-). A city of southwest Idaho on the Boise River west of Boise. It was built on the site of an Oregon Trail camping ground. Population, 17,699.

**Caldwell**, **Erskine Preston.** 1903–1987. American writer best known for his graphic novels about poverty and degeneration, such as *Tobacco Road* (1932).

**Caldwell**, **Sarah.** Born 1928. American conductor and opera producer noted for her ingenious stagings of classical and modern works.

**ca·lèche** (kə-lĕsh') *n.* Variant of **calash**.

**Cal·e·don** (kăl'ĭ-dən). A town of southeast Ontario, Canada, northwest of Toronto. Pop. 26,645.

**Cal·e·do·ni·a** (kăl'ĭ-dō'nē-ə, -dōn'yə). Roman Britain north of the Antonine Wall, which stretched from the Firth of Forth to the Firth of Clyde. Today the term is used as a poetic appellation for all of Scotland. —**Cal'e·do'ni·an** *adj. & n.*

**Caledonian Canal.** A waterway, about 97 km (60 mi) long, cutting diagonally across northern Scotland from Loch Linnhe on the southwest to Moray Firth on the northeast. Opened in 1822, it is used today mainly by pleasure craft.

**cal·en·dar** (kăl'ən-dər) *n. Abbr.* **cal.** 1. Any of various systems of reckoning time in which the beginning, length, and divisions of a year are defined. 2. A table showing the months, weeks, and days in at least one specific year. 3. A schedule of events. 4. An ordered list of matters to be considered: *a calendar of court cases; the bills on a legislative calendar*. 5. Chiefly British. A catalogue of a university. —**calendar** *tr.v.* -**dared**, -**dar·ing**, -**dars.** To enter in a calendar; schedule. [Middle English *calender*, from Old French *calendier*, from Late Latin *kalendārium*, from Latin, account book, from *kalendae*, calends (from the fact that monthly interest was due on the calends). See **kelə-²** in Appendix.]

**calendar month** *n.* See **month** (sense 2).

**calendar year** *n. Abbr.* **CY** See **year** (sense 1a).

**cal·en·der** (kăl'ən-dər) *n.* A machine in which paper or cloth is made smooth and glossy by being pressed through rollers. —**calender** *tr.v.* -**dered**, -**der·ing**, -**ders.** To press (paper or cloth) in the rollers of such a machine. [French *calandre*, from Vulgar Latin *colendra*, alteration (possibly influenced by Latin *columna*, column) of Latin *cylindrus*, roller. See CYLINDER.] —**cal'en·der·er** *n.*

**ca·len·dri·cal** (kə-lĕn'drĭ-kəl) also **ca·len·dric** (-drĭk) *adj.* Of, relating to, or used in a calendar.

**cal·ends** also **kal·ends** (kăl'əndz, kā'ləndz) *n., pl.* **calends** also **kalends.** The day of the new moon and the first day of the month in the ancient Roman calendar. [Middle English *kalendes*, from Latin *kalendae*. See **kelə-²** in Appendix.] —**ca·len'dal** (kə-lĕn'dəl) *adj.*

**ca·len·du·la** (kə-lĕn'jə-lə) *n.* A Mediterranean annual plant (*Calendula officinalis*) in the composite family, widely cultivated for its showy, yellow or orange, rayed flower heads that were formerly used in medicine, coloring, and flavoring of food. Also called *pot marigold*. [Medieval Latin, marigold, from Latin *kalendae*, calends. See CALENDS.]

**cal·en·ture** (kăl'ən-choor') *n.* A tropical fever once believed to be caused by the heat. [Spanish *calentura*, from *calentar*, to heat, from Latin *calēns*, *calent-*, present participle of *calēre*, to be warm. See **kelə-¹** in Appendix.]

**calf¹** (kăf, käf) *n., pl.* **calves** (kăvz, kävz). 1. **a.** A young cow or bull. **b.** The young of certain other mammals, such as the elephant or whale. 2. Calfskin. 3. A large floating chunk of ice split off from a glacier, an iceberg, or a floe. 4. An awkward, callow youth. [Middle English, from Old English *cealf*.]

**calf²** (kăf, käf) *n., pl.* **calves** (kăvz, kävz). The fleshy, muscular back part of the human leg between the knee and ankle. [Middle English, from Old Norse *kálfi*.]



caldron
Late 12th-century
Persian

| ă pat | oi boy |
| ā pay | ou out |
| âr care | oo took |
| ä father | oo boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ' (primary);
' (secondary), as in

APLNDC-A0000012999

**mod·er·ate** (mŏd′ər-ĭt) *adj. Abbr.* **mod. 1.** Being within reasonable limits; not excessive or extreme: *a moderate price.* **2.** Not violent or subject to extremes; mild or calm; temperate: *a moderate climate.* **3. a.** Of medium or average quantity or extent. **b.** Of limited or average quality; mediocre. **4.** Opposed to radical or extreme views or measures, especially in politics or religion. —**moderate** *n.* One who holds or champions moderate views or opinions, especially in politics or religion. —**moderate** (mŏd′ə-rāt′) *v.* **-at·ed, -at·ing, -ates.** —*tr.* **1.** To lessen the violence, severity, or extremeness of. **2.** To preside over: *She was chosen to moderate the convention.* —*intr.* **1.** To become less violent, severe, or extreme; abate. **2.** To act as a moderator. [Middle English *moderat*, from Latin *moderātus*, past participle of *moderārī*, to moderate. See **med-** in Appendix.] —**mod′er·ate·ly** *adv.* —**mod′er·ate·ness** *n.* —**mod′er·a′tion** *n.*

**SYNONYMS:** moderate, qualify, temper. The central meaning shared by these verbs is "to make less extreme or intense": *moderated the severity of the rebuke; qualified her criticism; admiration tempered with fear.*
**ANTONYM:** intensify.

**moderate breeze** *n. Meteorology.* A wind with a speed from 13 to 18 miles (20 to 29 kilometers) per hour, according to the Beaufort scale.

**moderate gale** *n. Meteorology.* A wind with a speed from 32 to 38 miles (51 to 61 kilometers) per hour, according to the Beaufort scale. Also called *near gale.*

**mod·er·ate-in·come** (mŏd′ər-ĭt-ĭn′kŭm′) *adj.* Of or relating to people or households supported by an average or slightly below average income: *moderate-income housing.*

**mod·e·ra·to** (mŏd′ə-rä′tō) *adv. & adj. Abbr.* **mod.** *Music.* In moderate tempo that is slower than allegretto but faster than andante. Used chiefly as a direction. [Italian, from Latin *moderātus*, moderate. See MODERATE.]

**mod·er·a·tor** (mŏd′ə-rā′tər) *n.* **1.** One that moderates, as: **a.** One that arbitrates or mediates. **b.** One who presides over a meeting, forum, or debate. **2.** The officer who presides over a synod or general assembly of the Presbyterian Church. **3.** *Physics.* A substance, such as water or graphite, that is used in a nuclear reactor to decrease the speed of fast neutrons and increase the likelihood of fission.

**mod·ern** (mŏd′ərn) *adj. Abbr.* **mod. 1. a.** Of or relating to recent times or the present: *modern history.* **b.** Characteristic or expressive of recent times or the present; contemporary or up-to-date: *a modern lifestyle; a modern way of thinking.* **2. a.** Of or relating to a recently developed or advanced style, technique, or technology: *modern art; modern medicine.* **b.** Avant-garde; experimental. **3. Modern.** *Linguistics.* Of, relating to, or being a living language or group of languages: *Modern Italian; Modern Romance languages.* —**modern** *n.* **1.** One who lives in modern times. **2.** One who has modern ideas, standards, or beliefs. **3.** *Printing.* Any of a variety of typefaces characterized by strongly contrasted heavy and thin parts. [French *moderne*, from Old French, from Late Latin *modernus*, from Latin *modo*, in a certain manner, just now, from *modō*, ablative of *modus*, manner. See **med-** in Appendix.] —**mod′ern·ly** *adv.* —**mod′ern·ness** *n.*

**WORD HISTORY:** The word *modern*, first recorded in 1585 in the sense "of present or recent times," has traveled through the centuries designating things that inevitably must become old-fashioned as the word itself goes on to the next modern thing. We have now invented the word *postmodern*, as if we could finally fix *modern* in time, but even *postmodern* (first recorded in 1949) will seem fusty in the end, perhaps sooner than *modern* will. Going back to Late Latin *modernus*, "modern," which is derived from *modo* in the sense "just now," the English word *modern* (first recorded at the beginning of the 16th century) was not originally concerned with anything that could be later considered old-fashioned. It simply meant "being at this time, now existing," an obsolete sense today. Beginning in the later 16th century, however, we see the word contrasted with the word *ancient* and also used of technology in a way that is clearly related to our own modern way of using the word. *Modern* was being applied specifically to what pertained to present times and also to what was new and not old-fashioned. Thus in the 19th and 20th centuries the word could be used to designate a movement in art, which is now being followed by postmodernism.

**modern dance** *n.* A style of theatrical dance that rejects the limitations of classical ballet and favors movement deriving from the expression of inner feeling.

**mo·derne** (mō-därn′) *adj.* Striving to be modern in appearance or style but lacking taste or refinement; pretentious. [French, modern, from Old French. See MODERN.]

**Modern English** *n.* English since about 1500. Also called *New English.*

**Modern Greek** *n.* Greek since the early 16th century. Also called *New Greek.*

**Modern Hebrew** *n.* **1.** The Hebrew language as used from 1948 to the present. **2.** See **New Hebrew.**

**mod·ern·ism** (mŏd′ər-nĭz′əm) *n.* **1. a.** Modern thought, character, or practice. **b.** Sympathy with or conformity to modern ideas, practices, or standards. **2.** A peculiarity of usage or style, as of a word or phrase, that is characteristic of modern times. **3.** Often **Modernism.** The deliberate departure from tradition and the use of innovative forms of expression that distinguish many styles in the arts and literature of the 20th century. **4.** Often **Modernism.** A Roman Catholic movement, officially condemned in 1907, that attempted to examine traditional belief according to contemporary philosophy, criticism, and historiography. —**mod′ern·ist** *n.* —**mod′ern·is′tic** *adj.*

**mo·der·ni·ty** (mō-dûr′nĭ-tē, mō-) *n., pl.* **-ties.** The state or quality of being modern: "*Warriors of the . . . tribe, imposing symbols of a nomadic culture . . . are caught between tradition and modernity*" (Sheila Rule).

**mod·ern·ize** (mŏd′ər-nīz′) *v.* **-ized, -iz·ing, -iz·es.** —*tr.* To make modern in appearance, style, or character; update. —*intr.* To accept or adopt modern ways, ideas, or style. —**mod′ern·i·za′tion** (-ər-nĭ-zā′shən) *n.* —**mod′ern·iz′er** *n.*

**modern pentathlon** *n. Sports.* An athletic contest in which each participant competes in five events: running, swimming, horseback riding, fencing, and pistol shooting.

**mod·est** (mŏd′ĭst) *adj.* **1.** Having or showing a moderate estimation of one's own talents, abilities, and value. **2.** Having or proceeding from a disinclination to call attention to oneself; retiring or diffident. See Synonyms at **shy**[1]. **3.** Observing conventional proprieties in speech, behavior, or dress. **4.** Free from showiness or ostentation; unpretentious. See Synonyms at **plain.** **5.** Moderate or limited in size, quantity, or range; not extreme: *a modest price; a newspaper with a modest circulation.* [Latin *modestus.* See **med-** in Appendix.] —**mod′est·ly** *adv.*

**Mo·des·to** (mə-dĕs′tō). A city of central California southeast of Stockton. Founded in 1870, it is a processing and trade center in the San Joaquin Valley. Population, 106,105.

**mod·es·ty** (mŏd′ĭ-stē) *n.* **1.** The state or quality of being modest. **2.** Reserve or propriety in speech, dress, or behavior. **3.** Lack of pretentiousness; simplicity.

**mod·i·cum** (mŏd′ĭ-kəm) *n., pl.* **-cums** or **-ca** (-kə). A small, moderate, or token amount: "*England still expects a modicum of eccentricity in its artists*" (Ian Jack). [Middle English, from Latin, from neuter of *modicus*, moderate, from *modus*, measure. See **med-** in Appendix.]

