# Exhibit F

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME V

Dvandva–Follis

CLARENDON PRESS · OXFORD

APLCW-A0000019054

*Oxford University Press, Great Clarendon Street, Oxford* OX2 6DP
*Oxford   New York*
*Athens   Auckland   Bangkok   Bogotá   Buenos Aires   Calcutta*
*Cape Town   Chennai   Dar es Salaam   Delhi   Florence   Hong Kong   Istanbul*
*Karachi   Kuala Lumpur   Madrid   Melbourne   Mexico City   Mumbai*
*Nairobi   Paris   São Paulo   Singapore   Taipei   Tokyo   Toronto   Warsaw*
*and associated companies in*
*Berlin   Ibadan*

*Oxford is a registered trade mark of Oxford University Press*

© *Oxford University Press 1989*

*First published 1989*
*Reprinted 1991 (with corrections), 1998*

*All rights reserved. No part of this publication may be reproduced,*
*stored in a retrieval system, or transmitted, in any form or by any means,*
*without the prior permission in writing of Oxford University Press.*
*Within the UK, exceptions are allowed in respect of any fair dealing for the*
*purpose of research or private study, or criticism or review, as permitted*
*under the Copyright, Designs and Patents Act, 1988, or in the case of*
*reprographic reproduction in accordance with the terms of the licences*
*issued by the Copyright Licensing Agency. Enquiries concerning*
*reproduction outside these terms and in other countries should be*
*sent to the Rights Department, Oxford University Press,*
*at the address above*

*British Library Cataloguing in Publication Data*
*Oxford English dictionary.—2nd ed.*
*1. English language—Dictionaries*
*I. Simpson, J. A. (John Andrew), 1953-*
*II. Weiner, Edmund S. C., 1950-*
*423*
*ISBN 0-19-861217-6 (vol. V)*
*ISBN 0-19-861186-2 (set)*

*Library of Congress Cataloging-in-Publication Data*
*The Oxford English dictionary.—2nd ed.*
*prepared by J. A. Simpson and E. S. C. Weiner*
*Bibliography: p.*
*ISBN 0-19-861217-6 (vol. V)*
*ISBN 0-19-861186-2 (set)*
*1. English language—Dictionaries.   I. Simpson, J. A.*
*II. Weiner, E. S. C.   III. Oxford University Press.*
*PE1625.087 1989*
*423—dc19   88-5330*

*Data capture by ICC, Fort Washington, Pa.*
*Text-processing by Oxford University Press*
*Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.*
*Manufactured in the United States of America by*
*World Color Book Services, Taunton, Mass.*

APLCW-A0000019055

omes me best, a sort of dyingness. **1823** *New Monthly g.* VIII. 276 To sing faintly, sweetly, and as it were ngly. **1955** E. BOWEN *World of Love* v. 98 She could not ·er dyingness to usurp.

**Yirbal** (djɜːrbəl), *sb.* (and *a.*) Also Chirpal, ɪrbal, etc. [Native name.] An Australian ɪoriginal language spoken in the vicinity of ɪlly and Atherton in N.E. Queensland; the ople speaking this language. Also *attrib.* or as ¡.
**901** W. E. ROTH *N. Queensland Ethnogr.* III. 3 CHI = ɪrpal blacks to be found at Atherton, etc. **1910** *Rec. stral. Museum* VIII. I. 91 At Atherton, the natives.. ong to three groups or tribes speaking..chirpal, ɪaikungo and ngachan. **1939** *Oceania* IX. 442 The ·atjan, Mamu, Tjirbal, Mudju and perhaps Ngaikungo ɪy have not simply two moieties, but three phratries. **1968** *ɪgua* XXI. 104 The main aim of this paper is to discuss.. ¡ semantic basis of noun class membership in Dyirbal. **72** R. M. W. DIXON (*title*) The Dyirbal language of North ɪeensland. **1977** C. F. & F. M. VOEGELIN *Classification & dex World's Lang.* 278 *Yara.* Inland and along the coast of ɪt central Queensland, opposite the Great Barrier Reef... ɪrbal = Djirubal = Tjirbal, [etc.]. **1977** *Language* LIII. 8 Dyirbal.., a northeastern Australian language, has four un classifiers. **1984** *Verbatim* Summer 6/2 Chloe.. ɪrked out principles of gender in Dyirbal (involving a ·owledge of Dyirbal science).

