# Exhibit G

# THE AMERICAN HERITAGE® DICTIONARY

## OF THE ENGLISH LANGUAGE

THIRD EDITION



**HOUGHTON MIFFLIN COMPANY**

*Boston · New York*

APLCW-A0000019051

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage® Dictionary*.

Copyright © 1996, 1992 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language. —3rd ed.
   p.   cm.
   ISBN 0-395-44895-6
   1. English language—Dictionaries.
PE1628.A623      1992                              92-851
423—dc20                                           CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

APLCW-A0000019052

**dwarf star** *n.* A star, such as the sun, having relatively low mass, small size, and average or below average luminosity.

**dwarves** (dwôrvz) *n.* A plural of **dwarf.**

**dweeb** (dwēb) *n. Slang.* **1.** A subservient person; a flunky. **2.** A despised person. [Origin unknown.]

**dwell** (dwĕl) *intr.v.* **dwelt** (dwĕlt) or **dwelled, dwell·ing, dwells.** **1.** To live as a resident; reside. **2.** To exist in a given place or state: *dwell in joy.* **3. a.** To fasten one's attention: *kept dwelling on what went wrong.* See Synonyms at **brood.** **b.** To speak or write at length; expatiate: *dwelt on the need to trim the budget.* **4.** *Computer Science.* A programmed time delay of variable duration. [Middle English *dwellen*, from Old English *dwellan*, to mislead.] —**dwell′er** *n.*

**dwell·ing** (dwĕl′ĭng) *n.* A place to live in; an abode.

**dwelt** (dwĕlt) *v.* A past tense and a past participle of **dwell.**

**DWI** *abbr.* Driving while intoxicated.

**Dwight** (dwīt), **Timothy.** 1752–1817. American clergyman, author, and educator who was a leading supporter of Federalism and served as president of Yale University (1795–1817).

**dwin·dle** (dwĭn′dl) *v.* **-dled, -dling, -dles.** —*intr.* To become gradually less until little remains. —*tr.* To cause to dwindle. See Synonyms at **decrease.** [Frequentative of Middle English *dwinen*, to waste away, from Old English *dwīnan*, to shrink. See **dheu-**[2] in Appendix.]

**dwt.** *abbr.* Pennyweight.

**Dy** The symbol for the element **dysprosium.**

**dy.** *abbr.* **1.** Delivery. **2.** Duty.

**dy·ad** (dī′ăd′, -əd) *n.* **1.** Two individuals or units regarded as a pair: *the mother-daughter dyad.* **2.** *Biology.* One pair of homologous chromosomes resulting from the division of a tetrad during meiosis. **3.** *Chemistry.* A divalent atom or radical. **4.** *Mathematics.* An operator represented as a pair of vectors juxtaposed without multiplication. —**dyad** *adj.* Made up of two units. [From Greek *duas, duad-*, from *duo*, two. See **dwo-** in Appendix.]

**dy·ad·ic** (dī-ăd′ĭk) *adj.* **1.** Twofold. **2.** Of or relating to a dyad. —**dyadic** *n. Mathematics.* The direct product $(B \cdot C) AD$ of two dyads $AB$ and $CD$.

**Dy·ak** (dī′ăk′) *n.* Variant of **Dayak.**

**dy·ar·chy** (dī′är′kē) *n.* Variant of **diarchy.**

**dyb·buk** (dĭb′ook, dē-book′) *n., pl.* **dyb·buks** or **dyb·buk·im** (dĭ-book′ĭm, dē′book-kĕm′). In Jewish folklore, the wandering soul of a dead person that enters the body of a living person and controls his or her behavior. [Yiddish *dibek*, from Hebrew *dibbūq*, probably from *dābaq*, to cling.]



**Mary Dyer**
Bronze statue by
Sylvia Shaw Judson
(1897–1978)

**dye** (dī) *n.* **1.** A substance used to color materials. Also called *dyestuff.* **2.** A color imparted by dyeing. —**dye** *v.* **dyed, dye·ing, dyes.** —*tr.* To color (a material), especially by soaking in a coloring solution. —*intr.* To take on or impart color. —*idiom.* **of the deepest dye.** Of the most extreme sort. [Middle English *deie*, from Old English *dēag, dēah.*] —**dy′er** *n.*

**dyed-in-the-wool** (dīd′ĭn-thə-wool′) *adj.* **1.** Thoroughgoing; out-and-out: *a dyed-in-the-wool populist.* **2.** Dyed before being woven into cloth.

