# Exhibit H

# ETSI TS 125 331 V3.7.0 (2001-06)

*Technical Specification*

## Universal Mobile Telecommunications System (UMTS); RRC Protocol Specification (3GPP TS 25.331 version 3.7.0 Release 1999)



APLCW-A0000018288

- interpret IE "SatMask" as the satellites that contain the pages being broadcast in this message;
- interpret IE "LSB TOW" as the least significant 8 bits of the TOW ([12]);
- interpret IE "Data ID" as the Data ID field contained in the indicated subframe, word 3, most significant 2 bits, as defined by [12];
- act on the rest of the IEs in a similar manner as specified in [12]. In addition, the UE can utilise these IEs including non-information bits for GPS time dissemination and sensitivity improvement.

The IE "Transmission TOW" may be different each time a particular SIB occurrence is transmitted. The UTRAN should not increment the value tag of the SIB occurrence if the IE "Transmission TOW" is the only IE that is changed. One SIB occurrence value tag is assigned to the table of Subclause 10.2.48.8.18.3.

The UE may not need to receive all occurrences before it can use the information for any one occurrence.

### 8.1.1.6.15.4  System Information Block type 15.4

If the UE is in idle or connected mode, and supports the OTDOA UE positioning method the UE shall store all relevant IEs included in this system information block.

### 8.1.1.6.16  System Information Block type 16

For System Information Block type 16 multiple occurrences may be used; one occurrence for each predefined configuration. To identify the different predefined configurations, the scheduling information for System Information Block type 16 includes IE "Predefined configuration identity and value tag".

The UE should store all relevant IEs included in this system information block. The UE shall:

- compare for each predefined configuration the value tag of the stored predefined configuration with the preconfiguration value tag included in the IE "Predefined configuration identity and value tag" for the occurrence of the SIB with the same predefined configuration identity;
- in case the UE has no predefined configuration stored with the same identity or in case the predefined configuration value tag is different:
  - store the predefined configuration information together with its identity and value tag for later use e.g. during handover to UTRAN;
- in case a predefined configuration with the same identity but different value tag was stored:
  - overwrite this one with the new configuration read via system information for later use e.g. during handover to UTRAN.

The above handling applies regardless of whether the previously stored predefined configuration information has been obtained via UTRA or via another RAT.

The UE is not required to complete reading of all occurrences of System Information Block type 16 before initiating RRC connection establishment.

### 8.1.1.6.17  System Information Block type 17

This system information block type is used only for TDD.

If in connected mode, the UE should store all relevant IEs included in this system information block. The UE shall:

- if the IE "PDSCH system information" and/or the IE "PUSCH system information" is included, store each of the configurations given there with the associated identity given in the IE "PDSCH Identity" and/or "PUSCH Identity" respectively. This information shall become invalid after the time specified by the repetition period (SIB_REP) for this system information block.

If in idle mode, the UE shall not use the values of the IEs in this system information block.

APLCW-A0000018343

### 13.6d  Parameters for BCCH mapped to BCH

The transport format parameters for BCH are specified in [34].

### 13.7  Parameter values for default radio configurations

The UE shall support the use of the default radio configurations that are specified in the following.

NOTE 1:  These configurations are based on [41] and cover a number of RAB and signalling connection configurations.

In the table that is used to specify the parameter values for these default configurations, the following principles are used:

- Optional IEs that are not used are omitted;
- In case no parameter value is specified in a column, this means the value given the previous (left side) column applies.

NOTE 2:  If needed, signalling radio bearer RB4 is established after the completion of handover.

NOTE 3:  For each default configuration, the value of both FDD and TDD parameters are specified. All parameters apply to both FDD and TDD modes, unless explicitly stated otherwise. It should be noted that in this respect default configurations differ from pre-defined configurations, which only include parameter values for one mode.

NOTE 4:  The transport format sizes, indicated in the following table, concern the RLC PDU size, since all configurations concern dedicated channels. The transport block sizes indicated in TS 34.108 are different since these include the size of the MAC header.

| 3GPP TS 25.331 version 3.7.0 Release 1999 | | 686 | | ETSI TS 125 331 V3.7.0 (2001-06) |

| Configuration | 3.4 kbps signalling | 13.6 kbps signalling | 7.95 kbps speech + 3.4 kbps signalling | 12.2 kbps speech + 3.4 kbps signalling |
|---|---|---|---|---|
| Ref 34.108 | 2 | 3 | 6 | 4 |
| Default configuration identity | 0 | 1 | 2 | 3 |
| RB INFORMATION | | | | |
| rb-Identity | RB1: 1, RB2: 2, RB3: 3 | RB1: 1, RB2: 2, RB3: 3 | RB1: 1, RB2: 2, RB3: 3, RB5: 5, RB6: 6 | RB1: 1, RB2: 2, RB3: 3, RB5: 5, RB6: 6, RB7: 7 |
| rlc-InfoChoice | Rlc-info | Rlc-info | Rlc-info | Rlc-info |
| >ul-RLC-Mode | RB1: UM RB2- RB3: AM | RB1: UM RB2- RB3: AM | RB1: UM RB2- RB3: AM RB5-RB6: TM | RB1: UM RB2- RB3: AM RB5-RB7: TM |
| >>transmissionRLC-DiscardMode | RB1: N/A RB2- RB3: NoDiscard | RB1: N/A RB2- RB3: NoDiscard | RB1: N/A RB2- RB3: NoDiscard RB5- RB6: N/A | RB1: N/A RB2- RB3: NoDiscard RB5- RB7: N/A |
| >>>maxDat | RB1: N/A RB2- RB3: 15 | RB1: N/A RB2- RB3: 15 | RB1: N/A RB2- RB3: 15 RB5- RB6: N/A | RB1: N/A RB2- RB3: 15 RB5- RB7: N/A |
| >>transmissionWindowSize | RB1: N/A RB2- RB3: 128 | RB1: N/A RB2- RB3: 128 | RB1: N/A RB2- RB3: 128 RB5- RB6: N/A | RB1: N/A RB2- RB3: 128 RB5- RB7: N/A |
| >>timerRST | RB1: N/A RB2- RB3: 300 | RB1: N/A RB2- RB3: 300 | RB1: N/A RB2- RB3: 300 RB5- RB6: N/A | RB1: N/A RB2- RB3: 300 RB5- RB7: N/A |
| >>max-RST | RB1: N/A RB2- RB3: 1 | RB1: N/A RB2- RB3: 1 | RB1: N/A RB2- RB3: 1 RB5- RB6: N/A | RB1: N/A RB2- RB3: 1 RB5- RB7: N/A |
| >>pollingInfo | RB1: N/A RB2- RB3: as below | RB1: N/A RB2- RB3: as below | RB1: N/A RB2- RB3: as below RB5- RB6: N/A | RB1: N/A RB2- RB3: as below RB5- RB7: N/A |
| >>>lastTransmissionPU-Poll | RB2- RB3: FALSE | RB2- RB3: FALSE | RB2- RB3: FALSE | RB2- RB3: FALSE |
| >>>lastRetransmissionPU-Poll | RB2- RB3: FALSE | RB2- RB3: FALSE | RB2- RB3: FALSE | RB2- RB3: FALSE |
| >>>timerPollPeriodic | RB2- RB3: 100 | RB2- RB3: 100 | RB2- RB3: 100 | RB2- RB3: 100 |
| >>segmentationIndication | RB1- RB3: N/A | RB1- RB3: N/A | RB1- RB3: N/A RB5- RB6: FALSE | RB1- RB3: N/A RB5- RB7: FALSE |
| >dl-RLC-Mode | RB1: UM RB2- RB3: AM | RB1: UM RB2- RB3: AM | RB1: UM RB2- RB3: AM RB5- RB6: TM | RB1: UM RB2- RB3: AM RB5- RB7: TM |
| >>inSequenceDelivery | RB1: N/A RB2- RB3: TRUE | RB1: N/A RB2- RB3: TRUE | RB1: N/A RB2- RB3: TRUE RB5- RB6: N/A | RB1: N/A RB2- RB3: TRUE RB5- RB7: N/A |
| >>receivingWindowSize | RB1: N/A RB2- RB3: 128 | RB1: N/A RB2- RB3: 128 | RB1: N/A RB2- RB3: 128 RB5- RB6: N/A | RB1: N/A RB2- RB3: 128 RB5- RB7: N/A |
| >>dl-RLC-StatusInfo | RB1: N/A RB2- RB3: as below | RB1: N/A RB2- RB3: as below | RB1: N/A RB2- RB3: as below RB5- RB6: N/A | RB1: N/A RB2- RB3: as below RB5- RB7: N/A |
| >>>timerStatusProhibit | RB2- RB3: 100 | RB2- RB3: 100 | RB2- RB3: 100 | RB2- RB3: 100 |
| >>>missingPU-Indicator | RB2- RB3: FALSE | RB2- RB3: FALSE | RB2- RB3: FALSE | RB2- RB3: FALSE |
| >>>timerStatusPeriodic | RB2- RB3: 100 | RB2- RB3: 100 | RB2- RB3: 100 | RB2- RB3: 100 |
| >>segmentationIndication | RB1- RB3: N/A | RB1- RB3: N/A | RB1- RB3: N/A RB5- RB6: FALSE | RB1- RB3: N/A RB5- RB7: FALSE |
| rb-MappingInfo | | | | |
| >UL-LogicalChannelMappings | OneLogicalChannel | OneLogicalChannel | OneLogicalChannel | OneLogicalChannel |
| >>ul-TransportChannelType | Dch | Dch | Dch | Dch |
| >>>transportChannelIdentity | RB1- RB3: 1 | RB1- RB3: 1 | RB1- RB3: 3 RB5: 1, RB6: 2 | RB1- RB3: 4 RB5: 1, RB6: 2, RB7: 3 |

