# Exhibit N

# THE
# AMERICAN
# HERITAGE®
# DICTIONARY
## OF THE
## ENGLISH LANGUAGE

### THIRD EDITION



**HOUGHTON MIFFLIN COMPANY**

*Boston · New York*

APLCW-A0000013064

Words are included in this Dictionary on the basis of their
usage. Words that are known to have current trademark
registrations are shown with an initial capital and are also
identified as trademarks. No investigation has been made of
common-law trademark rights in any word, because such
investigation is impracticable. The inclusion of any word in
this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to
proprietary rights. Indeed, no definition in this Dictionary is
to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered
trademarks of Forbes Inc. Their use is pursuant to a license
agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead
Data Central, Inc., providers of the LEXIS®/NEXIS® services,
for its assistance in the preparation of this edition of
*The American Heritage® Dictionary.*

Copyright © 1996, 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any
form or by any means, electronic or mechanical, including
photocopying and recording, or by any information storage or
retrieval system without the prior written permission of
Houghton Mifflin Company unless such copying is expressly
permitted by federal copyright law. Address inquiries to
Reference Permissions, Houghton Mifflin Company, 222
Berkeley Street, Boston, MA 02116.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language.
—3rd ed.
  p.    cm.
  ISBN 0-395-44895-6
  1. English language—Dictionaries.
PE1628.A623    1992                        92-851
423—dc20                                   CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin
trade and reference books and multimedia products, visit
The Bookstore at Houghton Mifflin on the World Wide Web
at http://www.hmco.com/trade/.

APLCW-A0000013065

fore possessing full or adequate knowledge or experience.

**pre·con·cep·tion** (prē′kən-sĕp′shən) *n.* An opinion or a conception formed in advance of full or adequate knowledge or experience; a prejudice or bias: *"His vision, unobstructed by ideological preconception, was continually reformed by experience"* (Doris Kearns Goodwin).

**pre·con·cert** (prē′kən-sûrt′) *tr.v.* **-cert·ed, -cert·ing, -certs.** To agree on, settle, or arrange in advance.

**pre·con·di·tion** (prē′kən-dĭsh′ən) *n.* A condition that must exist or be established before something can occur or be considered; a prerequisite. **—precondition** *tr.v.* **-tioned, -tion·ing, -tions.** To condition, train, or accustom in advance.

**pre·con·scious** (prē-kŏn′shəs) *n.* The memories or feelings that are not part of one's immediate awareness but that can be recalled through conscious effort. **—pre·con′scious** *adj.* **—pre′con′scious·ly** *adv.*

**pre·con·tract** (prē-kŏn′trăkt) *n.* An existing contract that obviates the making of another contract of the same kind: *a precontract of marriage.* **—pre′con·tract′** (-kən-trăkt′) *v.*

**pre·cook** (prē-kŏŏk′) *tr.v.* **-cooked, -cook·ing, -cooks.** To cook in advance or partially.

**pre·cool** (prē-kŏŏl′) *tr.v.* **-cooled, -cool·ing, -cools.** To reduce the temperature of (produce or meat, for example) by artificial means before packaging or shipping.

**pre·crit·i·cal** (prē-krĭt′ĭ-kəl) *adj.* Coming before a critical state or phase.

**pre·cur·sive** (prĭ-kûr′sĭv) *adj.* Precursory.

**pre·cur·sor** (prĭ-kûr′sər, prē′kûr′sər) *n.* **1.** One that precedes and indicates, suggests, or announces someone or something to come: *Opposition by colonists to unfair taxation by the British was a precursor of the Revolution.* **2.** One that precedes another; a forerunner or predecessor: *Her provençaux and Saxon principal was an eminent educator.* **3.** A biochemical substance, such as an intermediate compound in a chain of enzymatic reactions, that gives rise to a more stable or definitive product: *a precursor of insulin.* [Middle English *precurseoure,* from Old French *precurseur,* from Latin *praecursor,* from *praecursus,* past participle of *praecurrere,* to run before : *prae-,* pre- + *currere,* to run; see *kers-* in Appendix.]

