# Exhibit O

Case 6:12-cv-00100-JRG Document 127-16 Filed 08/22/13 Page 2 of 5 PageID #: 4697

# The New Oxford American Dictionary

SECOND EDITION

FIRST EDITION

Elizabeth J. Jewell
Frank Abate

SECOND EDITION

Erin McKean



OXFORD
UNIVERSITY PRESS

2005

APLCW-A0000013093

# OXFORD
UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford   New York
Auckland   Cape Town   Dar es Salaam   Hong Kong   Karachi
Kuala Lumpur   Madrid   Melbourne   Mexico City   Nairobi
New Delhi   Shanghai   Taipei   Toronto

With offices in
Argentina   Austria   Brazil   Chile   Czech Republic   France   Greece
Guatemala   Hungary   Italy   Japan   Poland   Portugal   Singapore
South Korea   Switzerland   Thailand   Turkey   Ukraine   Vietnam

The first edition of the *New Oxford American Dictionary* was based on *The New Oxford Dictionary of English*, published in the United Kingdom in 1998.

Copyright © 2005 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York, 10016
www.oup.com/us
www.askoxford.com

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced, stored in a
retrieval system, or transmitted, in any form or by any means, electronic,
mechanical, photocopying, recording, or otherwise, without prior permission of
Oxford University Press

Library of Congress Cataloging-in-Publication Data

The new Oxford American dictionary.-- 2nd ed.
    p. cm.
 ISBN 0-19-517077-6
 1. English language--United States--Dictionaries. 2.
Americanisms--Dictionaries.
 PE1628.N429 2005
 423'.1--dc22
                        2005000941

This book includes some words that are, or are asserted to be, proprietary names or
trademarks. Their inclusion does not imply that they have acquired for legal
purposes a nonproprietary or general significance, nor is any other judgment
implied concerning their legal status. In cases where the editor has some evidence
that a word is used as a proprietary name or trademark, this is indicated by the
designation trademark, but no judgment concerning the legal status of such words is
made or implied thereby.

10 9 8 7 6 5 4 3 2 1

Printed in the United States of America on acid-free paper

behavioral situation: [trans.] *the anthropologist is not preconditioned to interact with those he studies* | [as n.] (**preconditioning**) *the protective effect of preconditioning*. **2** bring (something) into the desired state for use: [as adj.] (**preconditioned**) *preconditioned paper*.

**pre-Con·quest** ▸ *adj.* occurring or existing before the Norman conquest of England.

**pre·con·scious** /prēˈkänCHəs/ ▸ *adj. Psychoanalysis* of or associated with a part of the mind below the level of immediate conscious awareness, from which memories and emotions that have not been repressed can be recalled: *beliefs and values that are on a preconscious level.*
▸ *n.* (**one's/the preconscious**) *Psychology* the part of the mind in which preconscious thoughts or memories reside. — **pre·con·scious·ness** *n.*

**pre-cook** /ˈprēˈko͝ok/ ▸ *v.* [trans.] cook in advance: [as adj.] (**precooked**) *precooked frozen dinners.*

**pre·cor·di·um** /prēˈkôrdēəm/ ▸ *n. Anatomy* the region of the thorax immediately in front of the heart. ▷late 19th cent.: singular of Latin *praecordia* 'diaphragm, entrails.' — **pre·cor·di·al** /-ˈkôrdēəl/ *adj.*

**pre·cur·sor** /prēˈkərsər; prēˈkər-/ ▸ *n.* a person or thing that comes before another of the same kind; a forerunner: *a three-stringed precursor of the violin* | [as adj.] *precursor cells.* ■ *Biochemistry* a substance from which another is formed, esp. by metabolic reaction: *pepsinogen is the inactive precursor of pepsin.* ▷late Middle English: from Latin *praecursor,* from *praecurs-* 'preceded,' from *praecurrere,* from *prae* 'beforehand' + *currere* 'to run.'

**pre·cur·so·ry** /prēˈkərsərē/ ▸ *adj.* preceding something in time, development, or position; preliminary: *precursory seismic activity.* ▷late 16th cent.: from Latin *praecursorius,* from *praecurs-* 'preceded' (see PRECURSOR).

