# Exhibit S

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11239706 | SEBIRE ET AL. |
| | Examiner | Art Unit |
| | JASON E MATTIS | 2461 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 01/27/2009 | 07/20/2009 | 12/08/2009 | 05/25/2010 | | | | |
| 1 | 46 | ✓ | ✓ | ✓ | = | | | | |
| 2 | 47 | ✓ | ✓ | ✓ | = | | | | |
|   | 48 | ✓ | ✓ | O | | | | | |
| 3 | 49 | ✓ | ✓ | ✓ | = | | | | |
| 4 | 50 | ✓ | ✓ | ✓ | = | | | | |
| 5 | 51 | ✓ | ✓ | ✓ | = | | | | |
| 6 | 52 | ✓ | ✓ | ✓ | = | | | | |
| 7 | 53 | ✓ | ✓ | ✓ | = | | | | |
| 8 | 54 | ✓ | ✓ | ✓ | = | | | | |
| 9 | 55 | ✓ | ✓ | ✓ | = | | | | |
| 10 | 56 | ✓ | ✓ | ✓ | = | | | | |
| 11 | 57 | ✓ | ✓ | ✓ | = | | | | |
| 12 | 58 | ✓ | ✓ | ✓ | = | | | | |
|   | 59 | ✓ | ✓ | O | | | | | |
| 13 | 60 | ✓ | ✓ | ✓ | = | | | | |
| 14 | 61 | ✓ | ✓ | ✓ | = | | | | |
| 15 | 62 | ✓ | ✓ | ✓ | = | | | | |
| 16 | 63 | ✓ | ✓ | ✓ | = | | | | |
| 17 | 64 | ✓ | ✓ | ✓ | = | | | | |
| 18 | 65 | ✓ | ✓ | ✓ | = | | | | |
| 19 | 66 | ✓ | ✓ | ✓ | = | | | | |
| 20 | 67 | ✓ | ✓ | ✓ | = | | | | |
| 21 | 68 | ✓ | ✓ | ✓ | = | | | | |
| 22 | 69 | ✓ | ✓ | ✓ | = | | | | |
|   | 70 | ✓ | ✓ | O | | | | | |
| 23 | 71 | ✓ | ✓ | ✓ | = | | | | |
| 24 | 72 | ✓ | ✓ | ✓ | = | | | | |
| 25 | 73 | ✓ | ✓ | O | = | | | | |
| 26 | 74 | ✓ | ✓ | O | = | | | | |
| 27 | 75 | ✓ | ✓ | ✓ | = | | | | |
| 28 | 76 | ✓ | ✓ | ✓ | = | | | | |
| 29 | 77 | ✓ | ✓ | ✓ | = | | | | |
| 30 | 78 | ✓ | ✓ | ✓ | = | | | | |
| 32 | 79 | ✓ | ✓ | ✓ | = | | | | |
| 33 | 80 | ✓ | ✓ | ✓ | = | | | | |
| 31 | 81 | ✓ | ✓ | ✓ | = | | | | |

U.S. Patent and Trademark Office                                                                                   Part of Paper No. : 20100525

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11239706 | SEBIRE ET AL. |
| | Examiner | Art Unit |
| | JASON E MATTIS | 2461 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 01/27/2009 | 07/20/2009 | 12/08/2009 | 05/25/2010 | | | | |
| | 82 | ✓ | ✓ | O | | | | | |