Exhibit T

# GSM 04.08 V6.0.0 (1998-04)

*Technical Specification*

**Digital cellular telecommunications system (Phase 2+);
Mobile radio interface layer 3 specification
(GSM 04.08 version 6.0.0 Release 1997)**

*Approved by SMG as SMG version only, not for publication*



GLOBAL SYSTEM FOR
MOBILE COMMUNICATIONS

APLCW0000072030

Error! Use the Home tab to apply ZGSM to the text that you want to appear here.    **2**    **GSM 04.08 V6.0.0 (1998-04)**

Reference
DTS/SMG-030408Q6 (8pc03003.PDF)

Keywords
Digital cellular telecommunications system,
Global System for Mobile communications (GSM)

*ETSI*

Postal address
F-06921 Sophia Antipolis Cedex - FRANCE

Office address
650 Route des Lucioles - Sophia Antipolis
Valbonne - FRANCE
Tel.: +33 4 92 94 42 00   Fax: +33 4 93 65 47 16
Siret N° 348 623 562 00017 - NAF 742 C
Association à but non lucratif enregistrée à la
Sous-Préfecture de Grasse (06) N° 7803/88

Internet
secretariat@etsi.fr
http://www.etsi.fr
http://www.etsi.org

***Copyright Notification***

No part may be reproduced except as authorized by written permission.
The copyright and the foregoing restriction extend to reproduction in all media.

© European Telecommunications Standards Institute 1998.
All rights reserved.

APLCW0000072031

# Contents

Intellectual Property Rights ................................................................................................................................. 26

Foreword ............................................................................................................................................................... 26

Introduction ........................................................................................................................................................... 26

0 Scope ................................................................................................................................................................. 27
0.1        Scope of the Technical Specification ........................................................................................................ 27
0.2        Application to the interface structures ........................................................................................................ 27
0.3        Structure of layer 3 procedures .................................................................................................................. 27
0.4        Test procedures ........................................................................................................................................... 27
0.5        Use of logical channels ............................................................................................................................... 28
0.6        Overview of control procedures .................................................................................................................. 28
0.6.1          List of procedures ................................................................................................................................ 28
0.7        Applicability of implementations ................................................................................................................ 30
0.7.1          Voice Group Call Service (VGCS) and Voice Broadcast Service (VBS) ........................................... 31
0.7.2          General Packet Radio Service (GPRS) .............................................................................................. 31

1          Normative references ................................................................................................................................ 31

2          Definitions and abbreviations ................................................................................................................... 35
2.1        Random values ............................................................................................................................................ 35
2.2        Vocabulary .................................................................................................................................................. 35

3          Radio Resource management procedures ................................................................................................. 37
3.1        Overview/General ....................................................................................................................................... 37
3.1.1          General ................................................................................................................................................. 37
3.1.2          Services provided to upper layers ....................................................................................................... 37
3.1.2.1              Idle mode ........................................................................................................................................ 37
3.1.2.2              Dedicated mode .............................................................................................................................. 37
3.1.2.3              Group receive mode ....................................................................................................................... 38
3.1.2.4              Group transmit mode ...................................................................................................................... 38
3.1.2.5              Packet idle mode ............................................................................................................................ 38
3.1.2.6              Packet transfer mode ...................................................................................................................... 39
3.1.3          Services required from data link and physical layers .......................................................................... 39
3.1.4          Change of dedicated channels ............................................................................................................ 39
3.1.4.1              Change of dedicated channels using SAPI = 0 .............................................................................. 39
3.1.4.2              Change of dedicated channels using other SAPIs than 0 ............................................................... 39
3.1.4.3              Sequenced message transfer operation ......................................................................................... 39
3.1.4.3.1                  Variables and sequence numbers ........................................................................................... 40
3.1.4.3.1.2                  Send sequence number N(SD) .............................................................................................. 40
3.1.4.3.2                  Procedures for the initiation, transfer execution and termination of the sequenced message
                               transfer operation ................................................................................................................... 40
3.1.4.3.2.2                  Transfer Execution ................................................................................................................ 40
3.1.5          Procedure for Service Request and Contention Resolution ................................................................ 40
3.2        Idle mode and packet idle mode procedures .............................................................................................. 41
3.2.1          Mobile Station side ............................................................................................................................. 41
3.2.1.1              Mobile station supporting GPRS ..................................................................................................... 41
3.2.2          Network side ........................................................................................................................................ 42
3.2.2.1              System information broadcasting ..................................................................................................... 42
3.2.2.2              Paging ............................................................................................................................................ 43
3.3        RR connection establishment ...................................................................................................................... 43
3.3.1          RR connection establishment initiated by the mobile station .............................................................. 43
3.3.1.1              Entering the dedicated mode : immediate assignment procedure .................................................... 43
3.3.1.1.1                  Permission to access the network ........................................................................................... 44
3.3.1.1.2                  Initiation of the immediate assignment procedure .................................................................. 44
3.3.1.1.3                  Answer from the network ........................................................................................................ 45
3.3.1.1.3.1                  On receipt of a CHANNEL REQUEST message ..................................................................... 45
3.3.1.1.3.2                  Assignment rejection .............................................................................................................. 46

| | | |
|---|---|---|
| 3.3.1.1.4 | Assignment completion | 46 |
| 3.3.1.1.5 | Abnormal cases | 47 |
| 3.3.1.2 | Entering the group transmit mode: uplink access procedure | 47 |
| 3.3.1.2.1 | Mobile station side | 48 |
| 3.3.1.2.1.1 | Uplink investigation procedure | 48 |
| 3.3.1.2.1.2 | Uplink access procedure | 48 |
| 3.3.1.2.2 | Network side | 48 |
| 3.3.1.2.3 | Abnormal cases | 49 |
| 3.3.1.3 | Dedicated mode and GPRS | 49 |
| 3.3.2 | Paging procedure for RR connection establishment | 49 |
| 3.3.2.1 | Paging initiation by the network | 49 |
| 3.3.2.1.1 | Paging initiation using paging subchannel on CCCH | 49 |
| 3.3.2.1.2 | Paging initiation using paging subchannel on PCCCH | 51 |
| 3.3.2.1.3 | Paging initiation using PACCH | 51 |
| 3.3.2.2 | Paging response | 51 |
| 3.3.2.3 | Abnormal cases | 51 |
| 3.3.3 | Notification procedure | 52 |
| 3.3.3.1 | Notification of a call | 52 |
| 3.3.3.2 | Joining a VGCS or VBS call | 52 |
| 3.3.3.3 | Reduced NCH monitoring mechanism | 52 |
| 3.4 | Procedures in dedicated mode and in group transmit mode | 53 |
| 3.4.1 | SACCH procedures | 53 |
| 3.4.1.1 | General | 53 |
| 3.4.1.2 | Measurement report | 54 |
| 3.4.1.3 | Extended measurement report $(MAFA)$ | 54 |
| 3.4.2 | Transfer of messages and link layer service provision | 55 |
| 3.4.3 | Channel assignment procedure | 55 |
| 3.4.3.1 | Channel assignment initiation | 55 |
| 3.4.3.2 | Assignment completion | 56 |
| 3.4.3.3 | Abnormal cases | 57 |
| 3.4.4 | Handover procedure | 57 |
| 3.4.4.1 | Handover initiation | 58 |
| 3.4.4.2 | Physical channel establishment | 59 |
| 3.4.4.2.1 | Finely synchronized cell case | 59 |
| 3.4.4.2.2 | Non synchronized cell case | 59 |
| 3.4.4.2.3 | Pseudo-synchronized cell case | 60 |
| 3.4.4.2.4 | Pre-synchronized cell case | 60 |
| 3.4.4.3 | Handover completion | 61 |
| 3.4.4.4 | Abnormal cases | 61 |
| 3.4.5 | Frequency redefinition procedure | 62 |
| 3.4.5.1 | Abnormal cases | 62 |
| 3.4.6 | Channel mode modify procedure | 62 |
| 3.4.6.1 | Normal channel mode modify procedure | 63 |
| 3.4.6.1.1 | Initiation of the channel mode modify procedure | 63 |
| 3.4.6.1.2 | Completion of channel mode modify procedure | 63 |
| 3.4.6.1.3 | Abnormal cases | 63 |
| 3.4.6.2 | Channel mode modify procedure for a voice group call talker | 63 |
| 3.4.6.2.1 | Initiation of the channel mode modify procedure | 63 |
| 3.4.6.2.2 | Completion of mode change procedure | 64 |
| 3.4.6.2.3 | Abnormal cases | 64 |
| 3.4.7 | Ciphering mode setting procedure | 64 |
| 3.4.7.1 | Ciphering mode setting initiation | 64 |
| 3.4.7.2 | Ciphering mode setting completion | 64 |
| 3.4.8 | Additional channel assignment procedure | 65 |
| 3.4.8.1 | Additional assignment procedure initiation | 65 |
| 3.4.8.2 | Additional assignment procedure completion | 65 |
| 3.4.8.3 | Abnormal cases | 65 |
| 3.4.9 | Partial channel release procedure | 65 |
| 3.4.9.1 | Partial release procedure initiation | 66 |
| 3.4.9.2 | Abnormal cases | 66 |

Error! Use the Home tab to apply ZGSM to the text that you want to appear here.        **GSM 04.08 V6.0.0 (1998-04)**

3.4.10          Classmark change procedure ..................................................................................................... 66
3.4.11          Classmark interrogation procedure ........................................................................................... 66
3.4.11.1           Classmark interrogation initiation ......................................................................................... 66
3.4.11.2           Classmark interrogation completion ...................................................................................... 66
3.4.12          Indication of notifications and paging informations .................................................................. 66
3.4.13          RR connection release procedure ............................................................................................. 67
3.4.13.1           Normal release procedure ...................................................................................................... 67
3.4.13.1.1            Channel release procedure initiation in dedicated mode and in group transmit mode ........ 67
3.4.13.1.2            Abnormal cases ................................................................................................................ 68
3.4.13.2           Radio link failure in dedicated mode .................................................................................... 68
3.4.13.2.1            Mobile side ...................................................................................................................... 68
3.4.13.2.2            Network side .................................................................................................................... 68
3.4.13.3           RR connection abortion in dedicated mode ........................................................................... 69
3.4.13.4           Uplink release procedure in group transmit mode ................................................................ 69
3.4.14          Receiving a RR STATUS message by a RR entity. ................................................................... 69
3.4.15          Group receive mode procedures ............................................................................................... 69
3.4.15.1           Mobile station side ................................................................................................................ 69
3.4.15.1.1            Reception of the VGCS or VBS channel .......................................................................... 69
3.4.15.1.2            Monitoring of downlink messages and related procedures ............................................... 69
3.4.15.1.2.1             Channel assignment procedure ...................................................................................... 70
3.4.15.1.2.2             Frequency redefinition procedure .................................................................................. 70
3.4.15.1.2.3             Channel mode modify procedure .................................................................................... 70
3.4.15.1.2.4             Notification and paging information ............................................................................... 70
3.4.15.1.2.4.1              Use of Reduced NCH monitoring ............................................................................ 70
3.4.15.1.2.5             Uplink status messages .................................................................................................. 71
3.4.15.1.2.6             Channel release message ............................................................................................... 71
3.4.15.1.2.7             Information on paging channel restructuring .................................................................. 71
3.4.15.1.3            Uplink reply procedure .................................................................................................... 71
3.4.15.1.4            Leaving the group receive mode ...................................................................................... 71
3.4.15.1.4.1             Returning to idle mode ................................................................................................... 71
3.4.15.1.4.2             Going to group transmit mode ....................................................................................... 71
3.4.15.2           Network side .......................................................................................................................... 72
3.4.15.2.1            Provision of messages on the VGCS or VBS channel downlink ........................................ 72
3.4.15.2.1.1             General .......................................................................................................................... 72
3.4.15.2.1.2             Provision of general information messages ..................................................................... 72
3.4.15.2.1.3             Provision of messages related to the voice group call uplink channel ............................ 72
3.4.15.2.2            Release of the VGCS or VBS Channels ........................................................................... 73
3.4.15.3            Failure cases .................................................................................................................... 73
3.4.16          Configuration change procedure ............................................................................................... 73
3.4.16.1            Configuration change initiation ........................................................................................ 73
3.4.16.2            Configuration change completion ..................................................................................... 73
3.4.16.3            Abnormal cases ................................................................................................................ 73
3.4.17          Mapping of user data substreams onto timeslots in a multislot configuration .......................... 74
3.4.18          Handling of classmark information at band change .................................................................... 74
3.4.19          Assignment to a Packet Data channel ....................................................................................... 74
3.4.19.1            Assignment to PDCH initiation ........................................................................................ 75
3.4.19.2            Completion of the Assignment to PDCH procedure ......................................................... 76
3.4.19.3            Abnormal cases ................................................................................................................ 76
3.4.20          RR-Network Commanded Cell Change Order .......................................................................... 76
3.4.20.1            RR-network commanded cell change order initiation ........................................................ 77
3.4.20.2            Network controlled cell reselection completion ................................................................ 77
3.4.20.3            Abnormal cases ................................................................................................................ 77
3.5            RR procedures on CCCH related to temporary block flow establishment ................................. 78
3.5.1           Packet paging procedure using CCCH ...................................................................................... 78
3.5.1.1            Packet paging initiation by the network .............................................................................. 78
3.5.1.2            On receipt of a packet paging request ................................................................................. 79
3.5.2           Packet access procedure using CCCH ...................................................................................... 79
3.5.2.1            Entering the packet transfer mode: packet access procedure ............................................. 79
3.5.2.1.1             Permission to access the network ..................................................................................... 79
3.5.2.1.2             Initiation of the packet access procedure: channel request ............................................... 79

APLCW0000072034

3.5.2.1.3       Packet immediate assignment ................................................................................................ 80
3.5.2.1.3.1     On receipt of a CHANNEL REQUEST message ................................................................. 80
3.5.2.1.3.2     One phase packet access ..................................................................................................... 80
3.5.2.1.3.3     Single block packet access .................................................................................................. 81
3.5.2.1.3.4     Packet access rejection ....................................................................................................... 81
3.5.2.1.4       Packet access completion ................................................................................................... 82
3.5.2.1.5       Abnormal cases ................................................................................................................... 82
3.5.3           Packet downlink assignment procedure using CCCH ........................................................ 82
3.5.3.1         Entering the packet transfer mode: packet downlink assignment procedure ...................... 82
3.5.3.1.2       Initiation of the packet downlink assignment procedure ..................................................... 82
3.5.3.1.3       Packet downlink assignment completion ............................................................................ 83
3.5.3.1.4       Abnormal cases ................................................................................................................... 83

4           Elementary procedures for Mobility Management ................................................................ 84
4.1.1           Type of MM and GMM procedures ................................................................................... 84
4.1.2           MM sublayer states ............................................................................................................. 85
4.1.2.1         MM sublayer states in the mobile station ........................................................................... 85
4.1.2.1.1       Main states .......................................................................................................................... 86
4.1.2.1.2       Substates of the MM IDLE state ........................................................................................ 89
4.1.2.2         The update Status ................................................................................................................ 90
4.1.2.3         MM sublayer states on the network side ............................................................................. 91
4.1.3           GPRS mobility management (GMM) sublayer states .......................................................... 92
4.1.3.1         GMM states in the MS ........................................................................................................ 92
4.1.3.1.1       Main states .......................................................................................................................... 92
4.1.3.1.1.1     GMM-NULL .................................................................................................................. 92
4.1.3.1.1.2     GMM-DEREGISTERED ................................................................................................ 92
4.1.3.1.1.3     GMM-REGISTERED-INITIATED ................................................................................ 92
4.1.3.1.1.4     GMM-REGISTERED ..................................................................................................... 93
4.1.3.1.1.5     GMM-DEREGISTERED-INITIATED ............................................................................ 93
4.1.3.1.1.6     GMM-ROUTING-AREA-UPDATING-INITIATED ....................................................... 93
4.1.3.1.2       Substates of state GMM-DEREGISTERED ....................................................................... 93
4.1.3.1.2.1     GMM-DEREGISTERED.NORMAL-SERVICE ............................................................. 93
4.1.3.1.2.2     GMM-DEREGISTERED.LIMITED-SERVICE .............................................................. 93
4.1.3.1.2.3     GMM-DEREGISTERED.ATTACH-NEEDED ............................................................... 93
4.1.3.1.2.4     GMM-DEREGISTERED.ATTEMPTING-TO-ATTACH ................................................ 93
4.1.3.1.2.5     GMM-DEREGISTERED.NO-IMSI ................................................................................ 93
4.1.3.1.2.6     GMM-DEREGISTERED.NO-CELL-AVAILABLE ......................................................... 93
4.1.3.1.2.7     GMM-DEREGISTERED.PLMN-SEARCH .................................................................... 93
4.1.3.1.3       Substates of state GMM-REGISTERED ............................................................................ 94
4.1.3.1.3.1     GMM-REGISTERED.NORMAL-SERVICE .................................................................. 94
4.1.3.1.3.2     GMM-REGISTERED.SUSPENDED ............................................................................. 94
4.1.3.1.3.3     GMM-REGISTERED.UPDATE-NEEDED ..................................................................... 94
4.1.3.1.3.4     GMM-REGISTERED.ATTEMPTING-TO-UPDATE ...................................................... 94
4.1.3.1.3.5     GMM-REGISTERED.NO-CELL-AVAILABLE .............................................................. 94
4.1.3.2         GPRS update status ............................................................................................................ 95
4.1.3.3         GMM mobility management states on the network side ...................................................... 96
4.1.3.3.1       Main States ......................................................................................................................... 96
4.1.3.3.1.1     GMM-DEREGISTERED ................................................................................................ 96
4.1.3.3.1.2     GMM-COMMON-PROCEDURE-INITIATED ............................................................... 96
4.1.3.3.1.3     GMM-REGISTERED ..................................................................................................... 96
4.1.3.3.1.4     GMM-DEREGISTERED-INITIATED ............................................................................ 96
4.1.3.3.2       Substates of state GMM-REGISTERED ............................................................................ 97
4.1.3.3.2.1     GMM-REGISTERED.NORMAL-SERVICE .................................................................. 97
4.1.3.3.2.2     GMM-REGISTERED.SUSPENDED ............................................................................. 97
4.2             Behaviour of the MS in MM Idle state, GMM-DEREGISTERED state and GMM-REGISTERED
                state ...................................................................................................................................... 97
4.2.1           Primary Service State selection ........................................................................................... 98
4.2.1.1         Selection of the Service State after Power On. .................................................................... 98
4.2.1.2         Other Cases. ........................................................................................................................ 98
4.2.2           Detailed Description of the MS behaviour in MM IDLE State. ........................................... 99
4.2.2.1         Service State, NORMAL SERVICE .................................................................................... 99

APLCW0000072035

4.2.2.2          Service State, ATTEMPTING TO UPDATE ................................................................. 99
4.2.2.3          Service State, LIMITED SERVICE ........................................................................... 100
4.2.2.4          Service State, NO IMSI ............................................................................................ 100
4.2.2.5          Service State, SEARCH FOR PLMN, NORMAL SERVICE ................................... 101
4.2.2.6          Service State, SEARCH FOR PLMN ....................................................................... 101
4.2.2.7          Service State, RECEIVING GROUP CALL (NORMAL SERVICE) ......................... 101
4.2.2.8          Service State, RECEIVING GROUP CALL (LIMITED SERVICE) .......................... 102
4.2.3          Service state when back to state MM IDLE from another state ....................................... 102
4.2.4          Behaviour in state GMM-DEREGISTERED ................................................................... 103
4.2.4.1          Primary substate selection ........................................................................................ 103
4.2.4.1.1          Selection of the substate after power on or enabling the MS's GPRS capability ......... 103
4.2.4.1.2          Other Cases ............................................................................................................... 104
4.2.4.2          Detailed description of the MS behaviour in state GMM-DEREGISTERED ............. 104
4.2.4.2.1          Substate, NORMAL-SERVICE ................................................................................. 104
4.2.4.2.2          Substate, ATTEMPTING-TO-ATTACH ................................................................... 104
4.2.4.2.3          Substate, LIMITED-SERVICE .................................................................................. 104
4.2.4.2.4          Substate, NO-IMSI .................................................................................................... 104
4.2.4.2.5          Substate, NO-CELL ................................................................................................... 104
4.2.4.2.6          Substate, PLMN-SEARCH ....................................................................................... 104
4.2.4.2.7          Substate, ATTACH-NEEDED ................................................................................... 105
4.2.4.3          Substate when back to state GMM-DEREGISTERED from another GMM state ......... 105
4.3          MM common procedures ...................................................................................................... 105
4.3.1          TMSI reallocation procedure ......................................................................................... 105
4.3.1.1          TMSI reallocation initiation by the network ............................................................. 106
4.3.1.2          TMSI reallocation completion by the mobile station ................................................. 106
4.3.1.3          TMSI reallocation completion in the network ........................................................... 106
4.3.1.4          Abnormal cases .......................................................................................................... 106
4.3.2          Authentication procedure ............................................................................................... 107
4.3.2.1          Authentication request by the network ...................................................................... 107
4.3.2.2          Authentication response by the mobile station .......................................................... 107
4.3.2.3          Authentication processing in the network .................................................................. 107
4.3.2.4          Ciphering key sequence number ................................................................................ 107
4.3.2.5          Unsuccessful authentication ...................................................................................... 108
4.3.2.6          Abnormal cases .......................................................................................................... 108
4.3.3          Identification procedure ................................................................................................. 109
4.3.3.1          Identity request by the network ................................................................................. 109
4.3.3.2          Identification response by the mobile station ............................................................ 109
4.3.3.3          Abnormal cases .......................................................................................................... 109
4.3.4          IMSI detach procedure ................................................................................................... 110
4.3.4.1          IMSI detach initiation by the mobile station ............................................................. 110
4.3.4.2          IMSI detach procedure in the network ...................................................................... 110
4.3.4.3          IMSI detach completion by the mobile station .......................................................... 110
4.3.4.4          Abnormal cases .......................................................................................................... 110
4.3.5          Abort procedure ............................................................................................................. 110
4.3.5.1          Abort procedure initiation by the network ................................................................. 111
4.3.5.2          Abort procedure in the mobile station ....................................................................... 111
4.3.6          MM information procedure ............................................................................................. 111
4.3.6.1          MM information procedure initiation by the network ................................................ 111
4.3.6.2          MM information procedure in the mobile station ....................................................... 111
4.4          MM specific procedures ....................................................................................................... 111
4.4.1          Location updating procedure .......................................................................................... 112
4.4.2          Periodic updating ........................................................................................................... 112
4.4.3          IMSI attach procedure .................................................................................................... 113
4.4.4          Generic Location Updating procedure ........................................................................... 114
4.4.4.1          Location updating initiation by the mobile station .................................................... 114
4.4.4.1a          Network Request for Additional mobile station Capability Information .................... 114
4.4.4.2          Identification request from the network ..................................................................... 114
4.4.4.3          Authentication by the network ................................................................................... 114
4.4.4.4          Ciphering mode setting by the network ..................................................................... 114
4.4.4.5          Attempt Counter ........................................................................................................ 114

