## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | ) ) | Civil Action No. 6:12-CV-100-LED-JDL |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL REQUESTED |
| **APPLE INC.,** | ) ) | |
| Defendant. | ) ) | |

### ORDER GRANTING DEFENDANT APPLE INC.'S UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO PROVIDE TUTORIALS

Before the Court is Defendant Apple Inc.'s Unopposed Motion for One-Week Extension of Time to Provide Tutorials.  Having considered the motion and submissions of the parties, the Court GRANTS Defendant Apple Inc.'s Unopposed Motion for One-Week Extension of Time to Provide Tutorials.  The parties shall have until and including September 13, 2013 to provide Tutorials to the Court and Technical Advisor.  It is so ORDERED.

**So ORDERED and SIGNED this 29th day of August, 2013.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE