**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | ) )  ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| vs. | |
| **APPLE INC.,** | |
| Defendant. | |

CIVIL ACTION NO. 6:12-CV-100

JURY TRIAL DEMAND

**JOINT NOTICE OF ESTIMATED AMOUNT OF TIME**
**REQUESTED FOR THE MARKMAN HEARING**

Pursuant to the Docket Control Order dated November 15, 2012 (Dkt. 66), Plaintiff Core Wireless Licensing S.A.R.L. and Defendant Apple Inc. file this Joint Notice of Estimated Amount of Time Requested for the Markman Hearing.

The parties request that the Court allow 4 hours for the hearing, with 2 hours allotted to each side for claim construction and Apple's motion for partial summary judgment of invalidity of claim 9 of U.S. Patent No. 6,266,321 based on 35 U.S.C. § 112, ¶ 2 (Dkt. 126).

Dated: September 19, 2013

Respectfully Submitted,

| | |
|---|---|
| By:   */s/ Henry Bunsow* <br> Henry Bunsow (California State Bar # 60707) <br> Denise M. De Mory (California State Bar #168076) <br> Brian A.E. Smith (California State Bar # 188147) <br> Craig Y. Allison (California State Bar # 161175) <br> Dino Hadzibegovic (California State Bar # 267489) <br> **BUNSOW, DE MORY, SMITH & ALLISON LLP** <br> 55 Francisco Street, 6th Floor <br> San Francisco, CA 94133 <br> Telephone: (415) 426-4747 <br> Facsimile: (415) 426-4744 <br> Email: hbunsow@bdiplaw.com <br> Email: ddemory@bdiplaw.com <br> Email: bsmith@bdiplaw.com <br> Email: callison@bdiplaw.com <br> Email: dhadzibegovic@bdiplaw.com <br><br> T. John Ward, Jr. (Texas Bar # 00794818) <br> Wesley Hill (Texas Bar # 24032294) <br> **WARD & SMITH LAW FIRM** <br> 1127 Judson Road, Suite 220 <br> Longview, Texas 75601 <br> Telephone: (903) 757-6400 <br> Facsimile: (903) 757-2323 <br> Email: jw@wsfirm.com <br> Email: wh@wsfirm.com <br><br> **ATTORNEYS FOR PLAINTIFF** <br> **CORE WIRELESS LICENSING S.A.R.L.** | By:   */s/ Joseph J. Mueller* <br> Joseph J. Mueller <br> Massachusetts Bar No. 647567 <br> John J. Regan <br> Massachusetts Bar No. 415120 <br> Cynthia D. Vreeland <br> Texas Bar No. 20625150 <br> Massachusetts Bar No. 635143 <br> Kate Saxton (*pro hac vice*) <br> **WILMER CUTLER PICKERING HALE & DORR LLP** <br> 60 State Street <br> Boston, Massachusetts 02109 USA <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br> Email: joseph.mueller@wilmerhale.com <br> Email: John.Regan@wilmerhale.com <br><br> Eric M. Albritton <br> Texas State Bar No. 00790215 <br> **ALBRITTON LAW FIRM** <br> P.O. Box 2649 <br> Longview, Texas 75606 <br> Telephone: (903) 757-8449 <br> Facsimile: (903) 758-7397 <br> Email: ema@emafirm.com <br><br> **COUNSEL FOR APPLE INC.** |

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, Federal Express and/or U.S. First Class Mail.

Dated: September 19, 2013

*/s/ Henry Bunsow*
Henry Bunsow