IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING, S.A.R.L** | § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 6:12-CV-100 |
| v. | § § | JURY TRIAL DEMANDED |
| **APPLE, INC.** | § § § | |
| *Defendant.* | § § | |

## ORDER

The Court notes that the parties have asked for 2 hours per side for presentation at the October 3rd, 2013 *Markman* hearing (Doc. No. 132). The Court typically limits claim construction hearings to no more than 3 hours total. Given the unusual number of terms at issue in this case the Court **GRANTS** the parties request that the Court allow 4 hours total for the *Markman* hearing, with 2 hours allotted to each side for claim construction and Apple's motion for partial summary judgment of invalidity of claim 9 of U.S. Patent No. 6,266,321. However, the Court also strongly encourages the parties to not merely rest on their briefs for disputed terms, and to strive to resolve terms in advance of the hearing to avoid the expenditure of unnecessary time and expense.

**So ORDERED and SIGNED this 24th day of September, 2013.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE