# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | ) )  ) |
| Plaintiff, | ) CIVIL ACTION NO. 6:12-CV-100 ) ) |
| vs. | ) JURY TRIAL DEMAND ) |
| APPLE INC., | ) ) |
| Defendant. | ) |

## JOINT SUBMISSION OF P.R. 4-5(d) CLAIM CONSTRUCTION CHART

Pursuant to the Court's November 15, 2012 Docket Control Order and P.R. 4-5(d), the parties submit this Joint Claim Construction Chart (attached as Exhibit A). A disk with this chart in Word format will be lodged for the Court's use.

Dated: September 26, 2013

By: */s/ Craig Y. Allison*
Henry Bunsow
(California State Bar # 60707)
Denise M. De Mory
(California State Bar #168076)
Brian A.E. Smith
(California State Bar # 188147)
Craig Y. Allison
(California State Bar # 161175)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
55 Francisco Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 426-4747
Facsimile: (415) 426-4744
Email: hbunsow@bdiplaw.com
Email: ddemory@bdiplaw.com
Email: bsmith@bdiplaw.com
Email: callison@bdiplaw.com

By: */s/ Kate Saxton*
Joseph J. Mueller
(Massachusetts Bar No. 647567)
John J. Regan
(Massachusetts Bar No. 415120)
Cynthia D. Vreeland
(Texas Bar No. 20625150 and
Massachusetts Bar No. 635143)
Kate Saxton (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, Massachusetts 02109 USA
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: joseph.mueller@wilmerhale.com
Email: john.regan@wilmerhale.com

| | |
|---|---|
| T. John Ward, Jr. (Texas Bar # 00794818)<br>Wesley Hill (Texas Bar # 24032294)<br>**WARD & SMITH LAW FIRM**<br>1127 Judson Road, Suite 220<br>Longview, Texas 75601<br>Telephone:  (903) 757-6400<br>Facsimile:  (903) 757-2323<br>Email:  jw@wsfirm.com<br>Email:  wh@wsfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**CORE WIRELESS LICENSING S.A.R.L.** | Eric M. Albritton<br>(Texas State Bar No. 00790215)<br>**ALBRITTON LAW FIRM**<br>P.O. Box 2649<br>Longview, Texas 75606<br>Telephone: (903) 757-8449<br>Facsimile: (903) 758-7397<br>Email:  ema@emafirm.com<br><br>**COUNSEL FOR APPLE INC.** |

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail.

Dated: September 26, 2013

                                                      */s/ Criag Y. Allison*
                                                       Craig Y. Allison