**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 6:12-CV-100 |
| vs. | ) ) | JURY TRIAL DEMAND |
| APPLE INC., | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF CORE WIRELESS LICENSING S.A.R.L.'S
NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT
APPLE'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIM 9 OF
U.S. PATENT NO. 6,266,321 BASED ON 35 U.S.C. § 112, ¶2**

Core Wireless respectfully submits this notice of supplemental authority in response to Apple's Reply filed on September 26, 2013. Core Wireless hereby notifies the Court that it intends to discuss the following cases at the hearing scheduled for the instant motion, which are applicable to the issues raised in Apple's Reply. Copies of these cases are attached hereto as Exhibit A and provided to the Court in advance of the hearing.

- *Bright Response, LLC v. Google Inc.*, Case No. 2:07-CV-371-CE, 2010 U.S. Dist. LEXIS 60361 (E.D. Tex. June 18, 2010)

- *Luv N' Care, LTD. v. Koninklijke Philips Elecs. N.V.*, Case No. 2:11-CV-512-RSP, 2013 U.S. Dist. LEXIS 95198 (E.D. Tex. July 9, 2013)

Dated: October 1, 2013  Respectfully Submitted,

By: ___*/s/ Craig Y. Allison*___
Henry Bunsow (California State Bar # 60707)
Denise M. De Mory (California State Bar #168076)
Brian A.E. Smith (California State Bar # 188147)
Craig Y. Allison (California State Bar # 161175)
**BUNSOW DE MORY SMITH & ALLISON LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Telephone: (415) 426-4747
Facsimile: (415) 426-4744
Email: hbunsow@bdiplaw.com
Email: ddemory@bdiplaw.com
Email: bsmith@bdiplaw.com
Email: callison@bdiplaw.com

Wesley Hill
State Bar No. 24032294
E-mail: wh@wsfirm.com
T. John Ward, Jr.
State Bar No. 00794818
E-mail: jw@wsfirm.com
**WARD & SMITH LAW FIRM**
P.O. Box 1231
1127 Judson Rd., Ste. 220
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF**
**CORE WIRELESS LICENSING S.A.R.L.**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail.

Dated: October 1, 2013

                                                       */s/ Craig Y. Allison*
                                                          Craig Y. Allison

| | |
|---|---|
| Eric M. Albritton | Joseph J. Mueller |
| Texas State Bar No. 00790215 | Massachusetts Bar No. 647567 |
| ema@emafirm.com | joseph.mueller@wilmerhale.com |
| ALBRITTON LAW FIRM | John J. Regan |
| P.O. Box 2649 | Massachusetts Bar No. 415120 |
| Longview, Texas 75606 | john.regan@wilmerhale.com |
| Telephone: (903) 757-8449 | Cynthia D. Vreeland |
| Facsimile: (903) 758-7397 | Texas Bar No. 20625150 |
| | Massachusetts Bar No. 635143 |
| *Counsel for Apple, Inc.* | cynthia.vreeland@wilmerhale.com |
| | WILMER CUTLER PICKERING HALE & DORR LLP |
| | 60 State Street |
| | Boston, Massachusetts 02109 |
| | Telephone: (617) 526-6000 |
| | Facsimile: (617) 526-5000 |
| | |
| | *Counsel for Apple, Inc.* |