**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS LICENSING S.a.r.l.** § | |
| § | |
| v. § | **CASE NO. 6:12cv100** |
| § | |
| **APPLE, INC.** § | |

## ORDER

The Court has received a bill representing services rendered and expenses incurred through October 31, 2013 by technical advisor, Richard Egan, Austin, Texas. Upon review, the Court finds the total amount charged, $19,623.22 to be appropriate and ORDERS Plaintiffs to pay one half, $9,811.61, and Defendants, collectively, to pay one half, $9,811.61.

Payment should be made by November 22, 2013 to Richard Egan, O'Keefe, Egan, Peterman & Enders, LLP, 1101 S. Capital of Texas Hwy., Building C, Suite 200, Austin, Texas 78746 and reference Invoice Number 44487.

**So ORDERED and SIGNED this 8th day of November, 2013.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE