# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 6:12-CV-100 ) ) |
| vs. | ) JURY TRIAL DEMAND ) |
| APPLE INC., | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that BUNSOW, DE MORY, SMITH & ALLISON LLP and attorneys Henry C. Bunsow, Denise M. De Mory, Brian A.E. Smith, Craig Y. Allison, Dino Hadzibegovic, Robin K. Curtis and Cliff Win, counsel for Plaintiff Core Wireless Licensing S.A.R.L. in the above-referenced action, have changed addresses. All future correspondence and papers filed in this case should now be directed to the addresses stated below:

| | |
|---|---|
| Henry C. Bunsow | Denise M. De Mory |
| Brian A.E. Smith | Craig Y. Allison |
| Dino Hadzibegovic | Cliff Win |
| Robin K. Curtis | BUNSOW, DE MORY, SMITH & ALLISON LLP |
| BUNSOW, DE MORY, SMITH & ALLISON LLP | 600 Allerton Street, Suite 101 |
| 351 California Street, Suite 200 | Redwood City, CA 94063 |
| San Francisco, CA 94104 | |

All other contact information remains unchanged.

Dated: November 12, 2013                Respectfully Submitted,

By: ___/s/ Henry C. Bunsow___
Henry C. Bunsow (California State Bar # 60707)
Brian A.E. Smith (California State Bar # 188147)
Dino Hadzibegovic (California State Bar # 267489)
Robin K. Curtis (California State Bar # 271702)
**BUNSOW DE MORY SMITH & ALLISON LLP**
351 California Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 426-4747
Facsimile: (415) 426-4744
Email: hbunsow@bdiplaw.com
Email: bsmith@bdiplaw.com
Email: dhadzibegovic@bdiplaw.com
Email: rcurtis@bdiplaw.com

Denise M. De Mory (California State Bar #168076)
Craig Y. Allison (California State Bar # 161175)
Cliff Win (California State Bar # 270517)
**BUNSOW DE MORY SMITH & ALLISON LLP**
600 Allerton Street, Suite 101
Redwood City, CA 94063
Email: ddemory@bdiplaw.com
Email: callison@bdiplaw.com
Email: cwin@bdiplaw.com

2

Wesley Hill
State Bar No. 24032294
E-mail: wh@wsfirm.com
T. John Ward, Jr.
State Bar No. 00794818
E-mail: jw@wsfirm.com
**WARD & SMITH LAW FIRM**
P.O. Box 1231
1127 Judson Rd., Ste. 220
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF**
**CORE WIRELESS LICENSING S.A.R.L.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail.

Dated: November 12, 2013

*/s/ Henry C. Bunsow*
Henry C. Bunsow