# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING, S.A.R.L** | § § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO. 6:12-CV-100** |
| v. | § § § | **JURY TRIAL DEMANDED** |
| **APPLE, INC.** | § § | |
| *Defendant.* | § § § | |

## ORDER

Before the Court is the Parties Joint Agreed Motion for Entry of Stipulated Supplemental Protective Order (Doc. No. 113). The Motion (Doc. No. 113) is **GRANTED** and the Stipulated Supplemental Protective Order Between Non-Party Qualcomm Incorporated, Non-Party Intel Corporation, Plaintiff, and Defendant has been entered (Doc. No. 153).

**So ORDERED and SIGNED this 9th day of December, 2013.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE