## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** § § | |
| § | **CIVIL ACTION NO. 6:12-CV-100-LED** |
| *Plaintiff*, § § | |
| **v.** § § | **JURY TRIAL DEMANDED** |
| **APPLE, INC.,** § § | |
| *Defendants*. | |

## DEFENDANT APPLE INC.'S NOTICE OF APPEARANCE
## FOR SHAWN A. LATCHFORD

Apple Inc., defendant in the above-entitled and numbered civil action, hereby notifies the

Court and all parties that the following person, in addition to those who previously gave notice,

is appearing as counsel of record.

> Shawn A. Latchford
> Texas State Bar No. 24066603
> sal@emafirm.com
> ALBRITTON LAW FIRM
> P.O. Box 2649
> Longview, Texas 75606
> Telephone: (903) 757-8449
> Facsimile: (903) 758-7397

Respectfully submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

*Counsel for Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 20th day of December 2013.

_____
Shawn A. Latchford