**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**APPLE INC.,** )<br>)<br>Defendant. ) | )<br>)<br>) **CIVIL ACTION NO. 6:12-CV-100**<br>)<br>)<br>) **JURY TRIAL DEMAND**<br>)<br>)<br>)<br>) |

## CORE WIRELESS' NOTICE OF COMPLIANCE WITH P.R. 3-1

Plaintiff Core Wireless Licensing S.A.R.L. ("Core Wireless") files this Notice of Compliance in response to the Court's December 16, 2013 Order granting Core Wireless' unopposed motion for leave to amend its P.R. 3-1 disclosures. Please take note that on December 13, 2013 Core Wireless served Apple with Core Wireless' Third Amended Disclosure of Asserted Claims and Infringement Contentions under P.R. 3-1 and accompanying exhibits.

Dated: December 30, 2013                             Respectfully Submitted,

By: */s/ Craig Y. Allison*
Henry Bunsow
(California State Bar # 60707)
Denise M. De Mory
(California State Bar #168076)
Brian A.E. Smith
(California State Bar # 188147)
Craig Y. Allison
(California State Bar # 161175)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
351 California Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 426-4747

1

Facsimile: (415) 426-4744
Email: hbunsow@bdiplaw.com
Email: ddemory@bdiplaw.com
Email: bsmith@bdiplaw.com
Email: callison@bdiplaw.com

T. John Ward, Jr. (Texas Bar # 00794818)
Wesley Hill (Texas Bar # 24032294)
**WARD & SMITH LAW FIRM**
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@wsfirm.com
Email: wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF**
**CORE WIRELESS LICENSING S.A.R.L.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

Dated: December 30, 2013

*/s/ Craig Y. Allison*
Criag Y. Allison