IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:12-CV-100-LED |
| APPLE, INC. | § § | |
| Defendant. | § § | |

**DEFENDANT APPLE INC.'S NOTICE OF APPEARANCE
FOR ANNE M. CAPPELLA**

Apple, Inc., defendant in the above-entitled and numbered civil action, herby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

Anne M. Cappella
California State Bar No. 181402
anne.cappella@weil.com
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Dated: January 24, 2014

Respectfully submitted,

*/s/ Anne M. Cappella*
Anne M. Cappella (CA State Bar No. 181402)
anne.cappella@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorney for Apple, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically. As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 24th day of January 2014.

*/s/ Anne M. Cappella*

2