IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> APPLE, INC. § <br> § <br> Defendant. § <br> § § § § § § § § § § | Civil Action No. 6:12-CV-100 (LED) |

## NOTICE OF THIRD PARTY SUBPOENA OF
## MOTOROLA MOBILITY HOLDINGS LLC

Please take notice that Defendant Apple Inc. ("Apple") requests, pursuant to Rule 45 of the Federal Rules of Civil Procedure, that Motorola Mobility Holdings LLC attend and testify at a deposition and produce designated documents, electronically stored information, and things at 9:00 am on February 10, 2014, at Hampton Inn & Suites Chicago-Libertyville, 2061 Shell Drive, Libertyville, Illinois, 60048, or at such other mutually agreeable time and place. The deposition will be recorded by stenographic and audiovisual means. A copy of the subpoena is attached hereto as Exhibit A.

Dated:  January 24, 2014

Respectfully submitted,

*/s/ Anne Cappella*
Anne Cappella (CA State Bar No. 181402)
anne.cappella@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

*Attorney for Apple Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2014, a true and correct copy of the foregoing was served by electronic mail, upon counsel below:

Henry Charles Bunsow
Brian A E Smith
Dino Hadzibegovic
Robin K. Curtis
Ziyong Li
Bunsow, De Mory, Smith & Allison LLP
351 California Street
Suite 200
San Francisco, CA 94104
(415) 426-4747
Fax: 415-426-4744
Email: hbunsow@bdiplaw.com
Email: bsmith@bdiplaw.com
Email: dhadzibegovic@bdiplaw.com
Email: rcurtis@bdiplaw.com
Email: zli@bdiplaw.com

Cliff Win , Jr.
Craig Y Allison
Denise M De Mory
John D Beynon
Bunsow, De Mory, Smith & Allison LLP-Redwood
600 Allerton Street
Ste 101
Redwood City, CA 94063
415 675-8889
Fax: 415-675-8892
Email: cwin@bdiplaw.com
Email: callison@bdiplaw.com
Email: ddemory@bdiplaw.com
Email: jbeynon@bdiplaw.com
*Plaintiff*
*Core Wireless Licensing S.a.r.l.*

Claire Abernathy Henry
Thomas John Ward
Thomas John Ward , Jr
Jack Wesley Hill
Ward & Smith Law Firm
PO Box 1231
1127 Judson Road
Suite 220
Longview, TX 75606
903-757-6400
Fax: 903-757-2323
Email: claire@wsfirm.com
Email: tjw@wsfirm.com
Email: jw@wsfirm.com

                     _/s/ Mimi Mentzer_____
                           Mimi Mentzer