IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | § § § | **CASE NO. 6:12-CV-100** |
| *Plaintiff,* | § § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **APPLE INC.,** | § § § | |
| *Defendant.* | § § § | |

## ORDER

Before the Court is Core Wireless Licensing S.A.R.L.'s and Apple Inc.'s Stipulation and Joint Motion to Modify Case Schedule (Doc. No. 168). Per the Court's Standing Order Regarding Motions To Modify/Amend Docket Control Orders, "in cases before the Honorable John D. Love, parties shall re-file a complete Proposed Docket." Accordingly, the Parties are **ORDERED** to file a Notice of Compliance with this Order, including a complete Amended Docket Control Order complying with the Court's Standing Order Regarding Motions to Modify/Amend Docket Control Orders attached as an exhibit by **January 31, 2014.**[1]

So ORDERED and SIGNED this 27th day of January, 2014.

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

---

[1] Per the Court's Standing Order Regarding Motions to Modify/Amend Docket Control Orders, available on the Court's website, a complete Docket Control Order must be filed in every instance where a motion amending or modifying a date in a Docket Control Order. The Parties are further reminded that all documents, including Docket Control Orders, should be submitted in an unlocked, editable, and "searchable PDF" format, in accordance with Local Rule CV-7(a), and should leave sufficient room on the last page to accommodate a signature.

1