**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L,** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> **APPLE INC.,** ) <br> ) <br> **Defendant.** ) <br> ) | **CIVIL ACTION NO.  6:12-CV-100** <br><br> **JURY TRIAL DEMAND** |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE PATENT NOS. 6,674,860, 6,697,347, 6,788,959, 6,792,277, 7,415,045 AND 7,817,679**

Core Wireless S.a.r.l. ("Core Wireless") and Apple Inc. ("Apple") notify the Court that in an effort to streamline the litigation and prepare for a manageable trial, the parties have reached an agreement whereby Core Wireless shall dismiss without prejudice all causes of action involving the following patents in Core Wireless's Third Amended Complaint [Dkt. No. 61] from this action (the "Dismissed Patents"):

- U.S Patent No. 6,674,860
- U.S Patent No. 6,697,347
- U.S Patent No. 6,788,959
- U.S Patent No. 6,792,277
- U.S Patent No. 7,415,045
- U.S Patent No. 7,817,679

Apple agrees to dismiss without prejudice all causes of action in its First Amended Answer, Defenses and First Amended Counterclaims [Dkt. No. 107] for declaratory relief involving the Dismissed Patents.

Accordingly, the Parties move to dismiss without prejudice the portions of Core Wireless' Third Amended Complaint and Apple's First Amended Answer, Defenses and First Amended Counterclaims involving the Dismissed Patents.

Dated: March 4, 2014

Respectfully Submitted,

By: /s/ Craig Y. Allison

Henry Bunsow (CA State Bar # 60707)
Denise M. De Mory (CA State Bar #168076)
Brian A.E. Smith (CA State Bar # 188147)
Craig Y. Allison (CA State Bar # 161175)
BUNSOW, DE MORY, SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
Email:  hbunsow@bdiplaw.com
Email:  ddemory@bdiplaw.com
Email:  bsmith@bdiplaw.com
Email:  callison@bdiplaw.com

T. John Ward, Jr. (Texas Bar # 00794818)
Wesley Hill (Texas Bar # 24032294)
WARD & SMITH LAW FIRM
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
Email:  jw@wsfirm.com
Email:  wh@wsfirm.com

*Attorneys For Plaintiff*
*Core Wireless Licensing S.A.R.L.*

By: /s/ Joseph J. Mueller

Joseph J. Mueller
(Massachusetts Bar No. 647567)
John J. Regan
(Massachusetts Bar No. 415120)
Cynthia D. Vreeland
(Texas Bar No. 20625150,
Massachusetts Bar No. 635143)
Kate Saxton
(Massachusetts Bar No. 150150)
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Eric Miller Albritton
ALBRITTON LAW FIRM
111 West Tyler Street
Longview, TX 75601
(903) 757-8449
ema@emafirm.com

*Attorneys for Defendant*
*Apple Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, Federal Express and/or U.S. First Class Mail.

Dated:  March 4, 2014

                                                 */s/ Craig Y. Allison*
                                                  Craig Y. Allison