**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CORE WIRELESS** § | | |
| **LICENSING, S.A.R.L** § | **CIVIL ACTION NO. 6:12-CV-100** | |
| *Plaintiff,* § | | |
| § | | |
| **v.** § | | |
| § | **JURY TRIAL DEMANDED** | |
| **APPLE, INC.** § | | |
| *Defendant.* § | | |

**ORDER**

Before the Court is Core Wireless Licensing S.A.R.L.'s ("Core") Motion for Expedited Briefing on its Motion to Compel Discovery and Seek Discovery Sanctions (Doc. No. 189), as well as Apple Inc.'s ("Apple") related Motion for Expedited Briefing on Its Motion to Preclude, Or Alternatively Compel Core to Produce Nokia Employees for Depositions (Doc. No. 192) which sought to ensure that Apple could file a surreply as part of Core's proposed expedited briefing schedule.

A Response (Doc. No. 198) and Reply (Doc. No. 201) have been filed with respect to the underlying Motion to Compel Discovery (Doc. No. 188) for which Core requested expedited briefing in its Motion to Compel (Doc. No. 189). Accordingly, the Motion for Expedited Briefing (Doc. No. 189) and Apple's related Motion for Expedited Briefing (Doc. No. 192) are **DENIED AS MOOT**.

**So ORDERED and SIGNED this 25th day of April, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE