**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CORE WIRELESS** § | | |
| **LICENSING, S.A.R.L** § | **CIVIL ACTION NO. 6:12-CV-100** | |
| § | | |
| *Plaintiff,* § | **JURY TRIAL DEMANDED** | |
| § | | |
| v. § | | |
| § | | |
| **APPLE, INC.** § | | |
| § | | |
| *Defendant.* § | | |

## ORDER

Before the Court is Apple, Inc.'s ("Apple") Motion to Compel Production of Non-Privileged Documents from Third Party MOSAID Corporation, LTD (Doc. No. 159), which was addressed at the hearing of May 1, 2014. *See* Doc. No. 207 at 1 (ordering *in camera* production of disputed documents). The Court has reviewed the *in camera* production and **GRANTS IN PART** Apple Motion (Doc. No. 159).

Accordingly, the Court **OVERRULES** the assertion of privilege as to Privilege Log Document Numbers 181, 211, 213, 216, 218, 220, and 237, and the Court **SUSTAINS** the assertion of privilege as to all other documents in the Privilege Log. Core Wireless Licensing, S.a.r.l. is **ORDERED** to produced Privilege Log Document Numbers 181, 211, 213, 216, 218, 220, and 237 to Apple by **June 5, 2014**.

**So ORDERED and SIGNED this 20th day of May, 2014.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE