# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L,** | )<br>)<br>) |
| Plaintiff, | ) **CIVIL ACTION NO.  6:12-CV-100**<br>)<br>) |
| vs. | ) **JURY TRIAL DEMAND**<br>) |
| **APPLE INC.,** | )<br>) |
| Defendant. | )<br>) |

# CORE WIRELESS LICENSING S.A.R.L.'S TRIAL WITNESSES LIST

Plaintiff Core Wireless Licensing S.a.r.l. ("Core Wireless") pursuant to the Court's Docket Control Order entered in this case, submits the following preliminary list of witnesses whom it may call at trial, other than solely for impeachment or rebuttal.  Core Wireless reserves the right to supplement or revise this list in the future if necessary for any reason.  This list includes witnesses that Core Wireless may call either live at trial or by deposition testimony.  Core Wireless further reserves the right to call any of the witnesses that Apple identifies on its witness list without prejudice to its right to object to Apple's presentation of those witnesses at trial, the admissibility of those witnesses' testimony, or its right to move for the exclusion of those witnesses' testimony.

At this time, Core Wireless identifies the following witnesses for trial:

|   | **Witness (Employer)** | **Will Call** | **May Call** | **Probably Will Not Call** | **Topics of Examination** |
|---|---|---|---|---|---|
| 1. | Abdul Zindani (Conversant) |  | X |  | Patent prosecution of Core Wireless Patent Portfolio related to U.S. Patent Nos. 7,804,850; 7,447,181 |
| 2. | Phillip Shaer (Conversant) |  | X |  | Information about the formation and operation of Core Wireless, acquisition of the Patent Portfolio at issue, and licensing negotiations with Apple |
| 3. | John Lindgren (Conversant) | X |  |  | Information about the formation and operation of Core Wireless, acquisition of the Patent Portfolio at issue, and licensing negotiations with Apple |

| | | | | | |
|---|---|---|---|---|---|
| 4. | Antti Toskala (NSN) | X | | | Nokia Corporation; Nokia's development of mobile phone technology; Mr. Toskala's involvement with standard setting bodies on Nokia's behalf |
| 5. | Esa Malkamaki (Nokia) | X | | | U.S. Patent No. 7,804,850 |
| 6. | Harri Lilja (Nokia) | X | | | U.S. Patent No. 6,266,321 |
| 7. | Jukka Vialen (Cassidian) | X | | | U.S. Patent No. 7,804,850 |
| 8. | Mika Forssell (NSN) | X | | | U.S. Patent Nos. 7,447,181; 7,529,271, 8,259,689 |
| 9. | Paul Melin (Nokia) | X | | | Nokia Corporation; Nokia's development of mobile phone technology and contribution to cellular standards; Development and licensing of Nokia's intellectual property |
| 10 | Nima Ahmadvand (Conversant) | | X | | Information about the formation and operation of Core Wireless, the Core Wireless patent portfolio; acquisition and licensing of the Patent Portfolio at issue |
| 11 | Johan Bergman (Ericsson) | | X | | Development of relevant standard |
| 12 | Adolfo Bayo (Cetecom) | | X | | Standard conformance tests of Apple products |

| | | | | | |
|---|---|---|---|---|---|
| 13 | Uttam Pattanayak (Qualcomm) | | X | | Qualcomm baseband chip source code and corresponding technologies and standards |
| 14 | Deirdre O'Shea (Qualcomm) | | X | | Qualcomm baseband chip source code and corresponding technologies and standards |
| 15 | Nate Chizgi (Qualcomm) | | X | | Qualcomm baseband chip source code and corresponding technologies and standards |
| 16 | Sitaramanjaneyulu Kanamarlapudi (Qualcomm) | | X | | Qualcomm baseband chip source code and corresponding technologies and standards |
| 17 | Yi Zhang (Qualcomm) | | X | | Qualcomm baseband chip source code and corresponding technologies and standards |
| 18 | Simon Walke (Qualcomm) | | X | | Qualcomm baseband chip source code and corresponding technologies and standards |
| 19 | Matthew Penarczyk (Microsoft) | | X | | Microsoft's negotiations with Nokia and Conversant; Formation of Core Wireless |
| 20 | David Killough (Microsoft) | | X | | RAND and FRAND obligations |
| 21 | Niklas Ostman (Microsoft) | | X | | License negotiations between Apple and Nokia |

