**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**APPLE INC.,** )<br>)<br>Defendant. )<br>) | Civil Action No. 6:12-CV-100-LED<br><br>JURY TRIAL REQUESTED |

**NOTICE OF LETTER BRIEFING REGARDING SUMMARY JUDGMENT, MOTION TO STRIKE, AND *DAUBERT* MOTIONS**

To assist the Court in reviewing the letter briefs filed by Apple seeking permission to file motions for summary judgment, motions to strike, and a *Daubert* motion, Apple Inc. ("Apple") provides the following chart correlating the parties' letter briefing to the relevant requested motion:

| Apple's Motions | | | |
|---|---|---|---|
| Apple's Letter Brief Seeking Permission to File: | Docket Number of Opening Letter Brief | Docket Number of Response Letter Brief | Docket Number of Reply Letter Brief |
| Motion for Summary Judgment of non-infringement of all asserted claims of U.S. Patent No. 7,804,850 | 213, Exhibit 1 | 221, Exhibit 1 | 227, Exhibit 1 |
| Motion for summary judgment in favor of Apple on Core Wireless's breach of contract counterclaims-in-reply | 213, Exhibit 2 | 221, Exhibit 2 | 228, Exhibit 1 |
| Motion to strike Core Wireless's untimely doctrine of equivalents and indirect infringement theories | 213, Exhibit 3,<br><br>217, Exhibit 1 | 221, Exhibit 3,<br><br>221, Exhibit 5 | 229, Exhibit 1,<br><br>230, Exhibit 1 |
| Motion to strike Core Wireless's untimely direct, literal infringement theories | 213, Exhibit 4 | 221, Exhibit 4 | 231, Exhibit 1 |

| *Daubert* motion to preclude certain opinions of Core Wireless's damages expert Roy Weinstein | 219, Exhibit 1 | 223, Exhibit 1 | 232, Exhibit 1 |

DATED: June 18, 2014

*/s/ Joseph J. Mueller*
Joseph J. Mueller
(Massachusetts Bar No. 647567)
John J. Regan
(Massachusetts Bar No. 415120)
Cynthia D. Vreeland
(Texas Bar No. 20625150,
Massachusetts Bar No. 635143)
Kate Saxton
(Massachusetts Bar No. 150150)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Eric Miller Albritton
ALBRITTON LAW FIRM
111 West Tyler Street
Longview, TX 75601
(903) 757-8449
ema@emafirm.com

*Attorneys for Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail.

Dated:  June 18, 2014

                                                              */s/ Joseph J. Mueller*
                                                              Joseph J. Mueller