IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | ) ) ) | Civil Action No. 6:12-CV-100-LED |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL REQUESTED |
| **APPLE INC.,** | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF COMPLIANCE

In the Court's Order of June 24, 2014 (Dkt. No. 238), Defendant Apple Inc. ("Apple") was granted leave to file (1) a motion to strike certain untimely direct and literal infringement opinions expressed by Core Wireless's technical experts Trevor Smedley, James Olivier, and Richard Chandler regarding U.S. Patent Nos. 7,447,181 and 8,259,689; (2) a motion to strike as untimely the expert report served by Core Wireless's technical expert Richard Chandler regarding U.S. Patent No. 6,266,321; and (3) a *Daubert* motion to preclude certain opinions of Core Wireless's damages expert Roy Weinstein. (Dkt. No. 238, at 1-2.) However, to reduce the burden on the Court, Apple has consolidated (1) and (2) above into one Motion to Strike Core Wireless's Untimely Infringement Theories. Apple's motion to strike and *Daubert* motion are being filed concurrently with this Notice.

       */s/ Joseph J. Mueller*
       Joseph J. Mueller
       (Massachusetts Bar No. 647567)
       John J. Regan
       (Massachusetts Bar No. 415120)
       Cynthia D. Vreeland
       (Texas Bar No. 20625150,
       Massachusetts Bar No. 635143)
       Kate Saxton
       (Massachusetts Bar No. 150150)

WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Eric Miller Albritton
ALBRITTON LAW FIRM
111 West Tyler Street
Longview, TX 75601
(903) 757-8449
ema@emafirm.com

Dated: June 27, 2014          *Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record via electronic mail in accordance with Local Rule CV-5(a)(7)(C).

Dated: June 27, 2014

*/s/ Joseph J. Mueller*
Joseph J. Mueller