| AO 435 (Rev. 04/11) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY DUE DATE: | |
|---|---|---|---|---|
| 1. NAME Joseph Mueller | 2. PHONE NUMBER (617) 526-6000 | | 3. DATE 8/5/2014 | |
| 4. MAILING ADDRESS 60 State Street | 5. CITY Boston | | 6. STATE MA | 7. ZIP CODE 02109 |
| 8. CASE NUMBER 6:12-cv-100 | 9. JUDGE J. Davis | | DATES OF PROCEEDINGS | |
| | | | 10. FROM 8/1/2014 | 11. TO 8/1/2014 |
| 12. CASE NAME Core Wireless S.A.R.L. v Apple, Inc. | | | LOCATION OF PROCEEDINGS | |
| | 13. CITY Tyler | | 14. STATE TX | |

15. ORDER FOR
☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☒ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Hearing re Bench Trial | 8/1/2014 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|
| 18. SIGNATURE *Joseph Mueller* /CAH/ | | PROCESSED BY | |
| 19. DATE 8/5/2014 | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY