**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING, S.A.R.L** | § § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO. 6:12-CV-100** |
| v. | § § § | **JURY TRIAL DEMANDED** |
| **APPLE, INC.** | § § § | |
| *Defendant.* | § § | |

## ORDER

The Court memorializes its rulings from the bench at the Hearing of August 1, 2014 as follows:

➢ By **August 15, 2014**, the parties are **ORDERED** to meet and confer and submit, as a Joint Notice of Compliance with this Order, a summary of any legal issues the parties agree are for the Court to decide;

➢ Also by **August 15, 2014**, Plaintiff Core Wireless Licensing S.a.r.l. ("Core") and Defendant Apple, Inc. ("Apple") are **ORDERED** to each individually file, as Notices of Compliance with this Order: (1) proposed findings of fact and conclusion of law corresponding to the joint summary of legal issues the parties agree are for the Court to decide; (2) proposed preliminary draft jury instructions as to reasonable and non-discriminatory ("RAND") related issues only; and (3) a proposed draft jury verdict form relating to the aforementioned RAND issues only; and

➢ By **September 2, 2014**, Core and Apple are **ORDERED** to each individually file, as Notices of Compliance with this Order, a complete set of proposed preliminary draft jury

instructions as to all issues including RAND issues, damages, and unenforceability, as well as corresponding draft jury verdict forms.

**So ORDERED and SIGNED this 7th day of August, 2014.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

2