# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | ) )   **CIVIL ACTION NO. 6:12-CV-100** |
| Plaintiff, | ) ) |
| v. | )   **JURY TRIAL DEMAND** ) ) |
| **APPLE INC.,** | ) ) |
| Defendant. | ) ) ) |

## JOINT STIPULATION REGARDING STATUS OF

## MEET AND CONFER DISCUSSIONS

The parties have been meeting and conferring regarding a structure for a potential bench trial and have made progress in those discussions, but respectfully request until Monday to make their joint submission to the Court.

Dated: August 15, 2014

Respectfully Submitted,

By: /s/ Henry C. Bunsow

Henry Bunsow (CA State Bar # 60707)
Denise M. De Mory (CA State Bar #168076)
Brian A.E. Smith (CA State Bar # 188147)
Craig Y. Allison (CA State Bar # 161175)
BUNSOW, DE MORY, SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 426-4747
Facsimile: (415) 426-4744
Email: hbunsow@bdiplaw.com
Email: ddemory@bdiplaw.com
Email: bsmith@bdiplaw.com
Email: callison@bdiplaw.com

T. John Ward, Jr. (Texas Bar # 00794818)
Wesley Hill (Texas Bar # 24032294)
WARD & SMITH LAW FIRM
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@wsfirm.com
Email: wh@wsfirm.com

*Attorneys For Plaintiff*
*Core Wireless Licensing S.A.R.L.*

By: /s/ Joseph J. Mueller

Joseph J. Mueller
(Massachusetts Bar No. 647567)
John J. Regan
(Massachusetts Bar No. 415120)
Cynthia D. Vreeland
(Texas Bar No. 20625150,
Massachusetts Bar No. 635143)
Kate Saxton
(Massachusetts Bar No. 150150)
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Eric Miller Albritton
ALBRITTON LAW FIRM
111 West Tyler Street
Longview, TX 75601
(903) 757-8449
ema@emafirm.com

*Attorneys for Defendant*
*Apple Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail.

Dated:  August 15, 2014

                                                          */s/ Henry C. Bunsow*
                                                            Henry C. Bunsow