# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.**, | ) ) **Civil Action No. 6:12-CV-100-LED-JDL** |
| Plaintiff, | ) ) |
| v. | ) **JURY TRIAL REQUESTED** ) |
| **APPLE INC.**, | ) ) |
| Defendant. | ) ) |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR SUBMISSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Before the Court is Core Wireless Licensing S.a.r.l. ("Core") and Apple Inc.'s ("Apple") Joint Motion to Extend Deadline For Submission of Proposed Findings of Fact and Conclusions of Law. Having considered the motion, and good cause being found, the Court GRANTS the motion:

> ➢ By **September 2, 2014**, Core and Apple are **ORDERED** to each individually file, as Notices of Compliance with this Order, (1) a complete set of proposed preliminary draft jury instructions as to FRAND damages issues, as well as corresponding draft jury verdict forms, and (2) proposed findings of fact and conclusion of law corresponding to the joint summary of issues the parties have agreed to submit to the Court to decide in a bench trial before the January jury trial.