IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CORE WIRELESS** § | |
| **LICENSING, S.A.R.L** § | |
| § | |
| *Plaintiff,* § | |
| § | **CIVIL ACTION NO. 6:12-CV-100** |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| **APPLE, INC.** § | |
| § | |
| *Defendant.* § | |

## ORDER

Before the Court is the parties' Joint Notice of Compliance Regarding Order on Bench Trial (Doc. No. 268), and Joint Motion to Extend Deadline for Submission of Proposed Findings of Fact and Conclusions of Law (Doc. No. 269).

While the Court appreciates the parties' efforts in attempting to structure a potential bench trial, the Court finds that a pre-trial bench trial under the parameters set by the parties would not be helpful. Accordingly, the Court will not hold a pre-trial bench trial. As to the Court's Order of August 7, 2014 (Doc. No. 262), the parties need not submit proposed findings of fact and conclusions of law. Thus, the Joint Motion to extend the deadline for the submission of proposed findings of fact and conclusions of law (Doc. No. 269), is **DENIED AS MOOT**. However, the parties are **ORDERED** to file, as Notices of Compliance with this Order, a complete set of proposed preliminary draft jury instructions as to all issues, including RAND issues, damages, and unenforceability, as well as corresponding draft jury verdict forms by September 2, 2014.

**So ORDERED and SIGNED this 19th day of August, 2014.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE