# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | ) | **CIVIL ACTION NO.  6:12-CV-100** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JURY TRIAL DEMAND** |
| **vs.** | ) | |
| | ) | |
| **APPLE INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF COMPLIANCE WITH THE COURT'S AUGUST 20, 2014 ORDER (DKT. NO. 271)

In compliance with the Court's Order (Dkt. No. 271) to file proposed preliminary draft jury instructions and verdict forms, Core Wireless Licensing S.a.r.l. files this Notice of Compliance and its proposed preliminary draft jury instructions and verdict form, Exhibits A and B hereto.

Dated:  September 2, 2014                    Respectfully Submitted,

By:     */s/ Henry C. Bunsow*
          Henry C. Bunsow (California State Bar # 60707)
          Denise M. De Mory (California State Bar #168076)
          Brian A.E. Smith (California State Bar # 188147)
          Craig Y. Allison (California State Bar # 161175)
          **BUNSOW DE MORY SMITH & ALLISON LLP**
          351 California Street, Suite 200
          San Francisco, CA  94104
          Telephone:  (415) 426-4747
          Facsimile:  (415) 426-4744
          Email:  hbunsow@bdiplaw.com
          Email:  ddemory@bdiplaw.com
          Email:  bsmith@bdiplaw.com
          Email:  callison@bdiplaw.com

Wesley Hill
State Bar No. 24032294
E-mail: wh@wsfirm.com
T. John Ward, Jr.
State Bar No. 00794818
E-mail: jw@wsfirm.com
**WARD & SMITH LAW FIRM**
P.O. Box 1231
1127 Judson Rd., Ste. 220
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF**
**CORE WIRELESS LICENSING S.A.R.L.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail.

Dated:  September 2, 2014

                                                        /s/ Henry C. Bunsow
                                                        Henry C. Bunsow