IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING, S.A.R.L § § § *Plaintiff,* § § v. § § APPLE, INC. § § *Defendant.* § | CIVIL ACTION NO. 6:12-CV-100 JURY TRIAL DEMANDED |

## ORDER

The Court memorializes its rulings from the bench at the Hearing of October 8, 2014 as follows:

- Core Wireless Licensing S.A.R.L.'s Motion for Leave to Supplement the Expert Report of Richard Chandler Regarding Infringement of U.S. Patent No. 6,266,321 (Doc. No. 236) is **DENIED**.

- Apple Inc.'s Motion to Strike Core Wireless Licensing S.A.R.L.'s Untimely Infringement Theories (Doc. No. 239) is **GRANTED**.

- Core Wireless Licensing S.A.R.L.'s Motion for Leave to Supplement the Expert Report of Richard Chandler Regarding Infringement of U.S. Patent Nos. 7,447,181 and 8,259,689 (Doc. No. 242) is **DENIED**.

- Apple Inc. is **ORDERED** to provide Core Wireless Licensing S.A.R.L. with its deposition designations pursuant to the Court's Standing Order[1] by **Monday, October 13, 2014**.

So ORDERED and SIGNED this 8th day of October, 2014.

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

---

[1] http://www.txed.uscourts.gov/cgi-bin/view_document.cgi?document=19741