IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | § § § | |
| | § | Civil Action No. 6:12-CV-100-LED-JDL |
| *Plaintiff*, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| APPLE INC., | § § | |
| *Defendant*. | § § | |

## DEFENDANT APPLE INC.'S NOTICE OF REQUEST FOR DAILY TRANSCRIPT AND REAL-TIME REPORTING OF TRIAL PROCEEDINGS

Pursuant to the Amended Docket Control Order entered on October 28, 2014 (Docket No. 302), Defendant Apple Inc. ("Apple") respectfully requests daily transcripts and real-time reporting of the court proceedings for trial. Apple further notifies the Court that it has emailed the Court Reporter with its request.

Respectfully submitted,

  */s/ Joseph J. Mueller*
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

1

Joseph J. Mueller
Massachusetts Bar No. 647567
joseph.mueller@wilmerhale.com
John J. Regan
Massachusetts Bar No. 415120
john.regan@wilmerhale.com
Cynthia D. Vreeland
Texas Bar No. 20625150
Massachusetts Bar No. 635143)
cynthia.vreeland@wilmerhale.com
Kate Saxton
Massachusetts Bar No. 150150
kate.saxton@wilmerhale.com
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Counsel for Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this 5 day of November, 2014.


   */s/ Joseph J. Mueller*
   Joseph J. Mueller