**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING S.A.R.L,** | ) | **CIVIL ACTION NO. 6:12-CV-100** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JURY TRIAL DEMAND** |
| **vs.** | ) | |
| | ) | |
| **APPLE INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF CORE WIRELESS LICENSING S.A.R.L.'S NOTICE OF REQUEST FOR
DAILY TRANSCRIPT AND REAL TIME REPORTING OF TRIAL PROCEEDINGS**

Plaintiff Core Wireless Licensing S.a.r.l. ("Core Wireless") files this Notice of Request for Daily Transcript and Real Time Reporting of Trial Proceedings as follows:

Pursuant to the Court's Amended Docket Control Order entered October 28, 2014 (Doc. No. 302), Core Wireless hereby provides notice to the Court of its request for daily transcript and real time reporting during the trial proceedings of the above-captioned matter.

A copy of this Notice is being provided via e-mail to the Court Reporter, Shea Sloan, at shea_sloan@txed.uscourts.gov.

Dated:  November 5, 2014

Respectfully Submitted,


By:   */s/ Henry C. Bunsow*

Henry C. Bunsow (California State Bar # 60707)
Denise M. De Mory (California State Bar #168076)
Brian A.E. Smith (California State Bar # 188147)
Craig Y. Allison (California State Bar # 161175)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
351 California Street, Suite 200
San Francisco, CA  94133
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
Email:  hbunsow@bdiplaw.com
Email:  ddemory@bdiplaw.com
Email:  bsmith@bdiplaw.com
Email:  callison@bdiplaw.com

T. John Ward, Jr. (Texas Bar # 00794818)
Wesley Hill (Texas Bar # 24032294)
**WARD & SMITH LAW FIRM**
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
Email:  jw@wsfirm.com
Email:  wh@wsfirm.com

*Attorneys for Plaintiff*
**CORE WIRELESS LICENSING S.A.R.L.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, Federal Express and/or U.S. First Class Mail.


Dated:  November 5, 2014

*/s/ Henry C. Bunsow*
Henry C. Bunsow
