**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS LICENSING, S.A.R.L.,** § § | |
| *Plaintiff*, § | **CIVIL NO. 6:12-CV-100-LED-JDL** |
| § | |
| vs. § | **JURY TRIAL DEMANDED** |
| § | |
| **APPLE, INC.,** § | |
| *Defendant*. § | |

**ORDER ADOPTING ORDER OF
UNITED STATES MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The claim construction opinion of the Magistrate Judge (Doc. No. 263) has been presented for consideration.  Defendant Apple has filed objections (Doc. No. 272).  Plaintiff Core Wireless has also filed objections (Doc. No. 273). Both matters have been fully briefed (Doc. Nos. 280, 281, 285, 287).

Having considered the Magistrate Judge's opinion and the parties' submissions, the Court finds the parties' objections to be without merit and adopts the Magistrate Judge's opinion as the opinion of this Court.  Accordingly, parties' objections and requests for reconsideration (Doc. Nos. 272 and 273) are overruled.

So ORDERED and SIGNED this 2nd day of December, 2014.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**