**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS** § | |
| **LICENSING, S.A.R.L.,** § | |
| *Plaintiff*, § | **CIVIL NO. 6:12-CV-100-LED-JDL** |
| § | |
| vs. § | **JURY TRIAL DEMANDED** |
| § | |
| **APPLE, INC.,** § | |
| *Defendant*. § | |

## ORDER ADOPTING ORDER OF
## UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Order of the Magistrate Judge (Doc. No. 294) has been presented for consideration. Plaintiff Core Wireless filed objections seeking reconsideration of the Order (Doc. No. 300). Defendant Apple filed a response (Doc. No. 309).

Having considered the Magistrate Judge's opinion and the parties' submissions, the Court finds Core Wireless's objections to be without merit and adopts the Magistrate Judge's opinion as the opinion of this Court. Accordingly, Core Wireless's objections (Doc. No. 300) are overruled.

**So ORDERED and SIGNED this 3rd day of December, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**