**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS LICENSING, S.A.R.L.,** § § | |
| *Plaintiff*, § | **CIVIL NO. 6:12-CV-100-LED-JDL** |
| § | |
| vs. § | **JURY TRIAL DEMANDED** |
| § | |
| **APPLE, INC.,** § | |
| *Defendant*. § | |

## ORDER

Due to the approaching trial date, the Court **ORDERS** the parties to mediation before the Honorable David Folsom, Jackson Walker LLP, 6002 Suite B, Summerfield Drive, Texarkana, Texas 75503, (903) 255-3251, dfolsom@jw.com. The parties **SHALL** attend mediation no later than **December 31, 2014**.

**So ORDERED and SIGNED this 5th day of December, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**