**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | ) | **Civil Action No. 6:12-CV-100-LED-JDL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL REQUESTED** |
| v. | ) | |
| | ) | |
| **APPLE INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

### APPLE INC.'S NOTICE PURSUANT TO 35 U.S.C. § 282

---

Pursuant to 35 U.S.C. § 282, Defendant Apple Inc. ("Apple") hereby submits this notice that it may rely at trial on one or more of the following patents, publications, and other prior art to show anticipation, obviousness, and/or the "state of the art" of one or more claims of U.S. Patent Nos. 7,383,022; 7,599,664; 6,266,321; 7,804,850; and 6,978,143 (collectively, the "Patents-in-Suit").  Apple may also rely on the person(s) listed below as being prior inventors or having prior knowledge of or as having previously used or offered for sale the alleged inventions of the Patents in Suit.

In addition to the items and people listed below, Apple incorporates by reference as if cited herein all patents, publications, and other prior art cited in the expert reports submitted by Apple in this action.

Apple also incorporates by reference as if cited herein all prior art cited and/or contained in the prosecution records of the applications that issued as the Patents in Suit, and any related patent applications that were filed in the United States or elsewhere.

1

Apple further incorporates by reference all Invalidity Contentions it served in this action, its List of Trial Exhibits, and its Witness List.

## I.      PATENTS

### A.      The '022 and '664 Patents

| No. | Country | Patent/ Publication No. | Date Issued/ Published | Patentee |
|-----|---------|-------------------------|------------------------|----------|
| 1.  | United States | 5,634,206 | May 27, 1997 | Reed et al. |
| 2.  | United States | 6,456,827 | Sep. 24, 2002 | Kubo et al. |

### B.      The '850 Patent

| No. | Country | Patent/ Publication No. | Date Issued/ Published | Patentee |
|-----|---------|-------------------------|------------------------|----------|
| 1.  | United States | 2004/0028006 | Feb. 12, 2004 | Kayama et al. |
| 2.  | United States | 2004/0160914 | Aug. 19, 2004 | Sarkar |
| 3.  | United States | 6,058,289 | May 2, 2000 | Gardner et al. |
| 4.  | United States | 6,480,476 | Nov. 12, 2002 | Willars |

### C.      The '321 Patent

| No. | Country | Patent/ Publication No. | Date Issued/ Published | Patentee |
|-----|---------|-------------------------|------------------------|----------|
| 1.  | United States | 5,712,869 | Jan. 27, 1998 | Lee et al. |
| 2.  | United States | 5,926,500 | Jul. 20, 1999 | Odenwalder |
| 3.  | United States | 5,930,230 | Jul. 27, 1999 | Odenwalder et al. |
| 4.  | United States | 5,103,459 | Apr. 7, 1992 | Gilhausen et al. |

### D.      The '143 Patent

| No. | Country | Patent/ Publication No. | Date Issued/ Published | Patentee |
|-----|---------|-------------------------|------------------------|----------|
| 1.  | United States | 6,347,091 | Feb. 12, 2002 | Wallentin et al. |
| 2.  | United States | 5,640,414 | Jun. 17, 1997 | Blakeney et al. |

## II.    OTHER DOCUMENTS

### A.    The '022 and '664 Patents

| No. | Title | Date | Page/Bates Nos. |
|---|---|---|---|
| 1. | GSM 4.60 v8.0.0 | July 1999 | Pp. 1, 2, 29, 36-37, 103, 144, 214-215<br><br>APLCW0000089777-APLCW0000090030 |
| 2. | 3GPP TS 05.08 V8.0.0 | July 1999 | Pp. 1, 2, 42-49<br><br>APLCW0000111913-APLCW0000111985 |
| 3. | EGPRS Link Quality Control - Measurements and Filtering | Sept. 1999 | Olivier Dep. Ex. 23 |
| 4. | Optional Filtering For EGPRS LQC Measurements - Mobile Equipment based Filtering, Tdoc SMG2EDGE 2E99-604 | Dec. 1999 | APLCW0000090489-APLCW0000090496 |
| 5. | Draft Meeting Report of 34th SMG2 meeting | Jan. 2000 | Pp. 1, 2, 10, 12, 106-107, 114-115, 126<br><br>APLCW0000116511-APLCW0000116649 |
| 6. | Meeting minutes for the December 13-16, 1999 ETSI SMG2 EDGE meeting | Dec. 1999 | Pp. 1, 11-12, 25-27<br><br>APLCW-A0000000001-APLCW-A0000000027 |
| 7. | Optional Filtering for EGPRS LQC Measurements - Mobile-based filtering, Tdoc SMG2 2-00-250 | Jan. 2000 | APLCW-A0000000028-APLCW-A0000000036 |
| 8. | Change Request 04.60 CR A760 regarding Optional Filtering for EGPRS LQC Measurements, Document 2-00-251 | Jan. 2000 | APLCW-A0000000037-APLCW-A0000000043 |
| 9. | Change Request 05.08 CR A240 regarding EGPRS Link Quality Control Measurements, Document 2-00-252 | Jan. 2000 | APLCW-A0000000044-APLCW-A0000000054 |
| 10. | R.W. Hamming, Digital Filters 3rd Ed. (1989), pp. 1-20, 36-70, 124-163, 230-252, 272-279 | 1989 | Pp. 1-20, 36-70, 124-163, 230-252, 272-279<br><br>APLCW-A0000026054-APLCW-A0000026124 |
| 11. | Nokia invention report - "Mobile | Nov. | CORE_A-00002866- |

