IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | CIVIL NO. 6:12-CV-100 <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE REGARDING MOCK JURY STUDY

Pursuant to the Court's standing order regarding mock juries, Plaintiff hereby notifies the Court and all parties that Plaintiff conducted a study covered by the order. Plaintiff will submit a list of the participants' names and addresses for *in camera* inspection prior to jury selection and cross reference the jury list with the list of participants to appropriately advise the Court and all parties as ordered.

Dated: December 8, 2014

Respectfully Submitted,

By: /s/ Henry Bunsow (w/permission Wesley Hill)
Henry Bunsow – Lead Attorney
California State Bar # 60707
Denise M. De Mory
California State Bar # 168076
Brian A.E. Smith
California State Bar # 188147
Craig Y. Allison
California State Bar # 161175
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Tel: (415) 675-8889
Facsimile: (415) 675-8892

        Email:  hbunsow@bdiplaw.com
        Email: ddemory@bdiplaw.com
        Email:  bsmith@bdiplaw.com
        Email: callison@bdiplaw.com

        T. John Ward, Jr.
        Tex. Bar No. 00794818
        jw@wsfirm.com
        Wesley Hill
        Tex. Bar No. 24032294
        wh@wsfirm.com
        Claire Abernathy Henry
        Tex. Bar No. 24053063
        claire@wsfirm.com
        WARD & SMITH LAW FIRM
        1127 Judson Rd., Suite 220
        Longview, Texas 75601
        (903) 757-6400 (telephone)
        (903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 8th day of December, 2014.

        /s/ Wesley Hill