IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| CORE WIRELESS LICENSING, S.A.R.L., | § | |
|---|---|---|
| Plaintiff, | § | CIVIL NO. 6:12-CV-100-LED-JDL |
| vs. | § | JURY TRIAL DEMANDED |
| APPLE, INC., | § | |
| Defendant. | § | |

## ORDER

For purposes of time efficiency at the pretrial hearing set for Thursday, December 18, 2014, it is hereby **ORDERED** that each party is limited to presenting five (5) objections to deposition designations, and five (5) objections to exhibits.

It is further **ORDERED** that the parties each file a list of the objections they intend to present at the hearing no later than **Tuesday, December 16, 2014**. In addition, the parties are directed to bring copies of the deposition transcripts to the hearing.

**So ORDERED and SIGNED this 11th day of December, 2014.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE