**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) |
| **APPLE, INC.,** | ) ) ) |
| **Defendant.** | ) |

**CIVIL NO. 6:12-CV-100**

**JURY TRIAL DEMANDED**

## ORDER

Before the Court is Plaintiff's Unopposed Motion for an Extension of Time of Certain Deadlines. After considering the motion, the Court finds that Plaintiff's motion is well taken and is hereby GRANTED. Accordingly, Plaintiff's deadline to file responses to Defendant's Motions *in Limine* (Dkt. 333), Motion to Bifurcate Subjective Prong of Willfulness (Dkt. 322), Motion to Strike Supplemental Weinstein Expert Report (Dkt. 323), and Defendant's deadline to file response to Plaintiff's Motion *in Limine* (Dkt. 334) are extended until December 12, 2014.

**So ORDERED and SIGNED this 12th day of December, 2014.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE