**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CORE WIRELESS** | § | |
| **LICENSING, S.A.R.L.,** | § | |
| *Plaintiff*, | § | **CIVIL NO. 6:12-CV-100-LED-JDL** |
| | § | |
| **vs.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **APPLE, INC.,** | § | |
| *Defendant*. | § | |

**ORDER ADOPTING ORDER OF**
**UNITED STATES MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Sealed Memorandum Opinion and Order of the Magistrate Judge (Doc. No. 303) has been presented for consideration.  Defendant Apple filed objections seeking reconsideration of the Order (Doc. No. 313).  Plaintiff Core Wireless filed a response (Doc. No. 326).

Having considered the Magistrate Judge's opinion and the parties' submissions, the Court finds Apple's objections to be without merit and adopts the Magistrate Judge's opinion as the opinion of this Court.  Accordingly, Apple's objections (Doc. No. 313) are overruled.

**So ORDERED and SIGNED this 15th day of December, 2014.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**