**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING** | ) | |
| **S.A.R.L.,** | ) | **CIVIL ACTION NO.  6:12-CV-100** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JURY TRIAL DEMAND** |
| **v.** | ) | |
| | ) | |
| **APPLE INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT ESTIMATES OF TIME REQUESTED FOR JURY SELECTION AND TRIAL**

Pursuant to the Court's Docket Control Order (Dkt. No. 311), the parties hereby notify the Court that they have agreed to the following estimates of time for Jury Selection and Trial.

All estimates below are per side—such that the total trial time would be 40 hours:

(1)     Voir Dire – 30 minutes

(2)     Opening Statement – 45 minutes

(3)     Direct and Cross-examinations – 17 hours, 45 minutes

(4)     Closing Arguments – 1 hour

Total: 20 hours

Dated:  December 16, 2014

Respectfully Submitted,


By: _/s/ Henry C. Bunsow_           By: _/s/ Joseph J. Mueller_

| | |
|---|---|
| Henry Bunsow | Joseph J. Mueller |
| (California State Bar # 60707) | (Massachusetts Bar No. 647567) |
| Denise M. De Mory | John J. Regan |
| (California State Bar #168076) | (Massachusetts Bar No. 415120) |
| Brian A.E. Smith | Cynthia D. Vreeland |
| (California State Bar # 188147) | (Texas Bar No. 20625150 and |
| Craig Y. Allison | Massachusetts Bar No. 635143) |
| (California State Bar # 161175) | Kate Saxton (*pro hac vice*) |
| **BUNSOW, DE MORY, SMITH & ALLISON LLP** | (Massachusetts Bar no. 150150) |
| 351 California St. | **WILMER CUTLER PICKERING HALE &** |
| San Francisco, CA  94101 | **DORR LLP** |
| Telephone:  (415) 426-4747 | 60 State Street |
| Facsimile:  (415) 426-4744 | Boston, Massachusetts 02109 USA |
| Email:  hbunsow@bdiplaw.com | Telephone:  (617) 526-6000 |
| Email:  ddemory@bdiplaw.com | Facsimile:  (617) 526-5000 |
| Email:  bsmith@bdiplaw.com | Email:  joseph.mueller@wilmerhale.com |
| Email:  callison@bdiplaw.com | Email:  john.regan@wilmerhale.com |
| | Email:  cynthia.vreeland@wilmerhale.com |
| T. John Ward, Jr. (Texas Bar # 00794818) | Email: kate.saxton@wilmerhale.com |
| Wesley Hill (Texas Bar # 24032294) | |
| **WARD & SMITH LAW FIRM** | Eric M. Albritton |
| 1127 Judson Road, Suite 220 | (Texas State Bar No. 00790215) |
| Longview, Texas 75601 | **ALBRITTON LAW FIRM** |
| Telephone:  (903) 757-6400 | P.O. Box 2649 |
| Facsimile:  (903) 757-2323 | Longview, Texas 75606 |
| Email:  jw@wsfirm.com | Telephone: (903) 757-8449 |
| Email:  wh@wsfirm.com | Facsimile: (903) 758-7397 |
| | Email:  ema@emafirm.com |
| **ATTORNEYS FOR PLAINTIFF** | |
| **CORE WIRELESS LICENSING S.A.R.L.** | **COUNSEL FOR APPLE INC.** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail.

Dated:  December 16, 2014

*/s/ Henry C. Bunsow*
Henry C. Bunsow