IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | ) <br> ) <br> ) CIVIL ACTION NO. 6:12-CV-100 <br> ) <br> ) <br> ) JURY TRIAL DEMAND <br> ) <br> ) <br> ) <br> ) <br> ) |

**CORE WIRELESS LICENSING S.A.R.L.'S NOTICE OF ERRATA**

NOTICE IS HEREBY GIVEN that Core Wireless Licensing S.A.R.L., Plaintiff in the above-captioned case, hereby files this *Notice of Errata* with respect to Exhibit A to Core Wireless's Objections to Apple's Rebuttal Deposition Designations, filed on November 21, 2014 at Docket No. 316. Plaintiff noticed a word processing error that inadvertently cut-off certain objections and this Notice is being filed to correct such mistake. See attached Exhibit A with the highlighted objections that were previously hidden. Attached as Exhibit B is a clean version of these objections.

Dated: December 17, 2014  Respectfully Submitted,

                                         By:  */s/ Henry C. Bunsow*
                                                 Henry C. Bunsow (California State Bar # 60707)
                                                 Denise M. De Mory (California State Bar #168076)
                                                 Brian A.E. Smith (California State Bar # 188147)
                                                 Craig Y. Allison (California State Bar # 161175)
                                                 **BUNSOW, DE MORY, SMITH & ALLISON LLP**
                                                 351 California Street, Suite 200
                                                 San Francisco, CA 94133
                                                 Telephone: (415) 426-4747

Facsimile: (415) 426-4744
Email: hbunsow@bdiplaw.com
Email: ddemory@bdiplaw.com
Email: bsmith@bdiplaw.com
Email: callison@bdiplaw.com

T. John Ward, Jr. (Texas Bar # 00794818)
Wesley Hill (Texas Bar # 24032294)
**WARD & SMITH LAW FIRM**
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@wsfirm.com
Email: wh@wsfirm.com

*Attorneys for Plaintiff*
**CORE WIRELESS LICENSING S.A.R.L.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, Federal Express and/or U.S. First Class Mail.

Dated:  December 17, 2014

*/s/ Henry C. Bunsow*
Henry C. Bunsow