**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL NO. 6:12-CV-100 |
| v. | ) ) | JURY TRIAL DEMANDED |
| APPLE, INC., | ) ) ) | |
| Defendant. | ) | |

### PLAINTIFF'S NOTICE REGARDING WITNESS AVAILABILITY

COMES NOW Plaintiff, and files this Notice Regarding Witness Availability. During the pretrial hearing today there was a discussion about possibly starting the trial of the instant matter on January 6, 2015. Plaintiff has checked with several witnesses who are unable to make it to trial during the week of January 5, 2015. Two of Plaintiff's fact witnesses who are unavailable are traveling to Tyler, Texas from Europe. Additionally, Dr. James Olivier, Plaintiff's technical expert on infringement and invalidity, is not available during that week. Accordingly, Plaintiff respectfully requests that trial commence as currently scheduled on January 12, 2015.

Dated: December 18, 2014

Respectfully submitted,

/s/ T. John Ward, Jr.
Henry Bunsow – Lead Attorney
California State Bar # 60707
Denise M. De Mory
California State Bar # 168076
Brian A.E. Smith
California State Bar # 188147

Craig Y. Allison
California State Bar # 161175
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
351 California Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 426-4747
Facsimile: (415) 426-4744
Email: hbunsow@bdiplaw.com
Email: ddemory@bdiplaw.com
Email: bsmith@bdiplaw.com
Email: callison@bdiplaw.com

T. John Ward, Jr.
Tex. Bar No. 00794818
jw@wsfirm.com
Wesley Hill
Tex. Bar No. 24032294
wh@wsfirm.com
Claire Abernathy Henry
Tex. Bar No. 24053063
claire@wsfirm.com
WARD & SMITH LAW FIRM
1127 Judson Rd., Suite 220
Longview, Texas 75601
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 18th day of December, 2014.

/s/ T. John Ward, Jr.