IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L. | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 6:12-cv-00100-LED-JDL |
| | § | |
| APPLE, INC. | § | |
| *Defendant.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Friday, December 19, 2014, between Plaintiffs, Core Wireless Licensing S.a.r.l. and Mosaid Corporation, Ltd.'s, and Defendant, Apple, Inc. The mediation session has been suspended. The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 19th day of December 2014.

/s/ David Folsom _____
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas 75503
Telephone: (903) 255-3250
Facsimile: (903) 255-3265
E-mail: dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 19th day of December 2014. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ David Folsom _____
David Folsom