**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** § § § § | |
| *Plaintiff,* § | **CIVIL ACTION NO. 6:12-CV-100** |
| § | |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| **APPLE INC.,** § § | |
| *Defendant.* § § | |

## ORDER

General Order 14-20, entered on December 19, 2014, reconstituted the Eastern District Docket Assignments in light of the recent confirmation of Judges Mazzant and Schroeder, the pending retirement of the undersigned, and the change to Senior Status of Judge Schell.  This case will be reassigned in accordance with the General Order.  Accordingly, the Court **CONTINUES** the January 5, 2015 Jury Selection and January 12, 2015 Trial to be re-set upon reassignment.

**So ORDERED and SIGNED this 22nd day of December, 2014.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**