IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **APPLE INC.,** | ) ) |
| Defendant. | ) ) ) |

CIVIL ACTION NO. 6:12-CV-100

JURY TRIAL DEMANDED

## JOINT SUBMISSION REGARDING TRIAL SCHEDULE

In response to the Court's December 22, 2014 Order (Dkt. 358) continuing the dates for jury selection and trial in this case, and in order to assist the Court in rescheduling those dates, the parties notify the Court that:

1. Apple is available to begin trial in January, 2015, at the Court's convenience;

2. Core Wireless is available to begin trial on Monday, January 26th, but has an expert witness conflict during the week of January 20th.

3. Apple has both fact and expert witness conflicts in February, 2015.

Dated: January 7, 2015

Respectfully Submitted,

By: */s/ Henry C. Bunsow*
Henry Bunsow
(California State Bar # 60707)
Denise M. De Mory
(California State Bar #168076)
Brian A.E. Smith
(California State Bar # 188147)
Craig Y. Allison
(California State Bar # 161175)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
351 California St.
San Francisco, CA  94101
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
Email:  hbunsow@bdiplaw.com
Email:  ddemory@bdiplaw.com
Email:  bsmith@bdiplaw.com
Email:  callison@bdiplaw.com

T. John Ward, Jr. (Texas Bar # 00794818)
Wesley Hill (Texas Bar # 24032294)
**WARD & SMITH LAW FIRM**
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
Email:  jw@wsfirm.com
Email:  wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF**
**CORE WIRELESS LICENSING S.A.R.L.**

By: */s/ Joseph J. Mueller*
Joseph J. Mueller
(Massachusetts Bar No. 647567)
John J. Regan
(Massachusetts Bar No. 415120)
Cynthia D. Vreeland
(Texas Bar No. 20625150 and
Massachusetts Bar No. 635143)
Kate Saxton (*pro hac vice*)
(Massachusetts Bar no. 150150)
**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, Massachusetts 02109 USA
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000
Email:  joseph.mueller@wilmerhale.com
Email:  john.regan@wilmerhale.com
Email:  cynthia.vreeland@wilmerhale.com
Email:  kate.saxton@wilmerhale.com

Eric M. Albritton
(Texas State Bar No. 00790215)
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
Email:  ema@emafirm.com

**COUNSEL FOR APPLE INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail.

Dated:  January 7, 2015

*/s/ Joseph Mueller*
Joseph Mueller