IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L, </br></br>    Plaintiff, </br></br>vs. </br></br>APPLE INC., </br></br>    Defendant. | ) </br> ) </br> )  CIVIL ACTION NO.  6:12-CV-100 </br> ) </br> ) </br> )  JURY TRIAL DEMAND </br> ) </br> ) </br> ) </br> ) |

**CORE WIRELESS LICENSING S.A.R.L.'S
NOTICE OF INTENT TO REQUEST REDACTION**

NOTICE IS HEREBY GIVEN that, pursuant to the Court's order of December 26, 2014 (Dkt. No. 359), Plaintiff Core Wireless Licensing S.A.R.L., intends to request redactions of the transcript of the December 18, 2014 Pretrial Proceeding.  In accordance with the Court's order, such redaction request will be filed on or before January 19, 2015.

Dated:  January 7, 2015                    Respectfully Submitted,

                        By:    */s/ Henry C. Bunsow*
                            Henry C. Bunsow (California State Bar # 60707)
                            Denise M. De Mory (California State Bar #168076)
                            Brian A.E. Smith (California State Bar # 188147)
                            Craig Y. Allison (California State Bar # 161175)
                            **BUNSOW, DE MORY, SMITH & ALLISON LLP**
                            351 California Street, Suite 200
                            San Francisco, CA  94133
                            Telephone:  (415) 426-4747
                            Facsimile:  (415) 426-4744
                            Email:  hbunsow@bdiplaw.com
                            Email:  ddemory@bdiplaw.com
                            Email:  bsmith@bdiplaw.com

Email:  callison@bdiplaw.com

T. John Ward, Jr. (Texas Bar # 00794818)
Wesley Hill (Texas Bar # 24032294)
**WARD & SMITH LAW FIRM**
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
Email:  jw@wsfirm.com
Email:  wh@wsfirm.com

*Attorneys for Plaintiff*
**CORE WIRELESS LICENSING S.A.R.L.**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, Federal Express and/or U.S. First Class Mail.

Dated:  January 7, 2015

                                                       */s/ Henry C. Bunsow*
                                                       Henry C. Bunsow