**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | § § § | |
| Plaintiff, | § § | CASE NO. 6:12-cv-100-JRG |
| v. | § § | |
| APPLE INC., | § § | |
| Defendant. | § § § | |

## ORDER

Before the Court are the parties' various pretrial filings[1] and the parties' Joint Submission Regarding Trial Schedule (Dkt. No. 360). The Court **ORDERS** that a pretrial conference is hereby set for **10:00am on Tuesday, March 3, 2015**, at the William M. Steger Federal Building and United States Courthouse, 211 West Ferguson Street, Tyler, Texas 75702. At said hearing, the parties shall be prepared to argue any outstanding pretrial disputes. In anticipation of such pretrial hearing, the Court further **ORDERS** the parties to meet and confer and subsequently to submit a Joint Pretrial Notice identifying any such outstanding disputes, which notice shall be filed on or before **February 23, 2015**.

The Court further **ORDERS** that jury selection in this action shall commence at **9:00am on Monday, March 9, 2015**. The following schedule shall govern the trial:

- each party will be permitted up to **forty (40) minutes to conduct its *voir dire* examination** of the jury panel—including up to an initial three (3) minutes that may

---

[1] Including the parties' Joint Proposed Pretrial Order (Dkt. No. 307) and the parties' Pretrial Objections (Dkt. No. 329 and 331 for Core Wireless and Apple, respectively).

be used to present a high-level, non-argumentative overview of the case to the venire panel;

- each party will be permitted up to **twenty (20) minutes to present its opening statements** to the jury;

- each party will be permitted up to **sixteen (16) hours to present evidence and conduct cross examination**; and

- each party will be permitted up to **forty (40) minutes to present its closing arguments** to the jury.

The parties are further advised that both the pretrial conference and the trial will be conducted in the courtroom previously occupied by Judge William Steger on the third floor of the original section of the courthouse. As this courtroom lacks certain electronic and media equipment commonly used during patent trials, the parties are directed to meet and confer and to jointly furnish and install any electronic or media equipment that they intend to use. The parties should be prepared to discuss such arrangements with the Court at the pretrial hearing set for March 3, 2015.

**So ORDERED and SIGNED this 12th day of January, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE