**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CORE WIRELESS** § | | |
| **LICENSING S.A.R.L.,** § | | |
| *Plaintiff*, § | **CIVIL NO. 6:12-CV-100-JRG-JDL** | |
| § | | |
| vs. § | **JURY TRIAL DEMANDED** | |
| § | | |
| **APPLE INC.,** § | | |
| *Defendant*. § | | |

## ORDER

Before the Court is Core Wireless Licensing S.A.R.L.'s ("Core Wireless") Unopposed Motion Requesting Redaction of the Pretrial Transcript (Doc. No. 364). Core Wireless did not request that the courtroom be sealed during the pre-trial hearing on December 18, 2014. Accordingly, Core Wireless's Motion is **DENIED**.

**So ORDERED and SIGNED this 22nd day of January, 2015.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE