IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CORE WIRELESS** | § | |
| **LICENSING S.A.R.L.,** | § | |
| *Plaintiff*, | § | **CIVIL NO. 6:12-CV-100-JRG-JDL** |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **APPLE INC.,** | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Core Wireless Licensing S.A.R.L.'s ("Core Wireless") Unopposed Motion to Seal Portions of the Pretrial Transcript (Doc. No. 366). As noted in the Court's previous Order denying Core Wireless's Motion to Redact the Pretrial Transcript (Doc. No. 365), Core Wireless did not request that the courtroom be sealed during the pretrial hearing on December 18, 2014. Accordingly, Core Wireless's Motion is **DENIED**.

**So ORDERED and SIGNED this 28th day of January, 2015.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE