IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | ) <br> ) <br> ) |
| Plaintiff, | ) CIVIL ACTION NO. 6:12-CV-100 <br> ) <br> ) |
| v. | ) <br> ) |
| APPLE INC., | ) <br> ) |
| Defendant. | ) <br> ) |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury. Your answers to each question must be unanimous.

As used herein, "Core Wireless" means Core Wireless Licensing S.A.R.L, and "Apple" means "Apple Inc." As used herein, "'143 Patent" means U.S. Patent No. 6,978,143, "'664 Patent" means U.S. Patent 7,599,664, "'022 patent" means U.S. Patent No. 7,383,022, "'321 patent" means U.S. Patent No. 6,266,321, and "'850 patent" means U.S. Patent No. 7,804,850.

**QUESTION 1:**

Did Core Wireless prove by a preponderance of the evidence that Apple infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim.**

**'143 Patent**

    Claim 17     _No_

    Claim 21     _No_

**'664 Patent**

    Claim 14     _No_

    Claim 16     _No_

    Claim 17     _No_

**'022 Patent**

    Claim 7     _No_

    Claim 9     _No_

    Claim 10     _No_

**'321 Patent**

    Claim 14     _No_

**'850 Patent**

    Claim 1     _No_

    Claim 10     _No_

    Claim 21     _No_

    Claim 27     _No_

ANSWER THIS QUESTION ONLY AS TO THOSE CLAIMS YOU ANSWERED "YES" FOR IN QUESTION 1 ABOVE – OTHERWISE DO NOT ANSWER THIS QUESTION.

**QUESTION 2:**

Did Apple prove by clear and convincing evidence that any of the asserted claims of the following patents are invalid because of anticipation by prior art?

**If you find the claims invalid, answer "Yes," otherwise, answer "No."**

**'143 Patent**

    Claim 17    No

    Claim 21    No

**'664 Patent**

    Claim 14    _____

    Claim 16    _____

    Claim 17    _____

**'022 Patent**

    Claim 7    _____

    Claim 9    _____

    Claim 10    _____

**'321 Patent**

    Claim 14    _____

**'850 Patent**

    Claim 1    _____

    Claim 10    _____

    Claim 21    _____

    Claim 27    _____

ANSWER THIS QUESTION ONLY AS TO THOSE CLAIMS YOU ANSWERED "YES" FOR IN QUESTION 1 ABOVE – OTHERWISE DO NOT ANSWER THIS QUESTION.

**QUESTION 3:**

Did Apple prove by clear and convincing evidence that any of the asserted claims of the following patents are invalid because they are obvious based on a combination of prior art?

**If you find the claims invalid, answer "Yes," otherwise, answer "No."**

**'143 Patent**

        Claim 17     _____

        Claim 21     _____

**'321 Patent**

        Claim 14     _____

ANSWER QUESTION 4 ONLY FOR THOSE ASSERTED CLAIMS FOUND TO BE INFRINGED AND NOT INVALID.

**QUESTION 4:**

Did Core Wireless prove by clear and convincing evidence that Apple's infringement was willful?

**Answer "Yes" or "No" for each patent below.**

'143 Patent   _____

'664 Patent   _____

'022 Patent   _____

'321 Patent   _____

'850 Patent   _____

ANSWER QUESTION 5 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS TO BE INFRINGED AND NOT INVALID.

**QUESTION 5:**

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the Core Wireless patents?

$ _____

ANSWER THIS QUESTION ONLY IF YOU ANSWERED QUESTION 5.

**QUESTION 6:**

Is the amount of money you found in Question 5 a one-time lump sum for past and future sales or a royalty for past sales only?

**Check one of the following:**

One-time lump sum  _____

-OR-

Royalty for past sales _____

**QUESTION 7:**

Did Apple prove by a preponderance of the evidence that Core Wireless breached its contractual obligation to license the patents-in-suit on a fair, reasonable, and non-discriminatory (FRAND) basis?

**Answer "Yes" or "No."**

YES: _____

NO: ✓

-9-

**QUESTION 8:**

If you answered "Yes" to Question 7, what amount of nominal damages should be awarded to Apple? (Nominal damages are from $0.01 to $1.00)

$ _____

Signed this _16th_ day of March, 2015:

_____
JURY FOREPERSON