IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.I., <br>       Plaintiffs, <br><br> VS. <br><br> APPLE INC. <br>       Defendant. | § § § § § § § § § <br><br> CIVIL ACTION NO. 6:12-cv-100 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT

TO UNITED STATES JUDGE RODNEY GILSTRAP:

COMES NOW Defendant Apple Inc. and files this Notice of Appearance of Additional Counsel. David M. Prichard, Texas Bar No. 16317900, Prichard, Hawkins & Young, LLP, 10101 Reunion Place, Suite 600, San Antonio, Texas 78216, will also appear as an additional attorney of record for Apple Inc. in this matter. David M. Prichard certifies that he is admitted to practice in the Eastern District of Texas and is a member in good standing of the State Bar of Texas.

Dated: July 2, 2015.

Respectfully submitted,

/s/ David M. Prichard
David M. Prichard
Texas Bar No. 16317900
dprichard@phmy.com
PRICHARD, HAWKINS & YOUNG, L.L.P.
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7400 – Telephone
(210) 477-7450 – Facsimile

Joseph J. Mueller
Massachusetts Bar No. 647567
joseph.mueller@wilmerhale.com
Carrie H. Seares
carrie.seares@wilmerhale.com
Anant Saraswat
anant.saraswat@wilmerhale.com
Christopher Lim
christopher.lim@wilmerhale.com
Kate Saxton
kate.saxton@wilmerhale.com
Timothy Syrett
timothy.syrett@wilmerhale.com
John J. Regan
john.regan@wilmerhale.com
Michael Wolin
michael.wolin@wilmerhale.com
Richard W. O'Neill
richard.o'neill@wilmerhale.com
WILMER CUTLER PICKERING HALE & DORR BOSTON
60 State Street
Boston, MA 02109
(617) 526-6000 – Telephone
(617) 526-5000 – Facsimile

David R. Smith
david.smith@wilmerhale.com
WILMER CUTLER PICKERING HALE & DORR LLP
  - WASHINGTON, DC
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6117 – Telephone
(202) 663-6363 – Facsimile

Eric M. Albritton
ema@emafirm.com
Albritton Law Firm
222 North Fredonia
P. O. Box 2649 – 75606
Longview, Texas 75601
(903) 757-8449 – Telephone
(903) 758-7397 – Facsimile

        Anna Marie Capella
        anne.cappella@weil.com
        WEIL GOTSHAL & MANGES, LLP – REDWOOD SHORES
        201 Redwood Shores Parkway, 5th Floor
        Redwood Shores, CA 94065
        (650) 802-3141 – Telephone
        (650) 802-3100 – Facsimile

        Melissa Richards Smith
        Texas Bar No. 24001351
        melissa@gillamsmithlaw.com
        GILLAM & SMITH, LLP
        303 South Washington Avenue
        Marshall, Texas 75670
        (903) 934-8450 – Telephone
        (903) 934-9257 – Facsimile

        **ATTORNEYS FOR DEFENDANT,**
        **APPLE INC.**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above and foregoing document has been served on all counsel of record, via the Court's ECF system, on July 2, 2015 pursuant to Local Rule CV-5(a)(3).

        /s/ David M. Prichard
        David M. Prichard