**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

|  |  |  |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Case No. 6:12-cv-100-JRG |
| APPLE INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**<u>FINAL JUDGMENT</u>**

A jury trial commenced in this case on March 9, 2015, and the jury reached and returned its verdict on March 16, 2015 (Dkt. No. 399).  The jury reached a verdict unanimously finding no infringement.  Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record available to the Court, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1.      Defendant Apple Inc. does not infringe any of the asserted claims of U.S. Patent No. 6,978,143, U.S. Patent No. 7,599,664, U.S. Patent No. 7,383,022, U.S. Patent No. 6,266,321; and U.S. Patent No. 7,804,850.

2.      Apple is the prevailing party.

3.      As the prevailing party, Apple shall recover its costs in the amount of $736,595.54 from Core Wireless.

4.      The Court further **ORDERS** that the case is closed and all other pending motions in this case are **DENIED**.

So ORDERED and SIGNED this 2nd day of September, 2015.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE