**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** ) )  ) **CIVIL ACTION NO. 6:12-CV-100** | |
| **Plaintiff,** ) ) | |
| v. ) **JURY TRIAL DEMAND** ) | |
| **APPLE INC.,** ) ) | |
| **Defendant.** ) ) | |

## CORE WIRELESS LICENSING S.A.R.L.'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Core Wireless Licensing S.A.R.L. ("Core Wireless"), pursuant to Federal Rule of Appellate Procedure 4, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment in favor of Apple Inc. and against Core Wireless entered in this action on September 2, 2015 (Dkt. 470), and all other orders, decisions, or rulings of the District Court resolved adversely to Core Wireless.

Core Wireless submits herewith the $500.00 appeal fee required by 28 U.S.C. § 1913 and the $5.00 filing fee required by 28 U.S.C. § 1917.

Dated:  September 11, 2015						Respectfully Submitted,

By:   */s/ Henry C. Bunsow*
    Henry C. Bunsow (California State Bar # 60707)
    Denise M. De Mory (California State Bar #168076)
    Brian A.E. Smith (California State Bar # 188147)
    Craig Y. Allison (California State Bar # 161175)
    **BUNSOW DE MORY SMITH & ALLISON LLP**
    351 California Street, Suite 200
    San Francisco, CA  94104
    Telephone:  (415) 426-4747
    Facsimile:  (415) 426-4744
    Email:  hbunsow@bdiplaw.com
    Email:  ddemory@bdiplaw.com
    Email:  bsmith@bdiplaw.com
    Email:  callison@bdiplaw.com

    T. John Ward, Jr.
    State Bar No. 00794818
    Wesley Hill
    State Bar No. 24032294
    E-mail: jw@wsfirm.com
    E-mail: wh@wsfirm.com
    **WARD & SMITH LAW FIRM**
    P.O. Box 1231
    1127 Judson Rd., Ste. 220
    Longview, Texas 75606-1231
    (903) 757-6400 (telephone)
    (903) 757-2323 (facsimile)

    **ATTORNEYS FOR PLAINTIFF**
    **CORE WIRELESS LICENSING S.A.R.L.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail.

Dated:  September 11, 2015

                                                                   */s/ Henry C. Bunsow*
                                                                     Henry C. Bunsow