**mod·i·fi·ca·tion** (mŏd′ə-fĭ-kā′shən) *n. Abbr.* **modif. 1.** The act of modifying or the condition of being modified. **2.** A result of modifying. **3.** A small alteration, adjustment, or limitation. **4.** *Biology.* Any of the changes in an organism caused by environment or activity and not genetically transmissable to offspring. **5.** *Linguistics.* **a.** A change undergone by a word that is borrowed from another language. **b.** A phonological change undergone by a word or morpheme when it is used in a construction, as the change of *will* to *'ll* in *they'll.* —**mod′i·fi·ca′tor** *n.* —**mod′i·fi·ca′to·ry** (-kā′tə-rē), **mod′i·fi·ca′tive** (-kā′tĭv) *adj.*

**modified American plan** (mŏd′ə-fīd′) *n. Abbr.* **MAP** A system of hotel management in which guests pay a fixed daily or weekly rate for room, breakfast, and lunch or dinner.

**mod·i·fi·er** (mŏd′ə-fī′ər) *n. Grammar.* A word, phrase, or clause that limits or qualifies the sense of another word or word group.

**mod·i·fy** (mŏd′ə-fī′) *v.* **-fied, -fy·ing, -fies.** —*tr.* **1.** To change in form or character; alter. **2.** To make less extreme, severe, or strong: *refused to modify her stand on the issue.* **3.** *Grammar.* To qualify or limit the meaning of. For example, *summer* modifies *day* in the phrase *a summer day.* **4.** *Linguistics.* To change (a vowel) by umlaut. —*intr.* To be or become modified; change. [Middle English *modifien*, from Old French *modifier*, from Latin *modificāre*, to measure, limit : *modus*, measure; see **med-** in Appendix + *-ficāre*, *-fy*.] —**mod′i·fi·a·bil′i·ty** *n.* —**mod′i·fi·a·ble** *adj.*

**Mo·di·glia·ni** (mō-dē′lē-ä′nē, mô′dē-lyä′nē), **Amedeo.** 1884–1920. Italian painter and sculptor noted for the graceful, elongated lines of his portraits and nudes.

**mo·dil·lion** (mō-dĭl′yən) *n. Architecture.* An ornamental bracket used in series under a cornice, especially a cornice of the Corinthian, Composite, or Ionic orders. [Italian *modiglione*, from Vulgar Latin *\*mutīliō, mutīliōn-*, from Latin *mutulus*, perhaps of Etruscan origin.]

**mo·di·o·lus** (mō-dī′ə-ləs) *n., pl.* **-li** (-lī′). The central, conical, bony core of the cochlea. [Latin *modiolus*, socket, hub, diminutive of *modius*, a measure of grain, measuring vessel. See **med-** in Appendix.]

**mod·ish** (mō′dĭsh) *adj.* Being in or conforming to the prevailing or current fashion; stylish. See Synonyms at **fashionable.** —**mod′ish·ly** *adv.* —**mod′ish·ness** *n.*

**mo·diste** (mō-dēst′) *n.* One that produces, designs, or deals in women's fashions. [French, from *mode*, fashion. See MODE.]

**Mo·doc** (mō′dŏk) *n., pl.* **Modoc** or **-docs. 1. a.** A Native American people inhabiting an area of the Cascade Range in south-central Oregon and northern California. **b.** A member of this people. **2.** The dialect of Klamath spoken by the Modoc.

**mod·u·lar** (mŏj′ə-lər) *adj.* **1.** Of, relating to, or based on a module or modulus. **2.** Designed with standardized units or dimensions, as for easy assembly and repair or flexible arrangement and use: *modular furniture; modular homes.* —**mod′u·lar** *n.* —**mod′u·lar′i·ty** (-lăr′ĭ-tē) *n.* —**mod′u·lar·ly** *adv.*

**modular arithmetic** *n. Mathematics.* A form of arithmetic dealing with the remainders after whole numbers are divided by



**modular**
Habitat housing complex in Montreal, Canada, designed by Moshe Safdie (born 1938)

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͝o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary);
′ (secondary), as in
**dictionary** (dĭk′shə-nĕr′ē)

Case 6:12-cv-00100-JRG   Document 127-5   Filed 08/23/13   Page 6 of 14 PageID #: 4606

Wilmer, Cutler & Pickering

**re·par·ti·tion** (rē-pär-tĭsh′ən) *n.* **1.** Distribution; apportionment. **2.** A partitioning again or in a different way. —**repartition** *tr.v.* **-tioned, -tion·ing, -tions.** To partition again; redivide.

**re·pass** (rē-păs′) *v.* **-passed, -pass·ing, -pass·es.** —*tr.* **1.** To pass (something) again. **2.** To cause to pass again in the opposite direction. —*intr.* To pass again; go by again. —**re·pas′sage** (-ĭj) *n.*

**re·past** (rĭ-păst′) *n.* A meal or the food eaten or provided at a meal. —**repast** *v.* **-past·ed, -past·ing, -pasts.** —*intr.* To eat or feast. —*tr. Obsolete.* To give food to. [Middle English, from Old French, from Late Latin *repāstus*, from past participle of *repāscere*, to feed : *re-*, re- + Latin *pāscere*, to feed; see **pā-** in Appendix.]

**re·pa·tri·ate** (rē-pā′trē-āt′) *tr.v.* **-at·ed, -at·ing, -ates.** To restore or return to the country of birth, citizenship, or origin: *repatriate war refugees.* —**repatriate** (-ĭt, -āt′) *n.* One who has been repatriated. [Late Latin *repatriāre, repatriāt-*, to return to one's country : *re-*, re- + *patria*, native country; see EXPATRIATE.] —**re·pa′tri·a′tion** *n.*

**re·pay** (rĭ-pā′) *v.* **-paid** (-pād′), **-pay·ing, -pays.** —*tr.* **1.** To pay back: *repaid a debt.* **2.** To give back, either in return or in compensation: *repay kindness with kindness.* **3.** To make a return or compensation for: *a company that repays hard work with bonuses.* **4.** To make or do in return: *repay a call.* —*intr.* To make repayment or requital. —**re·pay′a·ble** *adj.* —**re·pay′ment** *n.*

**re·peal** (rĭ-pēl′) *tr.v.* **-pealed, -peal·ing, -peals.** **1.** To revoke or rescind, especially by an official or formal act. **2.** *Obsolete.* To summon back or recall, especially from exile. —**repeal** *n.* The act or process of repealing. [Middle English *repelen, repealen*, from Anglo-Norman *repeler*, alteration of Old French *rapeler* : *re-*, re- + *apeler*, to appeal; see APPEAL.] —**re·peal′a·ble** *adj.* —**re·peal′er** *n.*

**re·peat** (rĭ-pēt′) *v.* **-peat·ed, -peat·ing, -peats.** —*tr.* **1.** To say again: *repeat a question.* **2.** To utter in duplication of another's utterance. **3.** To recite from memory. **4.** To tell to another. **5.** To do, experience, or produce again: *repeat past successes.* **6.** To express (oneself) in the same way or words: *repeats himself constantly.* —*intr.* **1.** To do or say something again. **2.** To commit the fraudulent offense of voting more than once in a single election. —**repeat** *n.* *Abbr.* **rpt. 1.** An act of repeating. **2.** Something repeated: *a repeat of a television program.* **3.** *Music.* **a.** A passage or section that is repeated. **b.** A sign usually consisting of two vertical dots, indicating a passage to be repeated. —**repeat** *adj.* Of, relating to, or being something that repeats or is repeated: *a repeat offender; a repeat performance of the play.* [Middle English *repeten*, from Old French *repeter*, from Latin *repetere*, to seek again : *re-*, re- + *petere*, to seek; see **pet-** in Appendix.] —**re·peat′a·bil′i·ty** *n.* —**re·peat′a·ble** *adj.*

**SYNONYMS:** repeat, iterate, reiterate, restate. The central meaning shared by these verbs is "to state again": *repeated the warning; iterate a demand; reiterating a question; restated the obvious.*

**re·peat·ed** (rĭ-pē′tĭd) *adj.* Said, done, or occurring again and again: *We heard repeated knocks on the door.*

**re·peat·ed·ly** (rĭ-pē′tĭd-lē) *adv.* More than once; again and again.

**re·peat·er** (rĭ-pē′tər) *n.* **1.** One that repeats: "[The] *tourists are mainly repeaters from the United States and Canada who come for the peace and quiet*" (James Kerr). **2.** A watch or clock with a pressure-activated mechanism that strikes the hour. **3.** A repeating firearm. **4.** A student who repeats a course, usually one that has been failed. **5.** One who fraudulently votes more than once in a single election. **6.** One who has been convicted of wrongdoing more than once, especially for the same offense.

**re·peat·ing decimal** (rĭ-pē′tĭng) *n. Mathematics.* A decimal in which a pattern of one or more digits is repeated indefinitely, for example, 0.3333 . . . Also called *circulating decimal, recurring decimal.*

**repeating firearm** *n.* A firearm capable of firing several times without being reloaded.

**re·pel** (rĭ-pĕl′) *v.* **-pelled, -pel·ling, -pels.** —*tr.* **1.** To ward off or keep away; drive back: *repel insects.* **2.** To offer resistance to; fight against: *repel an invasion.* **3.** To refuse to accept; reject: *a company that was trying to repel a hostile takeover.* **4.** To turn away from; spurn. **5.** To cause aversion or distaste in: *Her rudeness repels everyone.* See Synonyms at **disgust.** See Usage Note at **repulse. 6.** To be resistant to; be incapable of absorbing or mixing with: *Oil repels water.* **7.** *Physics.* To present an opposing force to; push back or away by a force: *Electric charges of the same sign repel one another.* —*intr.* **1.** To offer a resistant force to something. **2.** To cause aversion or distaste: *behavior that repels.* [Middle English *repellen*, from Old French *repeller*, from Latin *repellere* : *re-*, re- + *pellere*, to drive; see **pel-⁵** in Appendix.] —**re·pel′ler** *n.*

**re·pel·lent** also **re·pel·lant** (rĭ-pĕl′ənt) —*adj.* **1.a.** Serving or tending to repel. **b.** Able to repel. **2.** Inspiring aversion or distaste; repulsive. See Synonyms at **hateful, offensive. 3.** Resistant or impervious to a substance. Often used in combination: *a water-repellent fabric.* —*n.* **1.** One that repels. **2.a.** A substance used to repel insects. **b.** A substance or treatment for making a fabric or surface impervious or resistant to something else. —**re·pel′lence, re·pel′len·cy** *n.* —**re·pel′lent·ly** *adv.*

**re·pent¹** (rĭ-pĕnt′) *v.* **-pent·ed, -pent·ing, -pents.** —*intr.* **1.** To feel remorse, contrition, or self-reproach for what one has done or failed to do; be contrite. **2.** To feel such regret for past conduct as to change one's mind regarding it: *repented of intemperate behavior.* **3.** To make a change for the better as a result of remorse or contrition for one's sins. —*tr.* **1.** To feel regret or self-reproach for: *repent one's sins.* **2.** To cause to feel remorse or regret. [Middle English *repenten*, from Old French *repentir* : *re-* + *pentir*, to be sorry (from Vulgar Latin *paenitīre*, from Latin *paenitēre*).] —**re·pent′er** *n.*

**re·pent²** (rē′pənt) *adj. Biology.* Creeping along the ground; prostrate. [Latin *rēpēns, rēpent-*, present participle of *rēpere*, to creep.]

**re·pen·tance** (rĭ-pĕn′təns) *n.* **1.** The act or process of repenting. **2.** Remorse or contrition for past conduct or sin. See Synonyms at **penitence.**

**re·pen·tant** (rĭ-pĕn′tənt) *adj.* Characterized by or demonstrating repentance; penitent. —**re·pen′tant·ly** *adv.*

**Re·pen·ti·gny** (rə-pän-tē-nyē′). A town of southern Quebec, Canada, a residential suburb of Montreal. Population, 34,419.

**re·per·cus·sion** (rē′pər-kŭsh′ən, rĕp′ər-) *n.* **1.** An often indirect effect, influence, or result that is produced by an event or action. See Synonyms at **impact. 2.** A recoil, rebounding, or reciprocal motion after impact. **3.** A reflection, especially of sound. [Middle English *repercussioun*, from Old French *repercussion*, from Latin *repercussiō, repercussiōn-*, from *repercussus*, past participle of *repercutere*, to cause to rebound : *re-*, re- + *percutere*, to strike; see PERCUSS.] —**re′per·cus′sive** *adj.*

**rep·er·toire** (rĕp′ər-twär′) *n.* **1.** The stock of songs, plays, operas, readings, or other pieces that a player or company is prepared to perform. **2.** The range or number of skills, aptitudes, or special accomplishments of a particular person or group. [French *répertoire*, from Old French, from Late Latin *repertōrium.* See REPERTORY.]