**yit**, Sc. var. of DITE *sb.*¹, *Obs.*

**yke**, etc., a frequent spelling of DIKE *sb.*¹, etc.

**yker, dylaye**, obs. forms of DICKER, DELAY.

**ylde** (in phr. *God dylde you*): see YIELD *v.*

**yle, dyll(e**, obs. forms of DILL.

**ylectable**, obs. var. DELECTABLE.

**yluuye**, var. DILUVY *Obs.*, deluge, flood.

**ymaxion** (daɪˈmæksɪən), *a.* Also Dymaxion. Arbitrary; see note below.] In the philosophies f construction and design of R. Buckminster 'uller: yielding the greatest possible efficiency ɪ terms of the available technology, 'doing the ɪost with the least'. Hence *dymaxion car*, ɪouse, *map*, etc.
In a private communication (July 1969) Mr. Buckminster 'uller said that the word was coined for him in 1929 by his ɪsiness associates as a 'word-portrait' of him and his work. 'hey were concerned to form a euphonious word of four yllables based on words that occurred in Fuller's own ɪscription of his prototype (*Dymaxion*) house, viz. ɪ(*namism*, max(*imum*, and *ion*. **1929** R. B. FULLER in *Archit. Forum* July 104 (*caption*) ·levation and Isometric Drawing of the Dymaxion House. **934** *Sat. Rev.* 2 June 1/1 The author [*sc.* H. G. Wells], ɪuring his recent visit to America, with the new Dymaxion ar. **1960** R. W. MARKS *Dymaxion World of B. Fuller* 9/1 ɪnother dimension of this Weltenschauung is expressed by he term *Dymaxion*, a label Fuller has used to qualify the ɪplication of his various inventions, developments, and ɪrojected ideas. *Ibid.* 34/1 The Dymaxion bathroom was ɪesigned by Fuller for ultimate production in plastics, when ɪlastics had been developed to an adequate point. *Ibid.* 49/1 ɪhe Dymaxion map was not a shadow projection, as are ɪther global maps, but a topological transfer of a high ɪrequency form of Fuller's totally-triangulated systems ɪrom the surface of a sphere to the equivalent triangular ɪpaces on the faces of a polyhedron. **1962** R. DAVENPORT in ɪ. B. Fuller *Epic Poem on Industrialization* p. vi, At his own ɪactory in Bridgeport he designed and built the first Dymaxion car.

**dymbe, dyme, dymme**, obs. forms of DIM.

**dyme**, obs. form of DEEM, *v.*, DIME.

**dymisent, dymyceynt, -sen(t, -son**: see DEMICEINT, *Obs.*

**dymonde**, obs. form of DIAMOND.

**dyna-.** In the derivatives of Gr. δύνα-σθαι to be able, δύναμις power, *y* ( = Gr. *v*) is etymologically short, and is so treated in pronouncing dictionaries down to the middle of the 19th c. But popular usage (esp. since *dynamite* came into vogue) tends to give the *y* the diphthongal pronunciation (aɪ) in all these words, though (dɪn-) is still preferred by some in *dynamic* and its family, and app. by most scholars in *dynasty* and its family.

**dyna**, obs. form of DINAR.

**dynactiˈnometer**. ? *Obs.* [f. Gr. δύν(αμις power + ἀκτίς (ἀκτῖν-) ray + μέτρον measure: see -METER, and cf. ACTINOMETER.] An instrument designed to measure the intensity of the photogenic rays, and to compute the power of object-glasses.
**1851** M. CLAUDET in *Philos. Mag.*

**dynagraph** ('daɪnəgrɑːf, -æ-, dɪn-). [f. Gr. δύνα(μις power + -γραφος writer, -GRAPH.] The name given in the United States to a machine of the same character as the *dynamometer car* on some English Railways, used for mechanically reporting the condition of a railway line, the speed of a train, and the power used in traversing a given distance.
These elements are recorded on a paper ribbon moved by means of gearing from one of the axles of the car or van which carries the machine.
**1890** in *Century Dict.*

†**ˈdynam**. *Obs.* [a. F. *dyname* (also *dynamie*), 'a unit of power, the force necessary to raise in a given time 1000 kilogrammes to a height of 1 metre'; f. Gr. δύναμις power, force.] 'A term proposed by Dr. Whewell, as expressive of a pound or other unit, in estimating the effect of mechanical labour.' Craig 1847. (See also DYNE.)