**Dy·er,** (dī′ər), **Mary.** Died 1660. English-born American Quaker martyr who was twice banished from Boston because of her beliefs. She was hanged after returning to the city a second time.

**dy·er's broom** (dī′ərz) *n.* See **dyer's greenweed.**

**dy·er's greenweed** (dī′ərz) *n.* A small Eurasian shrub (*Genista tinctoria*) having clusters of yellow flowers that yield a dye. Also called *dyer's broom, woadwaxen, woodwaxen.*

**dyer's rocket** *n.* A European plant (*Reseda luteola*) having long spikes of small, yellowish-green flowers and yielding a yellow dye. Also called *weld.*

**dy·er's-weed** (dī′ərz-wēd′) *n.* Any of various plants yielding coloring matter used as dye.

**dye·stuff** (dī′stŭf′) *n.* See **dye** (sense 1).

**dye·wood** (dī′wood′) *n.* A wood used as a dyestuff.

**dy·ing** (dī′ĭng) *v.* Present participle of **die**[1]. —**dying** *adj.* **1.** About to die: *dying patients.* **2.** Drawing to an end; declining: *in the dying hours of the legislative session.* **3.** Done or uttered just before death: *a dying request.*

**dyke**[1] (dīk) *n. & v.* Variant of **dike**[1].

**dyke**[2] (dīk) also **dike** *n. Offensive Slang.* Used as a disparaging term for a lesbian. [Origin unknown.]

**Dy·lan** (dĭl′ən), **Bob.** Born 1941. American musician who drew on blues, country and western, and folk music to create distinctive protest music in the 1960's. His song "Blowin' in the Wind" became an anthem of the civil rights movement.

**dyn** *abbr. Physics.* Dyne.

**dy·nam·ic** (dī-năm′ĭk) also **dy·nam·i·cal** (-ĭ-kəl) *adj.* **1. a.** Of or relating to energy or to objects in motion. **b.** Of or relating to the study of dynamics. **2.** Characterized by continuous change, activity, or progress: *a dynamic market.* **3.** Marked by intensity and vigor; forceful. See Synonyms at **active.** **4.** Of or relating to variation of intensity, as in musical sound. —**dynamic** *n.* **1.** An interactive system or process, especially one involving competing or conflicting forces: *"the story of a malign dynamic between white prejudice and black autonomy"* (Edmund S. Morgan). **2.** A force, especially political, social, or psychological: *the main dynamic behind the revolution.* [French *dynamique*, ultimately from Greek *dunamikos*, powerful, from *dunamis*, power, from *duna-*



dynamo

*sthai*, to be able. See **deu-**[2] in Appendix.] —**dy·nam′i·cal·ly** *adv.*

**dynamic headroom** *n. Electronics.* The capacity of an amplifier to reproduce unusually strong signals without distortion.

**dy·nam·ics** (dī-năm′ĭks) *n.* **1. a.** (used with a sing. verb). The branch of mechanics that is concerned with the effects of forces on the motion of a body or system of bodies, especially of forces that do not originate within the system itself. Also called *kinetics.* **b.** (used with a pl. verb). The forces and motions that characterize a system: *The dynamics of ocean waves are complex.* **2.** (used with a pl. verb). The social, intellectual, or moral forces that produce activity and change in a given sphere: *The dynamics of international trade have influenced our business decisions on this matter.* **3.** (used with a pl. verb). Variation in force or intensity, especially in musical sound: *"The conductor tended to overpower her with aggressive dynamics"* (Thor Eckert, Jr.). **4.** (used with a sing. verb). Psychodynamics.

**dy·na·mism** (dī′nə-mĭz′əm) *n.* **1.** Any of various theories or philosophical systems that explain the universe in terms of force or energy. **2.** A process or mechanism responsible for the development or motion of a system. **3.** Continuous change, activity, or progress; vigor. [French *dynamisme*, from Greek *dunamis*, power. See DYNAMIC.] —**dy′na·mist** *n.* —**dy′na·mis′tic** *adj.*

**dy·na·mite** (dī′nə-mīt′) *n.* **1.** Any of a class of powerful explosives composed of nitroglycerin or ammonium nitrate dispersed in an absorbent medium with a combustible dope, such as wood pulp, and an antacid, such as calcium carbonate, used in blasting and mining. **2.** *Slang.* **a.** Something exceptionally exciting or wonderful. **b.** Something exceptionally dangerous: *These allegations are political dynamite.* —**dynamite** *tr.v.* **-mit·ed, -mit·ing, -mites.** **1.** To blow up, shatter, or otherwise destroy with or as if with dynamite. **2.** To charge with dynamite. —**dynamite** *adj. Slang.* Outstanding; superb: *a dynamite performance; a dynamite outfit.* [Swedish *dynamit*, from Greek *dunamis*, power. See DYNAMIC.] —**dy′na·mit′er** *n.*