APLCW-A0000018974

| 3GPP TS 25.331 version 3.7.0 Release 1999 | | 687 | | ETSI TS 125 331 V3.7.0 (2001-06) |
|---|---|---|---|---|
| >>logicalChannelIdentity | RB1: 1, RB2: 2, RB3: 3 | RB1: 1, RB2: 2, RB3: 3 | RB1: 1, RB2: 2, RB3: 3 RB5- RB6: N/A | RB1: 1, RB2: 2, RB3: 3 RB5- RB7: N/A |
| >>rlc-SizeList | RB1- RB3: all | RB1- RB3: all | RB1- RB3: all RB5- RB6: N/A | RB1- RB3: all RB5- RB7: N/A |
| >>mac-LogicalChannelPriority | RB1: 1, RB2: 2, RB3: 3 | RB1: 1, RB2: 2, RB3: 3 | RB1: 1, RB2: 2, RB3: 3 RB5- RB6: 5 | RB1: 1, RB2: 2, RB3: 3 RB5- RB7: 5 |
| >DL-logicalChannelMappingList | | | | |
| >>Mapping option 1 | One mapping option | One mapping option | One mapping option | One mapping option |
| >>>dl-TransportChannelType | Dch | Dch | Dch | Dch |
| >>>>transportChannelIdentity | RB1- RB3: 1 | RB1- RB3: 1 | RB1- RB3: 3 RB5: 1, RB6: 2 | RB1- RB3: 4 RB5: 1, RB6: 2, RB7: 3 |
| >>>logicalChannelIdentity | RB1: 1, RB2: 2, RB3: 3 | RB1: 1, RB2: 2, RB3: 3 | RB1: 1, RB2: 2, RB3: 3 RB5- RB6: N/A | RB1: 1, RB2: 2, RB3: 3 RB5- RB7: N/A |
| TrCH INFORMATION PER TrCH | | | | |
| UL-AddReconfTransChInfoList | | | | |
| >transportChannelIdentity | TrCH1: 1 | TrCH1: 1 | TrCH1: 1, TrCH2: 2, TrCH3: 3 | TrCH1: 1, TrCH2: 2, TrCH3: 3, TrCH4: 4 |
| >transportFormatSet | DedicatedTransChTFS | DedicatedTransChTFS | DedicatedTransChTFS | DedicatedTransChTFS |
| >>dynamicTF-information | | | | |
| >>>tf0/ tf0,1 | TrCH1: (0x144, 1x144) | TrCH1: (0x144, 1x144) | TrCH1: (0x75) TrCH2: (0x 84 1x84) TrCH3: (0x144, 1x144) | TrCH1: (0x81) TrCH2: (0x 103, 1x103) TrCH3: (0x 60, 1x60) TrCH4: (0x144, 1x144) |
| >>>>rlcSize | BitMode | BitMode | BitMode | BitMode |
| >>>>>sizeType | TrCH1: type 2, part1= 2, part2= 0 (144) | TrCH1: type 2, part1= 2, part2= 0 (144) | TrCH1: type 1: 75 TrCH2: type 1: 84 TrCH3: 2: type 2, part1= 2, part2= 0 (144) | TrCH1: type 1: 81 TrCH2: type 1: 103 TrCH3: type 1: 60 TrCH4: 2: type 2, part1= 2, part2= 0 (144) |
| >>>>numberOfTbSizeList | TrCH1: Zero, one | TrCH1: Zero, one | TrCH1: Zero TrCH2-3: Zero, one | TrCH1: Zero TrCH2-4: Zero, one |
| >>>>logicalChannelList | All | All | All | All |
| >>>tf 1 | N/A | N/A | TrCH1: (1x39) TrCH2- TrCH4: N/A | TrCH1: (1x39) TrCH2- TrCH4: N/A |
| >>>>numberOfTransportBlocks | | | TrCH1: One | TrCH1: One |
| >>>>rlc-Size | | | TrCH1: BitMode | TrCH1: BitMode |
| >>>>>sizeType | | | TrCH1: 1: 39 | TrCH1: 1: 39 |
| >>>>numberOfTbSizeList | | | TrCH1: One | TrCH1: One |
| >>>>logicalChannelList | | | TrCH1: all | TrCH1: all |
| >>>tf 2 | N/A | N/A | TrCH1: (1x75) TrCH2- TrCH3: N/A | TrCH1: (1x81) TrCH2- TrCH4: N/A |
| >>>>numberOfTransportBlocks | | | TrCH1: Zero | TrCH1: Zero |
| >>>>rlc-Size | | | TrCH1: BitMode | TrCH1: BitMode |
| >>>>>sizeType | | | TrCH1: type 1: 75 | TrCH1: type 1: 81 |
| >>>>numberOfTbSizeList | | | TrCH1: One | TrCH1: One |
| >>>>logicalChannelList | | | TrCH1: all | TrCH1: all |
| >>>tti | TrCH1: 40 | TrCH1: 10 | TrCH1- TrCH2: 20 TrCH3: 40 | TrCH1- TrCH3: 20 TrCH4: 40 |
| >>>channelCodingType | Convolutional | Convolutional | Convolutional | Convolutional |