**pre·cur·so·ry** (prĭ-kûr′sə-rē) *adj.* **1.** Preceding or preliminary; introductory: *a precursory statement.* **2.** Suggesting or indicating something to follow.

**pre·cut** (prē′kŭt′) *tr.v.* Cut into size or shape before being marketed, assembled, or used: *precut fillet of fish; precut construction materials.* **—precut** (prē-kŭt′) *tr.v.* **-cut, -cut·ting, -cuts.** To cut into size or shape before marketing, assembling, or using.

**pred.** *abbr.* Grammar & Logic. Predicate.

**pre·da·cious** also **pre·da·ceous** (prĭ-dā′shəs) *adj.* **1.** Living by seizing or taking prey; predatory. **2.** Given to victimizing, plundering, or destroying for one's own gain: *"the most vicious, predacious, esurient and desperate elements of this society"* (Claude Brown). [From Latin *praedārī,* to plunder. See PREDATORY.] **—pre·da′cious·ness, pre·da′ceous·ness, pre·dac′i·ty** (-dăs′ĭ-tē) *n.*

**pre·date** (prē-dāt′) *tr.v.* **-dat·ed, -dat·ing, -dates.** **1.** To mark or designate with a date earlier than the actual one. *predated the check.* **2.** To precede in time; antedate.

**pre·da·tion** (prĭ-dā′shən) *n.* **1.** The act or practice of plundering or marauding. **2.** The capturing of prey as a means of maintaining life. [Middle English *predacion,* from Latin *praedātiō, praedātiōn-,* from *praedātus,* past participle of *praedārī,* to plunder. See PREDATORY.]

**pred·a·tor** (prĕd′ə-tər, -tôr′) *n.* **1.** An organism that lives by preying on other organisms. **2.** One that victimizes, plunders, or destroys, especially for one's own gain. [Latin *praedātor,* pillager, from *praedārī,* to plunder. See PREDATORY.]

**pred·a·to·ry** (prĕd′ə-tôr′ē, -tōr′ē) *adj.* **1.** Living by preying on other organisms: *a predatory bird; a predatory mammal; a predatory insect.* **2.a.** Of, relating to, or characterized by plundering, pillaging, or marauding. **b.** Living by or given to victimizing or destroying others for one's own gain. [Latin *praedātōrius,* plundering, from *praedātōrs,* plunderer, from *praeda,* booty. See **ghend-** in Appendix.] **—pred′a·to′ri·ly** *adv.* **—pred′a·to′ri·ness** *n.*

**pre·dawn** (prē′dôn′) *n.* The time just before dawn. **—pre′dawn′** *adj.*

**pre·de·cease** (prē′dĭ-sēs′) *tr.v.* **-ceased, -ceas·ing, -ceas·es.** To die before (another person).

**pred·e·ces·sor** (prĕd′ĭ-sĕs′ər, prē′dĭ-) *n.* **1.** One who precedes another in time, especially in holding an office or a position. **2.** Something that has been succeeded by another: *The new building is a predecessor of its predecessor.* **3.** *Archaic.* An ancestor; a forebear. [Middle English *predecessour,* from Old French *predecesseur,* from Late Latin *praedēcessor* : Latin *prae-,* pre- + Latin *dēcessor,* a retiring magistrate (from *dēcessus,* past participle of *dēcēdere,* to depart : *dē-,* away; see DE- + *cēdere,* to go; see **ked-** in Appendix).]