**pre-cut** /ˈprēˈkət/ ▸ *v.* [trans.] [usu. as adj.] (**precut**) cut into the desired shape or sections in advance: *precut pieces of cloth.*

**pred.** ▸ *abbr.* predicate.

**pre·da·cious** /priˈdāSHəs/ (also **pre·da·ceous**) ▸ *adj.* (of an animal) predatory: *predacious insects.* ▷early 18th cent.: from Latin *praeda* 'booty' + -ACIOUS. — **pre·da·cious·ness** *n.* — **pre·dac·i·ty** /priˈdasətē/ *n.*

**pre·date** /prēˈdāt/ ▸ *v.* [trans.] exist or occur at a date earlier than (something): *this letter predates her illness.*

**pre·da·tion** /priˈdāSHən/ ▸ *n. Zoology* the preying of one animal on others: *an effective defense against predation.* ▷late 15th cent. (in the Latin sense): from Latin *praedatio(n-)* 'taking of booty,' from the verb *praedari* 'seize as plunder,' from *praeda* 'booty.' The current sense dates from the 1930s.

**pred·a·tor** /ˈpredətər/ ▸ *n.* an animal that naturally preys on others: *wolves are major predators of rodents* ■ *figurative* a rapacious, exploitative person or group: *her wealth made her vulnerable to predators.* ■ *figurative* a company that tries to take over another. ▷1920s: from Latin *praedator* 'plunderer,' from *praedat-* 'seized as plunder,' from the verb *praedari* (see PREDATION).

**pred·a·to·ry** /ˈpredəˌtôrē/ ▸ *adj.* relating to or denoting an animal or animals preying naturally on others: *predatory birds.* ■ *figurative* seeking to exploit or oppress others: *a life destroyed by predatory biographers and yellow journalists.* ▷late 16th cent. (in the sense 'relating to plundering'): from Latin *praedatorius,* from *praedator* 'plunderer' (see PREDATOR). — **pred·a·to·ri·ly** /ˌpredəˈtôrəlē/ *adv.* — **pred·a·to·ri·ness** *n.*

**pred·a·to·ry pric·ing** ▸ *n.* the pricing of goods or services at such a low level that other suppliers cannot compete and are forced to leave the market.

**pre-dawn** /ˈprēˈdôn/ ▸ *adj.* relating to or taking place before dawn: *Sunday's predawn raid by Israeli warplanes.*

**pre·de·cease** /ˌprēdiˈsēs/ *formal* ▸ *v.* [trans.] die before (another person, typically someone related by blood or marriage): *his second wife predeceased him.*

**pred·e·ces·sor** /ˈpredəˌsesər; ˈprē-/ ▸ *n.* a person who held a job or office before the current holder: *the new president's foreign policy is very similar to that of his predecessor.* ■ a thing that has been followed or replaced by another: *the chapel was built in 1864 on the site of its predecessor.* ▷late Middle English: from late Latin *praedecessor,* from Latin *prae* 'beforehand' + *decessor* 'retiring officer' (from *decedere* 'depart').

**pre·de·fined** /ˌprēdiˈfīnd/ ▸ *adj.* defined, limited, or established in advance: *predefined styles for outlines, paragraphs, and graphics.*

**pre·del·la** /priˈdelə/ ▸ *n.* **1** a step or platform on which an altar is placed. **2** a raised shelf above an altar. ■ a painting or sculpture on this, typically forming an appendage to an altarpiece. ▷mid 19th cent.: from Italian, literally 'stool.'

**pre·des·ti·nar·i·an** /prēˌdestəˈne(ə)rēən/ ▸ *n.* a person who believes in the doctrine of predestination.
▸ *adj.* upholding, affirming, or relating to the doctrine of predestination.

**pre·des·ti·nate** ▸ *v.* /prēˈdestəˌnāt/ [trans.] predestine.
▸ *adj.* /prēˈdestənit/ predestined. ▷late Middle English: from ecclesiastical Latin *praedestinat-* 'made firm beforehand,' from the verb *praedestinare,* from *prae* 'in advance' + *destinare* 'establish.'