| | | |
|---|---|---|
| 4.4.4.6 | Location updating accepted by the network | 115 |
| 4.4.4.7 | Location updating not accepted by the network | 115 |
| 4.4.4.8 | Release of RR connection after location updating | 116 |
| 4.4.4.9 | Abnormal cases on the mobile station side | 116 |
| 4.4.4.10 | Abnormal cases on the network side | 117 |
| 4.5 | Connection management sublayer service provision | 118 |
| 4.5.1 | MM connection establishment | 118 |
| 4.5.1.1 | MM connection establishment initiated by the mobile station | 118 |
| 4.5.1.2 | Abnormal cases | 120 |
| 4.5.1.3 | MM connection establishment initiated by the network | 121 |
| 4.5.1.3.1 | Mobile Terminating CM Activity | 121 |
| 4.5.1.3.2 | Mobile Originating CM Activity $(CCBS)$ | 122 |
| 4.5.1.4 | Abnormal cases | 123 |
| 4.5.1.5 | MM connection establishment for emergency calls | 123 |
| 4.5.1.6 | Call re-establishment | 123 |
| 4.5.1.6.1 | Call re-establishment, initiation by the mobile station | 124 |
| 4.5.1.6.2 | Abnormal cases | 125 |
| 4.5.1.7 | Forced release during MO MM connection establishment | 126 |
| 4.5.2 | MM connection information transfer phase | 126 |
| 4.5.2.1 | Sending CM messages | 126 |
| 4.5.2.2 | Receiving CM messages | 127 |
| 4.5.2.3 | Abnormal cases | 127 |
| 4.5.3 | MM connection release | 127 |
| 4.5.3.1 | Release of associated RR connection | 127 |
| 4.5.3.2 | Uplink release in a voice group call | 127 |
| 4.6 | Receiving a MM STATUS message by a MM entity. | 127 |
| 4.7 | Elementary mobility management procedures for GPRS services | 128 |
| 4.7.1 | General | 128 |
| 4.7.1.1 | Lower layer failure | 128 |
| 4.7.1.2 | Ciphering of messages | 128 |
| 4.7.2 | GPRS Mobility management timers | 128 |
| 4.7.2.1 | READY and STANDBY timer behaviour | 128 |
| 4.7.2.2 | Periodic routing area updating | 129 |
| 4.7.3 | GPRS attach procedure | 130 |
| 4.7.3.1 | GPRS attach procedure for GPRS services | 130 |
| 4.7.3.1.1 | GPRS attach procedure initiation | 130 |
| 4.7.3.1.2 | GMM common procedure initiation | 131 |
| 4.7.3.1.3 | GPRS attach accepted by the network | 131 |
| 4.7.3.1.4 | GPRS attach not accepted by the network | 131 |
| 4.7.3.1.5 | Abnormal cases in the MS | 132 |
| 4.7.3.1.6 | Abnormal cases on the network side | 133 |
| 4.7.3.2 | Combined GPRS attach procedure for GPRS and non-GPRS services | 134 |
| 4.7.3.2.1 | Combined GPRS attach procedure initiation | 134 |
| 4.7.3.2.2 | GMM Common procedure initiation | 134 |
| 4.7.3.2.3 | Combined GPRS attach accepted by the network | 134 |
| 4.7.3.2.4 | Combined GPRS attach not accepted by the network | 135 |
| 4.7.3.2.5 | Abnormal cases in the MS | 136 |
| 4.7.3.2.6 | Abnormal cases on the network side | 136 |
| 4.7.4 | GPRS detach procedure | 137 |
| 4.7.4.1 | MS initiated GPRS detach procedure | 137 |
| 4.7.4.1.1 | MS initiated GPRS detach procedure initiation | 137 |
| 4.7.4.1.2 | MS initiated GPRS detach procedure completion for GPRS services only | 137 |
| 4.7.4.1.3 | MS initiated combined GPRS detach procedure completion | 138 |
| 4.7.4.1.4 | Abnormal cases in the MS | 138 |
| 4.7.4.2 | Network initiated GPRS detach procedure | 139 |
| 4.7.4.2.1 | Network initiated GPRS detach procedure initiation | 139 |
| 4.7.4.2.2 | Network initiated GPRS detach procedure completion | 139 |
| 4.7.4.2.3 | Abnormal cases on the network side | 139 |
| 4.7.5 | Routing area updating procedure | 140 |
| 4.7.5.1 | Normal and periodic routing area updating procedure | 141 |

APLCW0000072037

4.7.5.1.1        Normal and periodic routing area updating procedure initiation ................................................ 141
4.7.5.1.2        GMM Common procedure initiation ........................................................................................... 141
4.7.5.1.3        Normal and periodic routing area updating procedure accepted by the network ..................... 141
4.7.5.1.4        Normal and periodic routing area updating procedure not accepted by the network ................... 142
4.7.5.1.5        Abnormal cases in the MS ...................................................................................................... 142
4.7.5.1.6        Abnormal cases on the network side .......................................................................................... 143
4.7.5.2          Combined routing area updating procedure ..................................................................................... 144
4.7.5.2.1        Combined routing area updating procedure initiation ............................................................... 144
The              combined routing area updating procedure is initiated only if the MS is in state GMM-
                 REGISTERED and if the network operates in network operation mode I: ................................ 144
4.7.5.2.2        GMM Common procedure initiation ........................................................................................... 145
4.7.5.2.3        Combined routing area updating procedure accepted by the network ......................................... 145
4.7.5.2.4        Combined routing area updating not accepted by the network .................................................. 146
4.7.5.2.5        Abnormal cases in the MS ...................................................................................................... 146
4.7.5.2.6        Abnormal cases on the network side .......................................................................................... 147
4.7.6            P-TMSI reallocation procedure ........................................................................................................ 147
4.7.6.1          P-TMSI reallocation initiation by the network ........................................................................ 147
4.7.6.2          P-TMSI reallocation completion by the MS ............................................................................. 147
4.7.6.3          P-TMSI reallocation completion by the network ...................................................................... 147
4.7.6.4          Abnormal cases in the MS ...................................................................................................... 147
4.7.6.5          Abnormal cases on the network side .......................................................................................... 148
4.7.7            Authentication and ciphering procedure ........................................................................................... 148
4.7.7.1          Authentication and ciphering initiation by the network ........................................................... 149
4.7.7.2          Authentication and ciphering response by the MS .................................................................... 149
4.7.7.3          Authentication and ciphering completion by the network ......................................................... 149
4.7.7.4          GPRS ciphering key sequence number ..................................................................................... 149
4.7.7.5          Unsuccessful authentication and ciphering ............................................................................... 150
4.7.7.6          Abnormal cases on the network side .......................................................................................... 150
4.7.8            Identification procedure ................................................................................................................... 151
4.7.8.1          Identification initiation by the network ..................................................................................... 151
4.7.8.2          Identification response by the MS ............................................................................................. 151
4.7.8.3          Identification completion by the network .................................................................................. 151
4.7.8.4          Abnormal cases on the network side .......................................................................................... 151
4.7.9            Paging procedure ............................................................................................................................. 152
4.7.9.1          Paging for GPRS services ....................................................................................................... 152
4.7.9.2          Paging for non-GPRS services ................................................................................................. 152
4.7.10           Receiving a GMM STATUS message by a GMM entity .................................................................. 152
4.7.11           GMM support for anonymous access ............................................................................................... 152
4.7.11.1         MS side .................................................................................................................................. 153
4.7.11.2         Network side ........................................................................................................................... 153
4.7.12           GMM Information procedure ............................................................................................................ 153
4.7.12.1         GMM information procedure initiation by the network .............................................................. 153
4.7.12.2         GMM information procedure in the mobile station .................................................................... 153

5                Elementary procedures for circuit-switched Call Control .............................................................. 153
5.1              Overview ......................................................................................................................................... 153
5.1.1            General ............................................................................................................................................ 153
5.1.2            Call Control States .......................................................................................................................... 158
5.1.2.1          Call states at the mobile station side of the interface .................................................................. 158
5.1.2.1.1        Null (State U0) ....................................................................................................................... 158159
5.1.2.1.2        MM Connection pending (U0.1) .............................................................................................. 159
5.1.2.1.2a       CC prompt present (U0.2) $(CCBS)$ ....................................................................................... 159
5.1.2.1.2b       Wait for network information (U0.3) $(CCBS)$ ....................................................................... 159
5.1.2.1.2c       CC-Establishment present (U0.4) $(CCBS)$ ........................................................................... 159
5.1.2.1.2d       CC-Establishment confirmed (U0.5) $(CCBS)$ ....................................................................... 159
5.1.2.1.2e       Recall present (U0.6) $(CCBS)$ ............................................................................................. 159
5.1.2.1.3        Call initiated (U1) .................................................................................................................. 159
5.1.2.1.4        Mobile originating call proceeding (U3) .................................................................................. 159
5.1.2.1.5        Call delivered (U4) ................................................................................................................ 159
5.1.2.1.6        Call present (U6) .................................................................................................................... 159
5.1.2.1.7        Call received (U7) .................................................................................................................. 159160

APLCW0000072038

5.1.2.1.8      Connect Request (U8) ................................................................................................. 160
5.1.2.1.9      Mobile terminating call confirmed (U9) ...................................................................... 160
5.1.2.1.10     Active (U10) ................................................................................................................. 160
5.1.2.1.11     Disconnect request (U11) ............................................................................................. 160
5.1.2.1.12     Disconnect indication (U12) ......................................................................................... 160
5.1.2.1.13     Release request (U19) ................................................................................................... 160
5.1.2.1.14     Mobile originating modify (U26) .................................................................................. 160
5.1.2.1.15     Mobile terminating modify (U27) ................................................................................ 160
5.1.2.2        Network call states ........................................................................................................ 160
5.1.2.2.1      Null (State N0) .............................................................................................................. 160
5.1.2.2.2      MM connection pending (N0.1) .................................................................................... 160
5.1.2.2.2a     CC connection pending (N0.2) $(CCBS)$ .................................................................. 160161
5.1.2.2.2b     Network answer pending (N0.3) $(CCBS)$ ................................................................ 161
5.1.2.2.2c     CC-Establishment present (N0.4) $(CCBS)$ .............................................................. 161
5.1.2.2.2d     CC-Establishment confirmed (N0.5) $(CCBS)$ ........................................................ 161
5.1.2.2.3      Call initiated (N1) ......................................................................................................... 161
5.1.2.2.4      Mobile originating call proceeding (N3) ...................................................................... 161
5.1.2.2.5      Call delivered (N4) ....................................................................................................... 161
5.1.2.2.6      Call present (N6) ........................................................................................................... 161
5.1.2.2.7      Call received (N7) ......................................................................................................... 161
5.1.2.2.8      Connect request (N8) .................................................................................................... 161
5.1.2.2.9      Mobile terminating call confirmed (N9) ...................................................................... 161
5.1.2.2.10     Active (N10) .................................................................................................................. 161162
5.1.2.2.11     {Not used} .................................................................................................................... 162
5.1.2.2.12     Disconnect indication (N12) ......................................................................................... 162
5.1.2.2.13     Release request (N19) ................................................................................................... 162
5.1.2.2.14     Mobile originating modify (N26) .................................................................................. 162
5.1.2.2.15     Mobile terminating modify (N27) ................................................................................ 162
5.1.2.2.16     Connect Indication (N28) .............................................................................................. 162
5.2            Call establishment procedures ...................................................................................... 162
5.2.1          Mobile originating call establishment ......................................................................... 162163
5.2.1.1        Call initiation ................................................................................................................ 163
5.2.1.2        Receipt of a setup message ........................................................................................... 163
5.2.1.3        Receipt of a CALL PROCEEDING message ............................................................... 164165
5.2.1.4        Notification of progressing mobile originated call ...................................................... 165
5.2.1.4.1      Notification of interworking in connection with mobile originated call establishment ........... 165
5.2.1.4.2      Call progress in the PLMN/ISDN environment ........................................................... 165
5.2.1.5        Alerting ......................................................................................................................... 166
5.2.1.6        Call connected ............................................................................................................... 166
5.2.1.7        Call rejection ................................................................................................................. 167
5.2.1.8        Transit network selection .............................................................................................. 167
5.2.1.9        Traffic channel assignment at mobile originating call establishment .......................... 167
5.2.1.10       Call queuing at mobile originating call establishment .................................................. 167
5.2.2          Mobile terminating call establishment ......................................................................... 167168
5.2.2.1        Call indication ............................................................................................................... 168
5.2.2.2        Compatibility checking ................................................................................................. 168
5.2.2.3        Call confirmation .......................................................................................................... 168
5.2.2.3.1      Response to SETUP ...................................................................................................... 168
5.2.2.3.2      Receipt of CALL CONFIRMED and ALERTING by the network ............................... 169
5.2.2.3.3      Call failure procedures ................................................................................................. 169
5.2.2.3.4      Called mobile station clearing during mobile terminating call establishment ............. 169170
5.2.2.4        Notification of interworking in connection with mobile terminating call establishment .......... 170
5.2.2.5        Call accept .................................................................................................................... 170
5.2.2.6        Active indication ........................................................................................................... 170
5.2.2.7        Traffic channel assignment at mobile terminating call establishment ......................... 170
5.2.2.8        Call queuing at mobile terminating call establishment ................................................ 171
5.2.2.9        User connection attachment during a mobile terminating call ..................................... 171
5.2.3          Network initiated MO call $(CCBS)$ .......................................................................... 171
5.2.3.1        Initiation ....................................................................................................................... 171
5.2.3.2        CC-Establishment present ............................................................................................. 171

Error! Use the Home tab to apply ZGSM to the text that you want to appear here.          **GSM 04.08 V6.0.0 (1998-04)**

5.2.3.2.1          Recall Alignment Procedure ........................................................................... 173
5.2.3.4            Recall present.............................................................................................. 174
5.2.3.5            Traffic channel assignment during network initiated mobile originating call establishment......... 175
5.3        Signalling procedures during the "active" state ........................................................... 175
5.3.1          User notification procedure ................................................................................ 175
5.3.2          Call rearrangements ......................................................................................... 175
5.3.3          Not used ...................................................................................................... 175
5.3.4          Support of Dual Services.................................................................................... 175
5.3.4.1            Service Description........................................................................................ 175176
5.3.4.2            Call establishment ......................................................................................... 176
5.3.4.2.1              Mobile Originating Establishment ...................................................................... 176
5.3.4.2.2              Mobile Terminating Establishment ..................................................................... 177
5.3.4.3            Changing the Call Mode .................................................................................. 177
5.3.4.3.1              Initiation of in-call modification ........................................................................ 177
5.3.4.3.2              Successful completion of in-call modification ......................................................... 177178
5.3.4.3.3              Change of the channel configuration.................................................................... 178
5.3.4.3.4              Failure of in-call modification........................................................................... 178
5.3.4.3.4.1                Network rejection of in-call modification ........................................................... 178
5.3.4.3.4.2                Mobile station rejection of in-call modification ..................................................... 178
5.3.4.3.4.3                Time-out recovery ................................................................................... 178
5.3.4.4            Abnormal procedures ..................................................................................... 178179
5.3.5          User initiated service level up- and downgrading ........................................................... 179
5.3.5.1            Initiation of service level up- and downgrading ........................................................ 179
5.3.5.2            Successful completion of service level up- and downgrading ......................................... 179180
5.3.5.3            Rejection of service level up- and downgrading ....................................................... 180
5.3.5.4            Time-out recovery ........................................................................................ 180
5.4        Call clearing ................................................................................................... 180
5.4.1          Terminology .................................................................................................. 180
5.4.2          Exception conditions ......................................................................................... 180
5.4.3          Clearing initiated by the mobile station ..................................................................... 181
5.4.3.1            Initiation of call clearing.................................................................................. 181
5.4.3.2            Receipt of a DISCONNECT message from the mobile station. .......................................... 181
5.4.3.3            Receipt of a RELEASE message from the network ...................................................... 181
5.4.3.4            Receipt of a RELEASE COMPLETE message from the mobile station ................................. 181182
5.4.3.5            Abnormal cases............................................................................................ 181182
5.4.4          Clearing initiated by the network ............................................................................ 182
5.4.4.1            Clearing when tones/announcements provided.......................................................... 182
5.4.4.1.1              Receipt of a DISCONNECT message with progress indicator #8 from the network.................... 182
5.4.4.1.2              Expiry of timer T306 .................................................................................. 182
5.4.4.2            Clearing when tones/announcements not provided...................................................... 182
5.4.4.2.1              Receipt of a DISCONNECT message without progress indicator or with progress indicator
                   different #8 from the network.......................................................................... 182183
5.4.4.2.2              Receipt of a RELEASE message from the mobile station............................................. 183
5.4.4.2.3              Abnormal cases ....................................................................................... 183
5.4.4.3            Completion of clearing ................................................................................... 183
5.4.4.3.1              Abnormal cases ....................................................................................... 183
5.4.5          Clear collision ............................................................................................... 183
5.5        Miscellaneous procedures ..................................................................................... 183184
5.5.1          In-band tones and announcements ........................................................................... 183184
5.5.2          Call collisions ................................................................................................ 184
5.5.3          Status procedures ............................................................................................ 184
5.5.3.1            Status enquiry procedure ................................................................................. 184
5.5.3.2            Reception of a STATUS message by a CC entity......................................................... 184185
5.5.3.2.1              STATUS message with incompatible state ............................................................ 184185
5.5.3.2.2              STATUS message with compatible state .............................................................. 184185
5.5.4          Call re-establishment, mobile station side ................................................................... 185
5.5.4.1            Indication from the mobility management sublayer ..................................................... 185
5.5.4.2            Reaction of call control.................................................................................... 185
5.5.4.3            Completion of re-establishment .......................................................................... 185
5.5.4.4            Unsuccessful outcome .................................................................................... 185186

APLCW0000072040

| | | |
|---|---|---|
| 5.5.5 | Call re-establishment, network side | 185186 |
| 5.5.5.1 | State alignment | 185186 |
| 5.5.6 | Progress | 185186 |
| 5.5.7 | DTMF protocol control procedure | 186 |
| 5.5.7.1 | Start DTMF request by the mobile station | 186 |
| 5.5.7.2 | Start DTMF response by the network | 186187 |
| 5.5.7.3 | Stop DTMF request by the mobile station | 186187 |
| 5.5.7.4 | Stop DTMF response by the network | 186187 |
| 5.5.7.5 | Sequencing of subsequent start DTMF requests by the mobile station | 187 |
| 6 | Support for packet services | 187188 |
| 6.1 | GPRS Session management | 188 |
| 6.1.1 | General | 188 |
| 6.1.2 | Session management states | 188 |
| 6.1.2.1 | Session management states in the MS | 188 |
| 6.1.2.1.1 | PDP-INACTIVE | 188 |
| 6.1.2.1.2 | PDP-ACTIVE-PEND | 188189 |
| 6.1.2.1.3 | PDP-INACTIVE-PEND | 188189 |
| 6.1.2.1.4 | PDP-ACTIVE | 188189 |
| 6.1.2.2 | Session management states on the network side | 189 |
| 6.1.2.2.1 | PDP-INACTIVE | 189 |
| 6.1.2.2.2 | PDP-ACTIVE-PEND | 189 |
| 6.1.2.2.3 | PDP-INACTIVE-PEND | 189190 |
| 6.1.2.2.4 | PDP-ACTIVE | 189190 |
| 6.1.2.2.5 | PDP-MODIFY-PEND | 189190 |
| 6.1.3 | Session Management procedures | 190 |
| 6.1.3.1 | PDP context activation | 190 |
| 6.1.3.1.1 | Successful PDP context activation initiated by the mobile station | 190 |
| 6.1.3.1.2 | Successful PDP context activation requested by the network | 191 |
| 6.1.3.1.3 | Unsuccessful PDP context activation initiated by the MS | 191 |
| 6.1.3.1.4 | Unsuccessful PDP context activation requested by the network | 191 |
| 6.1.3.1.5 | Abnormal cases | 191 |
| 6.1.3.2 | PDP context modification procedure | 193 |
| 6.1.3.2.1 | Abnormal cases | 193 |
| 6.1.3.3 | PDP context deactivation procedure | 194 |
| 6.1.3.3.1 | PDP context deactivation initiated by the MS | 194 |
| 6.1.3.3.2 | PDP context deactivation initiated by the network | 194 |
| 6.1.3.3.3 | Abnormal cases | 194 |
| 6.1.3.4 | AA PDP context activation | 195 |
| 6.1.3.4.1 | Successful AA PDP context activation initiated by the mobile station | 195 |
| 6.1.3.4.2 | Unsuccessful AA PDP context activation | 195 |
| 6.1.3.4.3 | Abnormal cases | 196 |
| 6.1.3.5 | AA PDP context deactivation | 196 |
| 6.1.3.5.1 | Implicit AA PDP context deactivation | 196 |
| 6.1.3.5.2 | Explicit AA PDP context deactivation | 196 |
| 6.1.3.5.3 | Abnormal cases | 197 |
| 7.1 | General | 197 |
| 7.1.1 | Paging request | 198 |
| 7.1.2 | Immediate assignment | 198 |
| 7.1.3 | Service request and contention resolution | 198 |
| 7.1.4 | Authentication | 199 |
| 7.1.5 | Ciphering mode setting | 199 |
| 7.1.6 | Transaction phase | 199 |
| 7.1.6.1 | Channel mode modify | 199 |
| 7.1.7 | Channel release | 200 |
| 7.2 | Abnormal cases | 200 |
| 7.3 | Selected examples | 200 |
| 7.3.1 | Location updating | 201225 |
| 7.3.2 | Mobile originating call establishment | 202226 |
| 7.3.3 | Mobile terminating call establishment | 206229 |
| 7.3.4 | Call clearing | 208231 |