| | | | | | |
|---|---|---|---|---|---|
| 22 | Frank Casanova (Apple) | | X | | Marketing of the accused products; Value of the claimed inventions |
| 23 | Evans Hankey (Apple) | | X | | Research, design, development, and operation of accused products; Value of the claimed inventions |
| 24 | Stephen V. Schell (Apple) | | X | | Implementation of certain aspects of wireless functionality of the accused products |
| 25 | Mark Buckley (Apple) | | X | | Apple financial information |
| 26 | Tiberiu Muresan (Apple) | | X | | Certifications/testing related to the accused Apple products' operability on networks that support cellular standards |
| 27 | Jeffrey Risher (Apple) | | X | | Apple licenses and licensing practices; FRAND licensing; License negotiations for cellular technology; Apple's knowledge and willful infringement of the Patents-in-Suit |
| 28 | Richard Buttrick (Core Wireless expert) | X | | | ETSI IPR Policy; Custom and practice of ETSI members |
| 29 | Richard A. Chandler (Core Wireless expert) | X | | | Infringement; Validity; Technical matters relating to the patents-in-suit |
| 30 | Dr. James L. Olivier (Core Wireless expert) | X | | | Infringement; Validity; Technical matters relating to the patents-in-suit |

4

| | | | | | |
|---|---|---|---|---|---|
| 31 | Trevor J. Smedley (Core Wireless expert) | X | | | Technical matters relating to the patents-in-suit |
| 32 | Roy Weinstein (Core Wireless expert) | X | | | Damages |
| 33 | Luc Gerondal (Manager of Core Wireless) | | X | | Information about the formation and operation of Core Wireless |
| 34 | Philippe Salpetier (Manager of Core Wireless) | | X | | Information about the formation and operation of Core Wireless, |
| 35 | Matthias Schneider (Manager of Core Wireless) | | X | | Information about the formation and operation of Core Wireless |
| 36 | Ulrich Amrhein (Apple) | | X | | Certifications/testing related to the accused Apple products' operability on networks that support cellular standards |
| 37 | Alex Ho (Apple) | | X | | Apple source code |
| 38 | Karri Ranta-Aho (NSN) | | X | | Matters relating to the patents-in-suit |
| 39 | Wayne Stark (Apple Expert) | | X | | Technical matters relating to the patents-in-suit |
| 40 | Edward Knightly (Apple Expert) | | X | | Technical matters relating to the patents-in-suit |
| 41 | Thomas Fuja (Apple Expert) | | X | | Technical matters relating to the patents-in-suit |
| 42 | Vernon V. Palmer (Apple Expert) | | X | | French law |

5


Dated:  June 17, 2014               Respectfully Submitted,


                                    By:   */s/ Henry C. Bunsow*
                                          Henry C. Bunsow (California State Bar # 60707)
                                          Denise M. De Mory (California State Bar #168076)
                                          Brian A.E. Smith (California State Bar # 188147)
                                          Craig Y. Allison (California State Bar # 161175)
                                          **BUNSOW, DE MORY, SMITH & ALLISON LLP**
                                          351 California Street, Suite 200
                                          San Francisco, CA  94133
                                          Telephone:  (415) 426-4747
                                          Facsimile:  (415) 426-4744
                                          Email:  hbunsow@bdiplaw.com
                                          Email:  ddemory@bdiplaw.com
                                          Email:  bsmith@bdiplaw.com
                                          Email:  callison@bdiplaw.com

                                          T. John Ward, Jr. (Texas Bar # 00794818)
                                          Wesley Hill (Texas Bar # 24032294)
                                          **WARD & SMITH LAW FIRM**
                                          1127 Judson Road, Suite 220
                                          Longview, Texas 75601
                                          Telephone:  (903) 757-6400
                                          Facsimile:  (903) 757-2323
                                          Email:  jw@wsfirm.com
                                          Email:  wh@wsfirm.com

                                          *Attorneys for Plaintiff*
                                          **CORE WIRELESS LICENSING S.A.R.L.**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, Federal Express and/or U.S. First Class Mail.

Dated:  June 17, 2014

                                                                     */s/ Henry C. Bunsow*
                                                                      Henry C. Bunsow