| No. | Title | Date | Page/Bates Nos. |
|-----|-------|------|-----------------|
|  | Equipment Based Filtering For Link Quality Measurements" | 1999 | CORE_A-00002871 |
| 12. | GSM 4.08 v8.0.0 | July 1999 | Pp. 1, 2, 6-8<br><br>CORE_A-00184768-CORE_A-00184784 |
| 13. | Change Request 05.08 CR A240r3 regarding EGPRS Link Quality Control Measurements, Document 2-00-502 | Jan. 2000 | CORE_A-00026092-CORE_A-00026102 |
| 14. | Change Request 04.60 CR A760r3 regarding Filtering for EGPRS LQC Measurements, Document 2-00-520 | Jan. 2000 | CORE_A-00185081-CORE_A-00185093 |

B.     The '850 Patent

| No. | Title | Date | Page/Bates Nos. |
|---|---|---|---|
| 1. | Chen et al. "Traffic Management for Wireless ATM Networks" | 1998 | APLCW0000124204-APLCW0000124211 |
| 2. | Autonomous transmission with TDM approach, 3GPP TSG RAN WG1 #38 bis, Seoul, Korea September 20 - 24, 2004, R1-041087 | Sep. 2004 | APLCW0000323756-APLCW0000323760 |
| 3. | Lin and Tseng, "An Adaptive Sniff Scheduling Scheme for Power Saving in Bluetooth" IEEE Wireless Communications, December 2002, p. 92-103 | Dec. 2002 | Pp. 92-103<br><br>APLCW0000388605-APLCW0000388616 |
| 4. | S. Keshav, An Engineering Approach to Computer Networking - ATM Networks, the Internet, and the Telephone Network, pp. 68-69, 402-405 | 1997 | Pp. 68-69, 402-405<br><br>APLCW-A0000021076-APLCW-A0000021081 |
| 5. | Kleinrock and Lam, "Packet Switching in a Multiaccess Broadcast Channel: Performance Evaluation" IEEE Transaction on Communications, Vol. Com-23, No. 4, April 1975, p. 410-423 | April 1975 | Pp. 410-423<br><br>APLCW0000095280-APLCW0000095293 |
| 6. | Dimitri Bertsekas & Robert Gallager, Data Networks (2d ed.), pp. 30-31, 274-275, 286-287, 511-512 | January 1992 | Pp. 30-31, 274-275, 286-287, 511-512<br><br>APLCW-A0000021070-APLCW-A0000021075 |
| 7. | Rexford et al., A Scalable Architecture for Fair Leaky-Bucket Shaping (IEEE, 1997) | 1997 | APLCW-A0000021082-APLCW-A0000021090 |
| 8. | Invention Disclosure re: '850 Patent | June 2005 | CORE_A-00185147-CORE_A-00185152 |

### C.   The '321 Patent

| No. | Title | Date | Page/Bates Nos. |
|---|---|---|---|
| 1. | Garber & Purseley, "Performance of Offset Quadriphase Spread-Spectrum Multiple-Access Communications," IEEE Transactions on Communication, Vol. Com-29 No. 3, March 1981, pp. 305-314 | March 1981 | pp. 305-314<br><br>APLCW0000393717-APLCW0000393726 |
| 2. | TIA/EIA/IS-95-A, pp. 6-7 – 6-42 | 1995 | pp. 6-7 – 6-42<br><br>APLCW0000393727-APLCW0000394507 |
| 3. | Chen et al., Effects of Nonlinear Distortion on CDMA Communication Systems, 1996 IEEE MTT-S Digest, pp. 775-778 | 1996 | pp. 775-778<br><br>APLCW0000116777-APLCW0000116780 |
| 4. | Peterson et al., Introduction to Spread Spectrum Communications, (Prentice Hall, 1995), pp. 47-88 | 1995 | Pp. 47-88<br><br>APLCW0000121811-APLCW0000121854 |