**rep·er·to·ry** (rĕp′ər-tôr′ē, -tōr′ē) *n., pl.* **-ries. 1.** A repertoire. **2.a.** A theater in which a resident company presents works from a specified repertoire, usually in alternation. **b.** A repertory company. **3.a.** A place, such as a storehouse, where a stock of things is kept; a repository. **b.** Something stored in or as if in such a place; a stock or collection. [Late Latin *repertōrium*, from Latin *repertus*, past participle of *reperīre*, to find out : *re-*, re- + *parīre*, to get, beget; see **perə-¹** in Appendix.] —**rep′er·to′ri·al** *adj.*

**repertory company** *n.* A company that presents and performs a number of different plays or other works during a season, usually in alternation.

**rep·e·tend** (rĕp′ĭ-tĕnd′, rĕp′ĭ-tĕnd′) *n.* **1.** A word, sound, or phrase that is repeated; a refrain. **2.** *Mathematics.* The digit or group of digits that repeats infinitely in a repeating decimal. [From Latin *repetendum*, neuter gerundive of *repetere*, to repeat. See REPEAT.]

**rep·e·ti·tion** (rĕp′ĭ-tĭsh′ən) *n. Abbr.* **rep. 1.** The act or process or an instance of repeating or being repeated. **2.** A recitation or recital, especially of prepared or memorized material. [Middle English *repeticioun*, from Old French *repeticion*, from Latin *repetītiō, repetītiōn-*, from *repetītus*, past participle of *repetere*, to repeat. See REPEAT.] —**rep′e·ti′tion·al** *adj.*

**rep·e·ti·tious** (rĕp′ĭ-tĭsh′əs) *adj.* Filled with repetition, especially needless or tedious repetition. —**rep′e·ti′tious·ly** *adv.* —**rep′e·ti′tious·ness** *n.*

**re·pet·i·tive** (rĭ-pĕt′ĭ-tĭv) *adj.* Given to or characterized by repetition. —**re·pet′i·tive·ly** *adv.* —**re·pet′i·tive·ness** *n.*

**re·phrase** (rē-frāz′) *tr.v.* **-phrased, -phras·ing, -phras·es.** To phrase again, especially to state in a new, clearer, or different way.

**re·pine** (rĭ-pīn′) *intr.v.* **-pined, -pin·ing, -pines. 1.** To be discontented or low in spirits; complain or fret. **2.** To yearn after something: *Immigrants who repined for their homeland.* [Middle English *repinen*, to be aggrieved : *re-*, re- + *pinen*, to yearn. See PINE².] —**re·pin′er** *n.*

**repl.** *abbr.* Replace; replacement.

**re·place** (rĭ-plās′) *tr.v.* **-placed, -plac·ing, -plac·es.** *Abbr.* **repl. 1.** To put back into a former position or place. **2.** To take or fill the place of. **3.** To be or provide a substitute for. **4.** To pay back or return; refund. —**re·place′a·ble** *adj.* —**re·plac′er** *n.*

**SYNONYMS:** replace, supplant, supersede. These verbs are compared as they mean to turn someone or something out and place another in his, her, or its stead. To *replace* is to be or furnish an equivalent or a substitute in the place of another, especially another that has been lost, depleted, worn out, or discharged: "*A conspiracy was carefully engineered to replace the Directory by three Consuls*" (H.G. Wells). "*I succeed him [Benjamin Franklin] as envoy to France]; no one could replace him*" (Thomas Jefferson). *Supplant* often suggests the use of intrigue or underhanded tactics to take another's place: "*The rivaling poor Jones, and supplanting him in her affections, added another spur to his pursuit*" (Henry Fielding). The term does not, however, invariably have this connotation: "*The steam engine began to supplant the muscular power of men and animals*" (James Harvey Robinson). To *supersede* is to replace one person or thing by another held to be superior, more valuable or useful, or less antiquated: "*In our island*

APLCW-A0000013001

*the Latin appears never to have superseded the old Gaelic speech"* (Macaulay). *"Each of us carries his own life-form—an indeterminable form which cannot be superseded by any other"* (Carl Jung).

**re·place·ment** (rĭ-plās′mənt) *n. Abbr.* **repl. 1.** The act or process of replacing or of being replaced; substitution. **2.** One that replaces, especially a person assigned to a vacant military position.

**replacement therapy** *n.* Administration of a body substance to compensate for the loss, as from disease or surgery, of a gland or tissue that would normally produce the substance.

**re·plant** (rē-plănt′) *tr.v.* **-plant·ed, -plant·ing, -plants. 1.** To plant (something) again or in a new place: *separated and replanted the perennials.* **2.** To supply with new plants: *replant a window box.* **3.** To reattach (an organ or limbs, for example) surgically to the original site. —**replant** (rē′plănt′) *n.* Something replanted. —**re′plan·ta′tion** *n.*

**re·play** (rē-plā′) *tr.v.* **-played, -play·ing, -plays.** To play over again: *replay a tennis match; replay a tape; replay history.* —**replay** (rē′plā′) *n.* **1.** The act or process of replaying. **2.** Something replayed. **3.** An instant replay.

**re·plen·ish** (rĭ-plĕn′ĭsh) *v.* **-ished, -ish·ing, -ish·es.** —*tr.* **1.** To fill or make complete again; add a new stock or supply to: *replenish the larder.* **2.** To inspire or nourish: *The music will replenish my weary soul.* —*intr.* To become full again. [Middle English *replenisshen,* from Old French *replenir, repleniss-* : *re-* + *plenir,* to fill (from *plein,* full, from Latin *plēnus;* see **pele-**¹ in Appendix).] —**re·plen′ish·er** *n.* —**re·plen′ish·ment** *n.*

**re·plete** (rĭ-plēt′) *adj.* **1.** Abundantly supplied; abounding: *a stream replete with trout; an apartment replete with Empire furniture.* **2.** Filled to satiation; gorged. **3.** *Usage Problem.* Complete: *a computer system replete with color monitor, printer, and software.* [Middle English, from Old French, from Latin *replētus,* past participle of *replēre,* to refill : *re-, re-* + *plēre,* to fill; see **pele-**¹ in Appendix.] —**re·plete′ness** *n.*

**USAGE NOTE:** *Replete* means "abundantly supplied" and is not generally accepted as a synonym for *complete.*

**re·ple·tion** (rĭ-plē′shən) *n.* **1.** The condition of being fully supplied or completely filled. **2.** A state of excessive fullness.

**re·plev·i·a·ble** (rĭ-plĕv′ē-ə-bəl) *adj. Law.* Recoverable by replevin: *repleviable property.*

**re·plev·in** (rĭ-plĕv′ĭn) *Law. n.* **1.** An action to recover personal property said or claimed to be unlawfully taken. **2.** The writ or procedure of such an action. —**replevin** *tr.v.* **-ined, -in·ing, -ines.** To replevy. [Middle English, from Anglo-Norman *replevine,* from *replevir,* to give as a security : *re-, re-* + *plevir,* to pledge (from Late Latin *plebere,* of Germanic origin).]

**re·plev·y** (rĭ-plĕv′ē) *Law. tr.v.* **-ied, -y·ing, -ies.** To regain possession of by a writ of replevin. —**replevy** *n., pl.* **-ies.** A replevin. [Anglo-Norman *replevir.* See REPLEVIN.]

**rep·li·ca** (rĕp′lĭ-kə) *n.* **1.** A copy or reproduction of a work of art, especially one made by the original artist. **2.** A copy or reproduction, especially one on a scale smaller than the original. [Italian, from *replicare,* to repeat, from Late Latin *replicāre,* to fold back. See REPLICATE.]

**rep·li·case** (rĕp′lĭ-kās′, -kāz′) *n.* An enzyme that promotes the synthesis of a complementary RNA molecule from an RNA template. [REPLIC(ATE) + -ASE.]

**rep·li·cate** (rĕp′lĭ-kāt′) *v.* **-cat·ed, -cat·ing, -cates.** —*tr.* **1.** To duplicate, copy, reproduce, or repeat. **2.** *Biology.* To reproduce or make an exact copy or copies of (genetic material, a cell, or an organism). **3.** To fold over or bend back. —*intr.* To become replicated; undergo replication. —**replicate** (-kĭt) *also* **rep·li·cat·ed** (-kā′tĭd) *adj.* Folded over or bent back upon itself: *a replicate leaf.* —**replicate** (-kĭt) *n.* A repetition of an experiment or a procedure. [Middle English *replicaten,* from Late Latin *replicāre, replicāt-,* to repeat, from Latin, to fold back : *re-, re-* + *plicāre,* to fold; see **plek-** in Appendix.] —**rep′li·ca′tive** *adj.*

**rep·li·ca·tion** (rĕp′lĭ-kā′shən) *n.* **1.** A fold or a folding back. **2.** A reply to an answer; a rejoinder. **3.** *Law.* The plaintiff's response to the defendant's answer or plea. **4.** An echo or a reverberation. **5.** A copy or reproduction. **6.** The act or process of duplicating or reproducing something. **7.** *Biology.* The act or process by which genetic material, a cell, or an organism reproduces or makes an exact copy of itself.

**rep·li·con** (rĕp′lĭ-kŏn′) *n.* A genetic element that undergoes replication as an autonomous unit. [REPLIC(ATION) + -ON¹.]

**re·ply** (rĭ-plī′) *v.* **-plied, -ply·ing, -plies.** —*intr.* **1.** To give an answer in speech or writing. **2.** To respond by an action or a gesture. **3.** To echo. **4.** To return gunfire or an attack: *The big guns replied.* **5.** *Law.* To respond to a defendant's plea. —*tr.* To say or give as an answer: *I replied that I was unable to help them.* See Synonyms at **answer.** —**reply** *n., pl.* **-plies. 1.** A response in speech or writing. **2.** A response by action or gesture. **3.** *Law.* A plaintiff's formal response in answer to that of a defendant. [Middle English *replien,* from Old French *replier,* from Latin *replicāre,* to fold back. See REPLICATE.] —**re·pli′er** *n.*

**re·po**¹ (rē′pō) *n., pl.* **-pos.** *Informal.* A repurchase agreement. [Shortening and alteration of REPURCHASE AGREEMENT.]

**re·po**² (rē′pō) *n., pl.* **-pos.** *Informal.* **1.** Repossession of

merchandise or property from a buyer who has defaulted on payment. **2.** Repossessed merchandise or property.

**re·po·lar·i·za·tion** (rē-pō′lər-ĭ-zā′shən) *n.* The restoration of a polarized state across a membrane, as in a muscle fiber following contraction.

**re·po·lar·ize** (rē-pō′lə-rīz′) *intr.v.* **-ized, -iz·ing, -iz·es.** To return to a polarized state; undergo repolarization.

**re·port** (rĭ-pôrt′, -pōrt′) *n. Abbr.* **rep., rept., rpt. 1.** An account presented usually in detail. **2.** A formal account of the proceedings or transactions of a group. **3.** Often **reports.** *Law.* A published collection of authoritative accounts of court cases or of judicial decisions. **4.** Common talk; rumor or gossip: *According to report, they eloped.* **5.** Reputation; repute: *a person of bad report.* **6.** An explosive noise: *the report of a rifle.* —**report** *v.* **-port·ed, -port·ing, -ports.** —*tr.* **1.** To make or present an often official, formal, or regular account of. **2.** To relate or tell about; present: *report one's findings.* See Synonyms at **describe. 3.** To write or provide an account or a summation of for publication or broadcast: *report the news.* **4.** To submit or relate the results of considerations concerning: *The committee reported the bill.* **5.** To carry back and repeat to another: *reported the rumor of a strike.* **6.** To complain about or denounce: *reported them to the principal.* —*intr.* **1.** To make a report. **2.** To serve as a reporter for a publication, broadcasting company, or other news media. **3.** To present oneself: *report for duty.* **4.** To be accountable: *She reports directly to the board of directors.* —*phrasal verb.* **report out.** To return after deliberation to a legislative body for action: *The committee reported the new tax bill out.* —*idiom.* **on report.** Subject to disciplinary action. [Middle English *report,* from Old French, from *reporter,* to report, from Latin *reportāre* : *re-, re-* + *portāre,* to carry; see **per-**² in Appendix.] —**re·port′a·ble** *adj.*

**re·port·age** (rĕp′ər-täzh′, rĭ-pôr′tĭj, -pōr′-) *n.* **1.** The reporting of news or information of general interest. **2.** Something reported. [French, from *reporter,* to report, from Old French. See REPORT.]