**dynaˈmagnite**, early name for DYNAMOGEN, q.v.

**dyname** ('daɪnəm). *Physics*. [a. Ger. *dyname*, f. Gr. δύναμις: see DYNAM.] A force or a force and a couple, the resultant of all the forces acting together on a body.
**1866** J. PLÜCKER *Fundam. Views Mech.* in *Phil. Trans.* CLVI. 362 If any number of given forces..act upon or pass through given points, according to the fundamental laws of statics, the *resulting effect* is obtained by adding the six coordinates of the forces..In the general case I propose to call the cause producing the resulting effect *dyname.* *Ibid.* 363 A dyname, determined by its six linear coordinates.. represents the effect produced by two forces not intersecting each other. *Ibid.* 369 A dyname may be resolved into pairs of forces, the forces of all pairs constitute a linear complex.

**dynameter** (daɪ-, dɪˈnæmɪtə(r): see DYNA-). [mod. f. Gr. δύνα(μις power + μέτρ-ον measure; or shortened from DYNAMOMETER.] An instrument for measuring the magnifying power of a telescope; = DYNAMOMETER 2.
*a* **1828** WEBSTER cites RAMSDEN. **1837** GORING & PRITCHARD *Microgr.* 67 View the image..formed in the visual pencil of an engiscope, with a dynameter of very delicate divisions. **1878** LOCKYER *Stargazing* 116 The image can be measured with tolerable accuracy by Mr. Berthon's dynameter.
Hence **dynaˈmetric, dynaˈmetrical** *adjs.*, of or pertaining to a dynameter.
**1828** WEBSTER, *Dynametrical.*

**dynamic** (daɪ-, dɪˈnæmɪk: see DYNA-), *a.* and *sb.* [ad. F. *dynamique* (Leibnitz 1692. Dict. Acad. 1762), ad. Gr. δυναμικός powerful, f. δύναμις power, strength.]
A. *adj.* **1.** Of or pertaining to force producing motion: often opposed to *static.*
**1827** D. GILBERT in *Phil. Trans.* CXVII. 26 Mr. Watt.. assumed one pound raised one foot high for what has been called in other countries the dynamic unit. **1843-46** GROVE *Corr. Phys. Forces* (ed. 1) 13 A comparative view of the corpuscular and dynamic theories of heat. **1850** *Ibid.* (ed. 2) 74, I have used..the terms dynamic and static to represent the different states of magnetism. **1847** J. DWYER *Princ. Hydraul. Engineer.* 94 The horse's power is principally used by Engineers in this country as a Dynamic unit. **1855** H. SPENCER *Princ. Psychol.* (1872) II. VI. xi. 138 We find light producing a dynamic effect..in those molecular re-arrangements which it works in certain crystals. **1860** TYNDALL *Glac.* II. xix. 331 According to the dynamic view ..heat is regarded as a motion. **1881** ARMSTRONG *Address Brit. Assoc.* in *Nature* No. 619. 449 Such is the richness of coal as a store of mechanical energy that a pound of coal, even as used in the steam-engine, produces a dynamic effect about five times greater than a pound of gunpowder burnt in a gun.

**2.** Of or pertaining to force in action or operation; active.
**1862** TYNDALL *Mountaineer.* i. 6 What would man be without Nature? A mere capacity, if such a thing be conceivable alone; potential, but not dynamic. **1863** — *Heat* v. 137 While in the act of falling, the energy of the weight is active. It may be called *actual* energy, in antithesis to *possible*, or..*dynamic* energy, in antithesis to *potential*. *Ibid.* 138 As potential energy disappears, dynamic energy comes into play.