**WORD HISTORY:** The same man who gave us dynamite gave us the Nobel Peace Prize, an irony that was surely not lost on the pacifistic Alfred Nobel himself. It is perhaps less well known that Nobel also contributed the word *dynamite*. Coined in Swedish in the form *dynamit*, the word was taken from Greek *dunamis*, "power," and the Swedish suffix *-it*, which corresponds to our suffix *-ite* used in various scientific fields. Greek *dunamis* also gave us words such as *dynamic* and *dynamo* and itself probably goes back to the verb *dunasthai*, "to be able," from which comes *dynasty*.

**dy·na·mo** (dī′nə-mō′) *n., pl.* **-mos.** **1.** A generator, especially one for producing direct current. **2.** An extremely energetic and forceful person: *a vice president who was the real dynamo of the corporation.* [Short for *dynamoelectric machine.*]

**dy·na·mo·e·lec·tric** (dī′nə-mō′ĭ-lĕk′trĭk) **dy·na·mo·e·lec·tri·cal** (-trĭ-kəl) *adj.* Of or relating to the conversion of mechanical energy to electrical energy or vice versa. [Greek *dunamis*, power; see DYNAMIC + ELECTRIC.]

**dy·na·mom·e·ter** (dī′nə-mŏm′ĭ-tər) *n.* Any of several instruments used to measure mechanical power. [French *dynamomètre* : Greek *dunamis*, power; see **-metre**, **-meter**.] —**dy′na·mo·met′ric** (-mō-mĕt′rĭk), **dy′na·mo·met′ri·cal** (-rĭ-kəl) *adj.* —**dy′na·mom′e·try** *n.*

**dy·na·mo·tor** (dī′nə-mō′tər) *n.* A rotating electric machine with two armatures, used to convert alternating current to direct current. [Greek *dunamis*, power; see DYNAMIC + MOTOR.]

**dy·nast** (dī′năst′, -nəst) *n.* A ruler, especially a hereditary one. [Latin *dynastēs*, from Greek *dunastēs*, lord, from *dunasthai*, to be able. See **deu-**[2] in Appendix.]

**dy·nas·ty** (dī′nə-stē) *n., pl.* **-ties.** **1.** A succession of rulers from the same family or line. **2.** A family or group that maintains power for several generations: *a political dynasty controlling the state.* [Middle English *dynastie*, from Old French, from Late Latin *dynastīa*, lordship, from Greek *dunasteia*, from *dunastēs*, lord. See DYNAST.] —**dy·nas′tic** (dī-năs′tĭk) *adj.* —**dy·nas′ti·cal·ly** *adv.*

**dy·na·tron** (dī′nə-trŏn′) *n. Electronics.* A tetrode with grid and plate potentials so arranged that plate current decreases when plate potential increases. [Greek *dunamis*, power; see DYNAMIC + -TRON.]

**dyne** (dīn) *n. Abbr.* **dyn** A centimeter-gram-second unit of force, equal to the force required to impart an acceleration of one centimeter per second per second to a mass of one gram. [From Greek *dunamis*, power. See DYNAMIC.]

**Dy·nel** (dī-nĕl′). A trademark used for a copolymer of vinyl chloride and acrylonitrile employed in making fire-resistant, insect-resistant, easily dyed textile fiber.

**dy·node** (dī′nōd′) *n.* An electrode used in certain electron tubes to provide secondary emission. [Greek *dunamis*, power; see DYNAMIC + -ODE.]

**dys-** *pref.* **1.** Abnormal: *dysplasia.* **2. a.** Impaired: *dysgraphia.* **b.** Difficult: *dysphonia.* **3.** Bad: *dyslogistic.* [Latin *dys-*, bad, from Greek *dus-*. See **dus-** in Appendix.]

**dys·cal·cu·li·a** (dĭs′kăl-kyoo′lē-ə) *n.* Impairment of the ability to solve mathematical problems, usually resulting from brain dysfunction. [DYS- + (CAL)C(UL)A[1].]

**dys·cra·sia** (dĭs-krā′zhə, -zhē-ə) *n.* An abnormal bodily con-

Case 6:12-cv-00100-JRG Document 127-8 Filed 08/22/13 Page 4 of 4 PageID #: 4629

AELCW-A00000019053