APLCW-A0000018975

3GPP TS 25.331 version 3.7.0 Release 1999      688      ETSI TS 125 331 V3.7.0 (2001-06)

| | | | | |
|---|---|---|---|---|
| >>>>codingRate | TrCH1: Third | TrCH1: Third | TrCH1- TrCH2: Third<br>TrCH3: Third | TrCH1- TrCH2: Third<br>TrCH3: Half<br>TrCH4: Third |
| >>>rateMatchingAttribute | TrCH1: 160 | TrCH1: 160 | TrCH1: 200<br>TrCH2: 190<br>TrCH3: 160 | TrCH1: 200<br>TrCH2: 190<br>TrCH3: 235<br>TrCH4: 160 |
| >>>crc-Size | TrCH1: 16 | TrCH1: 16 | TrCH1: 12<br>TrCH2: 0<br>TrCH3: 16 | TrCH1: 12<br>TrCH2- TrCH3: 0<br>TrCH4: 16 |
| DL-AddReconfTransChInfoList | | | | |
| >dl-TransportChannelIdentity (should be as for UL) | TrCH1: 1 | TrCH1: 1 | TrCH1: 1, TrCH2: 2, TrCH3: 3 | TrCH1: 1, TrCH2: 2, TrCH3: 3, TrCH4: 4 |
| >tfs-SignallingMode | SameAsUL | SameAsUL | Independent<br><Only tf0 on TrCH1 is different and shown below> | Independent<br><Only tf0 on TrCH1 is different and shown below> |
| >>transportFormatSet | | | DedicatedTransChTFS | DedicatedTransChTFS |
| >>>dynamicTF-information | | | | |
| >>>>tf0/ tf0,1 | | | TrCH1: (1x0) | TrCH1: (1x0) |
| >>>>rlcSize | | | BitMode | bitMode |
| >>>>>sizeType | | | TrCH1: type 1: 0 | TrCH1: type 1: 0 |
| >>>>numberOfTbSizeList | | | TrCH1: One | TrCH1: One |
| >>>>logicalChannelList | | | All | All |
| >>ULTrCH-Id | TrCH1: 1 | TrCH1: 1 | TrCH1: 1, TrCH2: 2, TrCH3: 3 | TrCH1: 1, TrCH2: 2, TrCH3: 3, TrCH4: 4 |
| >dch-QualityTarget | | | | |
| >>bler-QualityValue | TrCH1: $5 \times 10^{-2}$ | TrCH1: $5 \times 10^{-2}$ | TrCH1: $7 \times 10^{-3}$<br>TrCH2- TrCH3: Absent | TrCH1: $7 \times 10^{-3}$<br>TrCH2- TrCH4: Absent |
| TrCH INFORMATION, COMMON | | | | |
| ul-CommonTransChInfo | | | | |
| >tfcs-ID (TDD only) | 1 | 1 | 1 | 1 |
| >sharedChannelIndicator (TDD only) | FALSE | FALSE | FALSE | FALSE |
| >tfc-Subset | Absent, not required | Absent, not required | Absent, not required | Absent, not required |
| >ul-TFCS | Normal TFCI signalling | Normal TFCI signalling | Normal TFCI signalling | Normal TFCI signalling |
| >>explicitTFCS-ConfigurationMode | Complete | Complete | Complete | Complete |
| >>>ctfcSize | Ctfc2Bit | Ctfc2Bit | Ctfc4Bit | Ctfc6Bit |
| >>>>TFCS representation | Addition | Addition | Addition | Addition |
| >>>>>TFCS list | | | | |
| >>>>>>TFCS 1 | (TF0) | (TF0) | (TF0, TF0, TF0) | (TF0, TF0, TF0) |
| >>>>>>>ctfc | 0 | 0 | 0 | 0 |
| >>>>>>>gainFactorInformation | Computed | Computed | Computed | Computed |
| >>>>>>>>referenceTFCId | 0 | 0 | 0 | 0 |
| >>>>>>TFCS 2 | (TF1) | (TF1) | (TF1, TF0, TF0) | (TF1, TF0, TF0) |
| >>>>>>>ctfc | 1 | 1 | 1 | 1 |
| >>>>>>>gainFactorInformation | Signalled | Signalled | Computed | Computed |
| >>>>>>>>βc (FDD only) | 11 | 11 | N/A | N/A |
| >>>>>>>>βd | 15 | 15 | N/A | N/A |
| >>>>>>>>referenceTFCId | N/A | N/A | 0 | 0 |
| >>>>>>TFCS 3 | | | (TF2, TF1, TF0) | (TF2, TF1, TF1, TF0) |
| >>>>>>>ctfc | | | 5 | 11 |

3GPP TS 25.331 version 3.7.0 Release 1999        689        ETSI TS 125 331 V3.7.0 (2001-06)