**pre·des·ig·nate** (prē-dĕz′ĭg-nāt′) *tr.v.* **-nat·ed, -nat·ing, -nates.** To designate in advance. **—pre′des·ig·na′tion** *n.*

**pre·des·ti·nar·i·an** (prē-dĕs′tə-nâr′ē-ən) *adj.* **1.** Of or relating to predestination. **2.** Believing in or based on the doctrine of predestination. **—predestinarian** *n.* One who believes in the

**pre·des·ti·nate** (prē-dĕs′tə-nāt′) *tr.v.* **-nat·ed, -nat·ing, -nates.** **1.** *Theology.* To predestine. **2.** *Archaic.* To destine or determine in advance; foreordain. **—predestinate** (-nĭt, -nāt′) *adj.* Foreordained; predestined. [Middle English *predestinaten,* from Late Latin *praedēstināre, praedēstināt-.* See PREDESTINE.]

**pre·des·ti·na·tion** (prē-dĕs′tə-nā′shən) *n.* **1.** The act of predestining or the condition of being predestined. **2.** *Theology.* **a.** The doctrine that God has foreordained all things, especially that God has elected certain souls to eternal salvation. **b.** The divine decree foreordaining all souls to either salvation or damnation. **c.** The act of God foreordaining all things gone before and to come. **3.** Destiny; fate.

**pre·des·tine** (prē-dĕs′tĭn) *tr.v.* **-tined, -tin·ing, -tines.** **1.** To fix upon, decide, or decree in advance; foreordain. **2.** *Theology.* To foreordain or elect by divine will or decree. [Middle English *predestinen,* from Old French *predestiner,* from Late Latin *praedēstināre* : Latin *prae-,* pre- + Latin *dēstināre,* to determine; see DESTINE.]

**pre·de·ter·mine** (prē′dĭ-tûr′mĭn) *v.* **-mined, -min·ing, -mines.** *— tr.* **1.** To determine, decide, or establish in advance: *"These factors predetermine to a large extent the outcome"* (Jessica Mitford). **2.** To influence or sway toward an action or opinion; predispose. *— intr.* To determine or decide something in advance. **—pre′de·ter′mi·nate** (-mə-nĭt) *adj.* **—pre′de·ter′mi·na′tion** *n.*

**pre·de·ter·min·er** (prē′dĭ-tûr′mə-nər) *n. Linguistics.* An adjectival word that can stand before an article, a possessive pronoun, or another determiner, as *all in all the flowers* or *both his children.*

**pre·di·a·be·tes** (prē′dī-ə-bē′tĭs, -tēz) *n.* The condition of having a hereditary tendency or high probability for developing diabetes mellitus, although neither symptoms nor test results confirm the presence of the disease. **—pre·di·a·bet′ic** (-bĕt′ĭk) *adj. & n.*

**pre·di·al** (prē′dē-əl) *adj.* Variant of praedial.

**pred·i·ca·ble** (prĕd′ĭ-kə-bəl) *adj.* That can be stated or predicated: *a predicable conclusion.* **—predicable** *n.* **1.** Something, such as a general quality or attribute, that can be predicated. **2.** *Logic.* One of five general attributes of a subject or class, traditionally including genus, species, property, differentia, and accident. [Late Latin *praedicābilis,* from Late Latin *praedicāre,* to proclaim publicly, preach, predicate. See PREACH.] **—pred′i·ca·bil′i·ty, pred′i·ca·ble·ness** *n.*

**pre·dic·a·ment** (prĭ-dĭk′ə-mənt) *n.* **1.** A situation, especially an unpleasant, troublesome, or trying one, from which extrication is difficult. See Usage Note at dilemma. **2.** *Logic.* One of the basic states or classifications described by Aristotle into which all things can be placed; a category. [Middle English, class, category, from Old French, from Late Latin *praedicāmentum,* translation of Greek *katēgoria,* from Latin *praedicāre,* to proclaim publicly, predicate. See PREACH.] **—pre·dic′a·men′tal** (-mĕn′tl) *adj.* **—pre·dic′a·men′tal·ly** *adv.*