**pre·des·ti·na·tion** /prēˌdestəˈnāSHən/ ▸ *n.* (as a doctrine in Christian theology) the divine foreordaining of all that will happen, esp. with regard to the salvation of some and not others. It has been particularly associated with the teachings of St. Augustine of Hippo and of Calvin. ▷Middle English: from ecclesiastical Latin *praedestinatio(n-),* from *praedestinare* 'make firm beforehand' (see PREDESTINATE).

**pre·des·tine** /prēˈdestin/ ▸ *v.* [trans.] (usu. **be predestined**) (of God) destine (someone) for a particular fate or purpose: *Calvinists believed that every person was predestined by God to go to heaven or to hell.* ■ determine (an outcome or course of events) in advance by divine will or fate: *she was certain that fate was with her and everything was predestined* | [as adj.] (**predestined**) *our predestined end.* ▷late Middle English: from Old French *predestiner* or ecclesiastical Latin *praedestinare* (see PREDESTINATE).

**pre·de·ter·mine** /ˌprēdiˈtərmən/ ▸ *v.* [trans.] establish or decide in advance: *closed questions almost predetermine the response given* | [as adj.] (**predetermined**) *a predetermined level of spending.* ■ (usu. **be predetermined**) predestine (an outcome or course of events): *a strong sense that life had been predetermined.* ▷early 17th cent.: from late Latin *praedeterminare,* from *prae* 'beforehand' + *determinare* 'limit, settle.' — **pre·de·ter·min·a·ble** *adj.* — **pre·de·ter·mi·nate** /-ˈtərmənit/ *adj.* — **pre·de·ter·mi·na·tion** /-ˌtərməˈnāSHən/ *n.*

**pre·de·ter·min·er** /ˌprēdiˈtərmənər/ ▸ *n. Grammar* a word or phrase that occurs before a determiner, typically quantifying the noun phrase, for example *both* or *a lot of.*

**pre·di·al** /ˈprēdēəl/ ▸ *adj. archaic* of, relating to, or consisting of land or farming: *political or predial sources of discontent.* ■ *historical* relating to or denoting a slave or tenant attached to farms or the land: *predial service.* ■ *historical* (of a tithe) consisting of agricultural produce.
▸ *n. historical* a predial slave. ▷late Middle English: from medieval Latin *praedialis,* from *praedium* 'farm.'

**predic.** ▸ *abbr.* predicate.

**pred·i·ca·ble** /ˈpredikəbəl/ ▸ *adj.* that may be predicated or affirmed.
▸ *n.* a thing that is predicable. ■ (usu. **predicables**) (in Aristotelian logic) each of the classes to which predicates belong, usually listed as: genus, species, difference, property, and accident. ▷mid 16th cent.: from medieval Latin *praedicabilis* 'able to be affirmed,' from Latin *praedicare* 'declare' (see PREDICATE). — **pred·i·ca·bil·i·ty** /ˌpredikəˈbilətē/ *n.*

**pre·dic·a·ment** /priˈdikəmənt/ ▸ *n.* **1** a difficult, unpleasant, or embarrassing situation: *the club's financial predicament.* **2** *archaic Philosophy* (in Aristotelian logic) each of the ten "categories," often listed as: substance or being, quantity, quality, relation, place, time, posture, having or possession, action, and passion. ▷late Middle English (sense 2): from late Latin *praedicamentum* 'something predicated' (rendering Greek *katēgoria* 'category'), from Latin *praedicare* (see PREDICATE). From the sense 'category' arose the sense 'state of being, condition'; hence 'unpleasant situation.'

**pred·i·cate** ▸ *n.* /ˈpredikət/ *Grammar* the part of a sentence or clause containing a verb and stating something about the subject (e.g., *went home* in *John went home*); [as adj.] *predicate adjective.* ■ *Logic* something that is affirmed or denied concerning an argument of a proposition.
▸ *v.* /ˈpredəˌkāt/ [trans.] **1** *Grammar & Logic* state, affirm, or assert (something) about the subject of a sentence or an argument of proposition: *a word which predicates something about its subject* | *aggression is predicated of those who act aggressively.* **2** (**predicate something on/upon**) found or base something on: *the theory of structure on which later chemistry was predicated.* ▷late Middle English (as a noun): from Latin *praedicatum* 'something declared,' neuter of *praedicatus* 'declared, proclaimed,' past participle of the verb *praedicare,* from *prae* 'beforehand' + *dicare* 'make known.' — **pred·i·ca·tion** /ˌpredəˈkāSHən/ *n.*

**pred·i·cate cal·cu·lus** /ˈpredəkət/ ▸ *n.* the branch of symbolic logic that deals with propositions containing predicates, names, and quantifiers.