APLCW0000072041

| | | |
|---|---|---|
| 7.3.5 | DTMF protocol control | 209232 |
| 7.3.6 | Handover | 210233 |
| 7.3.7 | In-call modification | 211234 |
| 7.3.8 | Call re-establishment | 212235 |
| 7.3.9 | Network initiated mobile originating call $(CCBS)$ | 213236 |
| 8 | Handling of unknown, unforeseen, and erroneous protocol data | 218241 |
| 8.1 | General | 218241 |
| 8.2 | Message too short | 218241 |
| 8.3 | Unknown or unforeseen transaction identifier | 218241 |
| 8.4 | Unknown or unforeseen message type | 219242 |
| 8.5 | Non-semantical mandatory information element errors | 220243 |
| 8.5.1 | Radio resource management | 220243 |
| 8.5.2 | Mobility management | 220243 |
| 8.5.3 | Call control | 220243 |
| 8.5.4 | Session management | 221244 |
| 8.6 | Unknown and unforeseen IEs in the non-imperative message part | 221244 |
| 8.6.1 | IEIs unknown in the message | 221244 |
| 8.6.2 | Out of sequence IEs | 221244 |
| 8.6.3 | Repeated IEs | 221244 |
| 8.7 | Non-imperative message part errors | 221244 |
| 8.7.1 | Syntactically incorrect optional IEs | 222245 |
| 8.7.2 | Conditional IE errors | 222245 |
| 8.8 | Messages with semantically incorrect contents | 222245 |
| 9 | Message functional definitions and contents | 222245 |
| 9.1 | Messages for Radio Resources management | 223246 |
| 9.1.1 | Additional assignment | 225248 |
| 9.1.1.1 | Mobile Allocation | 225248 |
| 9.1.1.2 | Starting Time | 225248 |
| 9.1.2 | Assignment command | 225248 |
| 9.1.2.1 | Mode of the First Channel (Channel Set 1) and Mode of Channel Set "X" (2=<X=<8) | 226249 |
| 9.1.2.2 | Description of the Second Channel | 227250 |
| 9.1.2.3 | Mode of the Second Channel | 227250 |
| 9.1.2.4 | Mobile Allocation and Frequency List, after the starting time | 227250 |
| 9.1.2.5 | Starting Time | 227250 |
| 9.1.2.6 | Reference cell frequency list | 228251 |
| 9.1.2.7 | Cell Channel Description | 228251 |
| 9.1.2.8 | Cipher Mode Setting | 228251 |
| 9.1.2.9 | VGCS target mode Indication | 228251 |
| 9.1.2.10 | Description of the multislot allocation | 228251 |
| 9.1.3 | Assignment complete | 229252 |
| 9.1.4 | Assignment failure | 229252 |
| 9.1.5 | Channel mode modify | 229252 |
| 9.1.5.1 | Channel Description | 230253 |
| 9.1.5.2 | VGCS target mode Indication | 230253 |
| 9.1.6 | Channel mode modify acknowledge | 230253 |
| 9.1.7 | Channel release | 230253 |
| 9.1.7.1 | Channel description and mobile allocation | 231254 |
| 9.1.7.2 | Group Cipher Key Number | 231254 |
| 9.1.8 | Channel request | 231254 |
| 9.1.9 | Ciphering mode command | 233256 |
| 9.1.10 | Ciphering mode complete | 233256 |
| 9.1.10.1 | Mobile Equipment Identity | 234257 |
| 9.1.11 | Classmark change | 234257 |
| 9.1.11.1 | Additional Mobile Station Classmark Information | 234257 |
| 9.1.11.2 | Mobile Station Classmark | 234257 |
| 9.1.12 | Classmark enquiry | 234257 |
| 9.1.12a | [Spare] | 235258 |
| 9.1.12b | Configuration change command | 235258 |
| 9.1.12b.1 | Description of the multislot allocation | 235258 |

Error! Use the Home tab to apply ZGSM to the text that you want to appear here.          **GSM 04.08 V6.0.0 (1998-04)**

9.1.12b.2        Mode of Channel Set "X" ( 1=<X<=8) ............................................................................ 236258
9.1.12c      Configuration change acknowledge .................................................................................. 236259
9.1.12d      Configuration change reject ........................................................................................... 236259
9.1.13       Frequency redefinition .................................................................................................. 236259
9.1.13.1        Cell Channel Description ........................................................................................... 237260
9.1.13a      PDCH Assignment command ......................................................................................... 237260
9.1.13a.1       Mobile Allocation and Frequency List, after the starting time ........................................ 238261
9.1.13a.2       Starting Time ........................................................................................................... 238261
9.1.13a.3       Reference cell frequency list ...................................................................................... 238261
9.1.13a.4       Cell Channel Description ........................................................................................... 239261
9.1.13a.5       Packet Assignment ................................................................................................... 239262
9.1.14       Handover access ........................................................................................................ 239262
9.1.15       Handover command ..................................................................................................... 239263
9.1.15.1        Synchronization Indication ........................................................................................ 241263
9.1.15.2        Mode of the First Channel (Channel Set 1) and Mode of Channel Set "X" (2=<X<=8) ......... 241264
9.1.15.3        Description of the Second Channel ............................................................................... 241264
9.1.15.4        Mode of the Second Channel ...................................................................................... 241264
9.1.15.5        Frequency Channel Sequence, Frequency List, Frequency short list and Mobile Allocation, after
             time.......................................................................................................................... 241264
9.1.15.6        Starting Time ........................................................................................................... 242264
9.1.15.7        Reference cell frequency list ...................................................................................... 242265
9.1.15.8        Real Time Difference ................................................................................................ 242265
9.1.15.9        Timing Advance ....................................................................................................... 242265
9.1.15.10       Cipher Mode Setting ................................................................................................. 243265
9.1.15.11       VGCS target mode indication ..................................................................................... 243266
9.1.15.12       Description of the multislot allocation .......................................................................... 243266
9.1.16       Handover complete ..................................................................................................... 243266
9.1.16.1        Mobile Observed Time Difference ............................................................................... 244267
9.1.17       Handover failure ........................................................................................................ 244267
9.1.18       Immediate assignment ................................................................................................. 244267
9.1.18.0a       Packet Response Type ............................................................................................... 245268
9.1.18.0b       Channel Description .................................................................................................. 245268
9.1.18.0c       Packet Channel Description ........................................................................................ 245268
9.1.18.0d       Request Reference .................................................................................................... 245268
9.1.18.1        Mobile Allocation ..................................................................................................... 245268
9.1.18.2        Starting Time ........................................................................................................... 245268
9.1.18.3        IA Rest Octets (Frequency parameters, before time)....................................................... 246268
9.1.18.4        IA Rest Octets (Packet Immediate Assignment or Packet Downlink Assignment).................... 246269
9.1.19       Immediate assignment extended .................................................................................... 246269
9.1.19.1        Unnecessary IEs ...................................................................................................... 247270
9.1.19.2        Mobile Allocation ..................................................................................................... 247270
9.1.19.3        Starting Time ........................................................................................................... 247270
9.1.19.4        Maximum message length .......................................................................................... 247270
9.1.19.5        IAX Rest Octets ....................................................................................................... 247270
9.1.20       Immediate assignment reject ........................................................................................ 247270
9.1.20.1        Use of the indexes..................................................................................................... 248271
9.1.20.2        Filling of the message ............................................................................................... 248271
9.1.20.3        IAR Rest Octets ....................................................................................................... 248271
9.1.21       Measurement report .................................................................................................... 248271
9.1.21a      Notification/FACCH .................................................................................................... 249272
9.1.21a.1       VBS/VGCS Channel description .................................................................................. 250273
9.1.21a.2       PCH information ....................................................................................................... 250273
9.1.21a.3       Paging Information .................................................................................................... 250273
9.1.21a.4       Composition of the optional information elements ........................................................... 250273
9.1.21b      Notification/NCH ....................................................................................................... 250273
9.1.21b.1       Group Channel Description ......................................................................................... 251274
9.1.21b.2       NT/N Rest Octets ..................................................................................................... 251274
9.1.21d      Notification response .................................................................................................. 251274
9.1.21e      RR-Cell Change Order ................................................................................................ 252275
9.1.22       Paging request type 1 ................................................................................................. 252275

APLCW0000072043

| | | |
|---|---|---|
| 9.1.22.1 | Unnecessary IE | 253276 |
| 9.1.22.2 | Channels needed for Mobiles 1 and 2 | 253276 |
| 9.1.22.3 | Mobile Identities | 253276 |
| 9.1.22.4 | P1 Rest Octets | 253276 |
| 9.1.23 | Paging request type 2 | 253276 |
| 9.1.23.1 | Channels needed for Mobiles 1 and 2 | 254277 |
| 9.1.23.2 | Mobile Identity 3 | 254277 |
| 9.1.23.3 | P2 Rest Octets | 254277 |
| 9.1.24 | Paging request type 3 | 254277 |
| 9.1.24.1 | Channels needed for Mobiles 1 and 2 | 255278 |
| 9.1.24.2 | P3 Rest Octets | 255278 |
| 9.1.25 | Paging response | 255278 |
| 9.1.25.1 | Mobile Station Classmark | 256278 |
| 9.1.26 | Partial release | 256279 |
| 9.1.26.1 | Channel Description | 256279 |
| 9.1.27 | Partial release complete | 256279 |
| 9.1.28 | Physical information | 256279 |
| 9.1.28.a | RR Initialisation Request | 257280 |
| 9.1.29 | RR Status | 257280 |
| 9.1.30 | Synchronization channel information | 258281 |
| 9.1.31 | System information Type 1 | 258281 |
| 9.1.32 | System information Type 2 | 259282 |
| 9.1.33 | System information type 2bis | 259282 |
| 9.1.34 | System information type 2ter | 260283 |
| 9.1.35 | System information type 3 | 261283 |
| 9.1.36 | System information type 4 | 261284 |
| 9.1.36.1 | CBCH Channel description | 262285 |
| 9.1.36.2 | CBCH Mobile Allocation | 262285 |
| 9.1.36.3 | SI 4 Rest Octets | 262285 |
| 9.1.37 | System information type 5 | 262285 |
| 9.1.38 | System information type 5bis | 263285 |
| 9.1.39 | System information type 5ter | 263286 |
| 9.1.40 | System information type 6 | 264286 |
| 9.1.40.1 | Cell Identity | 264287 |
| 9.1.40.2 | Location Area Identification | 264287 |
| 9.1.40.3 | Cell Options | 264287 |
| 9.1.40.4 | NCC permitted | 264287 |
| 9.1.41 | System information type 7 | 265287 |
| 9.1.42 | System information type 8 | 265288 |
| 9.1.43 | System information Type 9 | 265288 |
| 9.1.43a | System information Type 13 | 266288 |
| 9.1.43b | System Information Type 14 | 266289 |
| 9.1.43b.1 | SI 14 Rest Octets | 267289 |
| 9.1.43b.2 | Reference frequency list | 267290 |
| 9.1.43b.3 | Mobile Allocation | 267290 |
| 9.1.43c | System information Type 15 | 268290 |
| 9.1.43c.1 | SI 15 Rest Octets | 268291 |
| 9.1.44 | Talker indication | 268291 |
| 9.1.45 | Uplink access | 269291 |
| 9.1.46 | Uplink busy | 269292 |
| 9.1.47 | Uplink free | 270292 |
| 9.1.48 | Uplink release | 271293 |
| 9.1.49 | VGCS uplink grant | 271293 |
| 9.1.50 | System information type 10 $(ASCI)$ | 271295 |
| 9.1.51 | EXTENDED MEASUREMENT ORDER $(MAFA)$ | 272295 |
| 9.1.52 | Extended measurement report $(MAFA)$ | 272296 |
| 9.2 | Messages for mobility management | 273296 |
| 9.2.1 | Authentication reject | 274297 |
| 9.2.2 | Authentication request | 274298 |
| 9.2.3 | Authentication response | 274298 |

APLCW0000072044

| | | |
|---|---|---|
| 9.2.4 | CM Re-establishment request | 275 |
| 9.2.4.1 | Location area identification | 275 |
| 9.2.4.2 | Mobile Station Classmark | 275 |
| 9.2.5 | CM service accept | 275 |
| 9.2.5a | CM service prompt $(CCBS)$ | 276 |
| 9.2.6 | CM service reject | 276 |
| 9.2.7 | CM service abort | 277 |
| 9.2.8 | Abort | 277 |
| 9.2.9 | CM service request | 277 |
| 9.2.9.1 | Mobile Station Classmark | 278 |
| 9.2.9.2 | Priority | 278 |
| 9.2.10 | Identity request | 278 |
| 9.2.11 | Identity response | 279 |
| 9.2.12 | IMSI detach indication | 279 |
| 9.2.12.1 | Mobile Station Classmark | 279 |
| 9.2.13 | Location updating accept | 279 |
| 9.2.13.1 | Follow on proceed | 280 |
| 9.2.14 | Location updating reject | 280 |
| 9.2.15 | Location updating request | 280 |
| 9.2.15.1 | Location area identification | 281 |
| 9.2.15.2 | Mobile Station Classmark | 281 |
| 9.2.15a | MM information | 281 |
| 9.2.15a.1 | Full name for network | 282 |
| 9.2.15a.2 | Short name for network | 282 |
| 9.2.15a.3 | Network time zone | 282 |
| 9.2.15a.4 | Network time zone and time | 282 |
| 9.2.16 | MM Status | 282 |
| 9.2.17 | TMSI reallocation command | 282 |
| 9.2.18 | TMSI reallocation complete | 283 |
| 9.2.19 | MM Null | 283 |
| 9.3 | Messages for circuit-switched call control | 283 |
| 9.3.1 | Alerting | 284 |
| 9.3.1.1 | Alerting (network to mobile station direction) | 284 |
| 9.3.1.1.1 | Facility | 285 |
| 9.3.1.1.2 | Progress indicator | 285 |
| 9.3.1.1.3 | User-user | 285 |
| 9.3.1.2 | Alerting (mobile station to network direction) | 285 |
| 9.3.1.2.1 | Facility | 286 |
| 9.3.1.2.2 | User-user | 286 |
| 9.3.1.2.3 | SS version | 286 |
| 9.3.2 | Call confirmed | 286 |
| 9.3.2.1 | Repeat indicator | 286 |
| 9.3.2.2 | Bearer capability 1 and bearer capability 2 | 287 |
| 9.3.2.3 | Cause | 287 |
| 9.3.2.4 | CC Capabilities | 287 |
| 9.3.3 | Call proceeding | 287 |
| 9.3.3.1 | Repeat indicator | 288 |
| 9.3.3.2 | Bearer capability 1 and bearer capability 2 | 288 |
| 9.3.3.3 | Facility | 288 |
| 9.3.3.4 | Progress Indicator | 288 |
| 9.3.3.5 | Priority granted | 288 |
| 9.3.4 | Congestion control | 288 |
| 9.3.4.1 | Cause | 289 |
| 9.3.5 | Connect | 289 |
| 9.3.5.1 | Connect (network to mobile station direction) | 289 |
| 9.3.5.1.1 | Facility | 289 |
| 9.3.5.1.2 | Progress indicator | 289 |
| 9.3.5.1.3 | User-user | 290 |
| 9.3.5.2 | Connect (mobile station to network direction) | 290 |
| 9.3.5.2.1 | Facility | 290 |

Error! Use the Home tab to apply ZGSM to the text that you want to appear here.        **GSM 04.08 V6.0.0 (1998-04)**

9.3.5.2.2        User-user ................................................................................................... 290~~315~~
9.3.5.2.3        SS version ................................................................................................. 290~~315~~
9.3.6          Connect acknowledge ............................................................................................ 290~~315~~
9.3.7          Disconnect ......................................................................................................... 291~~316~~
9.3.7.1         Disconnect (network to mobile station direction) .................................................. 291~~316~~
9.3.7.1.1        Facility .................................................................................................... 291~~316~~
9.3.7.1.2        Progress indicator ..................................................................................... 291~~316~~
9.3.7.1.3        User-user ................................................................................................. 291~~316~~
9.3.7.2         Disconnect (mobile station to network direction) .................................................. 292~~316~~
9.3.7.2.1        Facility .................................................................................................... 292~~317~~
9.3.7.2.2        User-user ................................................................................................. 292~~317~~
9.3.7.2.3        SS version ................................................................................................. 292~~317~~
9.3.8          Emergency setup .................................................................................................. 292~~317~~
9.3.8.1         Bearer capability ........................................................................................... 293~~318~~
9.3.9          Facility ............................................................................................................... 293~~318~~
9.3.9.1         Facility (network to mobile station direction) ...................................................... 293~~318~~
9.3.9.2         Facility (mobile station to network direction) ...................................................... 293~~318~~
9.3.9.2.1        SS version ................................................................................................. 294~~319~~
9.3.10         Hold ................................................................................................................... 294~~319~~
9.3.11         Hold Acknowledge ............................................................................................... 294~~319~~
9.3.12         Hold Reject ......................................................................................................... 295~~319~~
9.3.13         Modify ............................................................................................................... 295~~320~~
9.3.13.1        Low layer compatibility ................................................................................. 296~~320~~
9.3.13.2        High layer compatibility ................................................................................ 296~~320~~
9.3.13.3        Reverse call setup direction ........................................................................... 296~~320~~
9.3.14         Modify complete .................................................................................................. 296~~321~~
9.3.14.1        Low layer compatibility ................................................................................. 296~~321~~
9.3.14.2        High layer compatibility ................................................................................ 296~~321~~
9.3.14.3        Reverse call setup direction ........................................................................... 296~~321~~
9.3.15         Modify reject ....................................................................................................... 297~~321~~
9.3.15.1        Low layer compatibility ................................................................................. 297~~322~~
9.3.15.2        High layer compatibility ................................................................................ 297~~322~~
9.3.16         Notify ................................................................................................................. 297~~322~~
9.3.17         Progress .............................................................................................................. 298~~322~~
9.3.17.1        User-user ..................................................................................................... 298~~323~~
9.3.17a         CC-Establishment $(CCBS)$ .................................................................................... 298~~323~~
9.3.17a.2        Setup container ............................................................................................ 299~~323~~
9.3.17b         CC-Establishment confirmed $(CCBS)$ ...................................................................... 299~~323~~
9.3.17b.1        Repeat indicator .......................................................................................... 299~~324~~
9.3.17b.2        Bearer capability 1 and bearer capability 2 ......................................................... 299~~324~~
9.3.17b.9        Cause ......................................................................................................... 299~~324~~
9.3.18         Release ................................................................................................................ 300~~324~~
9.3.18.1        Release (network to mobile station direction) ...................................................... 300~~324~~
9.3.18.1.1        Cause ..................................................................................................... 300~~325~~
9.3.18.1.2        Second cause ............................................................................................ 300~~325~~
9.3.18.1.3        Facility .................................................................................................... 300~~325~~
9.3.18.1.4        User-user ................................................................................................. 300~~325~~
9.3.18.2        Release (mobile station to network direction) ...................................................... 300~~325~~
9.3.18.2.1        Cause ..................................................................................................... 301~~326~~
9.3.18.2.2        Second cause ............................................................................................ 301~~326~~
9.3.18.2.3        Facility .................................................................................................... 301~~326~~
9.3.18.2.4        User-user ................................................................................................. 301~~326~~
9.3.18.2.5        SS version ................................................................................................. 301~~326~~
9.3.18a         Recall $(CCBS)$ .................................................................................................... 301~~326~~
9.3.18a.1        Recall Type ................................................................................................ 302~~327~~
9.3.18a.2        Facility .................................................................................................... 302~~327~~
9.3.19         Release complete ................................................................................................. 302~~327~~
9.3.19.1        Release complete (network to mobile station direction) ......................................... 302~~327~~
9.3.19.1.1        Cause ..................................................................................................... 303~~327~~
9.3.19.1.2        Facility .................................................................................................... 303~~327~~

APLCW0000072046

9.3.19.1.3        User-user .................................................................................................. 303327
9.3.19.2      Release complete (mobile station to network direction) ......................................... 303328
9.3.19.2.1        Cause ...................................................................................................... 303328
9.3.19.2.2        Facility .................................................................................................... 303328
9.3.19.2.3        User-user .................................................................................................. 304328
9.3.19.2.4        SS version ................................................................................................. 304328
9.3.20      Retrieve ........................................................................................................... 304328
9.3.21      Retrieve Acknowledge ..................................................................................... 304329
9.3.22      Retrieve Reject ................................................................................................ 305329
9.3.23      Setup ............................................................................................................... 305330
9.3.23.1      Setup (mobile terminated call establishment) ..................................................... 305330
9.3.23.1.1        BC repeat indicator .................................................................................... 306331
9.3.23.1.2        Bearer capability 1 and bearer capability 2 ............................................... 306331
9.3.23.1.3        Facility .................................................................................................... 306331
9.3.23.1.4        Progress indicator ...................................................................................... 306331
9.3.23.1.5        Called party subaddress .............................................................................. 306331
9.3.23.1.6        LLC repeat indicator .................................................................................. 306331
9.3.23.1.7        Low layer compatibility I ............................................................................ 307331
9.3.23.1.8        Low layer compatibility II ........................................................................... 307331
9.3.23.1.9        HLC repeat indicator .................................................................................. 307331
9.3.23.1.10        High layer compatibility i .......................................................................... 307332
9.3.23.1.11        High layer compatibility ii .......................................................................... 307332
9.3.23.1.12        User-user .................................................................................................. 307332
9.3.23.1.13        Priority .................................................................................................... 307332
9.3.23.1.14        Alert $(Network Indication of Alerting in the MS )$ .................................... 307332
9.3.23.2      Setup (mobile originating call establishment) ...................................................... 307332
9.3.23.2.1        BC repeat indicator .................................................................................... 308333
9.3.23.2.2        Facility .................................................................................................... 308333
9.3.23.2.3        LLC repeat indicator .................................................................................. 308333
9.3.23.2.4        Low layer compatibility I ............................................................................ 309333
9.3.23.2.5        Low layer compatibility II ........................................................................... 309333
9.3.23.2.6        HLC repeat indicator .................................................................................. 309333
9.3.23.2.7        High layer compatibility i .......................................................................... 309334
9.3.23.2.8        High layer compatibility ii .......................................................................... 309334
9.3.23.2.9        User-user .................................................................................................. 309334
9.3.23.2.10        SS version ................................................................................................. 309334
9.3.23.2.11        CLIR suppression ...................................................................................... 309334
9.3.23.2.12        CLIR invocation ........................................................................................ 309334
9.3.23.2.13        CC Capabilities ......................................................................................... 309334
9.3.23a      Start CC $(CCBS)$ ......................................................................................... 310334
9.3.23a.1        CC Capabilities ......................................................................................... 310335
9.3.24      Start DTMF ...................................................................................................... 310335
9.3.25      Start DTMF Acknowledge ................................................................................ 310335
9.3.25.1        Keypad facility .......................................................................................... 311336
9.3.26      Start DTMF reject ............................................................................................ 311336
9.3.27      Status ............................................................................................................... 311336
9.3.27.1        Auxiliary states ......................................................................................... 312336
9.3.28      Status enquiry ................................................................................................... 312337
9.3.29      Stop DTMF ...................................................................................................... 312337
9.3.30      Stop DTMF acknowledge .................................................................................. 313337
9.3.31      User information ............................................................................................... 313338
9.3.31.1        User-user .................................................................................................. 313338
9.3.31.2        More data ................................................................................................. 314338

9      Message functional definitions and contents ....................................................... 314338
9.5      GPRS Mobility Management Messages ............................................................... 314338
9.5.1      Attach request ................................................................................................... 314338
9.5.1.1        Old P-TMSI signature ................................................................................. 314339
9.5.1.2        Old routing area identification ..................................................................... 315339
9.5.1.3        Requested READY timer value ..................................................................... 315339
9.5.1.4        Requested STANDBY timer value ................................................................ 315339