D.      The '143 Patent

| No. | Title | Date | Page/Bates Nos. |
|---|---|---|---|
| 1. | Radio Interface Protocol Architecture for 3G Mobile System, Version 1.0.0, January 15, 1999 | Jan. 1999 | Pp. 1, 2, 5-16, 22-24, 27-29<br><br>APLCW0000066276-APLCW0000066305 |
| 2. | Radio Access Layer Control - Inter-layer Interaction, ETSI SMG2 UMTS L23 Expert Group, Bois d'Arcy, France, November 12-13, 1998, SMG2 UMTS-L23 427/98 | Nov. 1998 | APLCW0000116701-APLCW0000116707 |
| 3. | UE Measurement Procedures - RRC Elementary Procedures, ETSI SMG2 UMTS L23 Expert Group, Bois d'Arcy, France, November 12-13, 1998, SMG2 UMTS-L23 432/98 | Nov. 1998 | APLCW0000116712-APLCW0000116714 |
| 4. | RRC messages for traffic volume measurement control and reporting, TSG-RAN Working Group 2 (Radio layer 2 and Radio layer 3), Yokohama 13th to 16th April 1999, TSGR2#4(99)247 | April 1999 | APLCW0000394534-APLCW0000394538 |
| 5. | Traffic Volume Measurements, TSG-RAN Working Group 2 (Radio layer 2 and Radio layer 3), Berlin 25th to 28th May 1999, TSGR2#4(99)420 | May 1999 | APLCW0000394595-APLCW0000394597 |
| 6. | MAC Assisted Dynamic Radio Access Bearer Control, TSG-RAN Working Group 2 (Radio layer 2 and Radio layer 3), Sophia Antipolis, 5th to 9th July 1999, TSGR2#5(99)624 | July 1999 | APLCW0000394598-APLCW0000394604 |
| 7. | CR to 25.303 on Traffic Volume Monitoring Procedure, TSG-RAN Working Group 2 (Radio layer 2 and Radio layer 3), Sophia Antipolis, 16th to 20th August 1999, TSG R2 #6(99)624 | August 1999 | APLCW0000394605-APLCW0000394607 |
| 8. | Results of RRC email ad hoc discussion, TSG-RAN Working Group 2 (Radio layer 2 and Radio layer 3), Sophia Antipolis 5th to 9th July 1999, TSGR2#5(99)525 | July 1999 | Pp. 1-2<br><br>APLCW-A0000003885-APLCW-A0000003906 |

| No. | Title | Date | Page/Bates Nos. |
|-----|-------|------|-----------------|
| 9. | Draft minutes of WG2 meeting #6 Sophia Antipolis 16- 20 August 1999, v. 0.3, TSGR2#7(99)a01 | Aug. 1999 | Pp. 1, 4<br><br>APLCW-A0000003969- APLCW-A0000004004 |
| 10. | Approved minutes of WG2 meeting #4, Berlin 25 - 28 May 1999, v. 1.0, TSGR2#5(99)511 | May 1999 | Pp. 1, 6, 36-37<br><br>APLCW-A0000012565- APLCW-A0000012601 |
| 11. | Change request to S2.31 - SECOND DRAFT VERSION, TSG-RAN Working Group 2 (Radio layer 2 and Radio layer 3), Yokohama, Japan 13th to 16th April 1999, TSGR2#3(99)XXX | April 1999 | Pp. 1, 5, 24-26<br><br>APLCW-A0000026012- APLCW-A0000026053 |
| 12. | Reset of Event Reporting, 3GPP TSG-RAN2 Meeting #29, Kyeongju, Korea, 13-17 May, 2002, R2-021116 | May 2002 | APLCW-A0000026125- APLCW-A0000026133 |
| 13. | 3GPP S2.03 v0.0.1 (1999-01) | Jan. 1999 | Pp. 1, 5, 11-13, 16-18, 39-43, 48-49, 68<br><br>APLCW0000066320- APLCW0000066387 |
| 14. | UE-UTRAN L3 RRC Signaling Protocol Vol. 9, Ver. 1.0.0 of January 18, 1999 | Jan. 1999 | APLCW-A0000007236- APLCW-A0000007282 |
| 15. | MAC Sublayer Specification for 3G System, Ver. 1.0 of January 11, 1999 | Jan. 1999 | APLCW0000066229- APLCW0000066270 |
| 16. | Updated Version of YY.31 (Description of RRC Protocol), ETSI SMG2/UMTS L23 group, 18-22 January 1999, Helsinki, Finland, SMG2 UMTS-L23 065/99 | Jan. 1999 | Pp. 1-3, 10-14, 22-24, 32-35<br><br>APLCW0000066173- APLCW0000066217 |
| 17. | Uplink Allocation and Deallocation, TSG-RAN Working Group 2, Stockholm 8-11 March 1999, TSGR2#2(99)112 | March 1999 | Pp. 1-7<br><br>APLCW0000394527- APLCW0000394533 |
| 18. | Draft minutes of the 3GPP TSG-RAN WG2 meeting #1, 20-22 January 1999, Helsinki, Finland, RAN WG2 05/99 | Jan. 1999 | APLCW0000392636- APLCW0000392649 |
| 19. | Approved change requests to TS 25.303, October 6-8, 1999 | Oct. 1999 | APLCW-A0000004131- APLCW-A0000004131 |
| 20. | Draft minutes of the 3GPP TSG- | March | Pp. 1, 26 |