**report card** *n.* A report of a student's progress presented periodically to a parent or guardian.

**re·port·ed·ly** (rĭ-pôr′tĭd-lē, -pōr′-) *adv.* By report; supposedly.

**re·port·er** (rĭ-pôr′tər, -pōr′-) *n. Abbr.* **rep. 1.** A writer, an investigator, or a presenter of news stories. **2.** *Law.* A person who is authorized to write and issue official accounts of judicial or legislative proceedings. —**rep′or·to′ri·al** (rĕp′ər-tôr′ē-əl, -tōr′-, rē′pər-) *adj.* —**rep′or·to′ri·al·ly** *adv.*

**re·pose**¹ (rĭ-pōz′) *n.* **1.** The act of resting or the state of being at rest. **2.** Freedom from worry; peace of mind. **3.** Calmness; tranquillity. See Synonyms at **rest**¹. —**repose** *v.* **-posed, -pos·ing, -pos·es.** —*tr.* **1.** To lay (oneself) down. **2.** To rest or relax (oneself). —*intr.* **1.** To lie at rest. **2.** To lie dead: *repose in a grave.* **3.** To lie while being supported by something. [From Middle English *reposen,* to be at rest, from Old French *reposer,* from Late Latin *repausāre,* to cause to rest : Latin *re-, re-* + *pausāre,* to rest (from Latin *pausa,* rest; see PAUSE).] —**re·pos′al** *n.* —**re·pos′er** *n.*

**re·pose**² (rĭ-pōz′) *tr.v.* **-posed, -pos·ing, -pos·es.** To place (trust, for example) in: *The nation had reposed its hopes in a single man.* [Middle English *reposen,* to replace, from Latin *repōnere, repos-,* to put away. See REPOSIT.]

**re·pose·ful** (rĭ-pōz′fəl) *adj.* Marked by, conducive to, or expressing repose. —**re·pose′ful·ly** *adv.* —**re·pose′ful·ness** *n.*

**re·pos·it** (rĭ-pŏz′ĭt) *tr.v.* **-it·ed, -it·ing, -its.** To put away; store. [Latin *repōnere, reposit-* : *re-, re-* + *pōnere,* to place; see **apo-** in Appendix.] —**re′po·si′tion** (rē′pə-zĭsh′ən, rĕp′ə-) *n.*

**re·pos·i·to·ry** (rĭ-pŏz′ĭ-tôr′ē, -tōr′ē) *n., pl.* **-ries. 1.** A place where things may be put for safekeeping. **2.** A warehouse. **3.** A museum. **4.** A burial vault; a tomb. **5.** One that contains or is a store of something specified: *"Bone marrow is also the repository for some leukemias and lymphomas"* (Seth Rolbein). **6.** One who is entrusted with secrets or confidential information.

**re·pos·sess** (rē′pə-zĕs′) *tr.v.* **-sessed, -sess·ing, -sess·es. 1.a.** To regain possession of. **b.** To reclaim possession of for failure to pay installments due. **2.** To give back possession to. —**re′pos·ses′sion** (-zĕsh′ən) *n.*

**re·pous·sé** (rə-pōō-sā′) *adj.* **1.** Shaped or decorated with patterns in relief formed by hammering and pressing on the reverse side. Used especially of metal. **2.** Raised in relief. —**repoussé** *n.* **1.** A design in relief. **2.** The technique of hammering and pressing designs in relief. [French, past participle of *repousser,* to push back, from Old French : *re-, re-* + *pousser,* to push (from Latin *pulsāre,* to beat, frequentative of *pellere,* to push; see REPEL).]

**repp** (rĕp) *n.* Variant of **rep**¹.

**rep·re·hend** (rĕp′rĭ-hĕnd′) *tr.v.* **-hend·ed, -hend·ing, -hends.** To reprove; censure. See Synonyms at **criticize.** [Middle English *reprehenden,* from Latin *reprehendere* : *re-, re-* + *prehendere,* to seize; see **ghend-** in Appendix.]

**rep·re·hen·si·ble** (rĕp′rĭ-hĕn′sə-bəl) *adj.* Deserving rebuke or censure; blameworthy. See Synonyms at **blameworthy.** [Middle English, from Old French, from Late Latin *reprehēnsibilis,* from Latin *reprehēnsus,* past participle of *reprehendere,* to reprehend. See REPREHEND.] —**rep′re·hen′si·bil′i·ty, rep′re·hen′si·ble·ness** *n.* —**rep′re·hen′si·bly** *adv.*



**repoussé**
c. eighth-century B.C.
Persian gold beaker

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary);
′ (secondary), as in
dictionary

APLSW-A0000013002

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME II

B.B.C.–Chalypsography

CLARENDON PRESS · OXFORD

APLCW-A0000013003

Oxford University Press, Great Clarendon Street, Oxford OX2 6DP
Oxford New York
Athens Auckland Bangkok Bogotá Buenos Aires Calcutta
Cape Town Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul
Karachi Kuala Lumpur Madrid Melbourne Mexico City Mumbai
Nairobi Paris São Paulo Singapore Taipei Tokyo Toronto Warsaw
and associated companies in
Berlin Ibadan

Oxford is a registered trade mark of Oxford University Press

© Oxford University Press 1989

First published 1989
Reprinted 1991 (with corrections), 1998

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press.
Within the UK, exceptions are allowed in respect of any fair dealing for the
purpose of research or private study, or criticism or review, as permitted
under the Copyright, Designs and Patents Act, 1988, or in the case of
reprographic reproduction in accordance with the terms of the licences
issued by the Copyright Licensing Agency. Enquiries concerning
reproduction outside these terms and in other countries should be
sent to the Rights Department, Oxford University Press,
at the address above

British Library Cataloguing in Publication Data
Oxford English dictionary.—2nd ed.
1. English language—Dictionaries
I. Simpson, J. A. (John Andrew), 1953-
II. Weiner, Edmund S. C., 1950-
423
ISBN 0-19-861221-4 (vol. IX)
ISBN 0-19-861186-2 (set)

Library of Congress Cataloging-in-Publication Data
The Oxford English dictionary.—2nd ed.
prepared by J. A. Simpson and E. S. C. Weiner
Bibliography: p.
ISBN 0-19-861221-4 (vol. IX)
ISBN 0-19-861186-2 (set)
1. English language—Dictionaries.   I. Simpson, J. A.
II. Weiner, E. S. C.   III. Oxford University Press.
PE1625.O87 1989
423—dc19   88-5330

Data capture by ICC, Fort Washington, Pa.
Text-processing by Oxford University Press
Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.
Manufactured in the United States of America by
World Color Book Services, Taunton, Mass.

APLCW-A0000013004

springs which hold carbonate of lime in solution.
1823 W. BUCKLAND *Relig. Diluv.* 115 Firmly cemented together by stalagmitic infiltrations of calc-sinter. 1830 LYELL *Princ. Geol.* I. 290 One of these springs..has formed, by its incrustations, an elevated mound of solid travertin, or calc-sinter. 1850 LEITCH *Muller's Anc. Art* §268. 300 In Greece..tufa and calc-sinter..were also employed.

**calc-spar** ('kælk'spɑː(r)). *Min.* [see CALC-.] Calcareous spar or rhombohedral crystallized carbonate of lime.
1822 MRS. LOWRY *Convers. Min.* II. 28 Most of the fine calcspar of Derbyshire is of a deep topaz yellow colour. 1850 DAUBENY *Atom. The.* viii. (ed. 2) 267 Why..do the particles of carbonate of lime, assume sometimes the form of calc-spar, sometimes of arragonite?

**calc-tuff** ('kælk'tʌf). *Min.* [see CALC-.] A porous deposit of carbonate of lime, formed by the waters of calcareous springs; calcareous tufa.
1822 MRS. LOWRY *Convers. Min.* II. 265 Acidiferous Earthy Minerals..Calc-tuff. 1857 PAGE *Adv. Text-bk. Geol.* xx. (1876) 420 Calc-tuff..is an open, porous, and somewhat earthy deposition of carbonate of lime from calcareous springs. 1863 WATTS *Dict. Chem.* I. 722 *Calctuff*, an alluvial form of carbonate of calcium.

**calculability** (,kælkjʊləˈbɪlɪtɪ). [f. next: see -ITY.] The quality of being calculable.
1873 B. STEWART *Conserv. Force* vi. 158 The characteristic of all such [machines] is their calculability.

**calculable** ('kælkjʊləb(ə)l), *a.* [f. L. *calculā-re* or F. *calcul-er* to calculate: see -ABLE, -BLE. So mod.F. *calculable*.] Capable of being calculated; that may be reckoned, measured, or computed.
a 1734 NORTH *Lives* II. 182 Eclipses..being regular and calculable. 1809-10 COLERIDGE *Friend* (1865) 103 Incapable of producing any regular, continuous, and calculable effect. 1829 I. TAYLOR *Enthus.* vi. (1867) 113 The connexion of physical causes and effects is known and calculable. 1865 *Sat. Rev.* 25 Mar. 332/2 There is always a calculable risk of a vacancy.
b. Of a person: Such that his action in given circumstances can be reckoned upon and estimated.
1865 *Pall Mall G.* 1 May 2 He is the least consistent, reliable, and calculable of public men. 1876 GEO. ELIOT *Dan. Der.* 222 He was exactly the man to feel the utmost piquancy in a girl whom he had not found quite calculable.

**calcular** ('kælkjʊlə(r)), *a.* *Math.* [? f. CALCULUS + -AR[1].] Of or pertaining to a calculus.
1831 BREWSTER *Newton* (1855) II. xiv. 9 The rules are..extricated from algebraical process, and presented in calcular form.

†**'calculary**, *sb.* ? *Obs.* [same deriv. as next.] Grew's name for a 'congeries of little stony knots' in a pear.
1674 GREW *Anat. Plants* vi. §3 The Calculary (most observable in rough-tasted, or Choak-Pears) is a Congeries of little stony Knots. 1677 — *Anat. Fruits* ii. §6 Tartareous Grains..in some Pears..almost as hard as a Plum-stone; which I have thereupon named the Calculary. 1753 CHAMBERS *Cycl. Supp.* s.v., The calculary is no vital, or essential part of the fruit. 1852 SMITH *Eng. & Fr. Dict.*, Calculary, *pierre*.

**calculary** ('kælkjʊlərɪ), *a.* *Med.* [ad. L. *calculārius*, f. *calculus* stone: see -ARY.] Of or pertaining to a calculus; gravelly.
1660 GAUDEN *Bp. Brownrigg* 218 Motion was tedious..to him, by reason of his calculary infirmity and corpulency.

†**'calculate**, *sb.* *Obs.* [f. L. *calculāre* to reckon: see next. Cf. *estimate* sb., and see -ATE[1], [2].] A calculation, reckoning, estimate.
1695 E. BERNARD *Voy. fr. Aleppo in Misc. Cur.* (1708) III. 99 By a moderate Calculate there could not have been less at first than 560. 1700 RYCAUT *Hist. Turks* III. 142 An Exact and Secret Calculate was made of the true Number. *a* 1734 NORTH *Exam.* III. viii. ⁋26. 602 Nor were these Brothers mistaken in their Calculate.

**calculate** ('kælkjʊleɪt), *v.*[1] [f. L. *calculāt-* ppl. stem of *calculā-re* to count, reckon, f. *calculus* a stone (see CALCULUS). Cf. It. *calcolare*, Sp., Pg. *calcular*, F. *calculer*. An early form of the pa. pple. was *calculat*, -*ate*, ad. L. *calculāt-us*.]
1. *trans.* To estimate or determine by arithmetical or mathematical reckoning; to compute, reckon.
1570 DEE *Math. Pref.* 42 Hable to Calculate the Planetes places for all tymes. 1656 tr. *Hobbes' Elem. Philos.* (1839) 92 When we calculate the magnitude and motions of heaven or earth. 1671 *True Non-Conf.* 152 About 165 years, before the Councel..is the highest period from whence they can be calculat. 1833 HT. MARTINEAU *Manch. Strike* iii. 35 The men looked at the ground, and calculated how much digging and other work there would be. 1860 TYNDALL *Glac.* II. §1. 223 Bradley was able to calculate the velocity of light.
b. *absol.* To perform calculations, to form an estimate.
1601 SHAKS. *Jul. C.* I. iii. 65 Why Old men, Fooles, and Children calculate. 1613 R.C. *Table Alph.* (ed. 3) *Calculate*, cast a count, reckon. 1789 T. JEFFERSON *Writ.* (1859) III. 35 As yet, no vote has been given which will enable us to calculate, on certain ground.
2. *ellipt.* To ascertain beforehand the time or circumstances of (an event, e.g. an eclipse, a nativity) by astrology or mathematics.