**3.** *transf.* and *fig.* **a.** Active, potent, energetic, effective, forceful.
**1856** EMERSON *Eng. Traits, Lit. Wks.* (Bohn.) II. 105 Their dynamic brains hurled off their words, as the revolving stone hurls off scraps of grit. **1876** GEO. ELIOT *Dan. Der.* I. i, What was the secret of form or expression which gave the dynamic quality to her glance? **1878** LECKY *Eng. in 18th C.* I. i. 14 It [Greek intellect] has been the great dynamic agency in European civilisation.
**b.** Opposed to *static.*
**1876** C. P. MASON *Eng. Gram.* (ed. 21) 117 (To borrow a metaphor from mechanics) the adjective is a *static attribute*, the verb is a *dynamic attribute.*

**4.** Of, according to, or pertaining to the science of DYNAMICS: as the *dynamic theory* of the tides.
**1838-51** NICHOL *Archit. Heav.* (ed. 9) 196 A sure dynamic theorem. **1891** E. PEACOCK *N. Brendon* II. 416 The dynamic laws which cause a pump to act.

**5.** *Med.* **a.** Functional, in contradistinction to organic; as in *dynamic disease.* **b.** With Hahnemann and his followers: Of the nature of some immaterial or 'spiritual' influence. †**c.** Attended with a morbid increase of vital action, sthenic (*obs.*).
*dynamic school:* a name given to the Stahlians, or followers of Stahl, as attributing the vital phenomena to the operation of an internal force or power acting for the most part independently of external causes. (*Syd. Soc. Lex.*)
[**1829** see ADYNAMIC.] **1834** *Good's Study Med.* (ed. 4) IV. 272 Dr. Stoker..has divided dropsies into two kinds, dynamic and adynamic. **1855** J. R. REYNOLDS *Dis. Brain* ix, The simple fact of convulsions is proof of dynamic (functional) disease. **1881** J. G. GLOVER in *Encycl. Brit.* XII. 128/1 (*Homœopathy*), Underlying all his [Hahnemann's] system..was the idea that the causes of disease were impalpable, immaterial, spiritual, dynamic. **1882** *Med. Temp. Jrnl.* I. 114 A dynamic narcosis of the ultimate fibres of sensation.

**6.** In the Kantian philosophy: Relating to the reason of existence of an object of experience.
*dynamic relations*, the relations between objects as forming parts of one connected experience: viz. the relations of substance and accident, of cause and effect, and of substances acting upon each other. *dynamic category*, a category that expresses one of the dynamic relations. *dynamic synthesis*, a synthesis which is guided by the dynamic categories.

**7.** Relating to the existence or action of some force or forces; applied esp. to a theory that accounts for matter, or for mind, as being merely the action of forces: see DYNAMISM 1.
*dynamic theory of Kant*, a theory according to which matter was conceived to be constituted by two antagonistic principles of attraction and repulsion.
**1817** COLERIDGE *Biog. Lit.* I. ix. 150 We had both equal obligations to the polar logic and dynamic philosophy of Giordano Bruno.

**8.** *Mus.* Of, pertaining to, or indicating the volume of sound from a musical instrument or in a musical performance. Also *transf.*
**1893** J. S. SHEDLOCK tr. *Riemann's Dict. Mus.* 226/1 The natural dynamic shading of a musical phrase is therefore *crescendo*..and *diminuendo*... Dynamic and agogic shadings must be used with economy. **1931** G. JACOB *Orchestral Technique* iii. 29 It is excellent as a bass-strengthener, however, in dynamic ranges of *mf* and upwards. **1941** *B.B.C. Gloss. Broadc. Terms* 10 *Dynamic range*, range of intensities within which the volume of a programme fluctuates. **1948** *Penguin Music Mag.* June 129 Fearless attack, great volume, and subtle dynamic changes.