| | | | | |
|---|---|---|---|---|
| >>>>>>>gainFactorInformation | | | Computed | Computed |
| >>>>>>>>referenceTFCId | | | 0 | 0 |
| >>>>>>TFCS 4 | | | (TF0, TF0, TF1) | (TF0, TF0, TF0, TF1) |
| >>>>>>>ctfc | | | 6 | 12 |
| >>>>>>>gainFactorInformation | | | Computed | Computed |
| >>>>>>>>$\beta c$ (FDD only) | | | N/A | N/A |
| >>>>>>>>$\beta d$ | | | N/A | N/A |
| >>>>>>>>referenceTFCId | | | 0 | 0 |
| >>>>>>TFCS 5 | | | (TF1, TF0, TF1) | (TF1, TF0, TF0, TF1) |
| >>>>>>>ctfc | | | 7 | 13 |
| >>>>>>>gainFactorInformation | | | Computed | Computed |
| >>>>>>>>referenceTFCId | | | 0 | 0 |
| >>>>>>TFCS 6 | | | (TF2, TF1, TF1) | (TF2, TF1, TF1, TF1) |
| >>>>>>>ctfc | | | 11 | 23 |
| >>>>>>>gainFactorInformation | | | Signalled | Signalled |
| >>>>>>>>$\beta c$ (FDD only) | | | 11 | 11 |
| >>>>>>>>$\beta d$ | | | 15 | 15 |
| >>>>>>>>referenceTFCId | | | 0 | 0 |
| dl-CommonTransChInfo | | | | |
| >tfcs-SignallingMode | Same as UL | Same as UL | Same as UL | Same as UL |
| PhyCH INFORMATION FDD | | | | |
| UL-DPCH-InfoPredef | | | | |
| >ul-DPCH-PowerControlInfo | | | | |
| >>powerControlAlgorithm | Algorithm 1 | Algorithm 1 | Algorithm 1 | Algorithm 1 |
| >>>tpcStepSize | 1 | 1 | 1 | 1 |
| >tfci-Existence | TRUE | TRUE | TRUE | TRUE |
| >puncturingLimit | 1 | 1 | 1 | 0.88 |
| DL-CommonInformationPredef | | | | |
| >dl-DPCH-InfoCommon | | | | |
| >>spreadingFactor | 256 | 128 | 128 | 128 |
| >>pilotBits | 4 | 4 | 4 | 4 |
| >>positionFixed | N/A | N/A | Fixed | Fixed |
| PhyCH INFORMATION TDD | | | | |
| UL-DPCH-InfoPredef | | | | |
| >ul-DPCH-PowerControlInfo | | | | |
| >>dpch-ConstantValue | -20 | -20 | -20 | -20 |
| >commonTimeslotInfo | | | | |
| >>secondInterleavingMode | frameRelated | frameRelated | frameRelated | frameRelated |
| >>tfci-Coding | 4 | 4 | 16 | 16 |
| >>puncturingLimit | 0.80 | 0.80 | 0.80 | 0.80 |
| >>repetitionPeriodAndLength | repetitionPeriod1 | repetitionPeriod1 | repetitionPeriod1 | repetitionPeriod1 |
| DL-CommonInformationPredef | | | | |
| >dl-DPCH-InfoCommon | | | | |
| >>commonTimeslotInfo | | | | |
| >>>secondInterleavingMode | frameRelated | frameRelated | frameRelated | frameRelated |
| >>>tfci-Coding | 4 | 4 | 16 | 16 |
| >>>puncturingLimit | 0.74 | 0.74 | 0.80 | 0.80 |

APLCW-A0000018977

| 3GPP TS 25.331 version 3.7.0 Release 1999 | | 690 | | ETSI TS 125 331 V3.7.0 (2001-06) |
|---|---|---|---|---|
| >>>repetitionPeriodAndLength | repetitionPeriod1 | repetitionPeriod1 | repetitionPeriod1 | repetitionPeriod1 |

| 3GPP TS 25.331 version 3.7.0 Release 1999 | | 691 | | ETSI TS 125 331 V3.7.0 (2001-06) |

| Configuration | 28.8 kbps conv. CS- data + 3.4 kbps signalling | 32 kbps conv. CS- data + 3.4 kbps signalling | 64kbps conv. CS- data + 3.4 kbps signalling | 14.4 kbps streaming CS- data + 3.4 kbps signalling |
|---|---|---|---|---|
| Ref 34.108 | 12 | 14 | 13 | 15 |
| Default configuration identity | 4 | 5 | 6 | 7 |
| RB INFORMATION | | | | |
| rb-Identity | RB1: 1, RB2: 2, RB3: 3, RB5: 5 | RB1: 1, RB2: 2, RB3: 3, RB5: 5 | RB1: 1, RB2: 2, RB3: 3, RB5: 5 | RB1: 1, RB2: 2, RB3: 3, RB5: 5 |
| rlc-InfoChoice | Rlc-info | Rlc-info | Rlc-info | Rlc-info |
| >ul-RLC-Mode | RB1: UM RB2- RB3: AM RB5: TM | RB1: UM RB2- RB3: AM RB5: TM | RB1: UM RB2- RB3: AM RB5: TM | RB1: UM RB2- RB3: AM RB5: TM |
| >>transmissionRLC-DiscardMode | RB1: N/A RB2- RB3: NoDiscard RB5: N/A | RB1: N/A RB2- RB3: NoDiscard RB5: N/A | RB1: N/A RB2- RB3: NoDiscard RB5: N/A | RB1: N/A RB2- RB3: NoDiscard RB5: N/A |
| >>>maxDat | RB1: N/A RB2- RB3: 15 RB5: N/A | RB1: N/A RB2- RB3: 15 RB5: N/A | RB1: N/A RB2- RB3: 15 RB5: N/A | RB1: N/A RB2- RB3: 15 RB5: N/A |
| >>transmissionWindowSize | RB1: N/A RB2- RB3: 128 RB5: N/A | RB1: N/A RB2- RB3: 128 RB5: N/A | RB1: N/A RB2- RB3: 128 RB5: N/A | RB1: N/A RB2- RB3: 128 RB5: N/A |
| >>timerRST | RB1: N/A RB2- RB3: 300 RB5: N/A | RB1: N/A RB2- RB3: 300 RB5: N/A | RB1: N/A RB2- RB3: 300 RB5: N/A | RB1: N/A RB2- RB3: 300 RB5: N/A |
| >>max-RST | RB1: N/A RB2- RB3: 1 RB5: N/A | RB1: N/A RB2- RB3: 1 RB5: N/A | RB1: N/A RB2- RB3: 1 RB5: N/A | RB1: N/A RB2- RB3: 1 RB5: N/A |
| >>pollingInfo | RB1: N/A RB2- RB3: as below RB5: N/A | RB1: N/A RB2- RB3: as below RB5: N/A | RB1: N/A RB2- RB3: as below RB5: N/A | RB1: N/A RB2- RB3: as below RB5: N/A |
| >>>lastTransmissionPU-Poll | RB2- RB3: FALSE | RB2- RB3: FALSE | RB2- RB3: FALSE | RB2- RB3: FALSE |
| >>>lastRetransmissionPU-Poll | RB2- RB3: FALSE | RB2- RB3: FALSE | RB2- RB3: FALSE | RB2- RB3: FALSE |
| >>>timerPollPeriodic | RB2- RB3: 100 | RB2- RB3: 100 | RB2- RB3: 100 | RB2- RB3: 100 |
| >>segmentationIndication | RB1- RB3: N/A RB5: FALSE | RB1- RB3: N/A RB5: FALSE | RB1- RB3: N/A RB5: FALSE | RB1- RB3: N/A RB5: FALSE |
| >dl-RLC-Mode | RB1: UM RB2- RB3: AM RB5: TM | RB1: UM RB2- RB3: AM RB5: TM | RB1: UM RB2- RB3: AM RB5: TM | RB1: UM RB2- RB3: AM RB5: TM |
| >>inSequenceDelivery | RB1: N/A RB2- RB3: TRUE RB5: N/A | RB1: N/A RB2- RB3: TRUE RB5: N/A | RB1: N/A RB2- RB3: TRUE RB5: N/A | RB1: N/A RB2- RB3: TRUE RB5: N/A |
| >>receivingWindowSize | RB1: N/A RB2- RB3: 128 RB5: N/A | RB1: N/A RB2- RB3: 128 RB5: N/A | RB1: N/A RB2- RB3: 128 RB5: N/A | RB1: N/A RB2- RB3: 128 RB5: N/A |
| >>dl-RLC-StatusInfo | RB1: N/A RB2- RB3: as below RB5: N/A | RB1: N/A RB2- RB3: as below RB5: N/A | RB1: N/A RB2- RB3: as below RB5: N/A | RB1: N/A RB2- RB3: as below RB5: N/A |
| >>>timerStatusProhibit | RB2- RB3: 100 | RB2- RB3: 100 | RB2- RB3: 100 | RB2- RB3: 100 |
| >>>missingPU-Indicator | RB2- RB3: FALSE | RB2- RB3: FALSE | RB2- RB3: FALSE | RB2- RB3: FALSE |
| >>>timerStatusPeriodic | RB2- RB3: 100 | RB2- RB3: 100 | RB2- RB3: 100 | RB2- RB3: 100 |
| >>segmentationIndication | RB1- RB3: N/A RB5: FALSE | RB1- RB3: N/A RB5: FALSE | RB1- RB3: N/A RB5: FALSE | RB1- RB3: N/A RB5: FALSE |
| rb-MappingInfo | | | | |
| >UL-LogicalChannelMappings | OneLogicalChannel | OneLogicalChannel | OneLogicalChannel | OneLogicalChannel |
| >>ul-TransportChannelType | Dch | Dch | Dch | Dch |
| >>>transportChannelIdentity | RB1- RB3: 2 RB5: 1 | RB1- RB3: 2 RB5: 1 | RB1- RB3: 2 RB5: 1 | RB1- RB3: 2 RB5: 1 |