**SYNONYMS:** *predicament, plight, quandary, jam, fix, pickle.* These nouns all refer to a situation from which it is difficult to free oneself. A *predicament* is a problematic situation about which one does not know what to do: *"Werner finds himself suddenly in a most awkward predicament"* (Thomas Carlyle). A *plight* is a bad or unfortunate situation: *The reporter wrote an article about the woeful plight of homeless people.* A *quandary* is a state of uncertainty or perplexity, especially about what course of action to take: *"Having captured our men, we were in a quandary how to keep them"* (Theodore Roosevelt). *Jam* and *fix* both refer to trying predicaments from which disengagement is possible: *The boys who broke the window are in a jam with the school authorities. "If we get left on this wreck we are in a fix"* (Mark Twain). A *pickle* is a disagreeable, embarrassing, or troublesome predicament: *"I could see no way out of the pickle I was in"* (Robert Louis Stevenson).

**pred·i·cate** (prĕd′ĭ-kāt′) *v.* **-cat·ed, -cat·ing, -cates.** *— tr.* **1.** To base or establish (a statement or an action, for example): *He predicates his argument on the facts.* **2.** To state or affirm as an attribute or a quality of something: *The sermon predicated the perfectibility of humankind.* **3.** To carry the connotation of; imply. **4.** *Logic.* To make (a term or an expression) the predicate of a proposition. **5.** To proclaim or assert; declare. *— intr.* To make a statement or an assertion. **—predicate** (-kĭt) *n. Abbr.* **pred. 1.** *Grammar.* One of the two main constituents of a sentence, modifying the subject and including the verb, objects, or phrases governed by the verb, as *opened the door* in *Jane opened the door* or *is very sleepy* in *The child is very sleepy.* **2.** *Logic.* That part of a proposition that is affirmed or denied about the subject. For example, in the proposition *We are mortal, mortal* is the predicate. **—predicate** (-kĭt) *adj.* **1.** *Grammar.* Of or belonging to the predicate of a sentence or clause. **2.** Stated or asserted; predicated. [Late Latin *praedicāre, praedicāt-,* from Latin, to proclaim : *prae-,* pre- + *dīcāre,* to proclaim; see **deik-** in Appendix.] **—pred′i·ca′tion** *n.* **—pred′i·ca′tion·al** *adj.* **—pred′i·ca′tive·ly** *adv.*

**predicate calculus** *n. Logic.* The branch of symbolic logic that deals not only with relations between propositions as a whole but also with their internal structure, especially the relation between subject and predicate. Symbols are used to represent

**vir·ile** (vĭr′əl, -īl′) adj. **1.** Of, relating to, or having the characteristics of an adult male. **2.** Having or showing masculine spirit, strength, vigor, or power. See Synonyms at **male. 3.** Capable of performing sexually as a male; potent. [Middle English, from Old French *viril*, from Latin *virīlis*, from *vir*, man. See **wi-ro-** in Appendix.]

**vir·il·ism** (vĭr′ə-lĭz′əm) *n.* The presence of male secondary sexual characteristics in a female.

**vi·ril·i·ty** (və-rĭl′ĭ-tē) *n.* **1.** The quality or state of being virile; manly character. **2.** Masculine vigor; potency.

**vir·i·li·za·tion** (vĭr′ə-lĭ-zā′shən) *n.* Development of male secondary sexual characteristics. —**vir′il·ize′** (-ə-līz′) *v.*

**vi·ri·on** (vī′rē-ŏn′, vĭr′ē-) *n.* A complete viral particle, consisting of RNA or DNA surrounded by a protein shell and constituting the infective form of a virus. [VIR(US) + -ON[1].]

**viro–** or **vir–** *pref.* Virus: *virogenesis.* [From VIRUS.]

**vi·ro·gene** (vī′rə-jēn′) *n.* A gene capable of specifying the synthesis of a virus in a cell.

**vi·ro·gen·e·sis** (vī′rō-jĕn′ĭ-sĭs, -rə-) *n.,* *pl.* **-ses** (-sēz′). Production or formation of a virus. —**vi′ro·ge·net′ic** (-jə-nĕt′ĭk), —**vi′ro·gen′ic** (-jĕn′ĭk) *adj.*

**vi·roid** (vī′roid′) *n.* An infectious particle, similar to but smaller than a virus, that consists solely of a strand of RNA and is capable of causing disease in plants.