**pred·i·cate nom·i·na·tive** ▸ *n. Grammar* a word in the nominative case that completes a copulative verb, such as *son* in the sentence *Charlie is my son.*

**pred·i·ca·tive** /ˈpredəˌkātiv; -ikətiv/ ▸ *adj.* **1** *Grammar* (of an adjective or noun) forming or contained in the predicate, as *old* in *the dog is old* (but not in *the old dog*) and *house* in *there is a large house.* Contrasted with ATTRIBUTIVE. ■ denoting a use of the verb *to be* to assert something about the subject. **2** *Logic* acting as a predicate. ▷mid 19th cent.: from Latin *praedicativus,* from *praedicat-* 'declared' (in medieval Latin 'predicated'), from the verb *praedicare* (see PREDICATE). — **pred·i·ca·tive·ly** *adv.*

**pred·i·ca·tor** /ˈpredəˌkātər/ ▸ *n.* (in systemic grammar) a verb phrase considered as a constituent of clause structure, along with subject, object, and adjunct.

**pre·dict** /priˈdikt/ ▸ *v.* [trans.] say or estimate that (a specified thing) will happen in the future or will be a consequence of something: *it is too early to predict a result* | [with clause] *he predicts that the trend will continue* | [as adj.] (**predicted**) *the predicted growth is 47 percent.* ▷early 17th cent.: from Latin *praedict-* 'made known beforehand, declared,' from the verb *praedicere,* from *prae-* 'beforehand' + *dicere* 'say.' — **pre·dic·tor** /-tər/ *n.*

**THE RIGHT WORD** augur, divine, forecast, foreshadow, foretell, predict, prognosticate, prophesy
While all of these words refer to telling something before it happens, **predict** is the most commonly used and applies to the widest variety of situations. It can mean anything from hazarding a guess (*they predicted he'd never survive the year*) to making an astute inference based on facts or statistical evidence (*predict that the Republicans would win the election*).
When a meteorologist tells us whether it will rain or snow tomorrow, he or she is said to **forecast** the weather, a word that means *predict* but is used particularly in the context of weather and other phenomena that cannot be predicted easily by the general public (*statistics forecast an influx of women into the labor force*).
**Divine** and **foreshadow** mean to suggest the future rather than to predict it, especially by giving or evaluating subtle hints or clues. To *divine* something is to perceive it through intuition or insight (*to divine in the current economic situation the disaster that lay ahead*), while *foreshadow* can apply to anyone or anything that gives an indication of what is to come (*her abrupt departure that night foreshadowed the breakdown in their relationship*).
**Foretell**, like *foreshadow,* can refer to the clue rather than the person who gives it and is often used in reference to the past (*evidence that foretold the young girl's violent end*).
**Augur** means to foreshadow a favorable or unfavorable outcome for something (*the turnout on opening night augured well for the play's success*).
**Prophesy** connotes either inspired or mystical knowledge of the future and suggests more authoritative wisdom than *augur* (*a baseball fan for decades, he prophesied the young batter's rise to stardom*).
Although anyone who has inside information or knowledge of signs and symptoms can **prognosticate**, it is usually a doctor who does so by looking at the symptoms of a disease to predict its future outcome.

**pre·dict·a·ble** /priˈdiktəbəl/ ▸ *adj.* able to be predicted: *the market is volatile and never predictable.* ■ *chiefly derogatory* behaving or occurring in a way that is expected: *the characters were very stereotyped and extremely predictable.* — **pre·dict·a·bil·i·ty** /-ˌdiktəˈbilətē/ *n.* — **pre·dict·a·bly** /-blē/ *adv.* [sentence adverb] *predictably, Margaret found an excuse to interrupt him* | [as submodifier] *a predictably hostile response.*

**pre·dic·tion** /priˈdikSHən/ ▸ *n.* a thing predicted; a forecast: *a prediction that the Greeks would destroy the Persian empire.* ■ the action of predicting something: *the prediction of future behavior.* ▷mid 16th cent.: from Latin *praedictio(n-),* from *praedicere* 'make known beforehand' (see PREDICT).