APLCW0000072047

Error! Use the Home tab to apply ZGSM to the text that you want to appear here.          **GSM 04.08 V6.0.0 (1998-04)**

| | | |
|---|---|---|
| 9.5.1.5 | MS classmark | 315 339 |
| 9.5.2 | Attach accept | 315 339 |
| 9.5.2.1 | P-TMSI signature | 315 340 |
| 9.5.2.2 | Negotiated READY timer | 316 340 |
| 9.5.2.3 | Negotiated STANDBY timer | 316 340 |
| 9.5.2.4 | Allocated P-TMSI | 316 340 |
| 9.5.2.5 | MS identity | 316 340 |
| 9.5.2.6 | Reject cause | 316 340 |
| 9.5.3 | Attach complete | 316 340 |
| 9.5.4 | Attach reject | 316 341 |
| 9.5.5 | Detach request | 317 341 |
| 9.5.5.1 | Reject Cause | 317 342 |
| 9.5.6 | Detach accept | 317 342 |
| 9.5.7 | P-TMSI reallocation command | 318 342 |
| 9.5.8 | P-TMSI reallocation complete | 318 343 |
| 9.5.9 | Authentication and ciphering request | 319 343 |
| 9.5.9.1 | Authentication Parameter RAND | 319 344 |
| 9.5.10 | Authentication and ciphering response | 319 344 |
| 9.5.10.1 | Authentication Parameter SRES | 320 344 |
| 9.5.10.2 | IMEISV | 320 345 |
| 9.5.11 | Authentication and ciphering reject | 320 345 |
| 9.5.12 | Identity request | 320 345 |
| 9.5.13 | Identity response | 321 345 |
| 9.5.14 | Routing area update request | 321 346 |
| 9.5.14.1 | Old P-TMSI signature | 322 346 |
| 9.5.14.2 | Requested READY timer value | 322 346 |
| 9.5.14.3 | Requested STANDBY timer value | 322 347 |
| 9.5.14.4 | MS classmark | 322 347 |
| 9.5.15 | Routing area update accept | 322 347 |
| 9.5.15.1 | P-TMSI signature | 323 347 |
| 9.5.15.2 | P-TMSI | 323 347 |
| 9.5.15.3 | TMSI | 323 347 |
| 9.5.15.4 | Routing area identification | 323 348 |
| 9.5.15.5 | List of LLC V(R)s | 323 348 |
| 9.5.15.6 | Negotiated READY timer value | 323 348 |
| 9.5.15.7 | Negotiated STANDBY timer value | 323 348 |
| 9.5.15.8 | Reject cause | 324 348 |
| 9.5.16 | Routing area update complete | 324 348 |
| 9.5.16.1 | List of LLC V(R)s | 324 348 |
| 9.5.17 | Routing area update reject | 324 349 |
| 9.5.18 | GMM Status | 325 349 |
| 9.5.19 | GMM Information | 325 349 |
| 9.5.19.1 | Full name for network | 325 350 |
| 9.5.19.2 | Short name for network | 326 350 |
| 9.5.19.3 | Network time zone | 326 350 |
| 9.5.19.4 | Network time zone and time | 326 350 |
| 9.6 | GPRS Session Management Messages | 326 350 |
| 9.6.1 | Activate PDP context request | 326 350 |
| 9.6.1.1 | Access point name | 326 351 |
| 9.6.1.2 | Requested protocol configuration options format | 327 351 |
| 9.6.2 | Activate PDP context accept | 327 351 |
| 9.6.2.1 | PDP address | 327 352 |
| 9.6.2.2 | Protocol configuration options | 327 352 |
| 9.6.3 | Activate PDP context reject | 327 352 |
| 9.6.4 | Request PDP context activation | 328 352 |
| 9.6.5 | Request PDP context activation reject | 328 353 |
| 9.6.6 | Modify PDP context request | 329 353 |
| 9.6.7 | Modify PDP context accept | 329 354 |
| 9.6.8 | Deactivate PDP context request | 329 354 |
| 9.6.9 | Deactivate PDP context accept | 330 355 |

APLCW0000072048

9.6.10       Activate AA PDP context request ........................................................................ 330355
9.6.10.1        Requested AA-READY timer value ................................................................. 331355
9.6.11       Activate AA PDP context accept ....................................................................... 331356
9.6.11.1        Packet data protocol address ....................................................................... 331356
9.6.11.2        Protocol configuration options .................................................................... 332356
9.6.11.1        Negotiated AA-Ready timer value ................................................................ 332356
9.6.12       Activate AA PDP context reject ........................................................................ 332356
9.6.13       Deactivate AA PDP context request .................................................................. 332357
9.6.14       Deactivate AA PDP context accept ................................................................... 332357

10       General message format and information elements coding .......................................... 333358
10.1       Overview ............................................................................................................ 333358
10.2       Protocol Discriminator ....................................................................................... 334358
10.3       Skip indicator and transaction identifier ............................................................. 334359
10.3.1        Skip indicator ................................................................................................ 334359
10.3.2        Transaction identifier ..................................................................................... 334359
10.4       Message Type ..................................................................................................... 334359
10.5       Other information elements .................................................................................. 338363
10.5.1        Common information elements. ........................................................................ 340365
10.5.1.1        Cell identity ................................................................................................. 340365
10.5.1.2        Ciphering Key Sequence Number ................................................................ 340366
10.5.1.3        Location Area Identification ....................................................................... 341366
10.5.1.4        Mobile Identity ........................................................................................... 342368
10.5.1.5        Mobile Station Classmark 1 ........................................................................ 344370
10.5.1.6        Mobile Station Classmark 2 ........................................................................ 345371
10.5.1.7        Mobile Station Classmark 3 ........................................................................ 348374
10.5.1.8        Spare Half Octet ......................................................................................... 351377
10.5.1.9        Descriptive group or broadcast call reference ............................................... 351377
10.5.1.10        Group Cipher Key Number ........................................................................ 353379
10.5.1.10a        PD and SAPI S(CCBS)$ ........................................................................... 354380
10.5.1.11        Priority Level ............................................................................................. 355380
10.5.2        Radio Resource management information elements. ......................................... 355381
10.5.2.1a        BA Range .................................................................................................... 355381
10.5.2.1b        Cell Channel Description ............................................................................ 357383
10.5.2.1b.1        General description .................................................................................... 358384
10.5.2.1b.2        Bit map 0 format ....................................................................................... 359385
10.5.2.1b.3        Range 1024 format ..................................................................................... 360386
10.5.2.1b.4        Range 512 format ....................................................................................... 361387
10.5.2.1b.5        Range 256 format ....................................................................................... 363388
10.5.2.1b.6        Range 128 format ....................................................................................... 365389
10.5.2.1b.7        Variable bit map format .............................................................................. 366390
10.5.2.2        Cell Description ........................................................................................... 367390
10.5.2.3        Cell Options (BCCH) ................................................................................. 368391
10.5.2.3a        Cell Options (SACCH) ............................................................................... 368391
10.5.2.4        Cell Selection Parameters ............................................................................ 370393
10.5.2.4a        MAC Mode and Channel Coding Requested ................................................. 372394
10.5.2.5        Channel Description ..................................................................................... 373395
10.5.2.5a        Channel Description 2 .................................................................................. 375397
10.5.2.6        Channel Mode ............................................................................................ 377399
10.5.2.7        Channel Mode 2 .......................................................................................... 378400
10.5.2.8        Channel Needed ......................................................................................... 379401
10.5.2.8a        Channel Request Description ........................................................................ 379401
10.5.2.9        Cipher Mode Setting .................................................................................... 381403
10.5.2.10        Cipher Response .......................................................................................... 381403
10.5.2.11        Control Channel Description ........................................................................ 382404
10.5.2.12        Frequency Channel Sequence ...................................................................... 384406
10.5.2.13        Frequency List ............................................................................................ 385407
10.5.2.13.1        General description .................................................................................... 386408
10.5.2.13.2        Bit map 0 format ....................................................................................... 386408
10.5.2.13.3        Range 1024 format ..................................................................................... 387409
10.5.2.13.4        Range 512 format ....................................................................................... 389411

Error! Use the Home tab to apply ZGSM to the text that you want to appear here.          **GSM 04.08 V6.0.0 (1998-04)**

| | | |
|---|---|---|
| 10.5.2.13.5 | Range 256 format | 392414 |
| 10.5.2.13.6 | Range 128 format | 395417 |
| 10.5.2.13.7 | Variable bit map format | 398420 |
| 10.5.2.14 | Frequency Short List | 399421 |
| 10.5.2.14a | Frequency Short List 2 | 399421 |
| 10.5.2.14b | Group Channel Description | 400422 |
| 10.5.2.15 | Handover Reference | 402424 |
| 10.5.2.16 | IA Rest Octets | 402424 |
| 10.5.2.17 | IAR Rest Octets | 405427 |
| 10.5.2.18 | IAX Rest Octets | 405427 |
| 10.5.2.19 | L2 Pseudo Length | 406428 |
| 10.5.2.20 | Measurement Results | 406428 |
| 10.5.2.21 | Mobile Allocation | 410432 |
| 10.5.2.21a | Mobile Time Difference | 411433 |
| 10.5.2.21b | Multislot Allocation | 412434 |
| 10.5.2.21c | NC mode | 413435 |
| 10.5.2.22 | Neighbour Cells Description | 414436 |
| 10.5.2.22a | Neighbour Cells Description 2 | 415437 |
| 10.5.2.22c | NT/N Rest Octets | 416438 |
| 10.5.2.23 | P1 Rest Octets | 416438 |
| 10.5.2.24 | P2 Rest Octets | 417439 |
| 10.5.2.25 | P3 Rest Octets | 418440 |
| 10.5.2.25a | Packet Channel Description and Packet Response or | 419441 |
| 10.5.2.25b | Packet Response Type and Dedicated mode or TBF | 420442 |
| 10.5.2.25c | RR Packet Uplink Assignment | 421443 |
| 10.5.2.25c.1 | Allocation Bitmap | 422444 |
| 10.5.2.25d | RR Packet Downlink Assignment | 423445 |
| 10.5.2.26 | Page Mode | 425447 |
| 10.5.2.26a | [Spare] | 425447 |
| 10.5.2.26b | [Spare] | 425447 |
| 10.5.2.26c | [Spare] | 425447 |
| 10.5.2.26d | [Spare] | 426447 |
| 10.5.2.27 | NCC Permitted | 426447 |
| 10.5.2.28 | Power Command | 426448 |
| 10.5.2.28a | Power Command and access type | 427448 |
| 10.5.2.29 | RACH Control Parameters | 427449 |
| 10.5.2.30 | Request Reference | 429450 |
| 10.5.2.31 | RR Cause | 430451 |
| 10.5.2.32 | SI 1 Rest Octets | 431452 |
| 10.5.2.33 | SI 2bis Rest Octets | 432453 |
| 10.5.2.33a | SI 2ter Rest Octets | 433454 |
| 10.5.2.34 | SI 3 Rest Octets | 433454 |
| 10.5.2.35 | SI 4 Rest Octets | 434455 |
| 10.5.2.35a | SI 6 Rest Octets | 437457 |
| 10.5.2.36 | SI 7 Rest Octets | 437458 |
| 10.5.2.37 | SI 8 Rest Octets | 437458 |
| 10.5.2.37a | SI 9 Rest Octets | 438459 |
| 10.5.2.37b | SI 13 Rest Octets | 439460 |
| 10.5.2.37c | SI 14 Rest Octets | 442463 |
| 10.5.2.37d | SI 15 Rest Octets | 443464 |
| 10.5.2.38 | Starting Time | 444465 |
| 10.5.2.39 | Synchronization Indication | 445466 |
| 10.5.2.40 | Timing Advance | 446467 |
| 10.5.2.41 | Time Difference | 446467 |
| 10.5.2.41a | TLLI | 447468 |
| 10.5.2.42 | TMSI | 447469 |
| 10.5.2.42c | VGCS target mode Indication | 448469 |
| 10.5.2.43 | Wait Indication | 449470 |
| 10.5.2.44 | SI10 rest octets $(ASCI)$ | 449471 |
| 10.5.2.45 | EXTENDED MEASUREMENT RESULTS $(MAFA)$ | 452473 |

APLCW0000072050

| | | |
|---|---|---|
| 10.5.3 | Mobility management information elements. | 454 475 |
| 10.5.3.1 | Authentication parameter RAND | 454 475 |
| 10.5.3.2 | Authentication parameter SRES | 455 476 |
| 10.5.3.3 | CM service type | 455 476 |
| 10.5.3.4 | Identity type | 456 477 |
| 10.5.3.5 | Location updating type | 456 477 |
| 10.5.3.5a | Network Name | 457 478 |
| 10.5.3.6 | Reject cause | 458 479 |
| 10.5.3.7 | Follow-on Proceed | 459 480 |
| 10.5.3.8 | Time Zone | 459 480 |
| 10.5.3.9 | Time Zone and Time | 460 481 |
| 10.5.4 | Call control information elements. | 461 482 |
| 10.5.4.1 | Extensions of codesets | 461 482 |
| 10.5.4.2 | Locking shift procedure | 462 483 |
| 10.5.4.3 | Non-locking shift procedure | 462 483 |
| 10.5.4.4 | Auxiliary states | 463 484 |
| 10.5.4.5 | Bearer capability | 464 485 |
| 10.5.4.5.1 | Static conditions for the bearer capability IE contents | 475 496 |
| 10.5.4.5a | Call Control Capabilities | 476 497 |
| 10.5.4.6 | Call state | 477 498 |
| 10.5.4.7 | Called party BCD number | 478 499 |
| 10.5.4.8 | Called party subaddress | 480 501 |
| 10.5.4.9 | Calling party BCD number | 481 502 |
| 10.5.4.10 | Calling party subaddress | 482 503 |
| 10.5.4.11 | Cause | 483 504 |
| 10.5.4.11a | CLIR suppression | 488 509 |
| 10.5.4.11b | CLIR invocation | 488 509 |
| 10.5.4.12 | Congestion level | 489 510 |
| 10.5.4.13 | Connected number | 489 510 |
| 10.5.4.14 | Connected subaddress | 490 511 |
| 10.5.4.15 | Facility | 490 511 |
| 10.5.4.16 | High layer compatibility | 490 511 |
| 10.5.4.16.1 | Static conditions for the high layer compatibility IE contents | 491 512 |
| 10.5.4.17 | Keypad facility | 491 512 |
| 10.5.4.18 | Low layer compatibility | 492 513 |
| 10.5.4.19 | More data | 492 513 |
| 10.5.4.20 | Notification indicator | 493 514 |
| 10.5.4.21 | Progress indicator | 493 514 |
| 10.5.4.21a | Recall type $(CCBS)$ | 494 515 |
| 10.5.4.22 | Repeat indicator | 495 516 |
| 10.5.4.22a | Reverse call setup direction | 495 516 |
| 10.5.4.22b | SETUP Container $(CCBS)$ | 496 517 |
| 10.5.4.23 | Signal | 496 517 |
| 10.5.4.24 | SS Version Indicator | 496 517 |
| 10.5.4.25 | User-user | 497 518 |
| 10.5.4.26 | Alerting Pattern $(NIA)$ | 498 519 |
| 10.5.4.27 | Allowed actions $(CCBS)$ | 499 520 |
| 10.5.5 | GPRS mobility management information elements. | 500 521 |
| 10.5.5.1 | Attach result | 500 521 |
| 10.5.5.2 | Attach type | 500 521 |
| 10.5.5.3 | Ciphering algorithm | 501 522 |
| 10.5.5.4 | Ciphering indicator | 501 522 |
| 10.5.5.5 | Detach type | 502 523 |
| 10.5.5.6 | DRX parameter | 503 524 |
| 10.5.5.7 | Force to standby | 505 525 |
| 10.5.5.8 | P-TMSI signature | 505 526 |
| 10.5.5.9 | Identity type 2 | 505 526 |
| 10.5.5.10 | IMEISV request | 506 527 |
| 10.5.5.11 | LLC V(R) list | 506 527 |
| 10.5.5.12 | MS classmark 4 | 507 528 |

| | | |
|---|---|---|
| 10.5.5.13 | Mobile station identity | 509530 |
| 10.5.5.14 | Reject cause for GMM procedures | 509530 |
| 10.5.5.15 | Routing area identification | 510531 |
| 10.5.5.16 | Timer value | 511532 |
| 10.5.5.17 | Update result | 512533 |
| 10.5.5.18 | Update type | 512533 |
| 10.5.6 | Session management information elements | 513534 |
| 10.5.6.1 | Access Point Name | 513534 |
| 10.5.6.2 | Network service access point identifier | 514534 |
| 10.5.6.3 | Protocol configuration options | 514535 |
| 10.5.6.3a | Protocol configuration options format | 515536 |
| 10.5.6.4 | Packet data protocol address | 515536 |
| 10.5.6.5 | Quality of service | 517538 |
| 10.5.6.6 | Reject cause for SM procedures | 520541 |
| 10.5.6.7 | SM procedure initiator indicator | 520541 |
| 10.5.6.8 | AA deactivation cause | 521542 |
| 11 | List of system parameters | 521542 |
| 11.1 | Timers and counters for radio resource management | 522543 |
| 11.1.1 | Timers on the mobile station side | 522543 |
| 11.1.2 | Timers on the network side | 523544 |
| 11.1.3 | Other parameters | 525546 |
| 11.2 | Timers of mobility management | 526547 |
| 11.2.1 | Timer T3240 | 527548 |
| 11.2.2 | Timers of GPRS mobility management | 528549 |
| 11.2.3 | Timers of session management | 530551 |
| 11.3 | Timers of circuit-switched call control | 531552 |

**Annex A (informative):        Example of subaddress information element coding** 533554

**Annex B (normative):        Compatibility checking** 534555

| | | |
|---|---|---|
| B.1 | Introduction | 534555 |
| B.2 | Calling side compatibility checking | 534555 |
| B.2.1 | Compatibility checking of the CM SERVICE REQUEST message | 534555 |
| B.2.2 | Compatibility/Subscription checking of the SETUP message | 534555 |
| B.3 | Called side compatibility checking | 534555 |
| B.3.1 | Compatibility checking with addressing information | 535556 |
| B.3.2 | Network-to-MS compatibility checking | 535556 |
| B.3.3 | User-to-User compatibility checking | 535556 |
| B.4 | High layer compatibility checking | 535556 |

**Annex C (normative):        Low layer information coding principles** 536557

| | | |
|---|---|---|
| C.1 | Purpose | 536557 |
| C.2 | Principles | 536557 |
| C.2.1 | Definition of types of information | 536557 |
| C.2.2 | Examination by network | 536557 |
| C.2.3 | Location of type I information | 537558 |
| C.2.4 | Location of types II and III information | 537558 |
| C.2.5 | Relationship between bearer capability and low layer compatibility information elements | 537558 |

**Annex D (informative):        Examples of bearer capability information element coding** 538559

| | | |
|---|---|---|
| D.1 | Coding for speech for a full rate support only mobile station | 539560 |
| D.1.1 | Mobile station to network direction | 539560 |
| D.1.2 | Network to mobile station direction | 539560 |
| D.2 | An example of a coding for modem access with V22-bis, 2.4 kbit/s, 8 bit no parity | 539560 |
| D.2.1 | Mobile station to network direction, data compression allowed | 539560 |

APLCW0000072052

D.2.2    Network to mobile station direction, data compression possible ......................................... 540561

D.3      An example of a coding for group 3 facsimile (9.6 kbit/s, transparent) ............................... 540561
D.3.1    Mobile station to network direction .......................................................................... 540561
D.3.2    Network to mobile station direction .......................................................................... 541562

**Annex E (informative):      Comparison between call control procedures specified in GSM 04.08
                              and CCITT Recommendation Q.931 ............................................... 542563**

**Annex F (informative):      GSM specific cause values for radio resource management ............ 546567**

**Annex G (informative):      GSM specific cause values for mobility management ...................... 548569**

G.1      Causes related to MS identification ........................................................................... 548569

G.2      Cause related to subscription options ........................................................................ 548569

G.3      Causes related to PLMN specific network failures and congestion ................................ 549570

G.4      Causes related to nature of request ........................................................................... 549570

G.5      Causes related to invalid messages ........................................................................... 549570

G6       Additional cause codes for GMM .............................................................................. 550571

**Annex H (informative):      GSM specific cause values for call control ........................................ 551572**

H.1      Normal class ...................................................................................................... 551572
H.1.1    Cause No. 1 "unassigned (unallocated) number" ......................................................... 551572
H.1.2    Cause No. 3 "no route to destination" ....................................................................... 551572
H.1.3    Cause No. 6 "channel unacceptable" ........................................................................ 551572
H.1.4    Cause No. 8 "operator determined barring" ............................................................... 551572
H.1.5    Cause No.16 "normal call clearing" .......................................................................... 551572
H.1.6    Cause No.17 "user busy" ....................................................................................... 551572
H.1.7    Cause No. 18 "no user responding" .......................................................................... 551572
H.1.8    Cause No. 19 "user alerting, no answer" .................................................................... 551572
H.1.9    Cause No. 21 "call rejected" ................................................................................... 552573
H.1.10   Cause No. 22 "number changed" .............................................................................. 552573
H.1.11   Cause No. 26 "non-selected user clearing" ................................................................. 552573
H.1.12   Cause No. 27 "destination out of order" .................................................................... 552573
H.1.13   Cause No. 28 "invalid number format (incomplete number)" ........................................... 552573
H.1.14   Cause No. 29 "facility rejected" .............................................................................. 552573
H.1.15   Cause No. 30 "response to STATUS ENQUIRY" ......................................................... 552573
H.1.16   Cause No. 31 "normal, unspecified" .......................................................................... 552573

H.2      Resource unavailable class ..................................................................................... 552573
H.2.1    Cause No. 34 "no circuit/channel available" ............................................................... 552573
H.2.2    Cause No. 38 "network out of order" ........................................................................ 552573
H.2.3    Cause No. 41 "temporary failure" ............................................................................ 553574
H.2.4    Cause No. 42 "switching equipment congestion" ......................................................... 553574
H.2.5    Cause No. 43 "access information discarded" .............................................................. 553574
H.2.6    Cause No. 44 "requested circuit/channel not available" ................................................. 553574
H.2.7    Cause No. 47 "resource unavailable, unspecified" ........................................................ 553574

H.3      Service or option not available class ......................................................................... 553574
H.3.1    Cause No. 49 "quality of service unavailable" ............................................................. 553574
H.3.2    Cause No. 50 "Requested facility not subscribed" ....................................................... 553574
H.3.3    Cause No. 55 "Incoming calls barred within the CUG" ................................................. 553574
H.3.4    Cause No. 57 "bearer capability not authorized" ......................................................... 553574
H.3.5    Cause No. 58 "bearer capability not presently available" ............................................... 554575
H.3.6    Cause No. 63 "service or option not available, unspecified" ........................................... 554575
H.3.7    Cause No. 68 "ACM equal to or greater than ACMmax" ............................................... 554575

APLCW0000072053

| | | |
|---|---|---|
| H.4 | Service or option not implemented class | 554575 |
| H.5 | Invalid message (e.g., parameter out of range) class | 554575 |
| H.6 | Protocol error (e.g., unknown message) class | 555576 |
| H.7 | Interworking class | 555576 |
| **Annex I (informative):** | **GSM specific cause values for session management** | **555576** |
| I.1 | Causes related to nature of request | 556577 |
| I.2 | Causes related to invalid messages | 556577 |
| **Annex J (informative):** | **Algorithm to encode frequency list information elements** | **557578** |
| J.1 | Introduction | 557578 |
| J.2 | General principle | 557578 |
| J.3 | Performances | 559580 |
| J.4 | Encoding algorithm | 560581 |
| J.5 | Decoding | 562583 |
| J.6 | A detailed example | 564585 |
| **Annex K (informative):** | **Default Codings of Information Elements** | **565586** |
| K.1 | Common information elements | 565586 |
| K.2 | Radio Resource management information elements | 565586 |
| K.3 | Mobility management information elements | 567588 |
| K.4 | Call control information elements | 567588 |
| K.5 | GPRS mobility management information elements | 568589 |
| K.6 | Session management information elements | 569590 |
| **Annex L (informative):** | **Change Record** | **570591** |
| History | | 574595 |

APLCW0000072054

#### 4.7.11.1    MS side

The AA-READY timer value shall either be the default value or a value set by the network and sent to the MS by means of an SM message. The READY timer shall be reset and restarted by the MS when user data is sent. When the AA-READY timer expires or a routing area border is crossed, the MS shall deactivate the anonymous access locally, i.e. no signalling messages are exchanged between the MS and the network.