| No. | Title | Date | Page/Bates Nos. |
|---|---|---|---|
|  | RAN WG2 meeting #2<br>8 – 11 March 1999, Stockholm, Sweden (R2-99198) | 1999 | APLCW-A0000020078-APLCW-A0000020104 |
| 21. | Approved Minutes of WG2 meeting #3, Yokohama 13.-16.4.1999 (v. 0.4) | April 1999 | Pp. 1-3, 12, 13, 32<br><br>APLCW-A0000020105-APLCW-A0000020136 |
| 22. | RRC System Information Parameters, TSG-RAN Working Group 2, Stockholm 8-11 March 1999, TSGR2#2(99)118 | March 1999 | VIALEN000030-VIALEN000039 |
| 23. | UMTS YY.01 UE-UTRAN Radio Interface Protocol Architecture, Stage 2, Dec. 18, 1998 | Dec. 1998 | Pp. 1, 2, 8-15, 19-21<br><br>APLCW0000066435-APLCW0000066456 |
| 24. | UMTS (YY.02) Layer 1, General Requirements, Dec. 1998 | Dec. 1998 | ALPCW0000066457, 59, 72<br><br>APLCW0000066457-APLCW0000066482 |
| 25. | Vialen Ex. 1 - Invention Report Annex | Not dated | CORE_A-00002876-CORE_A-00002878 |
| 26. | Vialen Ex. 2 - Invention Report | June 1998 | CORE_A-0200099-CORE_A0200100 |

## III.   PERSONS TO BE IDENTIFIED UNDER 35 U.S.C. § 282

| Person | Address |
|---|---|
| Bergman, Johan | Torshamnsgatan 23, Stockholm, Sweden |
| Ingers, Joakim | Contact through Apple's counsel |
| Knightly, Edward | Contact through Apple's counsel |
| Lilja, Harri | JOT Automation Ltd.<br>Elektroniikkatie 17<br>90590 Oulu, Finland |
| Malkamaki, Esa | Riippakoivuntie 17B, 02130, Espoo, Finland |
| Ranta-Aho, Karri | Leirikaari 26 A17, Espoo, Finland. |
| Stark, Wayne | Contact through Apple's counsel |
| Vialen, Jukka | Espoo, Finland |
| Walker, Michael | Contact through Apple's counsel |

Apple reserves the right to supplement or to modify the foregoing through and including the time of trial.


Dated:  December 5, 2014


*/s/ Joseph J. Mueller*
Joseph J. Mueller
(Massachusetts Bar No. 647567)
John J. Regan
(Massachusetts Bar No. 415120)
Cynthia D. Vreeland
(Texas Bar No. 20625150,
Massachusetts Bar No. 635143)
Kate Saxton
(Massachusetts Bar No. 150150)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Eric Miller Albritton
ALBRITTON LAW FIRM
111 West Tyler Street
Longview, TX 75601
(903) 757-8449
ema@emafirm.com

*Attorneys for Defendant Apple Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document was served on all counsel of record via electronic mail in accordance with Local Rule CV-5(a)(7)(C).

Dated:  December 5, 2014

*<u>/s/ Joseph J. Mueller</u>*
Joseph J. Mueller