1593 SHAKS. *2 Hen. VI*, IV. i. 34 A cunning man did calculate my birth And told me that by Water I should dye. 1667 MILTON *P.L.* VIII. 80 When they come to model Heav'n And calculate the Starrs. 1857 DE QUINCEY *China* 10 To calculate a lunar eclipse.
†3. To reckon in, count, include. *Obs.*
1643 *Sober Sadness* 32 [He] must have been calculated in the Black-bill, if he had not taken himself off.
4. To plan or devise with forethought; to think out; to frame. *arch.*
1654 G. GODDARD in *Introd. to Burton's Diary* (1828) I. 30 For the indenture, that was calculated at Court. 1672 GREW *Idea Hist. Plants* §3 That..is a Thought not well Calculated. 1708 SWIFT *Sentiments Ch. Eng. Man Wks.* 1755 II. 1. 68 He doth not think the church of England so narrowly calculated, that it cannot fall in with any regular species of government. 1820 *Hoyle's Games Impr.* 171 Each [player] calculates his game without inspecting the tricks. 1856 EMERSON *Eng. Traits, Character Wks.* (Bohn) II. 61 The English did not calculate the conquest of the Indies. It fell to their character.
5. To arrange, design, prepare, adjust, adapt, or fit *for* a purpose. Const. *for*, or *inf.* with *to*; now only in *passive*.
1639 FULLER *Holy War* II. iii. (1840) 51 This vision, though calculated for this one bishop, did generally serve for all the nonresidents. 1691 T. H[ALE] *Acc. New Invent.* 16 Voyages all calculated for the proving her against the Worm. 1727 SWIFT *Modest Prop. Wks.* 1755 II. II. 66, I calculate my remedy for this..kingdom of Ireland, and for no other. 1732 BERKELEY *Sermon to S.P.G. Wks.* III. 250 The Christian religion was calculated for the bulk of mankind. 1816 SCOTT *Antiq.* i, The coach was calculated to carry six regular passengers. 1848 THIRLWALL *Rem.* (1877) I. 137 The college is calculated for the reception of sixty students.
b. In the *pa. pple.* the notion of design gradually disappears, leaving merely the sense 'suited': see CALCULATED below. (Cf. the similar history of *apt*, *fit*, *adapted*, *fitted*.)
6. *intr.* To reckon or count *upon* or *on*.
1807 SOUTHEY *Life* (1850) III. 109 All those may almost be calculated upon. 1829 I. TAYLOR *Enthus.* vi. (1867) 114 Security in calculating upon the future. 1873 TRISTRAM *Moab* viii. 150 We had calculated on a quiet Sunday.
7. *U.S. colloq.* To think, opine, suppose, 'reckon'; to intend, purpose.
1830 GALT *Lawrie T.* II. v. (1849) 56, I calculate, that ain't no thing to make nobody afeard. 1833 MARRYAT *Peter S.* xliv. [*American speaking*] 'Well, captain,' said he, 'so you met with a squall?' 'I calculate not.' 1837 HALIBURTON *Clockm.* I. 291, I calculate you couldn't fault it in no particular. 1859 *Knickerbocker Mag.* XVII. (Bartlett), Mr. Crane requested those persons who calculated to join the singin' school to come forward.

†**'calculate**, *v.*[2] *Obs.* [f. L. *calculus* stone, pebble; cf. *coagulate*, etc.] *intr.* To form stone in the bladder. Hence **'calculating** *ppl. a.*
1607 TOPSELL *Four-f. Beasts* 197 The same..with Parsley drunk in Wine..dissolveth the stone in the bladder, and preventeth all such calculating gravel in time to come.

**calculated** ('kælkjʊleɪtɪd), *pa. pple.* and *ppl. a.* [f. CALCULATE *v.*[1] + -ED.[1]]
1. Reckoned, estimated, devised with forethought.
1863 GEO. ELIOT *Romola* III. xxvi. (1880) II. 266 When he did speak it was with a calculated caution. 1930 *Economist* 12 July 59/1 This important statement had been communicated to the Press as a result either of a misjudgement or of a 'calculated indiscretion'. 1956 R. HEINLEIN *Double Star* (1958) i. 18 'You haven't any right to jeopardise everybody else by telling him. You don't know a thing about him.' 'It's a calculated risk.' 1959 *Listener* 22 Oct. 672/2 Obviously, the Soviet Union is taking a calculated risk.
2. Fitted, suited, fit, apt; of a nature or character proper or likely *to*.
1722 DE FOE *Col. Jack* (1840) 286 The state of life that I was now in was..perfectly calculated to make a man completely happy. 1793 W. ROBERTS *Looker-on* (1794) No. 52 II. 273 These interlopers..acted in a manner that was calculated to bring scandal upon the profession. 1795 SOUTHEY *Life* (1849) I. 256 Never had man so many relations so little calculated to inspire confidence. 1864 MANSEL *Lett., etc.* (1873) 298 These transparent disguises were not calculated, and probably, were not intended, to deceive. 1868 GLADSTONE *Juv. Mundi* i. (1870) 3 A circumstance calculated to excite strong suspicion. 1879 in *Cassell's Techn. Educ.* IV. 76/2 Ireland is..well calculated for the successful prosecution of ostreoculture.
Hence **'calculatedly** *adv.*
1899 *Westm. Gaz.* 8 Apr. 5/1 *The Freeman's Journal* says..'The gentle wooing of the new unionism was so calculatedly seductive that a temporary aberration of the people would not have been unnatural.' 1931 BELLOC *Hist. Eng.* IV. 333 Cecil's danger was great. The power of Philip which had hitherto..supported him had calculatedly flouted. 1966 P. GREEN tr. *Escarpit's Novel Computer* vii. 97 My calculatedly excessive demand left these petty chisellers absolutely dumbfounded. 1984 *Observer* 26 Feb. 33/2 She has calculatedly reflected changing US tastes in looks and clothes.

**calculating** ('kælkjʊleɪtɪŋ), *vbl. sb.* [f. as CALCULATED *pa. pple.* and *ppl. a.* + -ING[1].] The action of the vb. CALCULATE; chiefly *attrib.*, as in *calculating-engine*, -*machine*, -*machinery*, etc. **calculating machine**, any machine designed to carry out calculations, esp. one that performs arithmetical operations mechanically.
1710 *Brit. Apollo* III. 66 His Trigonometry for the Calculating of Sines, Tangents, etc. 1832 D. BREWSTER *Lett.* *Natural Magic* XI. 292 The calculating-machine now constructing under the superintendence of the inventor [*sc.* Babbage]. 1833 BREWSTER *Nat. Magic* xi. 292 The greater part of the calculating-machinery. 1855 *Proc. R. Soc.* VII. 499 Report of a Committee appointed by the Council to examine the Calculating Machine of M. Scheutz. 1878 TAIT & STEWART *Unseen Univ.* ii. §80. 90 Charles Babbage, the designer of the well-known calculating engine. 1890 CONAN DOYLE *Sign of Four* i. 8 He was not a man—a calculating machine. 1901 *Nature* 11 July 268/2 The advantages of the calculating machines..are so great, and they are in so many ways preferable to logarithms where they can be used. 1955 KOESTLER *Trail of Dinosaur* 184 The calculating machines called electronic brains.

**calculating** ('kælkjʊleɪtɪŋ), *ppl. a.*[1] [f. as prec. + -ING[2].] That calculates; *esp.* that shrewdly or selfishly reckons the chances of gain or advantage. **calculating boy**, a child prodigy in arithmetic.
1809-12 MAR. EDGEWORTH *Absentee* ix, He was calculating and mercenary. 1828 SCOTT *F.M. Perth* xxxii, It had been resolved, with the most calculating cruelty. 1841 MIALL in *Nonconf.* I. 145 Men of a hardier, more sincere, less calculating religion. 1866 *North Brit. Rev.* XLV. 39 Colburn, the American 'calculating boy', who was then being exhibited as a curiosity in Dublin. 1937 H.G. WELLS *Star Begotten* vi. 91 The proportion of children of the calculating-boy and musical-prodigy type seemed to be increasing quite markedly.
Hence **'calcu,latingly** *adv.*
1855 MRS. WHITNEY *Gayworthys* i. (1879) 7 Huldah Brown looked calculatingly upon the gathered material.

†**calculating**, *ppl. a.*[2] *Obs.* See CALCULATE *v.*[2]

**calculation** (,kælkjʊˈleɪʃən). Also 4 calculacioun. [a. F. *calculation*, ad. L. *calculātiōn-em*, f. *calculāre* to reckon, CALCULATE. See -ATION.]
1. The action or process of reckoning; computation.
1393 GOWER *Conf.* II. 230 A great magicien Shulde of his calculation, Seche of constellation, How they the citee mighten gette. *Ibid.* III. 46 He maketh his calculations, He maketh his demonstrations. *c* 1400 MAUNDEV. 236 The Philosophres comen, and seyn here avys aftre her calculaciouns. 1614 RALEIGH *Hist. World* III. xxv. (R.) One Bartholomew Scullet..hath by calculation found the very day. 1757 JOHNSON *Rambl.* No. 154 ⁋5 No estimate is more in danger of erroneous calculations. 1875 JOWETT *Plato* (ed. 2) III. 412 All arithmetic and calculation have to do with number.
2. *concr.* The form in which reckoning is made; its product or result.
1646 SIR T. BROWNE *Pseud. Ep.* 134 If we suppose our present calculation, the Phaenix now in nature will be the sixt from the Creation. 1812 JANE AUSTEN *Mansf. Park* (1851) 81 If the first calculation is wrong, we make a second better. 1871 C. DAVIES *Metr. Syst.* III. 125 This calculation could not long suit the revenue.
3. Estimate of probability, forecast.
1847 EMERSON *Repres. Men* vi. *Napoleon Wks.* (Bohn) I. 372 His very attack was never the inspiration of courage, but the result of calculation. 1848 LYTTON *Harold* V. 142 Hitherto, he had advanced on his career without calculation. 1864 TENNYSON *En. Ard.* 470 The lazy gossips of the port, Abhorrent of a calculation crost.

**calcu'lational**, *a.* *rare.* [f. prec. + -AL[1].] Of or pertaining to calculation.
1874 PIAZZI SMYTH *Our Inherit.* ii. 14 Knowing well the numerical and calculational value of π.

†**'calculative**, *a.*[1] *Med.* ? *Obs.* [f. CALCUL-US + -ATIVE.] Liable to calculary disease.
1657 TOMLINSON *Renou's Disp.* 189 Foments applyed to pleuritical..persons, as also to the calculative.

**calculative** ('kælkjʊlətɪv), *a.*[2] [f. CALCULATE *v.*[1]: see -ATIVE.] Of or pertaining to calculation; given to calculating.
*c* 1766 BURKE *Popery Laws Wks.* IX. 389 Habits of calculative dealings. 1840 *Fraser's Mag.* XXI. 307 Extraordinary calculative powers. 1865 CARLYLE *Fredk. Gt.* VIII. XIX. V. 170 Daun..sits expectant; elaborately calculative.

**calculator** ('kælkjʊleɪtə(r)). [a. L. *calculātor*, n. of agent f. *calculā-re*, corresp. to F. *calculateur*: see CALCULATE and -OR.]
1. One who calculates; a reckoner.
*c* 1380 WYCLIF *Sel. Wks.* II. 408 Siche ben many calkelatours. 1611 COTGR. *Calculateur*, a reckoner, calculator. 1722 DE FOE *Plague* (1884) 227 Calculators of Nativities. 1841 THACKERAY *Sec. Fun. Nap.* II. (Pock. ed. 1887) 321 Economists and calculators. 1841-4 EMERSON *Ess. Experience* Nature hates calculators; her methods are saltatory and impulsive.
2. a. A set of tables to facilitate calculations.
b. A mechanical contrivance for performing certain calculations; a calculating machine.
1784 THOMSON (*title*) The Universal Calculator. 1824 W. WALTON (*title*) The Compleat Calculator..or Universal Ready Reckoner. 1876 S. Kensington Museum *Catal.* No. 831 This screw bears a calculator which serves to read angular displacements of less than 20 seconds.
c. An electronic device for performing calculations, now *esp.* one that is preprogrammed; *spec.* (more fully *pocket calculator*) a flat hand-held calculator with a keyboard and visual display.
Formerly used where comp[...]

APLCW-A0000013005

# THE OXFORD ENGLISH DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME IX

Look–Mouke

CLARENDON PRESS · OXFORD

LIBRARY
WILMER, CUTLER & PICKERING

APLCW-A0000013006

Case 6:12-cv-00100-JRG   Document 127-5   Filed 08/22/13   Page 12 of 14 PageID #: 4612

7. *Mus.* ‥ *mean-tone temperature* (see MEAN TONE).
  **1811** BUSBY *Dict. Mus.* (ed. 3), *Modification*, a term applied to that temperament of the sounds of instruments whose tones are fixed, which gives a greater degree of perfection to one key than another, and produces between them a characteristic difference, as in organs, harpsichords, and piano-fortes.

**modificational** (mɒdɪfɪˈkeɪʃənəl), *a.* [f. MODIFICATION + -AL.] Having the nature of, or arising from, modification. So **modifi'cationally** *adv.*
  **1908** *Athenæum* 11 July 47/2 Many of the unfit are only *modificationally* unfit. **1924** J. A. THOMPSON in *Glasgow Herald* 19 July 4 When we put aside these parasitic diseases and modificational diseases, there remain those that may be called constitutional.