**9.** *dynamic braking* = *electric braking*; *dynamic equator* (see quot. 1883); *dynamic metamorphism* (also *dynamical m.*) *Geol.*, metamorphism produced by mechanical forces; *dynamic pressure*, the pressure in a fluid that is due to its motion.
**1930** *Engineering* 24 Jan. 105/1 Driven by two 100 h.p. mill-type motors..equipped with solenoid and dynamic braking. **1950** *Ibid.* 22 Dec. 528/2 Slip-ring induction motors with dynamic braking. **1883** *Encycl. Brit.* XVI. 165/1 The line connecting all the points where the magnetic intensity is least is called the dynamic equator. **1893** *Jrnl. Geol.* I. 854 The dynamic metamorphism of the eruptive rocks occurring in it. **1965** A. HOLMES *Princ. Phys. Geol.* (ed. 2) viii. 170 Since the main process is dynamic, slate is said to be a product of dynamic metamorphism. **1919** A. B. EASON *Flow & Measurem. Air & Gases* ix. 163 Threlfall.. mentions tests made upon a Pitot tube in which..there was a large suction effect, and..the difference between the static and dynamic pressures was of the form $H = k(u)^n$, where $n$ was greater than 2. **1949** O. G. SUTTON *Sci. of Flight* ii. 36 The dynamic pressure of the flow..is the pressure felt on the nose of a body at the point where the impinging stream is actually brought to rest. **1970** A. C. KERMODE *Flight without Formulae* 43 A fluid can exert pressure for two reasons: first because of its movement... The pressure due to movement we will call dynamic pressure.

**B.** *sb.* **1.** = DYNAMICS, q.v.
**1873** CLIFFORD *Syllabus of Lectures* in *Math. Papers* (1882) 516 The science which teaches under what circumstances particular motions take place..is called Dynamic..It is divided into two parts, *Static*..and *Kinetic.* **1878** — (*title*) Elements of Dynamic: an Introduction to the Study of Motion and Rest in Solid and Fluid Bodies.

**2.** = Dynamic theory: see A. 7.
**1884** tr. *Lotze's Metaph.* 305 As Kant does in the course of his 'Proof' of this 'Precept No. 1' of his 'Dynamic'.

**3.** Energizing or motive force.
**1894** H. DRUMMOND *Ascent of Man* 270 The Struggle for Life, as life's dynamic, can never wholly cease. **1896** *Advance* (Chicago) 16 July 80/1 There is lack of dynamic. There is lack of direct soul-changing power.

**4.** *Mus.* = DYNAMICS 3.
[**1884** H. RIEMANN (*title*) Musikalische Dynamik und Agogik.] **1959** D. COOKE *Lang. Music* iii. 159 The minor system, soft dynamic, and slow tempo.

**dynamical** (daɪ-, dɪˈnæmɪkəl), *a.* [f. as prec. + -AL¹.]

**1.** Of or pertaining to the science of DYNAMICS.
**1812-16** PLAYFAIR *Nat. Phil.* (1819) II. 271 An elementary exposition of the dynamical principles employed in these investigations. **1833** HERSCHEL *Astron.* viii. 266 As an abstract dynamical proposition. **1869** HUXLEY in *Sci. Opinion* 28 Apr. 486/3 Strict deductions from admitted dynamical principles.

**2.** Of or pertaining to force or mechanical power: = DYNAMIC *a.* 1, 2.
*dynamical electricity*, current electricity, as exhibited in the galvanic battery, and in electromotive appliances. *d. metamorphism*: see prec. 9.
**1828** WEBSTER, *Dynamical*, pertaining to strength or power. **1843-46** GROVE *Corr. Phys. Forces* (ed. 1) 15 Nor do we by any of our ordinary methods test heat in any other way than by its purely dynamical action. **1855** H. SPENCER *Princ. Psychol.* (1872) II. VI. xi. 138 In this purely dynamical action consists the production of sound. **1860** MAURY *Phys. Geog. Sea* ii. §108 The dynamical forces which are expressed by the Gulf Stream. **1862** SIR H. HOLLAND *Ess.* i. 14 On the mutual convertibility of heat and dynamical force. **1880** HAUGHTON *Phys. Geog.* iii. 96 In a permanent condition of dynamical equilibriAHLCSWWA00500 M056