APLCW-A0000018979

3GPP TS 25.331 version 3.7.0 Release 1999              692              ETSI TS 125 331 V3.7.0 (2001-06)

| | | | | |
|---|---|---|---|---|
| >>logicalChannelIdentity | RB1: 1, RB2: 2, RB3: 3 RB5: N/A | RB1: 1, RB2: 2, RB3: 3 RB5: N/A | RB1: 1, RB2: 2, RB3: 3 RB5: N/A | RB1: 1, RB2: 2, RB3: 3 RB5: N/A |
| >>rlc-SizeList | RB1- RB3: all RB5: N/A | RB1- RB3: all RB5: N/A | RB1- RB3: all RB5: N/A | RB1- RB3: all RB5: N/A |
| >>mac-LogicalChannelPriority | RB1: 1, RB2: 2, RB3: 3 RB5: 5 | RB1: 1, RB2: 2, RB3: 3 RB5: 5 | RB1: 1, RB2: 2, RB3: 3 RB5: 5 | RB1: 1, RB2: 2, RB3: 3 RB5: 5 |
| >DL-logicalChannelMappingList | | | | |
| >>Mapping option 1 | One mapping option | One mapping option | One mapping option | One mapping option |
| >>>dl-TransportChannelType | Dch | Dch | Dch | Dch |
| >>>>transportChannelIdentity | RB1- RB3: 2 RB5: 1 | RB1- RB3: 2 RB5: 1 | RB1- RB3: 2 RB5: 1 | RB1- RB3: 2 RB5: 1 |
| >>>logicalChannelIdentity | RB1: 1, RB2: 2, RB3: 3 RB5: N/A | RB1: 1, RB2: 2, RB3: 3 RB5: N/A | RB1: 1, RB2: 2, RB3: 3 RB5: N/A | RB1: 1, RB2: 2, RB3: 3 RB5: N/A |
| TrCH INFORMATION PER TrCH | | | | |
| UL-AddReconfTransChInfoList | | | | |
| >transportChannelIdentity | TrCH1: 1, TrCH2: 2 | TrCH1: 1, TrCH2: 2 | TrCH1: 1, TrCH2: 2 | TrCH1: 1, TrCH2: 2 |
| >transportFormatSet | DedicatedTransChTFS | DedicatedTransChTFS | DedicatedTransChTFS | DedicatedTransChTFS |
| >>dynamicTF-information | | | | |
| >>>tf0/ tf0,1 | TrCH1: (0x576, 1x576, 2x576) TrCH2: (0x144, 1x144) | TrCH1: (0x640, 1x640) TrCH2: (0x144, 1x144) | TrCH1: (0x640, 2x640) TrCH2: (0x144, 1x144) | TrCH1: (0x576, 1x576) TrCH2: (0x144, 1x144) |
| >>>>rlcSize | TrCH1: OctetMode TrCH2:BitMode | TrCH1: OctetMode TrCH2:BitMode | TrCH1: OctetMode TrCH2:BitMode | TrCH1: OctetMode TrCH2:BitMode |
| >>>>>sizeType | TrCH1: type 2, part1= 11, part2= 2 (576) TrCH2: type 2, part1= 2, part2= 0 (144) | TrCH1: type 2, part1= 11, part2= 2 (640) TrCH2: type 2, part1= 2, part2= 0 (144) | TrCH1: type 2, part1= 11, part2= 2 (640) TrCH2: type 2, part1= 2, part2= 0 (144) | TrCH1: type 2, part1= 9, part2= 2 (576) TrCH2: type 2, part1= 2, part2= 0 (144) |
| >>>>numberOfTbSizeList | TrCH1: Zero,1, 2 (4) TrCH2: Zero, one | TrCH1: Zero, one TrCH2: Zero, one | TrCH1: Zero, 2 (4) TrCH2: Zero, one | TrCH1: Zero, one, TrCH2: Zero, one |
| >>>>logicalChannelList | All | All | All | All |
| >>semiStaticTF-Information | | | | |
| >>>tti | TrCH1: 40 TrCH2: 40 | TrCH1: 20 TrCH2: 40 | TrCH1: 20 TrCH2: 40 | TrCH1: 40 TrCH2: 40 |
| >>>channelCodingType | TrCH1: Turbo TrCH2: Convolutional | TrCH1: Turbo TrCH2: Convolutional | TrCH1: Turbo TrCH2: Convolutional | TrCH1: Turbo TrCH2: Convolutional |
| >>>>codingRate | TrCH1: N/A TrCH2: Third | TrCH1: N/A TrCH2: Third | TrCH1: N/A TrCH2: Third | TrCH1: N/A TrCH2: Third |
| >>>rateMatchingAttribute | TrCH1: 180 TrCH2: 160 | TrCH1: 185 TrCH2: 160 | TrCH1: 170 TrCH2: 160 | TrCH1: 165 TrCH2: 160 |
| >>>crc-Size | TrCH1: 16 TrCH2: 16 | TrCH1: 16 TrCH2: 16 | TrCH1: 16 TrCH2: 16 | TrCH1: 16 TrCH2: 16 |
| DL-AddReconfTransChInfoList | | | | |
| >dl-TransportChannelIdentity (should be as for UL) | TrCH1: 1, TrCH2: 2 | TrCH1: 1, TrCH2: 2 | TrCH1: 1, TrCH2: 2 | TrCH1: 1, TrCH2: 2 |
| >tfs-SignallingMode | SameAsUL | SameAsUL | SameAsUL | SameAsUL |
| >>transportFormatSet | | | | |
| >>>dynamicTF-information | | | | |
| >>>>tf0/ tf0,1 | | | | |
| >>>>rlcSize | | | | |