**vi·rol·o·gy** (vī-rŏl′ə-jē, vĭ-) *n.* The study of viruses and their diseases. —**vi′ro·log′i·cal** (vī′rə-lŏj′ĭ-kəl), **vi′ro·log′ic** (-ĭk) *adj.* —**vi·rol′o·gist** *n.*

**vi·ro·sis** (vī-rō′sĭs) *n.,* *pl.* **-ses** (-sēz). A disease caused by a virus.



vise

**vir·tu** (vər-tōō′, vĭr-) *also* **ver·tu** (var-) *n.* **1.** A knowledge or love of or taste for fine objects of art. **2.** Production of objects of art, especially fine antique objets d'art. [Italian *virtù,* virtue, virtu, from Latin *virtūs,* excellence, virtue. See VIRTUE.]

**vir·tu·al** (vûr′chōō-əl) *adj.* **1.** Existing or resulting in essence or effect though not in actual fact, form, or name: *the virtual extinction of the buffalo.* **2.** Existing in the mind, especially as a product of the imagination. Used in literary criticism of text. [Middle English *virtual,* effective, from Medieval Latin *virtuālis,* from Latin *virtūs,* excellence. See VIRTUE.] —**vir′tu·al′i·ty** (-ăl′ĭ-tē) *n.*

**virtual focus** *n.* The point from which divergent rays of reflected or refracted light seem to have emanated, as from the image of a point in a plane mirror.

**virtual image** *n.* An image from which rays of reflected or refracted light appear to diverge, as from a point in a plane mirror.

**vir·tu·al·ly** (vûr′chōō-ə-lē) *adv.* **1.** In fact or to all purposes; practically. **2.** Almost but not quite; nearly.

**virtual machine** *n.* *Computer Science.* A computer designed to replicate copies of its entire hardware-software interface so that two operating systems can be run on a single computer.

**virtual memory** *n.* *Computer Science.* Computer memory, separate from the main memory of a specific machine, that can be used as an extension of the machine's main memory.

**virtual reality** *n.* *Computer Science.* A computer simulation of a real or imaginary system that enables a user to perform operations on the simulated system and shows the effects in real time.

**vir·tue** (vûr′chōō) *n.* **1. a.** Moral excellence and righteousness; goodness. **b.** An example or kind of moral excellence: *the virtue of patience.* **2.** Chastity, especially in a girl or woman. **3.** A particularly efficacious, good, or beneficial quality; advantage: *a plan with the virtue of being practical.* **4.** Effective force or power: *believed in the virtue of prayer.* **5.** *virtues. Theology.* The fifth of the nine orders of angels. **6.** *Obsolete.* Manly courage; valor. —**idiom. by** (or **in**) **virtue of.** On the grounds or basis of; by reason of: *well off by virtue of a large inheritance.* [Middle English *vertu,* from Old French, from Latin *virtūs,* manliness, excellence, goodness, from *vir,* man. See **wi-ro-** in Appendix.]

**vir·tu·o·sa** (vûr′chōō-ō′sə, -zə) *n.* A woman who is a virtuoso. [Italian, feminine of *virtuoso,* virtuoso. See VIRTUOSO.]

**vir·tu·o·si** (vûr′chōō-ō′sē) *n.* A plural of **virtuoso.**

**vir·tu·os·i·ty** (vûr′chōō-ŏs′ĭ-tē) *n.,* *pl.* **-ties. 1.** The technical skill, fluency, or style exhibited by a virtuoso. **2.** An appreciation for or interest in fine objects of art.