**pre·dic·tive** /priˈdiktiv/ ▸ *adj.* relating to or having the effect of predicting an event or result: *predictive*

---

Pronunciation Key ə *ago*; ər *over*; 'ə or ˌə *up*; 'ər or ˌər *fur*; a *hat*; ā *rate*; ä *car*; CH *chew*; e *let*; ē *see*; e(ə)r *air*; i *fit*; ī *by*; i(ə)r *ear*; NG *sing*; ō *go*; ô *for*; oi *boy*; o͝o *good*; o͞o *goo*; ou *out*; SH *she*; TH *thin*; T͟H *then*; (h)w *why*; ZH *vision*

**virginity** | 1877 | **viscoelasticity**

divided between U.S. and British administration. The islands were settled, mainly in the 17th century, by British and Danish sugar planters. The U.S. islands include about 50 islands; pop. 108,000; capital, Charlotte Amalie (on St. Thomas). They were purchased from Denmark in 1917 because of their strategic position. The British islands consist of about 40 islands in the northeastern part of the group; pop. 17,000; capital, Road Town (on Tortola).
**vir·gin·i·ty** /vərˈjinətē/ ▸n. the state of never having had sexual intercourse: *he lost his virginity in college.* ■ the state of being naive, innocent, or inexperienced in a particular context: *his political virginity.* ▷Middle English: from Old French *virginite*, from Latin *virginitas*, from *virgo* (see VIRGIN).
**Vir·gin Mar·y** the mother of Jesus (see MARY[1]).
**vir·gin queen** ▸n. **1** an unfertilized queen bee. **2 (the Virgin Queen)** Queen Elizabeth I of England, who died unmarried.
**vir·gin's bow·er** ▸n. a North American clematis with white flowers. Also called OLD MAN'S BEARD, because of the fluffy gray plumes that stick to the seeds in autumn. • *Clematis virginiana*, family Ranunculaceae.
**Vir·go** /ˈvərgō/ **1** *Astronomy* a large constellation (the Virgin), said to represent a maiden or goddess associated with the harvest. It contains several bright stars, the brightest of which is Spica, and a dense cluster of galaxies. ■ [as *genitive*] **(Virginis)** used with a preceding letter or numeral to designate a star in this constellation: *the star Gamma Virginis.* **2** *Astrology* the sixth sign of the zodiac, which the sun enters about August 23. ■ **(a Virgo)** (*pl.* **-gos**) a person born when the sun is in this sign. ▷Latin. —**Vir·go·an** /-gōən/ *n. & adj.* (in sense 2).
**vir·go in·tac·ta** /ˈvərgō inˈtaktə/ ▸n. chiefly *Law* a girl or woman who has never had sexual intercourse, originally a virgin whose hymen is intact. ▷Latin, literally 'untouched virgin.'
**vir·gule** /ˈvərˌgyōōl/ ▸n. another term for SLASH[1] (sense 2). ▷mid 19th cent.: from French, literally 'comma,' from Latin *virgula*, diminutive of *virga* 'rod.'
**vir·i·des·cent** /ˌvirəˈdesənt/ ▸*adj.* greenish or becoming green. ▷mid 19th cent.: from late Latin *viridescent-* 'becoming green,' from the verb *viridescere*, from Latin *viridis* 'green.' —**vir·i·des·cence** *n.*
**vi·rid·i·an** /vəˈridēən/ ▸n. a bluish-green pigment consisting of hydrated chromium hydroxide. ■ the bluish-green color of this. ▷late 19th cent.: from Latin *viridis* 'green' (from *virere* 'be green') + -IAN.
**vir·ile** /ˈvirəl/ ▸*adj.* (of a man) having strength, energy, and a strong sex drive. See note at MALE. ■ having or characterized by strength and energy: *a strong, virile performance of the Mass.* ▷late 15th cent. (in the sense 'characteristic of a man'): from French *viril* or Latin *virilis*, from *vir* 'man.' —**vi·ril·i·ty** /vəˈrilitē/ *n.*
**vir·il·ism** /ˈvirəˌlizəm/ ▸n. *Medicine* the condition that results from virilization.
**vir·il·i·za·tion** /ˌvirələˈzāsHən/ ▸n. *Medicine* the development of male physical characteristics (such as muscle bulk, body hair, and deep voice) in a female or precociously in a boy, typically as a result of excess androgen production.
**vi·ri·no** /vīˈrēnō; və-/ ▸n. (*pl.* **-nos**) *Microbiology* a hypothetical infectious particle postulated as the cause of scrapie, BSE, and Creutzfeldt–Jakob disease, consisting of noncoding nucleic acid in a protective coat made from host cell proteins. Compare with PRION[2]. ▷1970s: from VIRUS + the diminutive suffix *-ino*.
**vi·ri·on** /ˈvirēˌän; ˈvī-/ ▸n. *Microbiology* the complete, infective form of a virus outside a host cell, with a core of RNA or DNA and a capsid. ▷1950s: from VIRUS + -ON.