While the AA-READY timer is running, the MS shall perform cell updates when a new cell is selected within the same RA.

#### 4.7.11.2    Network side

The AA-READY timer value shall either be the default value or a value received from the MS and possibly modified by the network and sent to the MS by means of an SM message. The AA-READY timer shall be reset and restarted by the network when valid user data is received. When the AA-READY timer expires, the network shall deactivate the anonymous access locally, i.e. no signalling messages are exchanged between the network and the MS.

### 4.7.12    GMM Information procedure

The GMM information message support is optional in the network. The MM information procedure may be invoked by the network at any time during an established GMM context.

#### 4.7.12.1    GMM information procedure initiation by the network

The GMM information procedure consists only of the GMM INFORMATION message sent from the network to the mobile station. During an established GMM context, the network may send none, one, or more GMM INFORMATION messages to the mobile station. If more than one GMM INFORMATION message is sent, the messages need not have the same content.

#### 4.7.12.2    GMM information procedure in the mobile station

When the mobile station (supporting the GMM information message) receives an GMM INFORMATION message, it shall accept the message and optionally use the contents to update appropriate information stored within the mobile station.

If the mobile station does not support the GMM information message the mobile station shall ignore the contents of the message and return an GMM STATUS message with cause #97.

## 5    Elementary procedures for circuit-switched Call Control

### 5.1    Overview

### 5.1.1    General

This section describes the call control (CC) protocol, which is one of the protocols of the Connection Management (CM) sublayer (see GSM 04.07).

Every mobile station must support the call control protocol. If a mobile station does not support any bearer capability at all then it shall respond to a SETUP message with a RELEASE COMPLETE message as specified in section 5.2.2.2.

In the call control protocol, more than one CC entity are defined. Each CC entity is independent from each other and shall communicate with the correspondent peer entity using its own MM connection. Different CC entities use different transaction identifiers.

APLCW0000072182

With a few exceptions this Technical Specification describes the call control protocol only with regard to two peer entities. The call control entities are described as communicating finite state machines which exchange messages across the radio interface and communicate internally with other protocol (sub)layers. This description is only normative as far as the consequential externally observable behaviour is concerned.

Certain sequences of actions of the two peer entities compose "elementary procedures" which are used as a basis for the description in this section. These elementary procedures may be grouped into the following classes:

- call establishment procedures;

- call clearing procedures;

- call information phase procedures;

- miscellaneous procedures.

The terms "mobile originating" or "mobile originated" (MO) are used to describe a call initiated by the mobile station. The terms "mobile terminating" or "mobile terminated" (MT) are used to describe a call initiated by the network.

Figure 5.1a/GSM 04.08 gives an overview of the main states and transitions on the mobile station side.

The MS side extension figure 5.1a.1/GSM 04.08 shows how for the Network Initated MO call the MS reaches state U1.0 from state U0 $(CCBS)$.

Figure 5.1b/GSM 04.08 gives an overview of the main states and transitions on the network side.

The Network side extension figure 5.1b.1/GSM 04.08 shows for Network Initiated MO Calls the Network reaches state N1.0 from state N0 $(CCBS)$.

**Figure 5.1a/GSM 04.08**
**Overview call control protocol/MS side**

APLCW000007218d

Error! Use the Home tab to apply ZGSM to the text that you want to appear here.   **56**   **GSM 04.08 V6.0.0 (1998-04)**

**FIGURE 5.1a.1/GSM 04.08**
**Overview call control protocol/MS side, extension:**





**Figure 5.1b/GSM 04.08**
**Overview call control protocol/Network side**


APLCW0000072186

**FIGURE 5.1b.1/GSM 04.08**
**Overview call control protocol/Network side, extension:**



## 5.1.2    Call Control States

### 5.1.2.1    Call states at the mobile station side of the interface

The states which may exist on the mobile station side of the radio interface are defined in this section.

NOTE:    States U0.1, U0.2, U0.3, U0.4, U0.5, U0.6, U26, and U27 are GSM specific. All other states are ITU-T
defined.

#### 5.1.2.1.1    Null (State U0)

No call exists.

**5.1.2.1.2          MM Connection pending (U0.1)**

This state exists for a mobile originating call, when the mobile station requests the establishment of a MM connection.

**5.1.2.1.2a          CC prompt present (U0.2) $(CCBS)$**

This state exists for a mobile originating call when the network has prompted the mobile station to establish a CC connection but the mobile station has not yet responded.

  Note: This state is transient.

**5.1.2.1.2b          Wait for network information (U0.3) $(CCBS)$**

This state exists for a mobile originating call when the mobile station has responded to the prompt from the network to establish a CC connection and the mobile station is waiting for further information from the network.

**5.1.2.1.2c          CC-Establishmentpresent (U0.4) $(CCBS)$**

This state exists for a mobile originating call when the mobile station has received a CC-establishment request but has not yet responded.

  Note: This state is transient.

**5.1.2.1.2d          CC-Establishment confirmed (U0.5) $(CCBS)$**

This state exists for a mobile originating call when the mobile station has sent the acknowledgement that the mobile station has received all the CC information that is needed.

**5.1.2.1.2e          Recall present (U0.6) $(CCBS)$**

This state exists for a mobile originating call when the mobile station has received a recall request but has not yet responded.

  Note: This state is transient.

**5.1.2.1.3          Call initiated (U1)**

This state exists for a mobile originating call, when the MS requests call establishment from the network.

**5.1.2.1.4          Mobile originating call proceeding (U3)**

This state exists for a mobile originating call when the mobile station has received acknowledgement that the network has received all call information necessary to effect call establishment.

**5.1.2.1.5          Call delivered (U4)**

This state exists for a mobile originating call, when the calling mobile station has received an indication that remote user alerting has been initiated.

**5.1.2.1.6          Call present (U6)**

This state exists for a mobile terminating call when the mobile station has received a call establishment request but has not yet responded.

**5.1.2.1.7          Call received (U7)**

This state exists for a mobile terminating call when the mobile station has indicated alerting but has not yet answered.

APLCW0000072188

### 5.1.2.1.8        Connect Request (U8)

This state exists for a mobile terminating call, when the mobile station has answered the call and is waiting to be awarded the call.

### 5.1.2.1.9        Mobile terminating call confirmed (U9)

This state exists for a mobile terminating call when the mobile station has sent acknowledgement that the mobile station has received all call information necessary to effect call establishment.

### 5.1.2.1.10        Active (U10)

This state exists for a mobile terminating call when the MS has answered the call. This state exists for a mobile originating call when the MS has received an indication that the remote user has answered the call.

### 5.1.2.1.11        Disconnect request (U11)

This state exists when the mobile station has requested the network to clear the end-to-end connection (if any) and is waiting for a response.

### 5.1.2.1.12        Disconnect indication (U12)

This state exists when the mobile station has received an invitation to disconnect because the network has disconnected the end-to-end connection (if any).

### 5.1.2.1.13        Release request (U19)

This state exists when the MS has requested the network to release and is waiting for a response.

### 5.1.2.1.14        Mobile originating modify (U26)

This state exists when the mobile station has sent a request to the network for a new mode but has not yet received an answer.

### 5.1.2.1.15        Mobile terminating modify (U27)

This state exists when the mobile station has received a request from the network for a new mode and has not yet sent a response to this request.

## 5.1.2.2        Network call states

NOTE:        States N0.1, N0.2, N0.3, N0.4, N0.5, N0.6, N26, N27, N28, N3a, N4,a, N7a, and N9a are GSM specific. All other states are CCITT defined.

The call states that may exist on the network side of the radio interface are defined in this section.

### 5.1.2.2.1        Null (State N0)

No call exists.

### 5.1.2.2.2        MM connection pending (N0.1)

This state exists for a mobile terminating call, when the network requests the establishment of a MM connection.

### 5.1.2.2.2a        CC connection pending (N0.2) $(CCBS)$

This state exists for a mobile originating call when the network has requested the mobile station to establish a CC connection.

### 5.1.2.2.2b    Network answer pending (N0.3) $(CCBS)$

This state exists for a mobile originating call when the mobile station has established a CC connection upon the request of the network, but the network has not yet informed the mobile station of the reason for the network's action.

### 5.1.2.2.2c    CC-Establishment present (N0.4) $(CCBS)$

This state exists for a mobile originating call when the network has sent a CC establishment request but has not yet received a satisfactory response.

### 5.1.2.2.2d    CC-Establishment confirmed (N0.5) $(CCBS)$

This state exists for a mobile originating call when the network has received acknowledgement that the mobile station has received all call information necessary to effect call establishment.5.1.2.2.2e  Recall present (N0.6) $(CCBS)$

This state exists for a mobile originating call when the network has sent a recall request but has not yet received a satisfactory response.

### 5.1.2.2.3    Call initiated (N1)

This state exists for a mobile originating call when the network has received a call establishment request but has not yet responded.

### 5.1.2.2.4    Mobile originating call proceeding (N3)

This state exists for a mobile originating call when the network has sent acknowledgement that the network has received all call information necessary to effect call establishment.

### 5.1.2.2.5    Call delivered (N4)

This state exists for a mobile originating call when the network has indicated that remote user alerting has been initiated.

### 5.1.2.2.6    Call present (N6)

This state exists for a mobile terminating call when the network has sent a call establishment request but has not yet received a satisfactory response.

### 5.1.2.2.7    Call received (N7)

This state exists for a mobile terminating call when the network has received an indication that the mobile station is alerting but has not yet received an answer.

### 5.1.2.2.8    Connect request (N8)

This state exists for a mobile terminating call when the network has received an answer but the network has not yet awarded the call.

### 5.1.2.2.9    Mobile terminating call confirmed (N9)

This state exists for a mobile terminating call when the network has received acknowledgement that the mobile station has received all call information necessary to effect call establishment.

### 5.1.2.2.10    Active (N10)

This state exists for a mobile terminating call when the network has awarded the call to the called mobile station. This state exists for a mobile originating call when the network has indicated that the remote user has answered the call.

**5.1.2.2.11        {Not used}**

**5.1.2.2.12        Disconnect indication (N12)**

This state exists when the network has disconnected the end- to-end connection (if any) and has sent an invitation to disconnect the mobile station to network connection.

**5.1.2.2.13        Release request (N19)**

This state exists when the network has requested the MS to release and is waiting for a response.

**5.1.2.2.14        Mobile originating modify (N26)**

This state exists when the network has received a request from the mobile station for a new mode but has not yet sent a response.

**5.1.2.2.15        Mobile terminating modify (N27)**

This state exists when the network has sent a request to the mobile station for a new mode but has not yet received an answer.

**5.1.2.2.16        Connect Indication (N28)**

This state exists for a mobile originating call when the network has indicated that the remote user has answered the call and the network is waiting for acknowledgement by the mobile station.

# 5.2        Call establishment procedures

Establishment of a call is initiated by request of upper layer in either the mobile station or the network; it consists of:

-    the establishment of a CC connection between the mobile station and the network;

-    the activation of the codec or interworking function.

Whenever it is specified in GSM 04.08, section 5 that the mobile station shall attach the user connection, this means that the mobile station shall activate the codec or interworking function as soon as an appropriate channel is available. The mobile station shall de-activate the codec or interworking function whenever an appropriate channel is no longer available. As soon as an appropriate channel is (again) available, the codec or interworking function shall be re-activated. If a new order to attach the user connection is received, the new order shall supersede the previous one.

A channel shall be considered as appropriate if it is consistent with the possibly negotiated bearer capability applicable for the actual phase of the call. The mobile station shall not consider a channel as not appropriate because the type of the channel (full rate/half rate) is not the preferred one. If:

-    the user connection has to be attached but no appropriate channel is available for a contiguous time of 30 seconds; or if

-    the codec or interworking function is de-activated for a contiguous time of 30 seconds;

then the mobile station may initiate call clearing.

Upon request of upper layers to establish a call, restricting conditions for the establishment of the call are examined. These restricting conditions concern the states of parallel CC entities and are defined elsewhere. If these restricting conditions are fulfilled, the call establishment is rejected. Otherwise a CC entity in state U0, "null", is selected to establish the call. It initiates the establishment by requesting the MM sublayer to establish an MM connection.

## 5.2.1        Mobile originating call establishment

The call control entity of the mobile station initiates establishment of a CC connection by requesting the MM sublayer to establish a mobile originating MM connection and entering the "MM connection pending" state. There are two kinds of

a mobile originating call: basic call and emergency call. The request to establish an MM connection shall contain a parameter to specify whether the call is a basic or an emergency call. This information may lead to specific qualities of services to be provided by the MM sublayers. Timer T303 is started when the CM SERVICE REQUEST message is sent.

For mobile stations supporting eMLPP basic calls may optionally have an associated priority level as defined in GSM 03.67. This information may also lead to specified qualities of service to be provided by the MM sublayers.

While being in the "MM connection pending" state, the call entity of the mobile station may cancel the call prior to sending the first call control message according to the rules given in section 4.5.1.7.

Having entered the "MM connection pending" state, upon MM connection establishment, the call control entity of the mobile station sends a setup message to its peer entity. This setup message is

-   a SETUP message, if the call to be established is a basic call, and

-   an EMERGENCY SETUP message, if the call to be established is an emergency call.

It then enters the "call initiated" state. Timer T303 is not stopped.

The setup message shall contain all the information required by the network to process the call. In particular, the SETUP message shall contain the called party address information.

If timer T303 elapses in the "MM connection pending" state, the MM connection in progress shall be aborted and the user shall be informed about the rejection of the call.

## 5.2.1.1     Call initiation

The "call initiated" state is supervised by timer T303.For normal MO calls, this timer will have already been started after entering the "MM connection pending" state. For network-initiated MO calls this timer will be started in the recall present state as defined in section 5.2.3.4

When the call control entity of the mobile station is in the "call initiated" state and if it receives:

i)   a CALL PROCEEDING message, it shall proceed as described in section 5.2.1.3;

ii)   an ALERTING message, it shall proceed as described in section 5.2.1.5;

iii) a CONNECT message, it shall proceed as described in section 5.2.1.6;

iv) a RELEASE COMPLETE message it shall proceed as described in section 5.2.1.2.

Abnormal case:

-   If timer T303 elapses in the "call initiated" state before any of the CALL PROCEEDING, ALERTING, CONNECT or RELEASE COMPLETE messages has been received, the clearing procedure described in section 5.4 is performed.

## 5.2.1.2     Receipt of a setup message

In the "null" or "recall present" states, upon receipt of a setup message (a SETUP message or an EMERGENCY SETUP message, see section 5.2.1.1), the call control entity of the network enters the "call initiated" state. It shall then analyse the call information contained in the setup message.

i)   If, following the receipt of the setup message, the call control entity of the network determines that the call information received from the mobile station is invalid (e.g. invalid number), then the network shall initiate call clearing as defined in section 5.4 with one of the following cause values:

# 1 "unassigned (unallocated) number"

# 3 "no route to destination"

# 22    "number changed"

APLCW0000072192

# 28   "invalid number format (incomplete number)"

ii) If, following the receipt of the setup message, the call control entity of the network determines that a requested service is not authorized or is not available, it shall initiate call clearing in accordance with section 5.4.2 with one of the following cause values:

# 8 "operator determined barring",

# 57   "bearer capability not authorized",

# 58   "bearer capability not presently available",

# 63   "service or option not available, unspecified", or

# 65   "bearer service not implemented".

iii) Otherwise, the call control entity of the network shall either:

- send a CALL PROCEEDING message to its peer entity to indicate that the call is being processed; and enter the "mobile originating call proceeding" state.

- or: send an ALERTING message to its peer entity to indicate that alerting has been started at the called user side; and enter the "call received" state.

- or: send a CONNECT message to its peer entity to indicate that the call has been accepted at the called user side; and enter the "connect request" state.

The call control entity of the network may insert bearer capability information element(s) in the CALL PROCEEDING message to select options presented by the mobile station in the Bearer Capability information element(s) of the SETUP message. The bearer capability information element(s) shall contain the same parameters as received in the SETUP except those presenting a choice. Where choices were offered, appropriate parameters indicating the results of those choices shall be included.

The CALL_PROCEEDING message may also contain the priority of the call in the case where eMLPP is applied and where the network has assigned a different priority to the call than that requested by the user, or where the user has not requested a priority and the network has assigned a default priority. Mobile stations supporting eMLPP shall indicate this priority level to higher sublayers and store this information for the duration of the call for further action. Mobile stations not supporting eMLPP shall ignore this information element if provided in a CALL PROCEEDING message.

The call control entity of the network having entered the "mobile originating call proceeding" state, the network may initiate the assignment of a traffic channel according to section 5.2.1.9 (early assignment).

```
        MS                              Network
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ¿
³                                  ³
³    (EMERGENCY) SETUP              ³
³    ------------------->           ³
³                                  ³
ÀÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÙ

           CALL_PROCEEDING         (i)
       < - - - - - - - - - - -
              ALERTING             (ii)
       < - - - - - - - - - - -
              CONNECT              (iii)
       < - - - - - - - - - - -
           RELEASE COMPLETE        (iv)
       < - - - - - - - - - - -
```

**Figure 5.2/GSM 04.08**
**Mobile originated call initiation and possible subsequent responses.**

## 5.2.1.3       Receipt of a CALL PROCEEDING message

Having entered the "call initiated" state, when the call control entity of the mobile station receives a CALL PROCEEDING message, it shall stop timer T303; start timer T310 unless

APLCW0000072193

- the CALL PROCEEDING message contains a *progress indicator* IE specifying progress description #1, #2, or #64; or

- it has received a PROGRESS message containing a *progress indicator* IE specifying progress description #1, #2, or #64 prior to the CALL PROCEEDING message

and enter the "mobile originating call proceeding" state.

Abnormal case:

If timer T310 elapses before any of the ALERTING, CONNECT or DISCONNECT messages has been received, the mobile station shall perform the clearing procedure described in section 5.4.



**Figure 5.3/GSM 04.08**
**Call proceeding sequence at mobile originating**
**call establishment**

## 5.2.1.4    Notification of progressing mobile originated call

In this section, the term "interworking" is used only in the meaning of interworking with a network other than PLMN or ISDN, not as interworking between PLMN and ISDN since this is the normal case. In this sense, PLMN and ISDN are seen within the same environment, called the PLMN/ISDN environment.

### 5.2.1.4.1    Notification of interworking in connection with mobile originated call establishment

During call establishment, the call may leave a PLMN/ISDN environment; e.g., because of interworking with another network, with a non-PLMN/ISDN user, or with non-PLMN/ISDN equipment within the called user's premises; the call may also return to a PLMN/ISDN environment. When such situations occur, the network may send a *progress indicator* information element to the calling mobile station either:

a) in an appropriate call control message, if a state change is required (e.g. ALERTING or CONNECT); or,

b) in the PROGRESS message, if no state change is appropriate.

This *progress indicator* information element shall contain one of the following progress description values:

a) #1 "call is not end-to-end PLMN/ISDN; further call progress information may be available in-band".

b) #2 "destination address is non-PLMN/ISDN".

c) #4 "call has returned to PLMN/ISDN.

See also sections 5.5.1 and 5.5.6 for further reactions of the mobile station.

### 5.2.1.4.2    Call progress in the PLMN/ISDN environment

In order to inform the mobile station that the call is progressing in the PLMN/ISDN environment the network may send a *progress indicator* information element to the calling mobile station either:

a) in an appropriate call control message, if a state change is required (e.g., ALERTING or CONNECT); or

b) in the PROGRESS message, if no state change is appropriate.

This *progress indicator* information element shall contain progress description value #32 "Call is end-to-end ISDN/PLMN". See also section 5.5.6 for further reactions of the mobile station.

### 5.2.1.5    Alerting

Having entered the "mobile originating call proceeding" state, upon receiving an indication that user alerting has been initiated at the called address, the call control entity of the network shall: send an ALERTING message  to its peer entity at the calling mobile station and enter the "call delivered" state.

When the call control entity of the mobile station in the "call initiated" state or "mobile originating call proceeding" state receives an ALERTING message then, the call control entity of the mobile station shall stop timer T303  and T310 (if running) and shall enter the "call delivered" state. In this state, for speech calls:

- an alerting indication should be given to the user. If the mobile station has not attached the user connection then the mobile station shall internally generate an alerting indication. If the mobile station has attached the user connection then the network is responsible for generating the alerting indication and the mobile station need not generate one.

Abnormal cases:

> On the mobile station side, if timer T310 expires, the call control entity of the mobile station shall initiate call clearing as described in section 5.4.

```
        MS                                    Network
          0AAAAAAAAAAAAAAAAAAAAAAA
          ³                                  ³
          ³          ALERTING                ³
          ³      <--------------             ³
          ³                                  ³
          AAAAAAAAAAAAAAAAAAAAAAAA0
```

**Figure 5.4/GSM 04.08**
**Call confirmation**
**at mobile originating call establishment**

### 5.2.1.6    Call connected

Upon receiving an indication that the call has been accepted, the call control entity of the network shall: through connect the traffic channel (including the connection of an interworking function, if required) and send a CONNECT message to its peer entity at the calling mobile station; start timer T313 and enter the "connect indication" state.

This message indicates to the call control entity of the calling mobile station that a connection has been established through the network.

The call control entity of the mobile station in the "call initiated" state, in the "mobile originating call proceeding" state or in the "call delivered" state, shall, upon receipt of a CONNECT message:

- attach the user connection;

- return a CONNECT ACKNOWLEDGE message;

- stop any locally generated alerting indication (if applied);

- stop timer T303 and T310 (if running);

- enter the "active" state.

Abnormal cases:

> On the mobile station side, if timer T303 or T310 expires, the call control entity of the mobile station shall initiate call clearing as described in section 5.4.

> NOTE:    The mobile station may have applied an additional internal alerting supervision which causes initiation of call clearing prior to the expiry of T303 or T310.

The call control of the network in the "connect indication" state, shall, upon receipt of a CONNECT ACKNOWLEDGE message:

- stop timer T313 and enter the "active" state.