**modificative** (ˈmɒdɪfɪkeɪtɪv), *a.* and *sb.* [ad. med.L. *modificātīv-us*, f. ppl. stem of L. *modificāre* to MODIFY: see -ATIVE. Cf. F. *modificatif, -ive* (18th c.).] **a.** *adj.* That has the property of modifying. **b.** *sb.* Something that modifies; a modifying word or clause.
  *a* **1661** FULLER *Worthies, Gen.* (1662) I. 59 The Spirit of Truth it self, where Numbers and Measures are concerned, useth the aforesaid Modificatives ['almost', 'very nigh']. **1685** H. MORE *Paralip. Prophet.* 487 And though it be true that the Settlement of the Reformation is a further Perfection added thereto, yet that is but a modificative Addition to it, but that which is the main, the form and substance of the Reformation was before. **1727-41** CHAMBERS *Cycl.*, *Modificative*, something that *modifies*, or gives a thing a certain manner of being. *Ibid.*, This last kind of words, which serve to *modify* nouns and verbs, since they have no general name in the common grammars, he [Buffier] chuses to call *modificatives.* *a* **1832** BENTHAM *Language Wks.* 1843 VIII. 317/2 In this case put the modificative clause before the clause intended to be modified.

**modificator** (ˈmɒdɪfɪkeɪtə(r)). *rare.* [a. L. *modificātor*, agent-n. f. *modificāre* to MODIFY.] = MODIFIER. Also (repr. Sp. *modificador*) a member of a political party in Spain *c* 1823 which advocated the modification as opposed to the abolition of the constitution.
  **1824** *Westm. Rev.* Apr. 325 The drift of this gross policy was too obvious; yet with it he aimed to satisfy the modificators. **1889** *Science* 8 Nov. 318/1 Sulphuretted hydrogen, a modificator of the skin and of mucous membranes.

**modificatory** (ˈmɒdɪfɪkeɪtərɪ), *a.* [f. prec. + -ORY².] Modifying; tending to modify.
  **1824** *Westm. Rev.* Apr. 318 The modificatory party in Spain believed that the epoch of triumph was now at hand. **1861** MAX MÜLLER *Sci. Lang.* Ser. I. viii. 297 In Turkish .. all modificatory syllables are placed at the end of the root. **1864** *Ibid.* Ser. II. vii. (1868) 326 Here 'j' and 'dh' are clearly modificatory letters.

**modified** (ˈmɒdɪfaɪd), *ppl. a.* [f. MODIFY *v.* + -ED¹.] In senses of the verb: Limited, altered, qualified, etc. *modified logic:* see quot. 1837-8. *Modified Standard (English):* see quot. 1934.
  **1456** SIR G. HAYE *Law Arms* (S.T.S.) 126 Vassallis ar behaldyn to thair baroun in speciale jurisdiccioun modifyit, and to the king in generale. **1668** *Min. Baron Crt. Stitchill* (1905) 53 Three punds sevin shillings for the modified pryce thereof. **1690** LOCKE *Hum. Und.* II. xviii. §7 The names, which in several arts have been .. applied to several complex ideas of modified actions. **1837** DISRAELI *Venetia* II. ii, An uncertain light, or rather modified darkness, that invested the sky. **1837-8** SIR W. HAMILTON *Logic* iv. (1860) I. 60 What I have called Modified Logic is identical with what Kant and other philosophers have denominated Applied Logic (*Angewandte Logik, Logica applicata*). **1845** *Proc. Philol. Soc.* II. 166 The modified word is not, as with us, the predicate or qualifying noun, but the subject or leading one. **1845** MCCULLOCH *Taxation* I. i. (1852) 61 Proprietors of estates subject to a variable land-tax have, in fact, only a modified right of property in them. **1868** OUSELEY *Harmony* xv. 175 We may also take the third below .. and thus get a new bass, or as it is called, a *modified* bass. **1866** HUXLEY *Physiol.* xii. (1869) 314 The crystalline lens is composed of fibres which are the modified cells of the epidermis. **1913** H. C. WYLD in *Mod. Lang. Teaching* IX. 262/2 London English is a totally different thing from Received Standard: it is merely one of the many provincialisms, such as are heard in large cities, which fall under the designation of Modified Standard. **1914** —— *Short Hist. English* ix. 236 It seems probable that the influence of *Modified Standard*, that is, of forms of English differentiated out of *Received Standard* by factors of social isolation, will have to be admitted and studied in the future. **1934** —— in *S.P.E. Tract* xxxix. 604 Thousands of persons speak a form of English which is neither a local dialect, nor what some would call 'good English'. For this latter type, .. I proposed the term *Modified Standard* .. to cover all the various types of English .. which .. while they adhere, on the whole, to the Standard, especially in accidence and syntax, are nevertheless more or less deeply affected, either by *provincialism*, or by .. *vulgarism*, in pronunciation. **1940** J. H. JAGGER *English in Future* i. 15 Changes [in Standard English] .. have been mainly due to the influence of the various forms of Modified Standard — to accept Professor Wyld's terms — upon each other and upon Received Standard.

**modifier** (ˈmɒdɪfaɪə(r)). [f. MODIFY *v.* + -ER¹.]
  **1. a.** One who or a thing which modifies (see the vb.).
  **1583** *Acts Gen. Assemb. Ch. Scotl.* (Maitland Cl.) II. 636 A request sall be made to the modifiers for that effect. **1587** *Ibid.* 726 The brethren agreeth, that certane of their number be adjoyned with the Lords Modifyers, to perfyte the *Glanvill's Lux O.* 198 That universal Spirit of Nature is most certainly the Mover of the Matter of the World, and the Modifier thereof. **1757** HUME *Nat. Hist. Relig.* vi. in *Four Diss.* 47 That a limited deity .. should in the end be represented as sovereign maker and modifier of the universe. **1860** MAURY *Phys. Geog.* (Low) xxi. 474 A powerful modifier of climate is the latent heat of vapour in the air. **1868** G. MACDONALD *R. Falconer* I. 243 We shall have .. more modifiers and completers, and fewer inventors. **1890** *Anthony's Photogr. Bull.* III. 372 Colored media recommended as screens or modifiers of the light.
  **b.** *Genetics.* Any gene which modifies the phenotypic expression of a gene at another locus.
  **1915** T. H. MORGAN et al. *Mechanism Mendelian Heredity* viii. 203 The $F_2$ from the crosses to self-color indicate that such modifiers are really present in the rats. **1919** *Jrnl. Exper. Zool.* XXVIII. 337 (*heading*) Specific modifiers of eosin eye color in *Drosophila melanogaster*. **1931** E. B. FORD *Mendelism & Evolution* ii. 49 If, however, another mutation controlling similar characters were to arise, such an old and ineffective modifier gene might show itself as a 'specific modifier'. **1968** R. D. MARTIN tr. *Wickler's Mimicry in Plants & Animals* ii. 33 Such modifier genes can switch the other genes on or off or alter their functional level so as to improve the correspondence of the mimic with the model. **1971** LEVITAN & MONTAGU *Textbk. Human Genetics* xvi. 595 This [*sc.* gene interaction] is a very broad term and covers everything from genes whose interaction .. is so intimate that they must be considered part of the same operating unit, to genes whose activities impinge only in a most indirect manner (and so are thought of as vague 'modifiers').
  **2.** *spec.* in *Gram.* (see MODIFY *v.* 6). **a.** A word, phrase, or clause which modifies another.
  **1865** TYLOR *Early Hist. Man.* ii. 26 A third construction [*sc.* of sentences] is common ..; the modifier after the modified. **1924** H. E. PALMER *Gram. Spoken Eng.* II. 68 Possessives used as Modifiers. (Generally known as 'possessive adjectives'.) **1933** L. BLOOMFIELD *Lang.* xii. 194 A prepositional expression and an accusative expression .. appearing in entirely different syntactic positions (e.g. as a modifier of verbs: *sit beside John*, or of nouns: *the boy beside John*). **1961** R. B. LONG *Sentence & its Parts* 490 In the commonest type of syntactic combination, a word-or-multiword unit, a head, combines with another or others, a modifier or modifiers, and determines the syntactic character of the total combination. **1970** G. C. LEPSCHY *Survey Structural Ling.* vi. 107 Modifiers .. such as grammatical number, or article, which are centripetal .. indicate the value — singular or plural, definite or indefinite — of the particular element to which they are attached.
  **b.** A phonetic sign or symbol which modifies a character.
  **1899** H. SWEET *Practical Study of Languages* iii. 21 Thus, if there is a special mark or modifier to express voice, the absence of that modifier necessarily implies breath. **1911** *Encycl. Brit.* XXI. 462/1 The Organic Alphabet especially makes a large use of 'modifiers' — characters which are added to the other symbols to indicate nasal, palatal, &c., modifications of the sounds represented by italic letters in the Narrow Romic transcription; thus (ln) = nasalized (l).