ETSI

APLCW-A0000018980

3GPP TS 25.331 version 3.7.0 Release 1999    693    ETSI TS 125 331 V3.7.0 (2001-06)

| | | | | |
|---|---|---|---|---|
| >>>>>sizeType | | | | |
| >>>>numberOfTbSizeList | | | | |
| >>>>logicalChannelList | | | | |
| >>ULTrCH-Id | TrCH1: 1, TrCH2: 2 | TrCH1: 1, TrCH2: 2 | TrCH1: 1, TrCH2: 2 | TrCH1: 1, TrCH2: 2 |
| >dch-QualityTarget | | | | |
| >>bler-QualityValue | TrCH1: $2 \times 10^{-3}$<br>TrCH2: Absent | TrCH1: $2 \times 10^{-3}$<br>TrCH2: Absent | TrCH1: $2 \times 10^{-3}$<br>TrCH2: Absent | TrCH1: $1 \times 10^{-2}$<br>TrCH2: Absent |
| TrCH INFORMATION, COMMON | | | | |
| ul-CommonTransChInfo | | | | |
| >tfcs-ID (TDD only) | 1 | 1 | 1 | 1 |
| >sharedChannelIndicator (TDD only) | FALSE | FALSE | FALSE | FALSE |
| >tfc-Subset | Absent, not required | Absent, not required | Absent, not required | Absent, not required |
| >ul-TFCS | Normal TFCI signalling | Normal TFCI signalling | Normal TFCI signalling | Normal TFCI signalling |
| >>explicitTFCS-ConfigurationMode | Complete | Complete | Complete | Complete |
| >>>ctfcSize | Ctfc2Bit | Ctfc2Bit | Ctfc2Bit | Ctfc4Bit |
| >>>>TFCS representation | Addition | Addition | Addition | Addition |
| >>>>>TFCS list | | | | |
| >>>>>>TFCS 1 | (TF0, TF0) | (TF0, TF0) | (TF0, TF0) | (TF0, TF0) |
| >>>>>>>ctfc | 0 | 0 | 0 | 0 |
| >>>>>>>gainFactorInformation | Computed | Computed | Computed | Computed |
| >>>>>>>>referenceTFCId | 0 | 0 | 0 | 0 |
| >>>>>>TFCS 2 | (TF1, TF0) | (TF1, TF0) | (TF1, TF0) | (TF1, TF0) |
| >>>>>>>ctfc | 1 | 1 | 1 | 1 |
| >>>>>>>gainFactorInformation | Computed | Computed | Computed | Computed |
| >>>>>>>>βc (FDD only) | N/A | N/A | N/A | N/A |
| >>>>>>>>βd | N/A | N/A | N/A | N/A |
| >>>>>>>>referenceTFCId | 0 | 0 | 0 | 0 |
| >>>>>>TFCS 3 | (TF2, TF0) | (TF0, TF1) | (TF0, TF1) | (TF0, TF1) |
| >>>>>>>ctfc | 2 | 2 | 2 | 2 |
| >>>>>>>gainFactorInformation | Computed | Computed | Computed | Computed |
| >>>>>>>>referenceTFCId | 0 | 0 | 0 | 0 |
| >>>>>>TFCS 4 | (TF0, TF1) | (TF1, TF1) | (TF1, TF1) | (TF1, TF1) |
| >>>>>>>ctfc | 3 | 3 | 3 | 3 |
| >>>>>>>gainFactorInformation | Computed | Signalled | Signalled | Signalled |
| >>>>>>>>βc (FDD only) | N/A | 8 | 8 | 11 |
| >>>>>>>>βd | N/A | 15 | 15 | 15 |
| >>>>>>>>referenceTFCId | N/A | N/A | N/A | N/A |
| >>>>>>TFCS 5 | (TF1, TF1) | N/A | N/A | |
| >>>>>>>ctfc | 4 | | | |
| >>>>>>>gainFactorInformation | Computed | | | |
| >>>>>>>>referenceTFCId | 8 | | | |
| >>>>>>TFCS 6 | (TF2, TF1) | N/A | N/A | |
| >>>>>>>ctfc | 5 | | | |
| >>>>>>>gainFactorInformation | Signalled | | | |
| >>>>>>>>βc (FDD only) | 8 | | | |
| >>>>>>>>βd | 15 | | | |
| >>>>>>>>referenceTFCId | N/A | | | |
| >>>>>>TFCS 7 | | | | |
| >>>>>>>ctfc | | | | |
| >>>>>>>gainFactorInformation | | | | |
| >>>>>>>>referenceTFCId | | | | |
| >>>>>>TFCS 8 | | | | |

| 3GPP TS 25.331 version 3.7.0 Release 1999 | | 694 | | ETSI TS 125 331 V3.7.0 (2001-06) |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| >>>>>>>ctfc | | | | |
| >>>>>>>gainFactorInformation | | | | |
| >>>>>>>>referenceTFCId | | | | |
| >>>>>>TFCS 9 | | | | |
| >>>>>>>ctfc | | | | |
| >>>>>>>gainFactorInformation | | | | |
| >>>>>>>>referenceTFCId | | | | |
| >>>>>>TFCS 10 | | | | |
| >>>>>>>ctfc | | | | |
| >>>>>>>gainFactorInformation | | | | |
| >>>>>>>>βc (FDD only) | | | | |
| >>>>>>>>βd | | | | |
| >>>>>>>>referenceTFCId | | | | |
| dl-CommonTransChInfo | | | | |
| >tfcs-SignallingMode | Same as UL | Same as UL | Same as UL | Same as UL |
| | | | | |
| PhyCH INFORMATION FDD | | | | |
| UL-DPCH-InfoPredef | | | | |
| >ul-DPCH-PowerControlInfo | | | | |
| >>powerControlAlgorithm | Algorithm 1 | Algorithm 1 | Algorithm 1 | Algorithm 1 |
| >>>tpcStepSize | 1 | 1 | 1 | 1 |
| >tfci-Existence | TRUE | TRUE | TRUE | TRUE |
| >puncturingLimit | 0.92 | 0.8 | 0.92 | 1 |
| DL-CommonInformationPredef | | | | |
| >dl-DPCH-InfoCommon | | | | |
| >>spreadingFactor | 64 | 64 | 32 | 128 |
| >>pilotBits | 8 | 8 | 8 | 8 |
| >>positionFixed | Flexible | Flexible | Flexible | Flexible |
| PhyCH INFORMATION TDD | | | | |
| UL-DPCH-InfoPredef | | | | |
| >ul-DPCH-PowerControlInfo | | | | |
| >>dpch-ConstantValue | -20 | -20 | -20 | -20 |
| >commonTimeslotInfo | | | | |
| >>secondInterleavingMode | frameRelated | frameRelated | frameRelated | frameRelated |
| >>tfci-Coding | 8 | 8 | 8 | 16 |
| >>puncturingLimit | 0.56 | 0.8 | 0.56 | 1 |
| >>repetitionPeriodAndLength | repetitionPeriod1 | repetitionPeriod1 | repetitionPeriod1 | repetitionPeriod1 |
| DL-CommonInformationPredef | | | | |
| >dl-DPCH-InfoCommon | | | | |
| >>commonTimeslotInfo | | | | |
| >>>secondInterleavingMode | frameRelated | frameRelated | frameRelated | frameRelated |
| >>>tfci-Coding | 8 | 8 | 8 | 16 |
| >>>puncturingLimit | 0.52 | 0.52 | 0.52 | 0.46 |
| >>>repetitionPeriodAndLength | repetitionPeriod1 | repetitionPeriod1 | repetitionPeriod1 | repetitionPeriod1 |