**vir·tu·o·so** (vûr′chōō-ō′sō, -zō) *n.,* *pl.* **-sos** *or* **-si** (-sē). **1.** A musician with masterly ability, technique, or personal style. **2.** A person with masterly skill or technique in the arts. **3.** A person who experiments or investigates in the arts and sciences; a savant. —**virtuoso** *adj.* Exhibiting the skill, technique, or personal style of a virtuoso: *a virtuoso performance.* [Italian, skilled, of great worth, virtuous, from Late Latin *virtuōsus,* virtuous, from Latin *virtūs,* excellence. See VIRTUE.] —**vir′tu·o′sic** (-ō′sĭk, -zĭk) *adj.* —**vir′tu·o′si·cal·ly** *adv.*

**vir·tu·ous** (vûr′chōō-əs) *adj.* **1.** Having or showing virtue, especially moral excellence: *led a virtuous life.* **2.** Possessing or characterized by chastity; pure: *a virtuous woman.* See Synonyms at **moral.** —**vir′tu·ous·ly** *adv.* —**vir′tu·ous·ness** *n.*

**vi·ru·cide** (vī′rə-sīd′) *n.* Variant of **viricide.**

**vir·u·lent** (vĭr′yə-lənt, vĭr′ə-) *adj.* **1.** Extremely infectious, malignant, or poisonous. Used of a disease or toxin. **b.** Capable of causing disease by breaking down protective mechanisms of the



Vishnu
Tenth-century bronze

hateful: *virulent criticism.* See Synonyms at **poisonous. 3.** Intensely irritating, obnoxious, or harsh. [Middle English, from Latin *virulentus,* from *virus,* poison.] —**vir′u·lence,** **vir′u·len·cy** *n.* —**vir′u·lent·ly** *adv.*

**vir·u·lif·er·ous** (vĭr′yə-lĭf′ər-əs, vĭr′ə-) *adj.* Carrying or containing a virus. [VIRUL(ENCE) + -FEROUS.]

**vi·rus** (vī′rəs) *n.,* *pl.* **-rus·es. 1. a.** Any of various simple submicroscopic parasites of plants, animals, and bacteria that often cause disease and that consist essentially of a core of RNA or DNA surrounded by a protein coat. Unable to replicate without a host cell, viruses are typically not considered living organisms. **b.** A disease caused by a virus. **2.** Something that poisons one's soul or mind: *the pernicious virus of racism.* **3.** *Computer Science.* A computer virus. [Latin *vīrus,* poison.]

**Vis** (vēs). An island of western Yugoslavia off the Dalmatian coast south-southwest of Split. Major naval battles occurred off the island in 1811 and 1866. In the first, the British defeated the French; in the second, the Austrians defeated the Italians.

**vis.** *abbr.* **1.** Visibility. **2.** Visual.

**Vis.** *abbr.* **1.** Viscount. **2.** Viscountess.

**vi·sa** (vē′zə) *n.* An official authorization appended to a passport, permitting entry into and travel within a particular country or region. —**visa** *tr.v.* **-saed, -sa·ing, -sas. 1.** To endorse or ratify (a passport). **2.** To give a visa to. [French, short for Latin *(carta) vīsa,* (the document) has been seen, from feminine past participle of *vidēre,* to see. See **weid-** in Appendix.]

**vis·age** (vĭz′ĭj) *n.* **1.** The face or facial expression of a person; countenance. See Synonyms at **face. 2.** Appearance; aspect: *the bleak visage of winter.* [Middle English, from Old French, from *vis,* from Latin *vīsus,* appearance, from past participle of *vidēre,* to see. See **weid-** in Appendix.]

**Vi·sa·kha·pat·nam** (vĭ-sä′kə-pŭt′nəm) *or* **Vi·sha·kha·pat·nam** (-shä′-) *also* **Vi·za·ga·pa·tam** (vĭ-zä′gə-pŭt′əm). A city of eastern India on the Bay of Bengal northeast of Madras. Established by the English as a trading post in 1683, it is a health resort and processing center with a protected harbor and shipping facilities. Population, 565,321.

**Vi·sa·lia** (vī-săl′yə). A city of south-central California southeast of Fresno. Agricultural products of the San Joaquin Valley are important to its economy. Population, 49,729.