**vi·roid** /ˈvīˌroid/ ▸n. *Microbiology* an infectious entity affecting plants, smaller than a virus and consisting only of nucleic acid without a protein coat.
**vi·rol·o·gy** /vīˈräləjē/ ▸n. the branch of science that deals with the study of viruses. —**vi·ro·log·i·cal** /ˌvīrəˈläjikəl/ *adj.* —**vi·ro·log·i·cal·ly** *adv.* —**vi·rol·o·gist** /-jist/ *n.*
**vir·tu** /ˌvərˈtōō/ (also **ver·tu**) ▸n. **1** knowledge of or expertise in the fine arts. ■ curios or objets d'art collectively. **2** *poetic/literary* the good qualities inherent in a person or thing. ▷early 18th cent.: from Italian *virtù* 'virtue'; the variant *vertu* is an alteration, as if from French.
▸**PHRASE** ▫ **article** (or **object**) **of virtu** an article that is interesting because of its antiquity, beauty, quality of workmanship, etc.
**vir·tu·al** /ˈvərCHōōəl/ ▸*adj.* almost or nearly as described, but not completely or according to strict definition: *the virtual absence of border controls.* ■ *Computing* not physically existing as such but made by software to appear to do so: *a virtual computer.* See also VIRTUAL REALITY. ■ *Optics* relating to the points at which rays would meet if produced backward. ■ *Physics* denoting particles or interactions with extremely short lifetimes and (owing to the uncertainty principle) indefinitely great energies, postulated as intermediates in some processes. ▷late Middle English (also in the sense 'possessing certain virtues'): from medieval Latin *virtualis*, from Latin *virtus* 'virtue,' suggested by late Latin *virtuosus*. —**vir·tu·al·i·ty** /ˌvərCHōōˈalitē/ *n.*
**vir·tu·al com·mun·i·ty** ▸n. a community of people sharing common interests, ideas, and feelings over the Internet.
**vir·tu·al im·age** ▸n. *Optics* an optical image formed from the apparent divergence of light rays from a point, as opposed to an image formed from their actual divergence.
**vir·tu·al·ize** /ˈvərCHōōəˌlīz/ ▸v. convert (something) to a computer-generated simulation of reality: [*trans.*] *traditional universities have begun to virtualize parts of their curricula* [*intrans.*] *our method makes it easy to virtualize.* —**vir·tu·al·i·za·tion** *n.* —**vir·tu·al·iz·er** *n.*
**vir·tu·al·ly** /ˈvərCHə(wə)lē/ ▸*adv.* nearly; almost: *virtually all those arrested were accused* | *the college became virtually bankrupt.* ■ *Computing* by means of virtual reality techniques.
**vir·tu·al mem·o·ry** (also **vir·tu·al stor·age**) ▸n. *Computing* memory that appears to exist as main storage although most of it is supported by data held in secondary storage, transfer between the two being made automatically as required.
**vir·tu·al of·fice** ▸n. the operational domain of any business or organization whose work force includes a significant proportion of workers using technology to perform their work at home.
**vir·tu·al pet** ▸n. another term for CYBERPET.
**vir·tu·al pri·vate net·work** (abbr.: **VPN**) ▸n. *Computing* a method employing encryption to provide secure access to a remote computer over the Internet.
**vir·tu·al re·al·i·ty** ▸n. *Computing* the computer-generated simulation of a three-dimensional image or environment that can be interacted with in a seemingly real or physical way by a person using special electronic equipment, such as a helmet with a screen inside or gloves fitted with sensors.
**vir·tue** /ˈvərCHōō/ ▸n. **1** behavior showing high moral standards: *paragons of virtue.* See note at GOODNESS. ■ a quality considered morally good or desirable in a person: *patience is a virtue.* ■ a good or useful quality of a thing: *Mike was extolling the virtues of the car* | *there's no virtue in suffering in silence.* ■ *archaic* virginity or chastity, esp. of a woman. **2 (virtues)** (in traditional Christian angelology) the seventh highest order of the ninefold celestial hierarchy. ▷Middle English: from Old French *vertu*, from Latin *virtus* 'valor, merit, moral perfection,' from *vir* 'man.' —**vir·tue·less** *adj.*
▸**PHRASES** ▫ **by** (or **in**) **virtue of** because or as a result of. ▫ **make a virtue of** derive benefit or advantage from submitting to (an unwelcome obligation or unavoidable circumstance).