APLCW0000072195

Abnormal cases:

On the network side, if timer T313 elapses before a CONNECT ACKNOWLEDGE message has been received, the network shall perform the clearing procedure as described in section 5.4.



**Figure 5.5/GSM 04.08**
**Call acceptance sequence**
**at mobile originating call establishment**

### 5.2.1.7    Call rejection

Upon receiving an indication that the network or the called user is unable to accept the call, the network shall initiate call clearing at the radio interface to the mobile which originated the call, as described in section 5.4 using the cause provided by the terminating network or the called user.

### 5.2.1.8    Transit network selection

NOTE:    For further study.

### 5.2.1.9    Traffic channel assignment at mobile originating call establishment

It is a network dependent decision when to initiate the assignment of an appropriate traffic channel during the mobile originating call establishment phase. Initiation of a suitable RR procedure to assign an appropriate traffic channel does neither change the state of a call control entity nor affect any call control timer.

NOTE:    During certain phases of such an RR procedure, transmission of CC and MM messages may be suspended, see GSM 04.08, section 3 and GSM 08.08.

The assignment procedure does not affect any call control timer.

### 5.2.1.10    Call queuing at mobile originating call establishment

The conditions to apply queuing are described in GSM 03.01.

If an idle traffic channel is not available at the assignment instant, the network may place the traffic channel request in a queue. Calls arriving when all positions in the queue are occupied shall be cleared by the network using the cause #34 "no circuit/channel available".

The maximum queuing interval is supervised by the network. The limit is a network dependent choice. In case the network is not able to allocate a traffic channel within the queuing limit, the network will release the call using cause #34 "no circuit/channel available".

Optionally, e.g. if eMLPP is used, the network may decide to pre-empt existing calls or to place the traffic channel request at some preferential position within the queue.

Specific indications provided in the network to the remote user are a network dependent choice.

## 5.2.2    Mobile terminating call establishment

Before call establishment can be initiated in the mobile station, the MM connection must be established by the network.

APLCW0000072196

### 5.2.2.1        Call indication

After the arrival of a call from a remote user, the corresponding call control entity in the network shall: initiate the MM connection establishment according to section 4 and enter the "MM connection pending" state. The request to establish the MM connection is passed from the CM sublayer to the MM sublayer. It contains the necessary routing information derived from the SETUP message.

Upon completion of the MM connection, the call control entity of the network shall: send the SETUP message to its peer entity at the mobile station, start timer T303 and enter the "call present" state.

Upon receipt of a SETUP message, the mobile station shall perform compatibility checking as described in 5.2.2.2. If the result of the compatibility checking was compatibility, the call control entity of the mobile station shall enter the "call present" state. An incompatible mobile station shall respond with a RELEASE COMPLETE message in accordance with section 5.2.2.3.4.

If no response to the SETUP message is received by the call control entity of the network before the expiry of timer T303, the procedures described in section 5.2.2.3.3 shall apply.

```
     MS                              Network
     0AAAAAAAAAAAAAAAAAAAAAAA3
     3                        3
     3         SETUP          3
     3     <--------------    3
     3                        3
     AAAAAAAAAAAAAAAAAAAAAAAA0

          CALL_CONFIRMED           (i)
     - - - - - - - - - - - - - >
          RELEASE COMPLETE         (ii)
     - - - - - - - - - - - - - >
```

**Figure 5.6/GSM 04.08**
**Mobile terminating call initiation and possible subsequent responses.**

### 5.2.2.2        Compatibility checking

The mobile station receiving a SETUP message shall perform compatibility checking before responding to that SETUP message. Annex B defines compatibility checking to be performed by the mobile station upon receiving a SETUP message.

### 5.2.2.3        Call confirmation

### 5.2.2.3.1        Response to SETUP

Having entered the "call present state" the call control entity of the mobile station shall - with the exception of the cases described below - acknowledge the SETUP message by a CALL CONFIRMED message, and enter the "mobile terminating call confirmed" state.

The call control entity of the mobile station may include in the CALL CONFIRMED message to the network one or two bearer capability information elements to the network, either preselected in the mobile station or corresponding to a service dependent directory number (see GSM 09.07). The mobile station may also include one or two bearer capabilities in the CALL CONFIRMED message to define the radio channel requirements. In any case the rules specified in section 9.3.2.2 shall be followed.

> NOTE:      The possibility of alternative responses (e.g., in connection with supplementary services) is for further study.

A busy MS which satisfies the compatibility requirements indicated in the SETUP message shall respond either with a CALL CONFIRMED message if the call setup is allowed to continue or a RELEASE COMPLETE message if the call setup is not allowed to continue, both with cause #17 "user busy".

If the mobile user wishes to refuse the call, a RELEASE COMPLETE message shall be sent with the cause #21 "call rejected" .

APLCW0000072197

In the cases where the mobile station responds to a SETUP message with RELEASE COMPLETE message the mobile station shall release the MM connection and enter the "null" state after sending the RELEASE COMPLETE message.

The network shall process the RELEASE COMPLETE message in accordance with section 5.4.

### 5.2.2.3.2        Receipt of CALL CONFIRMED and ALERTING by the network

The call control entity of the network in the "call present" state, shall, upon receipt of a CALL CONFIRMED message: stop timer T303, start timer T310 and enter the "mobile terminating call confirmed" state.

The call control entity of the mobile station having entered the "mobile terminating call confirmed" state, if the call is accepted at the called user side, the mobile station proceeds as described in 5.2.2.5. Otherwise, if the signal information element was present in the SETUP message user alerting is initiated at the mobile station side; if the signal information element was not present in the SETUP message, user alerting is initiated when an appropriate channel is available.

Here, initiation of user alerting means:

-    the generation of an appropriate tone or indication at the mobile station; and

-    sending of an ALERTING message by the call control entity of the MS to its peer entity in the network and entering the "call received" state.

The call control entity of the network in the "mobile terminated call confirmed" state shall, upon receipt of an ALERTING message: send a corresponding ALERTING indication to the calling user; stop timer T310; start timer T301, and enter the "call received" state.

In the "mobile terminating call confirmed" state or the "call received" state, if the user of a mobile station is User Determined User Busy then a DISCONNECT message shall be sent with cause #17 "user busy". In the "mobile terminating call confirmed" state, if the user of a mobile station wishes to reject the call then a DISCONNECT message shall be sent with cause #21 "call rejected".

### 5.2.2.3.3        Call failure procedures

In case of abnormal behaviour the following call failure procedures apply:

i.    If the network does not receive any response to the SETUP message prior to the expiration of timer T303, then the network shall: initiate clearing procedures towards the calling user with cause #18 "no user responding"; and initiate clearing procedures towards the called mobile station in accordance with 5.4.4 using cause #102 "recovery on timer expiry".

ii.    If the network has received a CALL CONFIRMED message, but does not receive an ALERTING, CONNECT or DISCONNECT message prior to the expiration of timer T310, then the network shall:

-    initiate clearing procedures towards the calling user with cause #18 "no user responding"; and

-    initiate clearing procedures towards the called MS in accordance with section 5.4.4 using cause #102 "recovery on timer expiry".

iii.    If the network has received an ALERTING message, but does not receive a CONNECT or DISCONNECT message prior to the expiry of timer T301 (or a corresponding internal alerting supervision timing function), then the network shall: initiate clearing procedures towards the calling user with cause #19 "user alerting, no answer"; and initiate clearing procedures towards the called mobile station in accordance with section 5.4.4, using cause #102 "recovery on timer expiry" or using cause #31 "normal, unspecified".

NOTE:    The choice between cause #31 and cause #102 may have consequences on indications generated by the mobile station, see GSM 02.40.

### 5.2.2.3.4        Called mobile station clearing during mobile terminating call establishment

See section 5.4.2.

#### 5.2.2.4　　Notification of interworking in connection with mobile terminating call establishment

In this section, the term "interworking" is used only in the meaning of interworking with a network other than PLMN or ISDN, not as interworking between PLMN and ISDN since this is the normal case. In this sense, PLMN and ISDN are seen within the same environment, called the PLMN/ISDN environment.

During call establishment the call may enter an PLMN/ISDN environment, e.g., because of interworking with another network, with a non-PLMN/ISDN user, or with non-PLMN/ISDN equipment within the calling or called user's premises. When this occurs, the network may include a *progress indicator* information element to be included in the SETUP message to be sent to the called mobile station specifying progress description value

a) #1 "call is not end-to-end PLMN/ISDN; further call progress information may be available in-band" or

b) #3 "origination address is non-PLMN/ISDN".

See also section 5.5.1 for further reactions of the mobile station.

#### 5.2.2.5　　Call accept

In the "mobile terminating call confirmed" state or the "call received" state, the call control entity in the  mobile station indicates acceptance of a mobile terminating call by:

- sending a CONNECT message to its peer entity in the network;

- starting Timer T313; and

- entering the "connect request" state.

#### 5.2.2.6　　Active indication

In the "mobile terminated call confirmed" state or in the "call received" state, the call control entity of the network shall, upon receipt of a  CONNECT message: through connect the traffic channel (including the connection of an interworking function, if required), stop timers T310, T303 or T301 (if running); send a CONNECT ACKNOWLEDGE message to its peer entity at the mobile station of the called user; initiate procedures to send a CONNECT message towards the calling user and enter the "active" state.

In the "connect request" state, the call control entity of the mobile station shall, upon receipt of a CONNECT ACKNOWLEDGE message: stop timer T313 and enter the "active" state.

When timer T313 expires prior to the receipt of a CONNECT ACKNOWLEDGE message, the mobile station shall initiate clearing in accordance with section 5.4.3.

```
       MS                               Network
       0AAAAAAAAAAAAAAAAAAAAAAAAAAAAA2
       3             CONNECT             3
        --------------------->
       3                                 3
       3      CONNECT ACKNOWLEDGE        3
        <---------------------
       3                                 3
       AAAAAAAAAAAAAAAAAAAAAAAAAAAAAA0
```

**Figure 5.7/GSM 04.08**
**Call acceptance and active indication at mobile terminating call establishment**

#### 5.2.2.7　　Traffic channel assignment at mobile terminating call establishment

It is a network dependent decision when to initiate the assignment of a traffic channel during the mobile terminating call establishment phase.

Initiation of the assignment phase does not directly change the state of a CC entity nor affect any call control timer, but may have some secondary effects (see e.g. clause 5.2.2.3.2).

APLCW0000072199

### 5.2.2.8        Call queuing at mobile terminating call establishment

The principles described in section 5.2.1.10 apply accordingly.

NOTE:    The interworking to the fixed network has to fulfil the network specific requirements.

### 5.2.2.9        User connection attachment during a mobile terminating call

For speech calls:

The mobile station shall attach the user connection at latest when sending the connect message.

For data calls:

The mobile station shall attach the user connection when receiving the CONNECT ACKNOWLEDGE message from the network.

### 5.2.3        Network initiated MO call $(CCBS)$

The procedures of section 5.2.3 are mandatory for mobile stations supporting "Network initiated MO call".

Note: the behaviour of a mobile station that does not support "Network initiated MO call" is described in section 4.

#### 5.2.3.1        Initiation

Before call establishment can be initiated in the mobile station, the MM connection shall be established by the network.

After the arrival of an appropriate stimulus (for example a Remote User Free Indication), the corresponding call control entity in the network shall initiate the MM connection establishment according to section 4, enter the "CC connection pending" state and start timer T331. The request to establish the MM connection is passed from the CM sublayer to the MM sublayer. It contains the necessary routing information derived from the received stimulus.

Upon completion of the MM connection, the call control entity of the mobile station shall send a START CC message to its peer entity in the network. The mobile station shall then enter the "Wait for network information" state and start timer T332.

If the network receives a START CC message while in the "CC connection pending" state, the network stops T331, sends the CC-ESTABLISHMENT message, starts timer T333 and enters the "CC-establishment present" state.

The MM connection establishment may be unsuccessful for a variety of reasons, in which case the MM sublayer in the network will inform the CC entity in the network with an indication of the reason for the failure. The CC entity shall then stop all running timers, enter the "Null" state and inform all appropriate entities within the network.

If timer T331 expires, the network shall abort the MM connection establishment attempt, stop all running CC timers, enter the "Null" state and inform all appropriate entities within the network.

#### 5.2.3.2        CC-Establishment present

In the "CC establishment present" state, the mobile station, upon receipt of the CC-ESTABLISHMENT message, shall stop timer T332.

The CC-ESTABLISHMENT message contains information which the mobile station shall use for  the subsequent SETUP message (if any) related to this CC-ESTABLISHMENT.

The CC-ESTABLISHMENT message shall contain the *Setup Container IE.*

If no CC-ESTABLISHMENT message is received by the call control entity of the mobile station before the expiry of timer T332, then the mobile station shall initiate clearing procedures towards the network using a RELEASE COMPLETE message with cause #102 "recovery on timer expiry" and proceed in accordance with section 5.4.2.

Upon receipt of a CC-ESTABLISHMENT message the mobile station shall perform checks on the Setup Container IE in order to align the contained information with the mobile's present capabilities and configuration. The "recall alignment procedure" is defined later on in this section.

APLCW0000072200

If the recall alignment procedure has succeeded, the call control entity of the Mobile Station shall

-   form and store the SETUP message for sending later in the "Recall present" state,

-   acknowledge the CC-ESTABLISHMENT message with a CC-ESTABLISHMENT CONFIRMED message,

-   start timer T335, and

-   enter the "CC-establishment confirmed" state.


Exception:

A busy mobile station which has successfully performed the recall alignment procedure shall respond with a CC-ESTABLISHMENT CONFIRMED message  with cause #17 "user busy", and proceed as stated above.


A mobile station, for which the recall alignment procedure failed, shall respond with a RELEASE COMPLETE message in accordance with section 5.4.2 with the appropriate cause code as indicated in the description of the recall alignment procedure.

The SETUP message is constructed from the *Setup Container IE* received in the CC ESTABLISHMENT MESSAGE. The mobile station shall assume that the *Setup Container IE* contains an entire SETUP message with the exception of the Protocol Discriminator, Transaction ID and Message Type elements. The mobile station may assume that the contents of the *Setup Container IE* are the same as were sent from the subscriber in a previous SETUP message of the mobile originating call establishment attempt. The mobile station shall copy the *Setup Container* to the SETUP message and not modify the contents except as defined in the recall alignment procedure and as defined in *exceptions* below. The mobile station shall not add other Information Elements to the end of the SETUP message.


Exceptions:

*Bearer Capability IE(s), HLC IE(s) and LLC (s) IE(s) (including Repeat Indicator(s),* if there  are 2 bearer capabilities) require handling as described in the recall alignment procedure below.

If the *CC Capabilities* in the *Setup Container IE* is different to that supported by the mobile station, the mobile station shall modify the *CC Capabilities* in the SETUP message to indicate the true capabilities of the mobile station.

*Facility IE(s) and SS Version IE(s)* require handling as described in the recall alignment procedure.


If no response to the CC-ESTABLISHMENT message is received by the call control entity of the network before the expiry of timer T333, then the network shall initiate clearing procedures towards the called mobile station using a RELEASE COMPLETE message with cause #102 "recovery on timer expiry" and inform all appropriate entities within the network, proceeding in accordance with section 5.4.2.

```
MS                              Network
ÚAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA¿
³        CC-ESTABLISHMENT        ³
³        <--------------         ³
³                               ³
³ CC-ESTABLISHMENT_CONFIRMED³    (i)
³ - - - - - - - - - - - >  ³
³      RELEASE COMPLETE      ³    (ii)
³ - - - - - - - - - - - >  ³
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAO
```

**Figure 5.7a/GSM 04.08**
**Call initiation and possible subsequent responses.**

### 5.2.3.2.1 Recall Alignment Procedure

The recall alignment procedure consists of two parts :

- basic service group alignment, and

- facility alignment.


Basic service group alignment:

The mobile station shall check that the *Bearer Capability, HLC* and *LLC* and *Repeat Indicator* fields, which are embedded in the *Setup Container IE,* match a basic service group supported by the mobile station.

If this check fails, then recall alignment procedure has failed. The mobile station shall use the cause #88 "incompatible destination" afterwards.

Otherwise, the mobile station is allowed to alter the content within the *Bearer Capability, HLC* and *LLC* Information Elements (e.g. the speech coder version(s), the data rate, the radio channel requirement) provided that the basic service group is not changed. The result shall be that the mobile station has derived *Bearer Capability, HLC* and *LLC* Information Elements, which it can use for a later call setup according to its configuration and capabilities.


Facility alignment:

> This only applies if the *Setup Container* contains 1 or more *Facility IEs.* Each *Facility IE* within the *Setup Container* will be associated with the common *SS Version IE*, if present. The handling for each *Facility IE* is defined below. The mobile station shall align each  facility IE contained in the *Setup Container.* The rules defined in GSM 04.10 also apply.

The *Facility IE* is encoded as 'simple recall alignment', 'advanced recall alignment' or 'recall alignment not essential' (see GSM 04.10). If the encoding indicates, that

- a simple recall alignment is required, the mobile station shall copy the Facility IE and the common SS version IE from the *Setup Container* to the SETUP message without modifying the content.

- an advanced recall alignment is required, the mobile station must recognise and support the operation defined in the facility. If the mobile station does not recognise or support the operation, then the recall alignment procedure has failed and the mobile station shall use the cause #29 "facility rejected" in the subsequent rejection of the CC establishment request.

- the recall alignment is not essential, then the facility operation is not an essential part of the SETUP. If the MS does not recognise the operation then the SS Version IE and Facility IE are discarded, and NOT copied into the SETUP message.


NOTE. A mobile station may include a *Facility IE* without an associated *SS Version IE.* This would indicate that the SS operation is encoded using Phase 1 protocols.

Further details on Facility handling are given in GSM 04.10.5.2.3.3 CC-Establishment confirmation


The call control entity of the network in the "CC-establishment present" state, shall, upon receipt of a CC-ESTABLISHMENT CONFIRMED message, stop timer T333 and enter the "CC-establishmentconfirmed" state.

In the "CC-establishment confirmed" state, the network sends a RECALL message. This message initiates user alerting and also shall include the Facility IE (providing additional information to be presented to the user for notification). The network starts timer T334 and enters the 'recall present' state.

```
Upon reception of the RECALL message the Mobile station stops T335 and enters
         the "recall present" state.
             MS                          Network
             ÚAAAAAAAAAAAAAAAAAAAAAAAAA¿
             ³                          ³
             ³         RECALL           ³
             ³      <--------------     ³
             ³                          ³
             ÀAAAAAAAAAAAAAAAAAAAAAAAAAÙ
```
**Figure 5.7b/GSM 04.08**
**Recall**

### 5.2.3.4        Recall present

In the "recall present" state, the call control entity in the mobile station waits for acceptance of the Recall by the user. Once confirmation is received, the mobile station indicates acceptance of a recall by

- sending a SETUP message to its peer entity in the network;

- starting Timer T303; and

- entering the "call initiated" state and proceeding as described in section 5.2.1.1.

The MS shall ensure that the contents of the *Bearer Capability IE(s)* sent in the SETUP message are the same as the *Bearer Capability IE(s)* in the previous CC-ESTABLISHMENT CONFIRMED message related to this Network Initiatated MO Call.

In the "recall-present" state, if user of a mobile station is User Determined User Busy then a RELEASE COMPLETE message shall be sent with cause #17 "user busy" In the "recall-present" state. If the user of a mobile station wishes to reject the recall then a RELEASE COMPLETE message shall be sent with cause #21 "call rejected".

In either case, the mobile shall release the connection in accordance with section 5.4.2

On receipt of the SETUP message in the "recall present" state, the network shall stop timer T334 and proceed as specified in section 5.2.1.2.

If the call control entity of the network does not receive a SETUP message before the expiry of timer T334, then the network shall send a RELEASE COMPLETE message to the mobile using cause #102 "recovery on timer expiry", release the MM connection, enter the "null" state and shall inform all appropriate entities within the network.



**Figure 5.7b/GSM 04.08**
**Recall acceptance or rejection by user**

5.2.3.5     Traffic channel assignment during network initiated mobile originating call establishment

It is a network dependent decision whether or not to initiate the assignment of a traffic channel during the "CC-establishment confirmed" state.


# 5.3     Signalling procedures during the "active" state

## 5.3.1     User notification procedure

The mobile terminating user notification procedure allows the network to notify a mobile station of any appropriate call-related event during the "active" state of a call. The procedure consists in the network sending a NOTIFY message to the mobile station. No state change occurs at any of the interface sides following the sending or the receipt of this message (but an appropriate indication may optionally be generated in the mobile station).

The mobile originating notification procedure allows the mobile station to notify the remote user of any appropriate call-related event during the "active" state of a call by sending a NOTIFY message containing a notification indicator to the network; upon receipt of this message, the network sends a NOTIFY message containing the same notify indicator to the other user involved in the call. No state change occurs at any of the interface sides following the sending or the receipt of this message.

## 5.3.2     Call rearrangements

Call rearrangements on the radio interface are not supported by explicit messages (e.g. SUSPEND and RESUME messages as defined in ETS 300 102-1). However if a remote non-PLMN user initiates call rearrangements, the network shall inform the mobile station by means of a NOTIFY message. In a similar way the mobile station can inform the network about rearrangements by sending a NOTIFY message (e.g. change of user equipment connected to the mobile station).

## 5.3.3     Not used

## 5.3.4     Support of Dual Services

The behaviour described in this section is used to realize the following required services throughout section 5.3.4. The mobile station is not obliged to support the network originated in-call modification procedure. In that case, the mobile station shall, when receiving a MODIFY message, treat the message as unknown and react as described in section 8.4. If the mobile station is already prepared to support the procedure in both directions, it shall act as described in this section.

a)  Alternate Speech/Data (BS 61 according to GSM 02.02);

b)  Speech followed by Data (BS 81 according to GSM 02.02);

c)  Alternate Speech/Group 3 fax (Teleservice 61 according to GSM 02.03).

### 5.3.4.1     Service Description

This circuit switched service allows the two users on a point-to-point connection to use the connection between them for different information transfer during the same call, but not at the same time.

If the negotiation during call establishment leads to the recognition of the above mentioned services, the in-call modification procedure is allowed to be executed within the current call by changing from one call mode to the other.

In some cases the in-call modification procedure makes it necessary to change the channel configuration by allocating a new channel and in other cases to change channel configuration parameters while keeping the previously allocated channel. This change is determined by the network, which initiates either the channel assignment procedure, handover procedure or channel mode modify procedure (see section 3).

APLCW0000072204

The capability and the initial mode desired must be identified by the mobile station by identifying each mode of operation with a separate information element during call establishment. Further the type of change between the modes must be identified by means of the repeat indicator:

> mode 1 "alternate" mode 2; or

> mode 1 "and then" mode 2.

### 5.3.4.2      Call establishment

For both mobile originating and mobile terminating calls, the normal call establishment procedures apply.

### 5.3.4.2.1        Mobile Originating Establishment

The service is requested by the originating mobile station by transferring a SETUP message to the network containing the *BC repeat indicator* IE, the *bearer capability 1* information element, and the *bearer capability 2* information element. The first mode of operation ("call mode") shall be indicated by the *bearer capability 1* information element and the second call mode by the *bearer capability 2* information element.