**modify** (ˈmɒdɪfaɪ), *v.* Also 4-7 modefie, -fy(e. [a. F. *modifier* (14th c.), ad. L. *modificāre, -ārī* to limit, moderate, f. *mod-us* MODE: see -FY.]
  †**1.** *trans.* To limit, restrain, keep within bounds and measure. *Obs.*
  **1390** GOWER *Conf.* III. 157 A king after the reule is holde To modifie and to adresce Hise yiftes upon such largesce That he mesure noght excede. *Ibid.* 233 The reule of Policie, Wherof a king schal modefie The fleisschly lustes of nature. *c* **1440** *Promp. Parv.* 341/1 Modyfyyn, or settyn yn mene cowrse of resone.
  †**b.** To appease, assuage. *Obs.*
  **1430-40** LYDG. *Bochas* ix. xxxi[i]. (1494) Giijb, Tyrauntys hertis thys vertue doth appese, Modefyeth their cruell fell wodenesse. **1433** —— *St. Edmund* II. 857 Thus kan the lord .. The rage of beestis appese and modifie. **1546** LANGLEY *Pol. Verg. De Invent.* I. xi. 21 b, [Orpheus] by the swetenes of his armony delited and modefied the grosse hartis and rude myndes of men.
  †**c.** *refl.* To control one's feelings. *Obs.*
  **1530** PALSGR. 639/2, I modyfye, I temperate, *je me modifie.* .. What thoughe he speke a hastye worde you muste modyfye your selfe.
  **2.** To alter in the direction of moderation or lenity; to make less severe, rigorous, or decided; to qualify, tone down, moderate. (Tends to merge in the wider sense 4.)
  *c* **1386** CHAUCER *Knt.'s T.* 1684 Wherfore to shapen þat they shal nat dye He wolde his firste purpos modifye. **1426** LYDG. *De Guil. Pilgr.* 24376, I .. prayed hym .. that he wold .. modefyen his vengeaunce, and to with-drawe his lugement. *c* **1480** HENRYSON *Test. Cress.* 299 The pane of Cresseid for to modify. **1509** HAWES *Past. Pleas.* xxxiv. (Percy Soc.) 174 Your hasty dome loke that ye modefy. **1610** DONNE *Pseudo-martyr* 184 For so Mariana modefies his Doctrine, that the Prince should not execute any Clergy man, though hee deserue it. **1756** BURKE *Subl. & B.* IV. xxv, The great has terrour for its basis; which, when it is modified, causes that emotion in the mind, which I have called astonishment. **1813** WELLINGTON in Gurw. *Desp.* (1837) X. 382 Upon the whole I conceive that it would be best for the court to modify their sentence. **1819** BYRON *Juan* II. lxiii, They did their best to modify their case. **1859** LANG *Wand. India* 402 There is generally a light breeze to modify the heat. **1869** TOZER *Highl. Turkey* II. 264 In fairy tales .. inconsistencies are .. modified and softened down. **1873** MISS BRADDON *Milly Darrell* xii, I suppose that medicine was intended to modify those attacks of sickness from which she has suffered so much.
  **3.** *Philos.* To determine (a substance or other entity) into a particular 'mode' or modes; to give (an object) its particular modality or form of being.
  the previous Concurse of God, as the first cause, doth according to its mode modifie and determine al the actions of second causes. **1678** GALE *Crt. Gentiles* IV. III. vi. 190 He doth by a particular efficacious concurse so modifie and determine the entitative act, as that the natural specification and individuation thereof may be ascribed to him as the God of Nature. **1706** PHILLIPS (ed. Kersey), *Modify,* .. In Philosophy, to give the Modality or manner of Existence. **1727-41** CHAMBERS *Cycl.* s.v. *Spinozism*, Whence it follows, that the substance modified by the square figure cannot be the same substance with that modified by the round figure.
  †**b.** *gen.* To differentiate into a variety of forms; to distinguish or diversify by investing with specific characteristics. *Obs.* (merged in 4.)
  **1669** HOLDER *Elem. Speech* 32 They ['letters'] modify and discriminate the Voice without appearing to discontinue it. **1690** LOCKE *Hum. Und.* II. xviii. §3 Sounds .. are modified by diversity of notes of different length put together, which make that complex idea called a tune. *Ibid.* §6 Some others of the simple ideas .. have been thus modified to a great variety of complex ideas. **1698** FRYER *Acc. E. India & P.* 278 More than twice Seven Plates are differently Modified to invite the Palate to Luxury. **1704** NEWTON *Opticks* (1721) 101 And therefore the differences of these Colours do not arise from the different Confines of Shadow, whereby Light is variously modified, as has hitherto been the Opinion of Philosophers. **1777** SIR W. JONES *Ess. Imit. Arts Poems*, etc. 207 As the passions are differently modified in different men.
  **4.** To make partial changes in; to change (an object) in respect of some of its qualities; to alter or vary without radical transformation.
  **1780** BURKE *Corr.* (1844) II. 387, I confess I see no cause to change, or to modify, my opinion on that subject. **1791** FEARNE *Cont. Remainders* (ed. 4) I. 108 Words of limitation operate by reference to or connection with other words, and extend or modify the estate given by those other words. **1798** MALTHUS *Popul.* III. vii. (1806) II. 211 Others employ themselves in modifying the raw materials of nature into the forms best suited to the gratification of man. **1834** *Tait's Mag.* I. 184/1 Measures of improvement so often mutilated, or, as the word is, 'modified' [by the House of Lords]. **1849** MACAULAY *Hist. Eng.* iii. I. 321 There are, however, some important parts of his character still to be noted, which will greatly modify this estimate. **1863** H. Cox *Instit.* I. iv. 18 The Crown must either assent to or reject bills in Parliament, but cannot modify them. **1878** HUXLEY *Physiogr.* xvii. 273 The agents which are now at work in modifying the crust of the earth.
  **b.** To alter so as to adapt (*to*). *rare.*
  **1800** *Med. Jrnl.* VIII. 514 Every medical man .. will know how to modify its dose and formula to the existing circumstances of his patient.
  **5.** *Scots Law.* To assess, decree (a payment of money, a fine, costs); to award (a payment) *to* a person; *esp.* to determine the amount of a parish minister's stipend. †Also *absol.*
  **1457** *Sc. Acts Jas. II* (1814) II. 51/1 Vnder sik payne and vnlawe as þe barone or lorde sall modify. **1524** *Extracts Aberdeen Reg.* (1844) I. 108 To pass and modefy the provest and Johne Colisonis expensis. **1539** *Ibid.* 160 The provest and .. modefit ane mendis for the said myspersonyng, as efter followis. **1569** *Acts Gen. Assemb. Ch. Scotl.* (Maitland Cl.) I. 164 Every Superintendent .. shall modifie the stipends, augment or diminish the same, as occasione shall serve. **1583** *Reg. Privy Council Scot.* III. 598 [The Lords of Council therefore] modifiis to hir the sowme of twentie schillingis to be paid to hir. **1632** LITHGOW *Trav.* VIII. 351, I receiued in compensation of my abuses .. fifty Florentine Crownes of gold, being modified by the Duke him selfe. **1752** J. LOUTHIAN *Form of Process* (ed. 2) 118 May it therefore please your Lordship .. to modify the Sum for which your Petitioners are to find Bail. **1754** ERSKINE *Princ. Sc. Law* (1809) 53 A commission of Parliament was appointed .. for .. modifying stipends to ministers out of the teinds. **1833** *Act 3 & 4 Will. IV* c. 46 §117 Such penalty .. may be recovered by summary complaint to the sheriff .. with such expences therefor as shall be modified by him. **1838** W. BELL *Dict. Law Scot.* s.v. *Modification*, The stipend .. must be modified in grain or victual, and paid in money.
  **6.** *Gram.* **a.** To limit or qualify the sense of (a word, phrase, or sentence).
  **1727-41** CHAMBERS *Cycl.* s.b.] **1797** *Encycl. Brit.* (ed. 3) VIII. 72/1 The usual effect of adjectives .. is to modify or particularise a general term. **1845** *Encycl. Metrop.* I. 70/1 The adverb .. is used to modify an adjective, or a verb, or another adverb.
  **b.** To change (a vowel) by 'umlaut'.
  **1845** J. M. KEMBLE in *Proc. Philol. Soc.* II. 138 The short *u* continues to represent the Gothic *u* .. where it has not been dulled into *o*, or modified by a following *i* or *ē* into *y*.
  **7.** *Cryst.* (See quot.)
  **1823** H. J. BROOKE *Introd. Crystallogr.* 24 The new planes produced by decrements are denominated *secondary* planes, and the primary form, when altered in shape by the interference of secondary planes, is said to be *modified* on the edges or angles on which the secondary planes have been produced. *Ibid.* 96 Crystals rarely present themselves under their respective primary forms; they are usually modified by new planes, producing secondary crystals.

**modifying** (ˈmɒdɪfaɪɪŋ), *vbl. sb.* [-ING¹.] The action of the verb MODIFY.
  **1643** in *Dundee Charters* (1880) 86 The said Provest .. shall compeir .. and thair Judiciallie consent to the modefying of the forsaid sowmes as ane constant yeirly stipend to thair persone. **1692** R. L'ESTRANGE *Fables* ccxv. 188 All this Descanting, and Modifying upon the Matter. *a* **1853** W. JAY *Autobiog.* xvii. (1855) 163 General principles of church-government, which will admit .. of considerable modifyings in their application.

**'modifying,** *ppl. a.* [-ING².] That modifies.
  **1793** BEDDOES *Math. Evid.* 145 Indeed, except as to the sound of a language, it is indifferent whether these modifying words are prefixed or suffixed. **1823** H. J. BROOKE *Introd. Crystallogr.* 113 When the modifying planes first

APLCW-A0000013007

# THE OXFORD ENGLISH DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME XIII

Quemadero–Roaver

CLARENDON PRESS · OXFORD

APLCW-A0000013008

†**re'pignorate, -erate**, v. *Obs.*⁻⁰. [ad. ppl. stem of L. *repignorāre*, *-erāre*: see IMPIGNORATE.] 'To redeem a pledge.' So †**re'pignoration**.
1623 COCKERAM. 1656 BLOUNT *Glossogr.* [from Cooper].

†**re'pike**. *Obs. rare*⁻¹. [app. f. REPIQUE v.] ? Repercussive or repulsive action.
1687 BEVERLEY *Expos. Song of Songs* Concl., So the Repike Of untun'd Ears its True sounds back do strike With Disacceptance.

**repillestok**, obs. form of RIPPLESTOCK.

**re'pin** (rī-), v. [RE- 5 a.] To pin again.
1859 READE *Love me* xxvii. Eve slily repinned it on him. 1885 LOCK *Workshop Receipts* Ser. IV. 286/1 The great points in repinning are to drive the pin [etc.].

†**re'pine**, sb. *Obs.* [f. the vb.] The (or an) act of repining; discontent, grudge.
1592 SHAKS. *Ven. & Ad.* 490 Were neuer foure such lamps, together mixt, Had not his clouded with his browes repine. 1600 HOLLAND *Livy* 96 Not..iterating still his praises for feare of heaping more matter of envie and repine. 1615 A. STAFFORD *Heav. Dogge* 64 What I must, that I will do, without so much as a repine or a struggle.

**repine** (rī·paɪn), v. Also 6–7 repyne. [app. f. RE- + PINE v., but the formation is unusual.]
**1.** intr. To feel or manifest discontent or dissatisfaction; to fret, murmur, or complain. Also const. *against*, *at*, †*to*.
c 1530 *Crt. of Love* 1262 Enuy will grutch, repining at his wele. 1530 PALSGR. 686/2 Thou repynest agaynst all thynge that I do. 1549 LATIMER *3rd Serm. bef. Edw. VI* (Arb.) 79 It was neuer hard in Ieurye that the people repyned or sayed, The kynge is a child. a 1598 ROLLOCK *Lect. Passion* xxvii. (1616) 263 Looke..that thou repine not to this light. 1637 R. HUMPHREY tr. *St. Ambrose* I. 118 One..is repined at, because hee hath some of the inheritance. 1671 MILTON *P.R.* II. 94, I will not argue that, nor will repine. 1728 YOUNG *Love Fame* v. (ed. 2) 97 Repine we guiltless in a world like this? 1771 *Junius Lett.* lvii. (1788) 311 Religious men..make it the last effort of their piety not to repine against Providence. 1820 W. IRVING *Sketch Bk.* I. 185 Through the long and weary day he repines at his unhappy lot. 1878 BROWNING *La Saisiaz* 196 Why repine? There's ever someone lives although ourselves be dead!
*fig.* 1808 SCOTT *Marm.* IV. x, From pool to eddy..You hear her streams repine.
**b.** Const. with *that* or *inf.*
a 1548 HALL *Chron.*, *Hen. VIII* 110 He had repined or disdained, that any man should fare well, or be well clothed, but hymself. 1576 FLEMING *Panopl. Epist.* 66 We ought not to kicke upp the heele, as repining to live in that state, whereunto by birth we were ordeined. 1615 BRATHWAIT *Strappado* (1878) 74 O see how men repine, That you so long conceal'd, should gull the time. 1752 HUME *Ess. & Treat.* (1777) I. 348 We continue still to repine that our neighbours should possess any art, industry, and invention. 1870 BRYANT *Iliad* I. 107, I shall ne'er Contend to see them nor repine to see Their fall.
**c.** To long discontentedly *for* something. *rare*.
1742 GRAY *Sonn. Death West* 5 These Ears, alas, for other Notes repine. 1827 HALLAM *Const. Hist.* (1876) I. iii. 153 The worship of the church was frequented by multitudes who secretly repined for a change.
†**2.** trans. To regard with discontent or dissatisfaction; to fret or murmur at; †to grudge *to* one.
1577 HANMER *Anc. Eccl. Hist.* (1619) 223 So that none in this behalfe can repine or gainsay vs. 1596 SPENSER *F.Q.* VI. vii. 26 In signe Of servile yoke, that nobler harts repine. 1615 T. ADAMS *White Devil* 13 Wouldest thou have permitted this to thy fellow servant, that repinest it to thy master? a 1670 HACKET *Abp. Williams* I. (1692) 173 Contented with so much favour as was never repined. 1793 W. ROBERTS *Looker-on* No. 48 (1794) II. 218 She repined, for their own sakes, the malignities of her sex.
Hence †**re'pineful** a., discontented (*obs.*); **re'pinement**, repining, discontent. *rare.*
1655 SHIRLEY *Polit.* III. ii, Most repineful, spleeny. 1743 H. WALPOLE *Lett. to Mann* (1834) I. 301 Now am I relapsed into all the dissatisfied repinement of a true English grumbling voluptuary. 1818 FARADAY in B. Jones *Life* (1870) I. 274 You shall see this man..accompanied by ʀepinement, regret, and contempt, sink into poverty and misery.

**repiner** (rī·paɪnə(r)). [f. prec. + -ER¹.] One who repines or is discontented; a grumbler.
1551 ASCHAM *Let. to E. Raven* 23 Feb., He is likely to make..the Germans, of secret repiners, open foes. 1594 T. BEDINGFIELD tr. *Machiavelli's Florentine Hist.* (1595) 91 To occasion these repiners feele the smart of their counsell. 1653 R. SANDERS *Physiogn.* 91 He is a scoffer, derider, and repiner. 1750 BERKELEY *Max. conc. Patriotism* §23 We are not to think..every spleneticke repiner against a court is therefore a patriot. 1805 A. WILSON *Epist. to A. Clarke*, Heaven..showers with fury dread, Tormenting ills on the repiner's head. 1854 WHITTIER *Maud Muller* 102 Alas!.. For rich repiner and household drudge!

**repining** (rī·paɪnɪŋ), vbl. sb. [f. as prec. + -ING¹.] The action of the vb., or an instance of this; discontent, grumbling, fretting.
1550 LEVER *Serm.* (Arb.) 34 It is not therefore repynyng, rebellyng, or resistyng gods ordinance, that will amende euyll rulers. 1617 MORYSON *Itin.* I. 266 After some repining he was therewith satisfied. 1663 PEPYS *Diary* 15 May, Which the world takes notice of, even to some repinings. 1712 ADDISON *Spect.* No. 387 ⁋2 Repinings, and secret Murmurs of Heart. 1810 CRABBE *Borough* xxi. 342 Let thy repinings cease, Oh! man of sin, for thy guilt increase. 1867 PARKMAN *Jesuits N. Amer.* i. (1875) 6 Workmen..

who gave him at times no little trouble by their repinings and complaints.