APLCW-A0000018982

3GPP TS 25.331 version 3.7.0 Release 1999     695     ETSI TS 125 331 V3.7.0 (2001-06)

| Configuration | 28.8 kbps streaming CS-data + 3.4 kbps signalling | 57.6 kbps streaming CS-data + 3.4 kbps signalling |
|---|---|---|
| Ref 34.108 | 16 | 17 |
| Default configuration identity | 8 | 9 |
| RB INFORMATION | | |
| rb-Identity | RB1: 1, RB2: 2, RB3: 3, RB5: 5 | RB1: 1, RB2: 2, RB3: 3, RB5: 5 |
| rlc-InfoChoice | Rlc-info | Rlc-info |
| >ul-RLC-Mode | RB1: UM RB2- RB3: AM RB5: TM | RB1: UM RB2- RB3: AM RB5: TM |
| >>transmissionRLC-DiscardMode | RB1: N/A RB2- RB3: NoDiscard RB5: N/A | RB1: N/A RB2- RB3: NoDiscard RB5: N/A |
| >>>maxDat | RB1: N/A RB2- RB3: 15 RB5: N/A | RB1: N/A RB2- RB3: 15 RB5: N/A |
| >>transmissionWindowSize | RB1: N/A RB2- RB3: 128 RB5: N/A | RB1: N/A RB2- RB3: 128 RB5: N/A |
| >>timerRST | RB1: N/A RB2- RB3: 300 RB5: N/A | RB1: N/A RB2- RB3: 300 RB5: N/A |
| >>max-RST | RB1: N/A RB2- RB3: 1 RB5: N/A | RB1: N/A RB2- RB3: 1 RB5: N/A |
| >>pollingInfo | RB1: N/A RB2- RB3: as below RB5: N/A | RB1: N/A RB2- RB3: as below RB5: N/A |
| >>>lastTransmissionPU-Poll | RB2- RB3: FALSE | RB2- RB3: FALSE |
| >>>lastRetransmissionPU-Poll | RB2- RB3: FALSE | RB2- RB3: FALSE |
| >>>timerPollPeriodic | RB2- RB3: 100 | RB2- RB3: 100 |
| >>segmentationIndication | RB1- RB3: N/A RB5: FALSE | RB1- RB3: N/A RB5: FALSE |
| >dl-RLC-Mode | RB1: UM RB2- RB3: AM RB5: TM | RB1: UM RB2- RB3: AM RB5: TM |
| >>inSequenceDelivery | RB1: N/A RB2- RB3: TRUE RB5: N/A | RB1: N/A RB2- RB3: TRUE RB5: N/A |
| >>receivingWindowSize | RB1: N/A RB2- RB3: 128 RB5: N/A | RB1: N/A RB2- RB3: 128 RB5: N/A |
| >>dl-RLC-StatusInfo | RB1: N/A RB2- RB3: as below RB5: N/A | RB1: N/A RB2- RB3: as below RB5: N/A |
| >>>timerStatusProhibit | RB2- RB3: 100 | RB2- RB3: 100 |
| >>>missingPU-Indicator | RB2- RB3: FALSE | RB2- RB3: FALSE |
| >>>timerStatusPeriodic | RB2- RB3: 100 | RB2- RB3: 100 |
| >>segmentationIndication | RB1- RB3: N/A RB5: FALSE | RB1- RB3: N/A RB5: FALSE |
| rb-MappingInfo | | |
| >UL-LogicalChannelMappings | OneLogicalChannel | OneLogicalChannel |
| >>ul-TransportChannelType | Dch | Dch |
| >>>transportChannelIdentity | RB1- RB3: 2 RB5: 1 | RB1- RB3: 2 RB5: 1 |

APLCW-A0000018983

| | | |
|---|---|---|
| >>logicalChannelIdentity | RB1: 1, RB2: 2, RB3: 3 RB5: N/A | RB1: 1, RB2: 2, RB3: 3 RB5: N/A |
| >>rlc-SizeList | RB1- RB3: all RB5: N/A | RB1- RB3: all RB5: N/A |
| >>mac-LogicalChannelPriority | RB1: 1, RB2: 2, RB3: 3 RB5: 5 | RB1: 1, RB2: 2, RB3: 3 RB5: 5 |
| >DL-logicalChannelMappingList | | |
| >>Mapping option 1 | One mapping option | One mapping option |
| >>>dl-TransportChannelType | Dch | Dch |
| >>>>transportChannelIdentity | RB1- RB3: 2 RB5: 1 | RB1- RB3: 2 RB5: 1 |
| >>>logicalChannelIdentity | RB1: 1, RB2: 2, RB3: 3 RB5: N/A | RB1: 1, RB2: 2, RB3: 3 RB5: N/A |
| TrCH INFORMATION PER TrCH | | |
| UL-AddReconfTransChInfoList | | |
| >transportChannelIdentity | TrCH1: 1, TrCH2: 2 | TrCH1: 1, TrCH2: 2 |
| >transportFormatSet | DedicatedTransChTFS | DedicatedTransChTFS |
| >>dynamicTF-information | | |
| >>>tf0/ tf0,1 | TrCH1: (0x576, 1x576, 2x576) TrCH2: (0x144, 1x144) | TrCH1: (0x576, 1x576, 2x576, 3x576, 4x576) TrCH2: (0x144, 1x144) |
| >>>>rlcSize | TrCH1: OctetMode TrCH2: BitMode | TrCH1: OctetMode TrCH2: BitMode |
| >>>>>sizeType | TrCH1: type 2, part1= 9, part2= 2 (576) TrCH2: type 2, part1= 2, part2= 0 (144) | TrCH1: type 2, part1= 9, part2= 2 (576) TrCH2: type 2, part1= 2, part2= 0 (144) |
| >>>>numberOfTbSizeList | TrCH1: Zero, one, 2 TrCH2: Zero, one | TrCH1: Zero, one, 2, 3, 4 TrCH2: Zero, one |
| >>>>logicalChannelList | All | All |
| >>semiStaticTF-Information | | |
| >>>tti | TrCH1: 40 TrCH2: 40 | TrCH1: 40 TrCH2: 40 |
| >>>channelCodingType | TrCH1: Turbo TrCH2: Convolutional | TrCH1: Turbo TrCH2: Convolutional |
| >>>>codingRate | TrCH1: N/A TrCH2: Third | TrCH1: N/A TrCH2: Third |
| >>>rateMatchingAttribute | TrCH1: 155 TrCH2: 160 | TrCH1: 145 TrCH2: 160 |
| >>>crc-Size | TrCH1: 16 TrCH2: 16 | TrCH1: 16 TrCH2: 16 |
| DL-AddReconfTransChInfoList | | |
| >dl-TransportChannelIdentity (should be as for UL) | TrCH1: 1, TrCH2: 2 | TrCH1: 1, TrCH2: 2 |
| >tfs-SignallingMode | SameAsUL | SameAsUL |
| >>transportFormatSet | | |
| >>>dynamicTF-information | | |