**vis·ard** (vĭz′ərd, -ärd′) *n.* Variant of **vizard.**

**vis-à-vis** (vē′zə-vē′) *prep.* **1.** Face to face with; opposite to. **2.** Compared with. **3.** In relation to. —**vis-à-vis** *adv.* Face to face. —**vis-à-vis** *n.,* *pl.* **vis-à-vis** (-vēz′, -vē′). **1.** One that is face to face with or opposite to another. **2.** A date or an escort, as at a party. **3.** One that has the same functions and characteristics as another; a counterpart. [French : *vis,* face + *a,* to.] —**vis′-à-vis′** *adj.*

**Vi·sa·yan** (vĭ-sī′ən) *n.* **1.** A member of the largest ethnic group indigenous to the Philippines, found in the Visayan Islands. **2.** The Austronesian language of the Visayans. —**Vi·say′an** *adj.*

**Visayan Islands.** An island group of the central Philippines in and around the **Visayan Sea** between Luzon and Mindanao.

**Vis·by** (vĭz′bē, vēs′bü). A city of southeast Sweden on western Gotland Island on the Baltic Sea. It was a member of the Hanseatic League and a commercial center from the 10th to the 14th century but declined after its capture by the Danes in 1362. Visby was a pirate stronghold for the next two centuries and passed to Sweden in 1645. Population, 20,100.

**vis·ca·cha** (vĭ-skä′chə) *n.* Any of several gregarious, burrowing South American rodents of the genera *Lagostomus* and *Lagidium,* related to and resembling the chinchilla. [Spanish *vizcacha,* from Quechua *wiskácha.*]

**vis·cer·a** (vĭs′ər-ə) *pl.n.* **1.** The soft internal organs of the body, especially those contained within the abdominal and thoracic cavities. **2.** The intestines. [Latin, pl. of *vīscus.*]

**vis·cer·al** (vĭs′ər-əl) *adj.* **1.** Relating to, situated in, or affecting the viscera. **2.** Perceived in or as if in the viscera; profound. **3.** Instinctive: *visceral needs.* See Synonyms at **instinctive.** —**vis′cer·al·ly** *adv.*

**vis·cer·o·mo·tor** (vĭs′ər-ə-mō′tər) *adj.* Producing or related to movements of the viscera.

**vis·cid** (vĭs′ĭd) *adj.* **1.** Thick and adhesive. Used of a fluid. **2.** Covered with a sticky or clammy coating. [Late Latin *viscidus,* from Latin *vīscum,* mistletoe, birdlime made from mistletoe berries.] —**vis·cid′i·ty, vis′cid·ness** *n.* —**vis′cid·ly** *adv.*

**vis·com·e·ter** (vĭ-skŏm′ĭ-tər) *n.* An instrument used to measure viscosity. Also called *viscosimeter.* [Short for VISCOSIMETER.] —**vis′co·met′ric** (vĭs′kə-mĕt′rĭk) *adj.* —**vis·com′e·try** *n.*

**Vis·con·ti** (vĭs-kŏn′tē, vēs-kôn′-), **Gian Galeazzo.** 1351?-1402. Milanese leader who conquered Siena (1399), Perugia (1400), and Bologna (1402) and was a noted patron of the arts.

**vis·cose** (vĭs′kōs′) *n.* **1.** A thick, golden-brown viscous solution of cellulose xanthate, used in the manufacture of rayon and cellophane. **2.** Viscose rayon. —**viscose** *adj.* **1.** Viscous. **2.** Of, relating to, or made from viscose. [VISC(OUS) + -OSE[2]. Adj., sense 1, Middle English, viscous, from Late Latin *viscōsus,* from Latin *viscum,* mistletoe, birdlime made from mistletoe berries.]

**viscose rayon** *n.* A rayon made by reconverting cellulose from a soluble xanthate form to tough fibers by washing in acid.

**vis·co·sim·e·ter** (vĭs′kə-sĭm′ĭ-tər) *n.* A viscometer.