**vir·tu·o·so** /ˌvərCHōōˈōsō/ ▸n. (*pl.* **-si** /-sē/ or **-sos**) a person highly skilled in music or another artistic pursuit: *a celebrated clarinet virtuoso* | [as *adj.*] *virtuoso guitar playing.* ■ a person with a special knowledge of or interest in works of art or curios. ▷early 17th cent.: from Italian, literally 'learned, skillful,' from late Latin *virtuosus* (see VIRTUOUS). —**vir·tu·os·ic** /-ˈäsik; -ˈōsik/ *adj.* —**vir·tu·os·i·ty** /-ˈäsitē/ *n.*
**vir·tu·ous** /ˈvərCHəwəs/ ▸*adj.* having or showing high moral standards: *she considered herself very virtuous because she neither drank nor smoked.* See note at MORAL. ■ *archaic* (esp. of a woman) chaste. ▷Middle English: from Old French *vertuous*, from late Latin *virtuosus*, from *virtus* 'virtue.' —**vir·tu·ous·ly** *adv.* —**vir·tu·ous·ness** *n.*
**vir·u·lence gene** ▸n. a gene whose presence or activity in an organism's genome is responsible for the pathogenicity of an infective agent.
**vir·u·lent** /ˈvir(y)ələnt/ ▸*adj.* **1** (of a disease or poison) extremely severe or harmful in its effects. ■ (of a pathogen, esp. a virus) highly infective. **2** bitterly hostile: *a virulent attack on liberalism.* ▷late Middle English (originally describing a poisoned wound): from Latin *virulentus*, from *virus* 'poison' (see VIRUS). —**vir·u·lence** *n.* —**vir·u·lent·ly** *adv.*
**vi·rus** /ˈvīrəs/ ▸n. an infective agent that typically consists of a nucleic acid molecule in a protein coat, too small to be seen by light microscopy, and is able to multiply only within the living cells of a host: [as *adj.*] *a virus infection.* ■ *informal* an infection or disease caused by such an agent. ■ *figurative* a harmful or corrupting influence: *the virus of cruelty that is latent in all human beings.* ■ (also **com·pu·ter vi·rus**) a piece of code that is capable of copying itself and typically has a detrimental effect, such as corrupting the system or destroying data. ▷late Middle English (denoting the venom of a snake): from Latin, literally 'slimy liquid, poison.' The earlier medical sense, superseded by the current use as a result of improved scientific understanding, was 'a substance produced in the body as the result of disease, esp. one that is capable of infecting others with the same disease.'
**Vis.** ▸*abbr.* Viscount.
**vi·sa** /ˈvēzə/ ▸n. an endorsement on a passport indicating that the holder is allowed to enter, leave, or stay for a specified period of time in a country. ▷mid 19th cent.: via French from Latin *visa*, past participle (neuter plural) of *videre* 'to see.'
**vis·age** /ˈvizij/ ▸n. [usu. in *sing.*] *poetic/literary* a person's face, with reference to the form or proportions of the features: *an elegant, angular visage.* ■ a person's facial expression: *there was something hidden behind his visage of cheerfulness.* ■ *figurative* the surface of an object presented to view: *the moonlit visage of the port's whitewashed buildings.* ▷Middle English: via Old French from Latin *visus* 'sight,' from *videre* 'to see.' —**vis·aged** *adj.* [in *combination*] *a stern-visaged old man.*
**Vi·sā·kha** /viˈsäkə/ ▸n. variant spelling of VESAK.
**Vi·sa·kha·pat·nam** /viˌsHäkəˈpətnəm/ a port on the coast of Andhra Pradesh, in southeastern India; pop. 750,000.
**Vi·sa·lia** /viˈsālyə; vī-/ a city in south central California, in the San Joaquin Valley; pop. 75,636.
**vis-à-vis** /ˈvēz ə ˈvē/ ▸*prep.* in relation to; with regard to: *many agencies now have a unit to deal with women's needs vis-à-vis employment.* ■ as compared with; as opposed to: *the advantage for U.S. exports is the value of the dollar vis-à-vis other currencies.*
▸*adv.* *archaic* in a position facing a specified or implied subject: *he was there vis-à-vis with Miss Arundel.*
▸*n.* (*pl.* same) **1** a person or group occupying a corresponding position to that of another person or group in a different area or domain; a counterpart: *his admiration for the U.S. armed services extends to their vis-à-vis, the Russian military.* **2** a face-to-face meeting: *the dreaded vis-à-vis with his boss.* ▷mid 18th cent.: French, literally 'face to face,' from Old French *vis* 'face.'