A low layer compatibility may optionally be specified for each call mode in a *low layer compatibility I* and *low layer compatibility II* information element. In that case:

-       the SETUP message shall contain the *LLC repeat indicator* IE and both *low layer compatibility I* and *low layer compatibility II* information elements. The *low layer compatibility I* information element then corresponds to the *bearer capability 1* information element and the *low layer compatibility II* information element to the *bearer capability 2* information element;

-       if no low layer compatibility specification applies for one of the two call modes, the corresponding low layer compatibility IE (*low layer compatibility I* or *low layer compatibility II*) shall indicate "not applicable";

-       the *LLC repeat indicator* shall specify the same repeat indication as the *BC repeat indicator* IE.

Similarly, a high layer compatibility may optionally be specified for each call mode in a *high layer compatibility i* and *high layer compatibility ii* information element. In that case:

-       the SETUP message shall contain the *HLC repeat indicator* IE and both *high layer compatibility i* and *high layer compatibility ii* information elements. The *high layer compatibility i* information element then corresponds to the *bearer capability 1* information element and the *high layer compatibility ii* information element to the *bearer capability 2* information element;

-       if no high layer compatibility specification applies for one of the two call modes, the corresponding high layer compatibility IE (*high layer compatibility i* or *high layer compatibility ii*) shall indicate "not applicable";

-       the *HLC repeat indicator* shall specify the same repeat indication as the *BC repeat indicator* IE.

The receiving entity shall ignore whether the *LLC repeat indicator* IE or *HLC repeat indicator* are contained in the message or not; it shall also ignore the repeat indication of an *LLC repeat indicator* IE or *HLC repeat indicator* IE. If the *low layer compatibility II* IE is not contained in the message and the *low layer compatibility I* IE is contained in the message, the receiving entity shall relate it to a call mode indicated in the message that does not specify speech (if any). If the *high layer compatibility ii* IE is not contained in the message and the *high layer compatibility i* IE is contained in the message, the receiving entity shall relate it to a call mode indicated in the message that does not specify speech (if any).

The specific part of the network which is sensitive to the call mode shall examine each mode described in the bearer capabilities included in the SETUP message by performing compatibility checking as defined in Annex B. If as a result of this compatibility checking the network decides to reject the call, then the network shall initiate call clearing as specified in section 5.4 with the following causes:

a)    #57 "bearer capability not authorized"

b)    #58 "bearer capability not presently available"

c)    #65 "bearer service not implemented"

d)  #70 "only restricted digital information bearer capability is available"

### 5.3.4.2.2        Mobile Terminating Establishment

The service is indicated to the called mobile station by a SETUP message coded in the same manner as in the mobile originating call establishment. As specified for normal terminating call establishment, the service may be indicated by the called mobile station in the CALL CONFIRMED message.

The destination mobile station shall perform the compatibility checking as defined in Annex B for both required modes if indicated in the SETUP message. If as a result of compatibility checking the mobile station decides to reject the call, the mobile station shall initiate call clearing according to the procedures of section 5.4 with one of the following causes:

a)  #57 "bearer capability not authorized"

b)  #58 "bearer capability not presently available"

c)  #65 "bearer service not implemented"

d)  #88 "incompatible destination"

The mobile station may accept the call if the first mode indicated is free irrespective of whether the other mode is free or busy.

### 5.3.4.3        Changing the Call Mode

In order to change the call mode, the following in-call modification procedures shall be used.

Either side of the radio interface may act as the requesting user to invoke the in-call modification.

Upon each successful completion of the in-call modification procedure, the call changes to the next mode negotiated and agreed during the establishment phase of the call.

The in-call modification procedures are completely symmetrical at the radio interface.

NOTE:        Considering a possible future evolution, in-call modification is specified as a symmetrical procedure.

### 5.3.4.3.1        Initiation of in-call modification

The procedure is initiated by the requesting originating side in the "active" state of the call. It shall send a MODIFY message including the new mode to be changed to; start timer T323; and enter the "mobile originating modify" state (mobile station side) or the "mobile terminating modify" state (network side). Any internal resources necessary to support the next call mode shall be reserved. The new mode given in the MODIFY message shall be one of those already negotiated and agreed during the establishment phase of the call. If the data call direction is different from the direction of the call setup a reverse call setup direction IE shall be included in the MODIFY message; otherwise this IE shall not be included. The MODIFY originating side shall stop sending Bm-channel information; and stop interpreting received Bm-channel information according to the old call mode.

Upon receipt of the MODIFY message, the destination side shall check to ensure that the requested call mode can still be supported and if so, it shall initiate the reservation of any resources necessary to support the next call mode and enter the "mobile originating modify" (network side) or "mobile terminating modify" state (mobile station side).

### 5.3.4.3.2        Successful completion of in-call modification

If the destination network/mobile station receives a MODIFY message with a new mode which is already the actual one of the call the network/mobile station shall remain in the "active" state; send a MODIFY COMPLETE  message with the actual mode; and shall not initiate anything else.

If the requested mode is not the actual one and can be supported by the destination interface it shall change the channel configuration, if required, and step on to any internal resources  necessary to support the next call mode. If the requested mode is a data or facsimile mode, it shall also perform the appropriate means to take the direction of the data call into account. After successful change of the channel configuration it shall start sending user information according to the next call mode and start interpreting received user channel information according to the next call mode; send a

MODIFY COMPLETE message with the new call mode included and enter the "active" state (mobile station or network side). If the MODIFY message had contained a *reverse call setup direction* IE, the same IE shall be included in the MODIFY COMPLETE message.

In case of an alternate speech/data or alternate speech/facsimile group 3 service (refer to section 5.3.4) the old resources may still be kept reserved, in case of speech followed by data service they may be released.

Upon receipt of the MODIFY COMPLETE message the originating side shall: initiate the alternation to those resources necessary to support the next call mode; stop timer T323; and enter the "active" state (mobile station or network side). The reaction of the originating side if it had included a reverse call setup direction IE in the MODIFY message, but the destination side did not include the IE in the MODIFY COMPLETE message is implementation dependent.

### 5.3.4.3.3        Change of the channel configuration

In case the requested bearer capability cannot be supported by the current channel configuration the network shall initiate the assignment procedure and change the channel configuration accordingly.

### 5.3.4.3.4        Failure of in-call modification

#### 5.3.4.3.4.1        Network rejection of in-call modification

If the network cannot support the change to the requested call mode or if the change of the channel configuration fails the network shall: release the resources which had been reserved for the alternation: send a MODIFY REJECT message with the old bearer capability and with cause # 58 "bearer capability not presently available" to the initiating mobile station; and enter the "active" state. If the change of the channel configuration fails, the network shall return to the internal resources required for the old call mode.

Upon receipt of the MODIFY REJECT message with the old bearer capability the initiating mobile station shall: stop timer T323; release any resources which had been reserved for the alternation; resume sending user channel information according to the present call mode; resume interpreting received user channel information according to the present call mode; and enter the "active" state.

#### 5.3.4.3.4.2        Mobile station rejection of in-call modification

If the mobile station cannot support the change to the requested call mode, the mobile station shall: release any resources which had been reserved for the alternation; send a MODIFY REJECT message with the old bearer capability and cause # 58 "bearer capability not presently available", and enter the "active" state.

Upon receipt of the MODIFY REJECT message the network shall: stop timer T323, release any resources which had been reserved for the alternation.

#### 5.3.4.3.4.3        Time-out recovery

Upon expiration of T323 in either the mobile station or the network the procedures for call clearing shall be initiated with cause # 102 "recovery on timer expiry".

## 5.3.4.4        Abnormal procedures

If a MODIFY, MODIFY COMPLETE or MODIFY REJECT message is received in the "disconnect indication", "disconnect request" (mobile station side only) or "release request" state then the received message shall be discarded and no action shall be taken.

If a MODIFY COMPLETE message indicating a call mode which does not correspond to the requested one is received or if a MODIFY REJECT message indicating a call mode which does not correspond to the actual one is received then the received message shall be discarded and no action shall be taken.

If a MODIFY message indicating a call mode which does not belong to those negotiated and agreed during the establishment phase of the call, is received, then a MODIFY REJECT message with the actual call mode and with cause # 57 "bearer capability not authorized" shall be sent back.



**Figure 5.10a/GSM 04.08**
**In-call modification sequence initiated by MS**



**Figure 5.10b/GSM 04.08**
**In-call modification sequence initiated by network**

## 5.3.5    User initiated service level up- and downgrading

The user initiated service level up- and downgrading is applicable for non-transparent multislot data services, only. By means of this procedure the user can request a change of the "maximum number of traffic channels" and/or "wanted air interface user rate" parameters, to be assigned by the network.

### 5.3.5.1    Initiation of service level up- and downgrading

The procedure is initiated by the mobile station in the "active" state of the call. It shall:

-   send a MODIFY message including the wanted value of the "maximum number of traffic channels" and/or the "wanted air interface user rate" parameters;

-   not change any of the other, possibly negotiated, parameters of the bearer capability information element;

-   start timer T323; and

-   enter the "mobile originating modify" state.

Any internal resources necessary to support the next service parameters shall be reserved. If a dual service was negotiated at call setup, the mobile station shall initiate the service level up- or down-grading only during the data phase of the dual service.

Upon receipt of the MODIFY message, the network shall check if the indicated maximum number of traffic channels can be supported and enter the "mobile originating modify" state.

### 5.3.5.2    Successful completion of service level up- and downgrading

The network may upon reception of the MODIFY message initiate a change of the channel configuration assigned to the mobile station.

As a response to the MODIFY message the network sends a MODIFY COMPLETE message including the bearer capability negotiated at call setup and enters the "active" state.

APLCW0000072208

Upon receipt of the MODIFY COMPLETE message the mobile station shall stop timer T323 and enter the "active" state.

### 5.3.5.3     Rejection of service level up- and downgrading

If a change of bearer service is requested together with a change of the "maximum number of traffic channels" and/or the "wanted air interface user rate", or if the current used service is not a data service where up- and downgrading is applicable, or if the receiver chooses not to grant the request, the network shall:

-   send a MODIFY REJECT message with bearer capability negotiated at call setup and with cause #58 "bearer capability not presently available";

-   enter the "active" state.

Upon receipt of the MODIFY REJECT message with the bearer capability negotiated at call setup, the mobile station shall: stop timer T323 and enter the "active" state.

### 5.3.5.4     Time-out recovery

Upon expiration of T323 in the mobile station the procedures for call clearing shall be initiated with cause #102 "recovery on timer expiry".

## 5.4     Call clearing

### 5.4.1     Terminology

The following terms are used in this Technical Specification in the description of clearing procedures:

-   A traffic channel (see GSM 04.03) is "connected" when the channel is part of a circuit-switched connection established according to this Technical Specification.

-   A traffic channel is "disconnected" when the channel is no longer part of a circuit-switched connection, but is not yet available for use in a new connection.

### 5.4.2     Exception conditions

Under normal conditions, the call control entity of the mobile station or of the network initiates call clearing by sending a DISCONNECT message to its peer entity; then both entities follow the procedures defined in sections 5.4.3 and 5.4.4 respectively.

As an exception to the above rule, the call control entity of the mobile station or of the network, in response to a SETUP or START CC or CC-ESTABLISHMENT CC-

ESTABLISHMENT  CONFIRMED or RECALL message, can reject a call by stopping all running call control timers, responding with a RELEASE COMPLETE message, releasing the MM connection, and returning to the "null" state, provided no other response has previously been sent.

As a further exception, the call control entity of the network may initiate call clearing by stopping all running call control timers, sending a RELEASE message, starting timer T308, and entering the "release request" state.

NOTE:     This way to initiate call clearing by sending a RELEASE message should not be used by the network:

-   if in-band tones/announcements are provided and the network decides to use the procedure described in section 5.4.4.1;

-   if the network wants to have the opportunity to respond to information sent by the mobile station during call clearing.

A call control entity shall accept an incoming RELEASE COMPLETE message used to initiate the call clearing even though the cause information element is not included.

APLCW0000072209

A control entity shall accept an incoming RELEASE message used to initiate the call clearing even though the cause information element is not included.

Furthermore, a call control entity shall regard an incoming RELEASE COMPLETE message as consistent with any of its states; a call control entity shall regard an incoming RELEASE message as consistent with any of its states except the null state: a call control entity of the mobile station shall regard an incoming DISCONNECT message as consistent with any of its call control states except the "null" state, the "release request" state, and the "disconnect indication" state; a call control entity of the network shall regard an incoming DISCONNECT message as consistent with any of its call control states except the "null" state and the "release request" state.

NOTE:    This allows the introduction of shorter call clearing procedures in the future.

## 5.4.3    Clearing initiated by the mobile station

### 5.4.3.1    Initiation of call clearing

Apart from the exceptions identified in section 5.4.2, the call control entity of the mobile station shall initiate clearing by: stopping all running call control timers, sending a DISCONNECT message; starting timer T305; and entering the "disconnect request" state.

### 5.4.3.2    Receipt of a DISCONNECT message from the mobile station.

The call control entity in the network in any state except the "null" state and the "release request" state shall, upon receipt of a DISCONNECT message:

- Stop all running call control timers;

- initiate procedures to clear the network connection and the call to the remote user;

- send a RELEASE message to its peer entity;

- start timer T308; and

- enter the "release request" state.

NOTE:    The RELEASE message has only local significance and does not imply an acknowledgement of clearing from the remote user.

### 5.4.3.3    Receipt of a RELEASE message from the network

The call control entity of the mobile station in any state except the "null" state and the "release request" state, shall, upon receipt of a RELEASE message: stop all running call control timers; send a RELEASE COMPLETE message; release the MM connection; and return to the "null" state.

### 5.4.3.4    Receipt of a RELEASE COMPLETE message from the mobile station

A call control entity of the network in any call control state shall, upon receipt of a RELEASE COMPLETE message from its peer entity in the mobile station: stop all running call control timers; release the MM connection; and return to the "null" state.

### 5.4.3.5    Abnormal cases

The call control entity of the mobile station in the "disconnect request" state, shall upon expiry of timer T305: send a RELEASE message to the network with the cause number originally contained in the DISCONNECT message and optionally, a second cause information element with cause #102 "recovery on timer expiry", start timer T308, and enter the "release request" state.

The call control entity of the network in the "release request" state, shall, at first expiry of timer T308, retransmit the RELEASE message, start timer T308, and stay in the "release request" state. At second expiry of timer T308, the call control entity of the network shall: release the MM connection; and return to the "null" state.

APLCW0000072210

## 5.4.4    Clearing initiated by the network

Apart from the exception conditions identified in section 5.4.2, the call control entity of the network shall initiate clearing by: sending a DISCONNECT message; and entering the "disconnect indication" state. The DISCONNECT message is a local invitation to clear the call.

NOTE:    When the network initiates clearing by sending a RELEASE message, the procedures described in sections 5.4.3., 5.4.3.4 and 5.4.3.5 are followed.

### 5.4.4.1    Clearing when tones/announcements provided

When in-band tones/announcements are provided (see section 5.5.1), the call control entity of the network may initiate clearing by sending a DISCONNECT message containing progress indicator #8 "in-band information or appropriate pattern now available", starting timer T306, and entering the "disconnect indication" state.

#### 5.4.4.1.1    Receipt of a DISCONNECT message with progress indicator #8 from the network

The call control entity of the MS in any state except the "null" state, the "disconnect indication" state, and the "release request" state, shall, upon receipt of a DISCONNECT message with progress indicator #8:

i)   if an appropriate speech traffic channel is not connected, continue clearing as defined in section 5.4.4.2.1 without connecting to the in-band tone/announcement;

ii)  if an appropriate speech traffic channel is connected, attach the user connection for speech if it is not yet attached and enter the "disconnect indication" state. In that state, if upper layers request the clearing of the call, the call control entity of the MS shall proceed as defined in section 5.4.4.2.1.

#### 5.4.4.1.2    Expiry of timer T306

The call control entity of the network, having entered the "disconnect indication" state after sending a disconnect message with the progress indicator #8, shall, upon expiry of timer T306, continue clearing by sending a RELEASE message with the cause number originally contained in the DISCONNECT message; starting timer T308; and entering the "release request" state.

### 5.4.4.2    Clearing when tones/announcements not provided

When in-band tones and announcements are not provided, the call control entity of the network shall initiate call clearing by stopping all running call control timers, sending a DISCONNECT message without progress indicator, starting timer T305 and entering the "disconnect indication" state.

#### 5.4.4.2.1    Receipt of a DISCONNECT message without progress indicator or with progress indicator different from #8 from the network

The call control entity of the mobile station in any state except the "null" state, the "disconnect indication" state, and the "release request" state, shall, upon the receipt of a DISCONNECT message without progress indicator information element or with progress indicator different from #8:

-   stop all running call control timers;

-   send a RELEASE message;

-   start timer T308; and

-   enter the "release request" state.

APLCW0000072211

#### 5.4.4.2.2       Receipt of a RELEASE message from the mobile station

The call control entity of the network in any state except the "null" state and the "release request" state, shall, upon receipt of a RELEASE message: stop all running call control timers; send a RELEASE COMPLETE message; release the MM connection; and return to the "null" state.

#### 5.4.4.2.3       Abnormal cases

The call control entity of the network, having entered the "disconnect indication" state after sending a DISCONNECT message without progress indicator or with progress indicator different from #8, shall upon expiry of timer T305: send a RELEASE message to the mobile station with the cause number originally contained in the DISCONNECT message; start timer T308; and enter the "release request" state. In addition to the original clearing cause, the RELEASE message may contain a second cause information element with cause #102 "recovery on timer expiry".

### 5.4.4.3      Completion of clearing

A call control entity of the mobile station in any call control state shall, upon receipt of a RELEASE COMPLETE message from its peer entity in the network: stop all running call control timers ; release the MM connection; and return to the "null" state.

#### 5.4.4.3.1       Abnormal cases

The call control entity of the mobile station in the "release request" state shall at first expiry of timer T308 retransmit the RELEASE message and restart timer T308. At second expiry of timer T308, the call control entity of the mobile station shall: release the MM connection; and return to the "null" state.

## 5.4.5      Clear collision

Clear collision occurs when both the mobile station and the network simultaneously transfer DISCONNECT messages specifying the same call.

The behaviour of the network call control entity receiving a DISCONNECT message whilst in the "disconnect indication" state is specified in section 5.4.3. The behaviour of the MS call control entity receiving a DISCONNECT message whilst in the "disconnect request" state is defined in section 5.4.4.

Clear collision can also occur when both sides simultaneously transfer RELEASE messages related to the same call. The entity receiving such a RELEASE message whilst within the "release request" state shall: stop timer T308; release the MM connection; and enter the "null" state (without sending a RELEASE COMPLETE message).

# 5.5      Miscellaneous procedures

## 5.5.1      In-band tones and announcements

When the network wants to make the mobile station attach the user connection (e.g. in order to provide in-band tones/announcement)  before the mobile station has reached the "active" state of a call, the network may include a *progress indicator* IE indicating user attachment in a suitable CC message:

-   Either it includes the IE in a SETUP, CALL PROCEEDING, ALERTING, or CONNECT message that is send during call establishment

-   it sends a PROGRESS message containing the IE.

A *progress indicator* IE indicates user attachment if it specifies a progress description in the set {1, 2, 3} or in the set {6, 7, 8, ..., 20}.

On reception of a SETUP, CALL PROCEEDING, ALERTING, CONNECT, or PROGRESS message the mobile station shall proceed as specified elsewhere in section 5; if the *progress indicator* IE indicated user attachment and a speech mode traffic channel is appropriate for the call the mobile station shall in addition: attach the user connection for

APLCW0000072212

speech as soon as an appropriate channel in speech mode is available. (If a new order to attach the user connection is received before the attachment has been performed, the new order shall supersede the previous one.)

Under certain conditions the MS will have to attach the user connection before the CONNECT message. It is up to the network to ensure that no undesired end-to-end through connection takes place during the establishment of a MT call.

NOTE:    This allows the use of *progress indicator* IEs independently from the channel modes appropriate for the call.

## 5.5.2    Call collisions

Call collisions as such cannot occur at the network. Any simultaneous mobile originating or mobile terminating calls are dealt with separately assigned and different transaction identifiers.

## 5.5.3    Status procedures

### 5.5.3.1    Status enquiry procedure

Whenever a call control entity wishes to check the call state of its peer entity, it may initiate the status enquiry procedure.

NOTE:    This may, in particular, apply to procedural error conditions described in section 8.

A call control entity initiates the status enquiry procedure by sending the STATUS ENQUIRY message and starting timer T322. While timer T322 is running, the call control entity shall not send further STATUS ENQUIRY messages.

Upon receipt of a STATUS ENQUIRY message, the receiver shall respond with a STATUS message, reporting the current call state and cause value #30 "response to STATUS ENQUIRY". Receipt of the STATUS ENQUIRY shall not result in a state change relating to any protocol and connection of the receiver.

If a STATUS message is received that contains cause value #30 "response to status enquiry", timer T322 shall be stopped and further appropriate actions taken, based on the information in that STATUS message, relative to the current state of the receiver of the STATUS message. These further "appropriate actions" are implementation dependent. However, the actions prescribed in  section 5.5.3.2 shall apply.

If a clearing message is received while timer T322 is running, timer T322 shall be stopped, and call clearing shall continue.

If timer T322 expires, the STATUS ENQUIRY message may be retransmitted maximally once. If T322 expires after the STATUS ENQUIRY has been transmitted the maximum number of times, clearing of the call shall be initiated with cause value #41, "temporary failure", in the first call clearing message.

### 5.5.3.2    Reception of a STATUS message by a CC entity

#### 5.5.3.2.1    STATUS message with incompatible state

On receipt of a STATUS message reporting an incompatible call control state, the receiving entity shall clear the call by sending a RELEASE COMPLETE message with cause # 101 "message not compatible with protocol state". The reported call control state is incompatible if the combination of call control states at the sender and receiver side cannot occur, do not match or cannot be aligned by actions of the receiver; the exact definition is implementation dependent.

#### 5.5.3.2.2    STATUS message with compatible state

A STATUS message may be received indicating a compatible call state but containing one of the following causes:

# 95   "semantically incorrect message"; or

# 96   "invalid mandatory information"; or

# 97   "message type non-existent or not implemented"; or

# 98   "message type not compatible with protocol state"; or

# 99   "information element non-existent or not implemented"; or

# 100   "conditional IE error",

This indicates that the transmitter of the STATUS message was unable to accept some information sent by the recipient of the STATUS message. This allow the recipient to retransmit some or all of the information. Other actions are possible and are implementation dependent; they may include releasing the call.

## 5.5.4   Call re-establishment, mobile station side

This section describes the internal handling in the mobile station as far as call control is concerned.

### 5.5.4.1   Indication from the mobility management sublayer

When a MM connection is active, an indication may be given by the MM sublayer to the call control entity to announce that the current MM connection has been interrupted but might be re-established on request of call control.