**repining** (rī·paɪnɪŋ), ppl. a. [-ING².] That repines; given to repining; characterized by, or of the nature of, repining.
a 1586 SIDNEY *Arcadia* (1622) 223 One of the repiningst fellowes in the world. c 1586 C'TESS PEMBROKE *Ps.* LXXV. ii, No more..Daunce on in wordes your old repyning measure. 1632 LITHGOW *Trav.* x. 432 There was neuer a more repining people. 1702 ROWE *Tamerl.* I. i. 275 Let Bajazet Bend to his Yoak repining Slaves by force. 1782 COWPER *Cricket* 30 Wretched man, whose years are spent In repining discontent. 1877 BRYANT *Voice Autumn* i, There comes, from yonder height, A soft repining sound.
Hence **re'piningly** adv.
1571 GOLDING *Calvin on Ps.* xviii. 2 They that..afterward repyningly restreyne his power. a 1680 CHARNOCK *Attrib. God* (1834) II. 651 They repiningly quarrelled with him in their wants in the wilderness. 1782 MISS BURNEY *Cecilia* IV. x, She began..repiningly to relate her misfortunes. 1856 *Titan Mag.* Nov. 443/2 Dwelling repiningly on what I have not.

**repique** (rī·piːk), sb. Also 7 -peak, peek, -picq(ue. [ad. F. *repic* = It. *ripicco*: see RE- and PIQUE.] In Piquet, the winning of thirty points on cards alone before beginning to play (and before the adversary begins to count), entitling the player to begin his score at ninety. Also *fig.*
1668 TEMPLE *Let. Ld. Arlington* Wks. 1731 II. 93 In their Audiences..the Cards commonly run high, and all is Picque and Repicque between them. 1678 PHILLIPS, *Repeak* [1696 *Repeek*],..a term in the Game of Picquet. 1680 COTTON *Compl. Gamester* (ed. 2) 58 The youngers Blank shall bar the former and hinder his Picq and Repicq [*printed* Picy and Repicy]. 1721 CIBBER *School-boy* 1, I constantly receive my Rent in nothing but Repiques, Capotts, Gamons, and Doublets. 1771 MACKENZIE *Man Feel.* xxv, His score was 90 to 35, and he was elder hand; but a momentous repique decided it in favour of his adversary. 1830 'EIDRAH TREBOR' *Hoyle Made Fam.* 49 Carte-blanche counts first, and consequently saves piques and repiques. 1859 WRAXALL tr. *R. Houdin* iv. 39 When the cards are dealt out, I will leave you to select the hand you think will enable you best to prevent a repique.

**repique** (rī·piːk), v. [f. prec.]
**1.** trans. To score a repique against (the opposing player in piquet.)
1659 *Shuffling, Cutting & Deel.* 8, I was Pickquet the last, but am now repickqt. 1709 MRS. MANLEY *Secret Mem.* II. 104 We agreed to play for fifty Pieces the Party; I repiqu'd him eight Times in a dozen. 1755 ED. MOORE in *World* No. 154 (1772) III. 297 He was most cruelly repiqued when he wanted but two points of the game. 1830 'EIDRAH TREBOR' *Hoyle Made Fam.* 49 It also piques and repiques the adversary, in the same manner as if those points were reckoned in any other way.
†**b.** ? To repel, resist. *Obs. rare*⁻¹.
1687 BEVERLEY *Exp. Song of Songs* 27 Those enterweaves of Holy Order like The well-curl'd Locks, all falshood that Repique.
†**c.** Used as an imprecation. *Obs. rare*⁻¹.
1760 FOOTE *Minor* I. i, Repique the rascal. He promis'd to be here before me.
**2.** intr. To win a repique.
1719 D'URFEY *Pills* V. 278 He piqu'd, and repiqu'd so oft. 1840 LADY C. BURY *Hist. of Flirt* i, He was obstinately bent on repiquing. 1895 SNAITH *Dorothy Marven* vi, The mysteries of sword and musket were discarded for those..of piqueing, repiqueing and capotting.

**repit**, obs. form of RIPPIT.

**replace** (rī·pleɪs), v. [f. RE- 5 a + PLACE v., perh. after F. *remplacer* (1549) or, in late use, *replacer* (17th c.).]
**1.** trans. To restore to a previous place or position; to put back again *in* (or †*into*) a place.
1595 DANIEL *Civ. Wars* III. xxix, A third..Sweares if they would, he would attempt the thing To chaste th' vsurper, and replace their king. 1622 BACON *Hen. VII* 32 This princess..made it her design..to see the majesty royal of England once again replaced in her house. a 1674 CLARENDON *Hist. Reb.* XVI. §12 They..replaced Lambert, and all the rest who had been cashiered by Cromwell, into their own charges again. 1749 H. WALPOLE *Corr.* (1846) II. 296 The King has consented to give two earldoms to replace the great families of Somerset and Northumberland. 1838 DE MORGAN *Ess. Probab.* 61 Drawings are made, after each of which the ball is replaced. 1875 KNIGHT *Dict. Mech.* 1918/2 A bridge by which the wheels of cars are replaced upon the track.
*refl.* 1707 *Curios, in Husb. & Gard.* 352 This Emulation, that Matter always retains, to..replace it self..in the same Figure, which..Nature originally impressed on it.
**2.** To take the place of, become a substitute for (a person or thing). Freq. in passive, const. *by* (the new person or thing).
1753 A. MURPHY *Gray's Inn Jrnl.* No. 53 Though many have plucked a Branch from it, it is always quickly replaced by another. 1756 LD. BARRINGTON in Ellis *Orig. Lett.* Ser. II. IV. 383 Sir Edward Hawke, and Captain Saunders..went to replace Admirals Byng and West. 1796 H. HUNTER tr. *St.-Pierre's Stud. Nat.* (1799) II. 61 The Moon..goes to replace him [the Sun] there, and appears perpetually upon the Horizon. 1823 COLEBROOKE in *St. Cape G. Hope* 346 The paper [money] would be seasonably replaced by a metallic currency. 1862 ANSTED *Channel Isl.* I. iii. (ed. 2) 56 The orchards, also, which in Jersey may be said to replace parks, are not very numerous.
**b.** *Crystall.* (See quots.)
1847 WEBSTER, *Replaced*, in mineralogy, a term used when a crystal has one or more planes in the place of its edges or angles. 1878 GURNEY *Crystallogr.* 51 A quoin of a cube is

said to be replaced, when it is cut off by one or more faces of another simple form.
**3.** To fill the place of (a person or thing) *with* or *by* a substitute.
1765 *Museum Rust.* IV. 173 You must..replace such as have failed, with the best and most likely plants. 1837 CARLYLE *Fr. Rev.* I. II. iii, Thou wouldest not replace such extinct Lie by a new Lie. 1853 MAURICE *Proph. & Kings* xvi. 269 They talked of replacing buildings of brick, with buildings of stone. 1885 WATSON & BURBURY *Electr. & Magn.* I. 262 Let us replace S by another closed surface.
**b.** To provide or procure a substitute or equivalent in place of (a person or thing).
1796 SOUTHEY *Lett. fr. Spain* (1799) 424 A convent, founded for twenty religious, that has thirty now, should not be permitted to replace ten when they died. 1802 MRS. E. PARSONS *Myst. Visit* IV. 144, I pity him for the loss of such a treasure as he will not easily replace. 1856 KANE *Arct. Expl.* II. vi. 71 The natives to the south have lost nearly all their..walrus-lines..and will be unable to replace them till the return of the seal.
**4.** To return or restore *to* one. *rare*⁻¹.
1776 ADAM SMITH *W.N.* II. iii. I. 403 Whatever part of his stock a man employs as a capital, he always expects it to be replaced to him with a profit.
Hence **re'placed** ppl. a.; **re'placing** vbl. sb.
1865 MANSFIELD *Salts* 241 The belief..that the replaced or conjugated Hydrogen is the whole Hydrogen of a certain proportion of integral water. 1884 *Manch. Weekly Times* 11 Oct. 5/6 The replacing of the tracery of the cloisters..is.. proceeding bay by bay. 1884 KNIGHT *Dict. Mech.*, *Suppl.* 750/2 *Replacing Apparatus*, for the replacing of derailed rolling stock upon the line.

**replace** (rī·pleɪs), a. rare. [f. the vb.] Designed to replace something that is worn out or is being discarded.
1927 *Daily Tel.* 10 May 4/5 The life of the first tracks was about 2,000 miles... The replace tracks..embody such obvious improvements that they will undoubtedly give a much longer life.

**replacea'bility**. [f. REPLACEABLE a.: see -BILITY.] The state, property, or condition of being replaceable.
1890 in WEBSTER. 1907 A. W. POLLARD *Bks. in House* 37 As to what should be sold and what kept, the one sovereign test is that of replaceability. 1959 P. F. STRAWSON *Individuals* v. 161 Replaceability by quantifier and variable.

**replaceable** (rī·pleɪsəb(ə)l), a. [f. REPLACE v. + -ABLE.] a. That may be replaced.
1805 W. TAYLOR in *Ann. Rev.* III. 236 The concurring individuals..appear but as insignificant and replaceable instruments. 1871 ROSCOE *Elem. Chem.* 159 The four atoms of hydrogen being replaceable..by metals.
**b.** *absol.* in *Chem.*, denoting those hydrogen atoms in an acid which may be replaced by base.
1895 W. A. TILDEN *Introd. Study of Chem. Philos.* (ed. 8) xv. 140 Tartaric acid is a case of similar kind. Its molecular formula cannot be less than $C_4H_6O_6$, on account of the existence of the double tartrates, which prove that the acid contains two replaceable basic hydrogen atoms. 1930 W. R. ANDERSON *School Cert. Chem.* iv. 47 With sulphuric acid we can get a salt by turning out half the hydrogen present, but this salt still contains replaceable hydrogen. 1962 PARKES & HARRISON *Basic Physical & Inorg. Chem.* xv. 202 A normal salt is one in which all the replaceable hydrogen of the acid and the hydroxyl (or oxygen) of the base have reacted to form water.

**re'placement**. [f. as prec. + -MENT.] **1. a.** The act or process of replacing in various senses; the fact of being replaced.
a 1790 ADAM SMITH *W.N.* II. iii, That part of the annual produce destined to the replacement of that capital. 1831 T. HOPE *Ess. Origin Man* I. 45 The word eternal seems only.. to express..a constant replacement of portions of time already gone by. 1875 WHITNEY *Life Lang.* x. 212 There is more wearing-out than replacement by synthetic means.
*attrib.* 1896 tr. Boas' *Text-Bk. Zool.* 416 Replacement teeth are formed continuously throughout life. 1898 Allbutt's *Syst. Med.* V. 954 A proliferative fibrosis..as opposed to mere 'replacement fibrosis'.
**b.** *absol.* in *Min.* The dissolution of one mineral and the simultaneous deposition of another in its place. Freq. *attrib.*
1906 *Econ. Geol.* I. 839 As a general term synonymous with 'metasomatism', 'replacement' is preferable to 'substitution'. 1911 *Ibid.* VI. 534 Replacement ore-bodies are generally associated with fissures..capable of conducting solutions from considerable distances. 1928 W. LINDGREN *Min. Deposits* (ed. 3) ii. 22 Metallic ores are often formed by replacement. *Ibid.* xxviii. 739 The quartz monzonite contains a great number of replacement veins carrying much tourmaline. 1965 G. J. WILLIAMS *Econ. Geol. N.Z.* iii. 23/2 The ore-shoots are typical replacement-bodies of quartz, mullock and pug along narrow shears. 1970 K. C. JACKSON *Textbk. Lithol.* iv. 196 Crystal growth, particularly where replacement is important, often results in inclusions of unincorporated minerals in the growing crystal. 1972 M. H. BATTEY *Mineral. for Students* vi. 160/1 Deposition is also influenced by the nature of the country-rocks. The fluids react with these..to produce replacement deposits in the neighbourhood of the vein fissures.
**2.** Something which or someone who replaces another.
1894 *Q. Jrnl. Geol. Soc.* L. 383 The hypothesis that the rock is a siliceous replacement of a limestone. 1934 H. G. WELLS *Exper. Autobiogr.* I. ii. 62 He..sold little, I think, but jam-pots and preserving jars to the gentlemen's houses round about, and occasional..table glass and replacements. 1944 *Yank* 26 May 3 At the Rapido some replacements couldn't tell the difference between our fire and Jerry's. 1954 W. FAULKNER *Fable* 4 The original regiment had been raised in this district... And most of its subsequent replacements had been drawn from this same district. 1973

APLCW-A0000013009