APLCW-A0000018984

| | | |
|---|---|---|
| >>>>tf0/ tf0,1 | | |
| >>>>rlcSize | | |
| >>>>>sizeType | | |
| >>>>numberOfTbSizeList | | |
| >>>>logicalChannelList | | |
| >>ULTrCH-Id | TrCH1: 1, TrCH2: 2 | TrCH1: 1, TrCH2: 2 |
| >dch-QualityTarget | | |
| >>bler-QualityValue | TrCH1: $1 \times 10^{-2}$<br>TrCH2: Absent | TrCH1: $1 \times 10^{-2}$<br>TrCH2: Absent |
| TrCH INFORMATION, COMMON | | |
| ul-CommonTransChInfo | | |
| >tfcs-ID (TDD only) | 1 | 1 |
| >sharedChannelIndicator (TDD only) | FALSE | FALSE |
| >tfc-Subset | Absent, not required | Absent, not required |
| >ul-TFCS | Normal TFCI signalling | Normal TFCI signalling |
| >>explicitTFCS-ConfigurationMode | Complete | Complete |
| >>>ctfcSize | Ctfc4Bit | Ctfc4Bit |
| >>>>TFCS representation | Addition | Addition |
| >>>>>TFCS list | | |
| >>>>>>TFCS 1 | (TF0, TF0) | (TF0, TF0) |
| >>>>>>>ctfc | 0 | 0 |
| >>>>>>>gainFactorInformation | Computed | Computed |
| >>>>>>>>referenceTFCId | 0 | 0 |
| >>>>>>TFCS 2 | (TF1, TF0) | (TF1, TF0) |
| >>>>>>>ctfc | 1 | 1 |
| >>>>>>>gainFactorInformation | Computed | Computed |
| >>>>>>>>βc (FDD only) | N/A | N/A |
| >>>>>>>>βd | N/A | N/A |
| >>>>>>>>referenceTFCId | 0 | 0 |
| >>>>>>TFCS 3 | (TF2, TF0) | (TF2, TF0) |
| >>>>>>>ctfc | 2 | 2 |
| >>>>>>>gainFactorInformation | Computed | Computed |
| >>>>>>>>referenceTFCId | 0 | 0 |
| >>>>>>TFCS 4 | (TF0, TF1) | (TF3, TF0) |
| >>>>>>>ctfc | 3 | 3 |
| >>>>>>>gainFactorInformation | Computed | Computed |
| >>>>>>>>βc (FDD only) | N/A | N/A |
| >>>>>>>>βd | N/A | N/A |
| >>>>>>>>referenceTFCId | 0 | 0 |
| >>>>>>TFCS 5 | (TF1, TF1) | (TF4, TF0) |
| >>>>>>>ctfc | 4 | 4 |
| >>>>>>>gainFactorInformation | Computed | Computed |
| >>>>>>>>referenceTFCId | 0 | 0 |
| >>>>>>TFCS 6 | (TF2, TF1) | (TF0, TF1) |
| >>>>>>>ctfc | 5 | 5 |
| >>>>>>>gainFactorInformation | Signalled | Computed |
| >>>>>>>>βc (FDD only) | 8 | N/A |
| >>>>>>>>βd | 15 | N/A |
| >>>>>>>>referenceTFCId | N/A | 0 |
| >>>>>>TFCS 7 | | (TF1, TF1) |
| >>>>>>>ctfc | | 6 |
| >>>>>>>gainFactorInformation | | Computed |

APLCW-A0000018985

| | | |
|---|---|---|
| >>>>>>>>referenceTFCId | | 0 |
| >>>>>>TFCS 8 | | (TF2, TF1) |
| >>>>>>>ctfc | | 7 |
| >>>>>>>gainFactorInformation | | Computed |
| >>>>>>>>referenceTFCId | | 0 |
| >>>>>>TFCS 9 | | (TF3, TF1) |
| >>>>>>>ctfc | | 8 |
| >>>>>>>gainFactorInformation | | Computed |
| >>>>>>>>referenceTFCId | | 0 |
| >>>>>>TFCS 10 | | (TF4, TF1) |
| >>>>>>>ctfc | | 9 |
| >>>>>>>gainFactorInformation | | Signalled |
| >>>>>>>>βc (FDD only) | | 8 |
| >>>>>>>>βd | | 15 |
| >>>>>>>>referenceTFCId | | 0 |
| dl-CommonTransChInfo | | |
| >tfcs-SignallingMode | Same as UL | Same as UL |
| PhyCH INFORMATION FDD | | |
| UL-DPCH-InfoPredef | | |
| >ul-DPCH-PowerControlInfo | | |
| >>powerControlAlgorithm | Algorithm 1 | Algorithm 1 |
| >>>tpcStepSize | 1 | 1 |
| >tfci-Existence | TRUE | TRUE |
| >puncturingLimit | 1 | 1 |
| DL-CommonInformationPredef | | |
| >dl-DPCH-InfoCommon | | |
| >>spreadingFactor | 64 | 32 |
| >>pilotBits | 8 | 8 |
| >>positionFixed | Flexible | Flexible |
| PhyCH INFORMATION TDD | | |
| UL-DPCH-InfoPredef | | |
| >ul-DPCH-PowerControlInfo | | |
| >>dpch-ConstantValue | -20 | -20 |
| >commonTimeslotInfo | | |
| >>secondInterleavingMode | frameRelated | frameRelated |
| >>tfci-Coding | 16 | 16 |
| >>puncturingLimit | 0.50 | 0.50 |
| >>repetitionPeriodAndLength | repetitionPeriod1 | repetitionPeriod1 |
| DL-CommonInformationPredef | | |
| >dl-DPCH-InfoCommon | | |
| >>commonTimeslotInfo | | |
| >>>secondInterleavingMode | frameRelated | frameRelated |
| >>>tfci-Coding | 16 | 16 |
| >>>puncturingLimit | 0.46 | 0.46 |
| >>>repetitionPeriodAndLength | repetitionPeriod1 | repetitionPeriod1 |

APLCW-A0000018986