USAGE The expression vis-à-vis literally means 'face to face.' Avoid using it to mean 'about, concerning,' as in *he wanted to talk to me vis-à-vis next weekend.* In the sense 'in contrast, comparison, or relation to,' however, **vis-à-vis** is generally acceptable: *let us consider government regulations vis-à-vis employment rates.*

**Visc.** ▸*abbr.* Viscount.
**vis·ca·cha** /viˈskäCHə/ ▸n. a large South American burrowing rodent of the chinchilla family, sometimes hunted for its fur and flesh. • Genera *Lagidium* and *Lagostomus*, family Chinchillidae: four species. ▷early 17th cent.: via Spanish from Quechua *(h)uiscacha.*
**vis·cer·a** /ˈvisərə/ ▸*plural n.* (*sing.* **vis·cus** /ˈviskəs/) the internal organs in the main cavities of the body, esp. those in the abdomen, e.g., the intestines. ▷mid 17th cent.: from Latin, plural of *viscus* (see VISCUS).
**vis·cer·al** /ˈvis(ə)rəl/ ▸*adj.* of or relating to the viscera: *the visceral nervous system.* ■ relating to deep inward feelings rather than to the intellect: *the voters' visceral fear of change.* —**vis·cer·al·ly** *adv.*
**vis·cer·o·trop·ic** /ˌvisərəˈträpik; -ˈträpik/ ▸*adj.* (of a microorganism) tending to attack or affect the viscera.
**vis·cid** /ˈvisid/ ▸*adj.* glutinous; sticky: *the viscid mucus lining of the intestine.* ▷mid 17th cent.: from late Latin *viscidus*, from Latin *viscum* 'birdlime.' —**vis·cid·i·ty** /vəˈsidətē/ *n.*
**vis·co·e·las·tic·i·ty** /ˌviskō-iˌlasˈtisitē; -ˌēlə-/ ▸n. *Physics* the property of a substance of exhibiting both elastic and viscous behavior, the application of stress causing temporary deformation if the stress is quickly removed but permanent deformation if it is maintained. —**vis·co·e·las·tic** /-ˌiˈlastik/ *adj.*

Pronunciation Key ə *ago*; ər *over*; ˈə or ˌə *up*; ˈər or ˌər *fur*; a *hat*; ā *rate*; ä *car*; CH *chew*; e *let*; ē *see*; e(ə)r *air*; i *fit*; ī *by*; i(ə)r *ear*; NG *sing*; ō *go*; ô *for*; oi *boy*; ŏŏ *good*; ōō *goo*; ou *out*; SH *she*; TH *thin*; <u>TH</u> *then*; (h)w *why*; ZH *vision*



APLCW-A0000013096