### 5.5.4.2   Reaction of call control

Depending whether call re-establishment is allowed or not and on its actual state, call control shall decide to either request re-establishment or to release the MM connection.

a)   Re-establishment not required

  If the call is in the call establishment or call clearing phase, i.e. any state other than the "active" state or the "mobile originating modify" state, call control shall release the MM connection

b)   Re-establishment required

  If the call is in the "active" state or "mobile originating modify" state, the indication from MM that re-establishment is possible shall cause call control to request re-establishment from the MM connection, suspend any further message to be sent and await the completion of the re-establishment procedure.

### 5.5.4.3   Completion of re-establishment

Call Control is notified when the MM connection is re-established and shall then resume the transmission of possibly suspended messages and resume user data exchange when an appropriate channel is available.

### 5.5.4.4   Unsuccessful outcome

If the attempt to re-establish the connection was unsuccessful, the MM connection will be released and a release indication will be given to call control, see 4.5.1.6.

## 5.5.5   Call re-establishment, network side

This section describes the handling in the network as far as call control is concerned.

### 5.5.5.1   State alignment

After a successful call re-establishment it is a network responsibility to identify (e.g. by using the status enquiry procedure, if needed, and resolve, if possible, any call state or auxiliary state mismatch between the network and the mobile station.

## 5.5.6   Progress

At any time during the establishment or release of a call and during an active call the network may send a PROGRESS message to the mobile station.

APLCW0000072214

On receipt of a PROGRESS message during the establishment or release of a call the mobile station shall stop all call control timers related to that call.

NOTE:   If the PROGRESS has been received before the receipt of a CALL PROCEEDING message, the mobile station will not start timer T310 on receipt of a CALL PROCEEDING message, see section 5.2.1.1.3.

```
            MS                    Network

                   PROGRESS
            <---------------
```

**Figure 5.11/GSM 04.08**
**Progress**

## 5.5.7   DTMF protocol control procedure

Dual Tone Multi Frequency (DTMF) is an inband one out of four plus one out of four signalling system primarily used from terminal instruments in telecommunication networks. The support of DTMF in the network is described in GSM 03.14.

The mobile station shall be capable of transmitting DTMF messages if and only if the mobile station has the user connection for speech attached and an appropriate channel is available.

The transaction identifier used by the DTMF messages shall be that of the attached speech call.

NOTE 1:   This specification means that DTMF messages can generally be sent in the active state of a call in speech transmission mode or when a traffic channel is available during setup or release and the *progress indicator* IE has been received.

NOTE 2:   Since the DTMF protocol messages are sent in a store and forward mode on the signalling channels the control of the device at the far end may be delayed dependent on the load or quality of the channels.

NOTE 3:   The procedures described in this paragraph support DTMF only in the direction mobile station to network.

### 5.5.7.1   Start DTMF request by the mobile station

A user may cause a DTMF tone to be generated e.g. by depression of a key in the mobile station. The relevant action is interpreted by the mobile station as a requirement for a DTMF digit to be sent in a START DTMF message on an established FACCH. This message contains the value of the digit to be transmitted (0, 1, ..., 9, A, B, C, D, *, #).

Only a single digit will be transferred in each START DTMF message.

### 5.5.7.2   Start DTMF response by the network

Upon receiving the START DTMF message the network will reconvert the received digit back into a DTMF tone which is applied toward the remote user and returns a START DTMF ACKNOWLEDGE message to the mobile station. This acknowledgement may be used in the mobile station to generate an indication as a feedback for a successful transmission.

If the network cannot accept the START DTMF message a START DTMF REJECT message will be sent to the mobile station.

### 5.5.7.3   Stop DTMF request by the mobile station

When the user indicates that the DTMF sending should cease e.g. by releasing the key the mobile station will send a STOP DTMF message to the network.

### 5.5.7.4   Stop DTMF response by the network

Upon receiving the STOP DTMF message the network will stop sending the DTMF tone and return a STOP DTMF ACKNOWLEDGE message to the mobile station.

APLCW0000072215

Error! Use the Home tab to apply ZGSM to the text that you want to appear here.                **GSM 04.08 V6.0.0 (1998-04)**

### 5.5.7.5       Sequencing of subsequent start DTMF requests by the mobile station

The minimum length of tone generated by the network should be according to CEPT recommendation T/CS 46-02.

The minimum gap between two subsequent tones should be according to CEPT recommendation T/CS 46-02.

There is no defined maximum length to the tone, which will normally cease when a STOP DTMF message is received from the MS. However, the operator may choose to put a pre-defined time limit on the duration of tones sent.

The appropriate sequencing of DTMF control messages is shown in figures 5.8 and 5.9.

NOTE 1:   The network may implement the time limit option where the DTMF tone duration is controlled by the network irrespective of the receipt of a STOP DTMF message from the mobile station.

NOTE 2:   The transmission time of the messages over the radio interface on FACCH/F or FACCH/H, see GSM 05.02, ensures that the minimum length of tones and minimum gap between tones according to T/CS 46-02 are fulfilled.



**Figure 5.8/GSM 04.08**
**Single DTMF transmission**



**Figure 5.9/GSM 04.08**
**Multiple DTMF transmission**

# 6 Support for packet services

This chapter contains the description of the procedures for the session management of GPRS point-to-point data services at the radio interface (Reference point $U_m$).

## 6.1      GPRS Session management

### 6.1.1      General

The main function of the session management (SM) is to support PDP context handling of the user terminal. The SM comprises procedures for

- non-anonymous PDP context activation, deactivation and modification; and

- anonymous PDP context activation and deactivation.

SM procedures for non-anonymous access can only be performed if a GMM context has been established between the MS and the network. If no GMM context has been established, the MM sublayer has to initiate the establishment of a GMM context by use of the GMM procedures as described in chapter 4. After GMM context establishment, SM uses services offered by GMM (see GSM 04.07 [20]). Ongoing SM procedures are suspended during GMM procedure execution.

For anonymous access no GMM context is established.

### 6.1.2      Session management states

In this section, the SM states are described for one SM entity (see GSM 04.07 [20]). Each SM entity is associated with one PDP context. Section 6.1.2.1 describes the SM states in the MS and section 6.1.2.2 describes the SM states on the network side.

#### 6.1.2.1      Session management states in the MS

In this section, the possible states of an SM entity in the mobile station are described. As illustrated in figure 6.1/GSM 0408 there are four SM states in the MS.

##### 6.1.2.1.1      PDP-INACTIVE

This state indicates that no PDP context exists.

##### 6.1.2.1.2      PDP-ACTIVE-PEND

This state exists when PDP context activation was requested by the MS.

##### 6.1.2.1.3      PDP-INACTIVE-PEND

This state exists when deactivation of the PDP contexts was requested by the MS.

##### 6.1.2.1.4      PDP-ACTIVE

This state indicates that the PDP context is active.

Error! Use the Home tab to apply ZGSM to the text that you want to appear here.        **GSM 04.08 V6.0.0 (1998-04)**



DR: GMMSM-DATA-REQUEST (Message), i.e. message sent by an MS
DI: GMMSM-DATA-INDICATION (Message), i.e. message received by an MS

**Figure 6.1/GSM 0408: Session management states in the MS**

### 6.1.2.2      Session management states on the network side

In this section, the possible states of an SM entity on the network side are described. As illustrated in figure 6.2/GSM 0408 there are five SM states on the network side.

#### 6.1.2.2.1         PDP-INACTIVE

This state indicates that the PDP context is not active.

#### 6.1.2.2.2         PDP-ACTIVE-PEND

This state exists when the PDP context activation was initiated by the network.

#### 6.1.2.2.3         PDP-INACTIVE-PEND

This state exists when deactivation of the PDP context was requested by the network.

#### 6.1.2.2.4         PDP-ACTIVE

This state indicates that the PDP context is active.

#### 6.1.2.2.5         PDP-MODIFY-PEND

This state exists when modification of the PDP context was requested by the network.

APLCW0000072218



DR: GMMSM-DATA-REQUEST (Message), i.e. message sent by network
DE: GMMSM-DATA-INDICATION (Message), i.e. message received by the network

**Figure 6.2/GSM 0408: Session management states on the network side**

## 6.1.3    Session Management procedures

### 6.1.3.1    PDP context activation

The purpose of this procedure is to establish a PDP context between the MS and the network for a specific QoS on a specific NSAPI. The PDP context activation may be initiated by the MS or the initiation may be requested by the network.

#### 6.1.3.1.1    Successful PDP context activation initiated by the mobile station

In order to request a PDP context activation, the MS sends an ACTIVATE PDP CONTEXT REQUEST message to the network, enters the state PDP-ACTIVE-PEND and starts timer T3380. The message shall contain the PDP activation direction IE indicating "MS initiated PDP".

Upon receipt of an ACTIVATE PDP CONTEXT REQUEST message, the network shall reply with an ACTIVATE PDP CONTEXT ACCEPT message. If the offered QoS parameters received from the network differ from the QoS requested by the MS, the MS may accept the negotiated QoS or may initiate the PDP context deactivation procedure. Upon receipt of the message ACTIVATE PDP CONTEXT ACCEPT the MS shall stop timer T3380, shall enter the state PDP-ACTIVE and shall initiate establishment of the logical link with the offered QoS if no logical link has been already established for that QoS.

APLCW0000072219

### 6.1.3.1.2       Successful PDP context activation requested by the network

In order to request a PDP context activation, the network sends a REQUEST PDP CONTEXT ACTIVATION message to the MS and starts timer T3385.

Upon receipt of a REQUEST PDP CONTEXT ACTIVATION message, the MS shall than either initiate the PDP context activation procedure as described in the previous section or shall reject the activation request by sending a REQUEST PDP CONTEXT ACTIVATION REJECT message as described in section 6.1.3.1.4. The value of the reject cause IE of the REQUEST PDP CONTEXT ACTIVATION REJECT message shall then indicate "activation rejected".

The ACTIVATE PDP CONTEXT REQUEST message sent by the MS in order to initiate the PDP context activation procedure shall contain the parameters requested by the network in the REQUEST PDP CONTEXT ACTIVATION message, except for the offered QoS which may be changed by the MS. This message shall also contain the PDP activation direction IE indicating "network requested PDP".

Upon receipt of the ACTIVATE PDP CONTEXT REQUEST message, the network shall stop timer T3385.

The same procedures apply as described for MS initiated PDP context activation.

### 6.1.3.1.3       Unsuccessful PDP context activation initiated by the MS

Upon receipt of an ACTIVATE PDP CONTEXT REQUEST message the network may reject the MS initiated PDP context activation by sending an ACTIVATE PDP CONTEXT REJECT message to the MS. The message shall contain a cause code that indicates either of the following causes:

  # 32: service option not supported;
  # 33: requested service option not subscribed;
  # 34: service option temporarily out of order;
  # 90 - 111: protocol errors.

Upon receipt of an ACTIVATE PDP CONTEXT REJECT message, the MS shall stop timer T3380.

### 6.1.3.1.4       Unsuccessful PDP context activation requested by the network

Upon receipt of the REQUEST PDP CONTEXT ACTIVATION message, the MS may reject the network requested PDP context activation by sending the REQUEST PDP CONTEXT ACTIVATION REJECT message to the network. The message shall contain all parameter of the REQUEST PDP CONTEXT ACTIVATION and an additional cause code that indicates either of the following causes:

  # 30: authentication failed;
  # 31: activation rejected;
  # 32: service option not supported;
  # 90 - 111: protocol errors.

The network shall stop timer T3385.

### 6.1.3.1.5       Abnormal cases

The following abnormal cases can be identified:

  a) Expiry of timers

    In the mobile station:

      On the first expiry of the timer T3380, the MS shall resent the PDP CONTEXT ACTIVATION REQUEST and shall reset and restart timer T3380. This retransmission is repeated until the timer has expired four times, i.e. on the fourth expiry of timer T3380, the MS shall release all resources possibly allocated for this invocation and shall abort the procedure; no automatic PDP context activation re-attempt shall be performed.

    On the network side:

      On the first expiry of the timer T3385, the network shall resent the message REQUEST PDP CONTEXT ACTIVATION and shall reset and restart timer T3385. This retransmission is repeated until the timer has

APLCW0000072220

expired four times, i.e. on the fourth expiry of timer T3385, the network shall release possibly allocated resources for this activation and shall abort the procedure.

b)   Collision of MS initiated and network requested PDP context activation

In the mobile station:

A collision of an MS initiated and a network requested PDP context activation procedure is identified by the MS if a REQUEST PDP CONTEXT ACTIVATION message is received from the network after the MS has sent a PDP CONTEXT ACTIVATION REQUEST message, and both messages contain the same APN and the MS has not yet received a PDP CONTEXT ACTIVATION ACCEPT or REJECT message.

On the network side:

A collision is detected by the network in case a PDP CONTEXT ACTIVATION REQUEST message is received from the MS - with the PDP activation direction IE indicating "MS initiated PDP" - as an answer to a REQUEST PDP CONTEXT ACTIVATION message sent to the MS.

In case of such a collision, the MS initiated PDP context activation shall take precedence over the network requested PDP context activation. The network shall abort the PDP context activation procedure and shall proceed with the MS initiated PDP context activation procedure by sending an ACTIVATE PDP CONTEXT ACCEPT message with the PDP activation direction IE indicating "MS initiated PDP". The MS shall discard the REQUEST PDP CONTEXT ACTIVATION message and shall wait for an ACTIVATE PDP CONTEXT ACCEPT message.

c)   MS initiated PDP context activation for an already activated PDP context

On the network side:

If all parameters of the new PDP CONTEXT ACTIVATION REQUEST message match the parameters of the activated PDP context, the network shall reply with a PDP CONTEXT ACTIVATION ACCEPT message.

Otherwise the network shall reject the activation request.



**Figure 6.3/GSM 0408: MS initiated PDP context activation procedure**

APLCW0000072221



**Figure 6.4/GSM 0408: Network initiated PDP context activation procedure**

## 6.1.3.2        PDP context modification procedure

The PDP context modification procedure may be invoked by the network in order to change the QoS negotiated during the PDP context activation procedure or at previously performed PDP context modification procedures. The procedure may be initiated by the network only during an inter-SGSN routing area updating procedure when a PDP context is active.

In order to initiate the procedure, the network sends the message MODIFY PDP CONTEXT REQUEST message to the MS and starts timer T3386. The message shall contain a NSAPI and the new QoS for that NSAPI.

Upon receipt of this message the MS shall reply with the MODIFY PDP CONTEXT ACCEPT message, if the MS accepts the new QoS.

If the MS does not accept the new QoS, the MS shall initiate the PDP context deactivation procedure for the NSAPI that has been indicated in the message MODIFY PDP CONTEXT REQUEST - the reject cause IE value of the DEACTIVATE PDP CONTEXT REQUEST message shall indicate "QoS not accepted".

The network shall upon receipt of the MODIFY PDP CONTEXT ACCEPT message stop the timer T3386 and shall establish the logical link with the new QoS for the NSAPI indicated in the message MODIFY PDP CONTEXT REQUEST.

### 6.1.3.2.1        Abnormal cases

On the first expiry of timer T3386, the network shall resent the MODIFY PDP CONTEXT REQUEST message and reset timer T3386. This retransmission is repeated until the timer has expired four times, i.e. on the fourth expiry of timer T3386, the network may continue to use the previously negotiated QoS or may initiate the PDP context deactivation procedure.



**Figure 6.5/GSM 0408: PDP context modification procedure**

## 6.1.3.3      PDP context deactivation procedure

The purpose of this procedure is to deactivate an existing PDP context between the MS and the network. The PDP context deactivation may be initiated by the MS or by the network.

### 6.1.3.3.1      PDP context deactivation initiated by the MS

In order to deactivate a PDP context, the MS sends a DEACTIVATE PDP CONTEXT REQUEST message to the network, enters the state PDP-INACTIVE-PEND and starts timer T3390. The message shall contain the NSAPI in use for the PDP context to be deactivated. After sending the message the MS shall initiate the release of the logical link if it is not used by another PDP context.

The network shall reply with the DEACTIVATE PDP CONTEXT ACCEPT message after the logical link has been released. Upon receipt of the DEACTIVATE PDP CONTEXT ACCEPT message, the MS shall stop timer T3390.

### 6.1.3.3.2      PDP context deactivation initiated by the network

In order to deactivate a PDP context, the network sends a DEACTIVATE PDP CONTEXT REQUEST message to the MS and starts timer T3395. The message shall contain the NSAPI in use for the PDP context to be deactivated. After sending the message the network shall initiate the release of the logical link if it is not used by another PDP context.

The MS shall, upon receipt of this message, reply with a DEACTIVATE PDP CONTEXT ACCEPT message after the logical link has been released. Upon receipt of the DEACTIVATE PDP CONTEXT ACCEPT message, the network shall stop the timer T3395.

### 6.1.3.3.3      Abnormal cases

The following abnormal cases can be identified:

a)  Expiry of timers

   In the mobile station:

      On the first expiry of timer T3390, the MS shall resent the message DEACTIVATE PDP CONTEXT REQUEST and shall reset and restart the timer T3390. This retransmission is repeated until the timer has expired four times, i.e. on the fourth expiry of timer T3390, the MS shall release all resources allocated and shall erase the PDP context related data.

   On the network side:

      On the first expiry of timer T3395, the network shall resent the message DEACTIVATE PDP CONTEXT REQUEST and shall reset and restart timer T3395. This retransmission is repeated until the timer has expired four times, i.e. on the fourth expiry of timer T3395, the network erase the PDP context related data for that MS.

b)  Collision of MS and network initiated PDP context deactivation requests

   If the MS and the network initiated PDP context deactivation requests collide, the MS and the network shall each reply with the messages DEACTIVATE PDP CONTEXT ACCEPT and shall stop timer T3390 and T3395, respectively.



**Figure 6.6/GSM 0408: MS initiated PDP context deactivation procedure**



**Figure 6.7/GSM 0408: Network initiated PDP context deactivation procedure**

### 6.1.3.4        AA PDP context activation

The purpose of this procedure is to anonymously establish a PDP context between the MS and the network for a specific QoS on a specific NSAPI. The AA PDP context activation shall only be initiated by the MS.

#### 6.1.3.4.1        Successful AA PDP context activation initiated by the mobile station

In order to activate an anonymous PDP context, the MS sends an ACTIVATE AA PDP CONTEXT REQUEST message to the network, enters the state PDP-ACTIVE-PEND and starts timer T3380. Until a P-TMSI is allocated to the MS, a random P-TMSI is used for addressing on lower layers.

The network shall reply with the ACTIVATE AA PDP CONTEXT ACCEPT message. The message shall contain a P-TMSI allocated by the network. The receipt of the P-TMSI is not confirmed by the MS. If the offered QoS parameters received from the network differ from the QoS requested by the MS, the MS shall accept the QoS offered by the network. Upon receipt of the message ACTIVATE AA PDP CONTEXT ACCEPT, the MS shall stop timer T3380, shall enter the state PDP-ACTIVE and shall initiate establishment of the logical link with the negotiated QoS.

The AA-READY timer value may be negotiated between the MS and the network as described in section 4.7.11. The AA-READY timer shall be started in the GMM-AA entity. The AA-READY timer shall be reset and restarted by the MS when an indication is received from lower layers that data has been sent. It shall be reset and restarted by the network when an indication is received from lower layers that data has been received. When the AA-READY timer expires, the AA PDP context is implicitly deactivated, i.e. it is deleted.

#### 6.1.3.4.2        Unsuccessful AA PDP context activation

Upon receipt of the ACTIVATE AA PDP CONTEXT REQUEST message the network may indicate the failure of the MS initiated AA PDP context activation by sending the ACTIVATE AA PDP CONTEXT REJECT message to the MS. The message shall contain a cause code that indicates either of the following causes:

# 32: service option not supported;
# 34: service option temporarily out of order;
# 90 - 111: protocol errors.

The MS shall stop the timer T3380.

APLCW0000072224

#### 6.1.3.4.3        Abnormal cases

a)  Expiry of timers

On the first expiry of timer T3380, the MS shall resend the ACTIVATE AA PDP CONTEXT REQUEST and shall reset and restart timer T3380.

This retransmission is repeated until the timer has expired four times, i.e. on the fourth expiry of timer T3380, the MS shall indicate the failure of the AA PDP context activation procedure to the register functions, shall release all resources possibly allocated for this invocation and shall abort the procedure; no automatic AA PDP context activation re-attempt shall be performed.



**Figure 6.8 GSM 0408: MS initiated AA PDP context activation procedure**

### 6.1.3.5        AA PDP context deactivation

#### 6.1.3.5.1        Implicit AA PDP context deactivation

The implicit deactivation is performed without signalling message exchange as specified below.

The AA PDP context on the network side shall be deactivated when:

-    the READY timer expires in the GMM-AA entity.

The AA PDP context in the MS shall be deactivated when:

-    the READY timer expires in the GMM-AA entity; or

-    the MS changes the routing area; or

-    user requested.

#### 6.1.3.5.2        Explicit AA PDP context deactivation

An explicit AA PDP context deactivation shall only be initiated by the network. The procedure shall be performed when a misuse of the anonymous PDP context has been detected.

In order to deactivate the AA PDP context, the network sends the message DEACTIVATE AA PDP CONTEXT REQUEST and starts timer T3397. The message shall contain the NSAPI in use for the AA PDP context to be deactivated. After sending the message the network initiates the release of the logical link.

The MS shall, upon receipt of this message, reply with the DEACTIVATE AA PDP CONTEXT ACCEPT message after the logical link has been released.

Upon receipt of the DEACTIVATE AA PDP CONTEXT ACCEPT message, the network shall stop the timer T3397.

### 6.1.3.5.3        Abnormal cases

a)  Expiry of timers

On the first expiry of timer T3397, the network shall resent the message DEACTIVATE AA PDP CONTEXT REQUEST and shall reset and restart timer T3397.

This retransmission is repeated until the timer has expired four times, i.e. on the fourth expiry of timer T3397, the network shall release all resources allocated for that MS and shall erase the AA PDP context related data for that MS.



**Figure 6.9/GSM 0408: Network initiated AA PDP context deactivation procedure**

b)  Lower layer failure

If a lower layer failure is indicated before the DEACTIVATE AA PDP CONTEXT ACCEPT message is received, the MS shall abort the procedure and shall locally de-allocate the P-TMSI from the LLC sublayer.

If a lower layer failure is indicated before the DEACTIVATE AA PDP CONTEXT ACCEPT message is received, the network shall abort the procedure and shall locally de-allocate the P-TMSI from the LLC sublayer.7   Examples of structured procedures

Section 7 is non-normative.

## 7.1     General

Section 7 contains examples of how the network may group together the elementary procedures (i.e. the procedures defined in sections 3 to 5) in order to provide normal service.

The layer 3 signalling at the radio interface may be divided into so-called structured procedures which consist of specific combinations of elementary procedures. In section 7.3, selected examples of structured procedures are described. A structured procedure consists of (not necessarily all) components shown in figure 7.1. These components are characterized by the purpose of their use in structured procedures and their message flow in the following sections 7.1.1 to 7.1.7.

APLCW0000072226